# Exhibit A

## (List of Affiliated Debtors)

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| LeFever Mattson, a California corporation | California | 68-0197537 |
| California Investment Properties, a California corporation | California | 30-0289474 |
| Home Tax Service of America, Inc., dba LeFever Mattson Property Management | California | 68-0262554 |
| Apan Partners LLC | California | N/A |
| Autumn Wood I, LP | California | 20-0164208 |
| Bay Tree, LP | California | 82-1071378 |
| Beach Pine, LP | California | 83-2643272 |
| Bishop Pine, LP | California | 83-2643038 |
| Black Walnut, LP | California | 47-2451858 |
| Buck Avenue Apartments, LP | California | 54-2090323 |
| Buckeye Tree, LP | California | 88-2980108 |
| Bur Oak, LP | California | 87-4699497 |
| Butcher Road Partners, LLC | California | 45-5159521 |
| Cambria Pine, LP | California | 83-2644771 |
| Chestnut Oak, LP | California | 87-4702239 |
| Country Oaks I, LP | California | 26-0860694 |
| Divi Divi Tree, L.P. | California | 71-0926806 |
| Douglas Fir Investments, LP | California | 47-4674444 |
| Firetree I, LP | California | 82-3519393 |
| Firetree II, LP | California | 82-3519554 |
| Firetree III, LP | California | 82-3919655 |
| Foxtail Pine, LP | California | 83-2643197 |
| Ginko Tree, LP | California | 88-2960976 |
| Golden Tree, LP | California | 82-1060045 |
| Hagar Properties, LP | California | 04-3598044 |

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| Heacock Park Apartments, LP | California | 46-3737509 |
| LeFever Mattson I, LLC | California | 47-4960075 |
| Live Oak Investments, LP | California | 47-3786181 |
| Monterey Pine, LP | California | 83-2644824 |
| Napa Elm, LP | California | 54-2090332 |
| Nut Pine, LP | California | 83-2661795 |
| Pinecone, LP | California | 84-2395880 |
| Redbud Tree, LP | California | 88-2961999 |
| Red Cedar Tree, LP | California | 88-3572519 |
| Red Mulberry Tree, LP | California | 88-3572594 |
| Red Oak, LP | California | 61-2022650 |
| Red Oak Tree, LP | California | 92-1008382 |
| Red Spruce Tree, LP | California | 92-0780568 |
| River Birch, LP | California | 86-3020630 |
| River Tree Partners, LP | California | 81-3671554 |
| River View Shopping Center 1, LLC | Delaware | 47-4186147 |
| River View Shopping Center 2, LLC | California | 47-4186476 |
| RT Capitol Mall, LP | California | 81-3775896 |
| RT Golden Hills, LP | California | 81-3708073 |
| Scotch Pine, LP | California | 86-3043628 |
| Sequoia Investment Properties, LP | California | 32-0136044 |
| Sienna Pointe, LLC | Delaware | 47-4712579 |
| Spruce Pine, LP | California | 84-2396399 |
| Tradewinds Apartments, LP | California | 54-2090326 |
| Vaca Villa Apartments, LP | California | 54-2090327 |
| Valley Oak Investments, LP | California | 47-3383417 |
| Watertree I, LP | California | 82-3519819 |
| Willow Oak, LP | California | 87-4700495 |

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| Windscape Apartments, LLC[1] | Delaware | 83-1597353 |
| Windscape Apartments I, LP | California | 26-0860477 |
| Windscape Apartments II, LP | California | 26-0860509 |
| Windscape Holdings, LLC | California | 83-1608759 |
| Windtree, LP | California | 82-4974654 |
| Yellow Poplar, LP | California | 86-3043392 |

---

[1] This Debtor's case was filed on August 6, 2024 in the U.S. Bankruptcy Court for the Northern District of California. The case number is 24-bk-10417 and is pending before the Honorable Charles Novack.