# LEFEVER MATTSON, A CALIFORNIA CORPORATION
# CERTIFICATE OF CORPORATE SECRETARY

September 12, 2024

    I, Scott Smith, being a duly elected and authorized officer of LeFever Mattson, a California Corporation (the "**Company**"), hereby certify as follows:

A.     I am a duly qualified and elected officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company;

B.     Attached hereto are true, correct, and complete copies of the resolutions of the board of directors of the Company, duly adopted and approved on September 9, 2024, and September 12, 2024, in accordance with the Company's bylaws; and

C.     Such resolutions have not been amended, altered, annulled, rescinded, modified, or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matters set forth in the resolutions attached here.

    **IN WITNESS WHEREOF**, the undersigned has executed this certificate as of September 12, 2024.

*Scott Smith*
Scott Smith (Sep 12, 2024 15:09 PDT)
Name: Scott Smith
Title: General Counsel, Corporate Secretary

# D042 (Secretary's Certificate)

Final Audit Report 2024-09-12

| | |
|---|---|
| Created: | 2024-09-12 |
| By: | Jessica Mendoza (jmendoza@kellerbenvenutti.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAznLzSBl3dKD_xwjYADTNJuY8CT1sh-sP |

## "D042 (Secretary's Certificate)" History

- **Document created by Jessica Mendoza (jmendoza@kellerbenvenutti.com)**
  2024-09-12 - 9:53:23 PM GMT

- **Document emailed to Scott Smith (ssmith@lefma.com) for signature**
  2024-09-12 - 9:53:27 PM GMT

- **Email viewed by Scott Smith (ssmith@lefma.com)**
  2024-09-12 - 10:08:55 PM GMT

- **Document e-signed by Scott Smith (ssmith@lefma.com)**
  Signature Date: 2024-09-12 - 10:09:28 PM GMT - Time Source: server

- **Agreement completed.**
  2024-09-12 - 10:09:28 PM GMT

Adobe Acrobat Sign

# LEFEVER MATTSON, A CALIFORNIA CORPORATION

## RESOLUTIONS OF
## THE BOARD OF DIRECTORS

**September 9, 2024**

The Board of Directors (the "<u>Board</u>") of LeFever Mattson, a California corporation (the "<u>Company</u>"), attended a duly held meeting of the Board on September 9, 2024, pursuant to a notice duly and validly given or waived in accordance with the requirements under the California Corporations Code (the "<u>Corporations Code</u>"), the Company's Articles of Incorporation, and the Amended and Restated Bylaws of the Company dated as of August 20, 2007 (as amended, the "<u>Bylaws</u>"), and adopted, ratified and approved the following resolutions:

## **RESOLUTIONS**

**WHEREAS**, the Board has reviewed and considered the materials presented by and the recommendations of both the management of the Company and the Company's financial and legal advisors regarding the liabilities and liquidity situation of the Company and certain subsidiaries controlled by the Company listed on **Exhibit 1** hereto (collectively, the "<u>Debtor LM Affiliates</u>"); and

**WHEREAS**, the Board has consulted with the Company's management and financial and legal advisors and has considered fully each of the strategic alternatives available to the Debtor LM Affiliates; and

**WHEREAS**, the Board has received information and recommendations from, asked questions of, and consulted with the Company's management and financial and legal advisors, including in connection with the consideration of the strategic alternatives available to the Debtor LM Affiliates; and

**WHEREAS**, in the Board's judgment, based upon the foregoing, it is desirable and in the best interests of the Debtor LM Affiliates, their creditors, equity holders, and other interested parties that each of the Debtor LM Affiliates file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**NOW, THEREFORE, BE IT RESOLVED**, that, pursuant to the Bylaws of the Company and the applicable governing documents and agreements of the other Debtor LM Affiliates, whether in the Company's capacity as general partner, managing member, or similar governing and controlling capacity, Timothy LeFever (the "<u>Authorized Officer</u>") be, and hereby is, authorized and directed in the name and on behalf of the Debtor LM Affiliates to execute and verify a voluntary petition for each Debtor LM Affiliate to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine (the "<u>Filings</u>"); and

**RESOLVED, FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Keller Benvenutti Kim LLP as general bankruptcy counsel to represent and assist the Debtor LM Affiliates in connection with the Filings, carrying out their duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the rights and obligations of the Debtor LM Affiliates, and other matters consistent therewith, including filing any pleadings; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Keller Benvenutti Kim LLP; and

