# EXHIBIT 1

### (Organizational Chart)

Non-debtors
LeFever Mattson
Ownership:
50% Tim LeFever | 50% Ken Mattson
Believed to be controlled by LM; Exact ownership unknown
Pineapple Bear
Ownership: 100% LM
Harrow Cellars
Ownership: 100% LM
Home Tax Service of America, Inc., dba LeFever Mattson Property Management
Ownership: 66.67% LM
33.33% Mark Bennett
California Investment Properties
Ownership: 100% Home Tax Service
DIVI DIVI Tree, LP
Ownership: 16.47% LM
Sienna Pointe, LLC
Ownership: 100% Divi Divi Tree
Buck Avenue Apartments, LP
Ownership: 10.16% LM
Riverview Shopping Center I, LLC
Ownership: 100% Buck Avenue Apt.
38 Limited Partnerships
Douglas Fir Investments, LP
Ownership: 22.66% LM
Sequoia Investment Properties, LP
Ownership: 36.57% LM
Riverview Shopping Center II, LLC
Ownership: 100% Sequoia Investment
Windscape Apartments I, LP
Ownership: 13.19% LM
Windscape Apartments II, LP
Ownership: 16.63% LM
Windscape Holdings, LLC
Ownership:
18.79% DF Investments
27.16% Perris Freeway Plaza, LP (not owned by LM)
19.73% Windscape Apt. I
34.36% Windscape Apt. II
Windscape Apartments, LLC
Ownership:
100% Windscape Holdings, LLC
Rivertree Partners, LP
Ownership: 23.24% LM
Country Oaks I, LP
Ownership: 9.66% LM
RT Capitol Mall, LP
Ownership:
43.2% Country Oaks I
56.8% Rivertree Partners
RT Golden Hills, LP
Ownership:
43.2% Country Oaks I
56.8% Rivertree Partners
Red Mulberry Tree, LP
Ownership:
99% RT Capitol Mall
Red Cedar Tree, LP
Ownership:
99% RT Capitol Mall
LeFever Mattson I, LLC
Butcher Road Partners, LLC
APAN Partners, LLC

