**EXHIBIT 2**

**(Diagram of Cash Management System)**