**RESOLVED, FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ Mr. Bradley Sharp of Development Specialists, Inc. ("DSI") to serve as the Chief Restructuring Officer of the Debtor LM Affiliates, to perform services consistent with a CRO including to manage and direct the Chapter 11 cases of the Debtor LM Affiliates subject to the oversight of the Board, and to employ other personnel of DSI to provide additional restructuring support services as requested or required to the Debtor LM Affiliates; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of DSI and Mr. Sharp; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Debtor LM Affiliates in carrying out their duties under the Bankruptcy Code and related matters; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed in the name and on behalf of the Debtor LM Affiliates to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which the Authorized Officer or legal counsel for the Debtor LM Affiliates may deem necessary, proper, or desirable in connection with the cases under chapter 11 of the Bankruptcy Code and other matters consistent therewith, with a view to the successful prosecution of such cases; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed, in the name and on behalf of the Debtor LM Affiliates, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that these Resolutions shall be deemed a written consent of the Company, as the general partner, the managing member, or entity with similar authority with respect to any of the Debtor LM Affiliates where the Company or, if a Debtor LM Affiliate (a "<u>Primary Affiliate</u>") has such authority with respect to a downstream Debtor LM Affiliate, then such Primary Affiliate, possesses such authority to authorize the actions herein, and they shall be deemed a vote of the Company's or Primary Affiliate's membership or partnership interests with respect to any of the Debtor LM Affiliates where such vote is necessary to effect the authorizations herein; and

**RESOLVED FURTHER**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officer on behalf of the Debtor LM Affiliates, such actions are hereby ratified and confirmed in their entirety.

\* \* \* \*

# Exhibit 1

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| LeFever Mattson, a California corporation | California | 68-0197537 |
| Apan Partners LLC | California | |
| Autumn Wood I, LP | California | 20-0164208 |
| Beach Pine, LP | California | 83-2643272 |
| Bishop Pine, LP | California | 83-2643038 |
| Black Walnut, LP | California | 47-2451858 |
| Buck Avenue Apartments, LP | California | 54-2090323 |
| Buckeye Tree, LP | California | 88-2980108 |
| Bur Oak, LP | California | 87-4699497 |
| Butcher Road Partners, LLC | California | 45-5159521 |
| Cambria Pine, LP | California | 83-2644771 |
| Chestnut Oak, LP | California | 87-4702239 |
| Country Oaks I, LP | California | 26-0860694 |
| Divi Divi Tree, L.P. | California | 71-0926806 |
| Douglas Fir Investments, LP | California | 47-4674444 |
| Firetree I, LP | California | 82-3519393 |
| Firetree II, LP | California | 82-3519554 |
| Firetree III, LP | California | 82-3919655 |
| Foxtail Pine, LP | California | 83-2643197 |
| Ginko Tree, LP | California | 88-2960976 |
| Hagar Properties, LP | California | 04-3598044 |
| Heacock Park Apartments, LP | California | 46-3737509 |
| LeFever Mattson I, LLC | California | 47-4960075 |
| Live Oak Investments, LP | California | 47-3786181 |
| Monterey Pine, LP | California | 83-2644824 |
| Napa Elm, LP | California | 54-2090332 |
| Nut Pine, LP | California | 83-2661795 |
| Pinecone, LP | California | 84-2395880 |

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| Pinewood Condominiums, LP | California | 54-2090329 |
| Redbud Tree, LP | California | 88-2961999 |
| Red Cedar Tree, LP | California | 88-3572519 |
| Red Mulberry Tree, LP | California | 88-3572594 |
| Red Oak, LP | California | 61-2022650 |
| Red Oak Tree, LP | California | 92-1008382 |
| Red Spruce Tree, LP | California | 92-0780568 |
| River Birch, LP | California | 86-3020630 |
| River Tree Partners, LP | California | 81-3671554 |
| River View Shopping Center 1, LLC | Delaware | 47-4186147 |
| River View Shopping Center 2, LLC | Delaware | 47-4186476 |
| RT Capitol Mall, LP | California | 81-3775896 |
| RT Golden Hills, LP | California | 81-3708073 |
| Scotch Pine, LP | California | 86-3043628 |
| Sequoia Investment Properties, LP | California | 32-0136044 |
| Sienna Pointe, LLC | Delaware | 47-4712579 |
| Spruce Pine, LP | California | 84-2396399 |
| Tradewinds Apartments, LP | California | 54-2090326 |
| Vaca Villa Apartments, LP | California | 54-2090327 |
| Valley Oak Investments, LP | California | 47-3383417 |
| Watertree I, LP | California | 82-3519819 |
| Willow Oak, LP | California | 87-4700495 |
| Windscape Apartments I, LP | California | 26-0860477 |
| Windscape Apartments II, LP | California | 26-0860509 |
| Windscape Holdings, LLC | California | 83-1608759 |
| Yellow Poplar, LP | California | 86-3043392 |

# LEFEVER MATTSON, A CALIFORNIA CORPORATION

## RESOLUTIONS OF
## THE BOARD OF DIRECTORS

### September 12, 2024

The Board of Directors (the "Board") of LeFever Mattson, a California corporation (the "Company"), attended a duly held meeting of the Board on September 12, 2024, pursuant to a notice duly and validly given or waived in accordance with the requirements under the California Corporations Code (the "Corporations Code"), the Company's Articles of Incorporation, and the Amended and Restated Bylaws of the Company dated as of August 20, 2007 (as amended, the "Bylaws"), and adopted, ratified and approved the following resolutions:

**RESOLUTIONS**

**WHEREAS**, the Board has reviewed and considered the materials presented by and the recommendations of both the management of the Company and the Company's financial and legal advisors regarding the liabilities and liquidity situation of the Company and certain subsidiaries controlled by the Company listed on **Exhibit 1** hereto (collectively, the "Debtor LM Affiliates"); and

**WHEREAS**, the Board has consulted with the Company's management and financial and legal advisors and has considered fully each of the strategic alternatives available to the Debtor LM Affiliates; and

**WHEREAS**, the Board has received information and recommendations from, asked questions of, and consulted with the Company's management and financial and legal advisors, including in connection with the consideration of the strategic alternatives available to the Debtor LM Affiliates; and

**WHEREAS**, in the Board's judgment, based upon the foregoing, it is desirable and in the best interests of the Debtor LM Affiliates, their creditors, equity holders, and other interested parties that each of the Debtor LM Affiliates file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that, pursuant to the Bylaws of the Company and the applicable governing documents and agreements of the other Debtor LM Affiliates, whether in the Company's capacity as general partner, managing member, or similar governing and controlling capacity, Timothy LeFever (the "Authorized Officer") be, and hereby is, authorized and directed in the name and on behalf of the Debtor LM Affiliates to execute and verify a voluntary petition for each Debtor LM Affiliate to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine (the "Filings"); and

**RESOLVED, FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Keller Benvenutti Kim LLP as general bankruptcy counsel to represent and assist the Debtor LM Affiliates in connection with the Filings, carrying out their duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the rights and obligations of the Debtor LM Affiliates, and other matters consistent therewith, including filing any pleadings; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Keller Benvenutti Kim LLP; and

**RESOLVED, FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ Mr. Bradley Sharp of Development Specialists, Inc. ("<u>DSI</u>") to serve as the Chief Restructuring Officer of the Debtor LM Affiliates, to perform services consistent with a CRO including to manage and direct the Chapter 11 cases of the Debtor LM Affiliates subject to the oversight of the Board, and to employ other personnel of DSI to provide additional restructuring support services as requested or required to the Debtor LM Affiliates; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of DSI and Mr. Sharp; and

**RESOLVED, FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ Mr. Seth Wellisch of Pivot Management Group, LLC, ("<u>Pivot</u>") to serve as the Chief Real Estate Officer of the Company, reporting directly to the Chief Restructuring Officer and ensuring compliance with the California Department of Real Estate regulations with respect to management of income producing properties; and the Authorized Officer hereby is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Pivot and Mr. Wellisch; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Debtor LM Affiliates in carrying out their duties under the Bankruptcy Code and related matters; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed in the name and on behalf of the Debtor LM Affiliates to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which the Authorized Officer or legal counsel for the Debtor LM Affiliates may deem necessary, proper, or desirable in connection with the cases under chapter 11 of the Bankruptcy Code and other matters consistent therewith, with a view to the successful prosecution of such cases; and

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed, in the name and on behalf of the Debtor LM Affiliates, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that these Resolutions shall be deemed a written consent of the Company, as the general partner, the managing member, or entity with similar authority with respect to any of the Debtor LM Affiliates where the Company or, if a Debtor LM Affiliate (a "Primary Affiliate") has such authority with respect to a downstream Debtor LM Affiliate, then such Primary Affiliate, possesses such authority to authorize the actions herein, and they shall be deemed a vote of the Company's or Primary Affiliate's membership or partnership interests with respect to any of the Debtor LM Affiliates where such vote is necessary to effect the authorizations herein; and

**RESOLVED FURTHER**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officer on behalf of the Debtor LM Affiliates, such actions are hereby ratified and confirmed in their entirety.

\* \* \* \*

# Exhibit 1

| Entity Name | State of Organization | Tax ID Number |
|---|---|---|
| Bay Tree, LP | California | 82-1071378 |
| Golden Tree, LP | California | 82-1060045 |
| Windtree, LP | California | 82-4974654 |