# EXHIBIT 3

**(Bank Account Schedule)**

Exhibit _
Schedule of Bank Accounts

| Account Name | Bank | Last 4 digits of account number |
|---|---|---|
| LeFever Mattson Property Mgmt<br>430 W. Napa/Tradewinds Trust | Citizens Business Bank | 3034 |
| LeFever Mattson Property Mgmt<br>Autumn Wood Apts Trust | Citizens Business Bank | 6004 |
| LeFever Mattson Property Mgmt<br>Bates Trust Account / Watertree I LP | California Bank of Commerce | 4510 |
| LeFever Mattson Property Mgmt<br>Valley Oak Investments LP | Citizens Business Bank | 3357 |
| LeFever Mattson Property Mgmt<br>Broadway Office Trust Account | Citizens Business Bank | 1404 |
| LeFever Mattson Property Mgmt.<br>Buck Avenue Apartments, LP Trust | Citizens Business Bank | 0139 |
| LeFever Mattson Property Mgmt<br>Camelia Square Apts 2004 Trust | Citizens Business Bank | 6012 |
| LeFever Mattson Property Mgmt<br>RT Capitol Mall, LP | Exchange Bank | 9071 |
| Sienna Pointe, LLC<br>Partnership Account / 520 Capitol Mall | Umpqua Bank | 8539 |
| Sienna Pointe, LLC<br>RT Capitol Mall Pship (sub-account) | Umpqua Bank | 2271 |
| LeFever Mattson Property Mgmt<br>Carmichael Apartments Trust Account | Citizens Business Bank | 6020 |
| LeFever Mattson Property Mgmt<br>Carmichael Gardens Apts Trust | Citizens Business Bank | 6038 |
| LeFever Mattson Property Mgmt<br>Cornerstone Sonoma Trust Account | Citizens Business Bank | 1558 |
| LeFever Mattson Property Mgmt<br>Country Glen Apartments Trust | Citizens Business Bank | 6046 |
| LeFever Mattson Property Mgmt<br>Country Oaks Apartments Trust | Citizens Business Bank | 3159 |

Case: 24-10545    Doc# 5-3    Filed: 09/12/24    Entered: 09/12/24 22:42:39    Page 2 of 5

Exhibit _
Schedule of Bank Accounts

| Account Name | Bank | Last 4 digits of account number |
|---|---|---|
| LeFever Mattson Property Mgmt<br>Courtyard Cottages Trust Account | Citizens Business Bank | 6053 |
| Coventry Square Condo Assn<br>Money Market Account | Citizens Business Bank | 2225 |
| Coventry Square Condo Assn<br>6359 Auburn Blvd., Suite B | Citizens Business Bank | 9669 |
| LeFever Mattson Property Management<br>LM Inc Distribution Acct Trust | Citizens Business Bank | 6251 |
| LeFever Mattson Property Mgmt<br>Pinecone LP | Citizens Business Bank | 6095 |
| LeFever Mattson Property Mgmt<br>Fairfield Apts Trust | Citizens Business Bank | 6061 |
| LeFever Mattson Property Management<br>RT Golden Hills, Lp | Umpqua Bank | 5507 |
| LeFever Mattson Property Mgmt<br>Gold Oak Apartments Trust Acct | Citizens Business Bank | 6079 |
| LeFever Mattson Property Mgmt<br>Golden Tree, LP | Citizens Business Bank | 9411 |
| LeFever Mattson Property Mgmt.<br>Heacock Apts. 2004 Trust Acct. | Citizens Business Bank | 3332 |
| LeFever Mattson Property Mgmt<br>K.S. Mattson Partners Trust Account | Citizens Business Bank | 0733 |
| LeFever Mattson Property Mgmt<br>LeFever Mattson, Inc. Trust | Citizens Business Bank | 8950 |
| LeFever Mattson, Inc.<br>Property Management Trust | First Bank | 4107 |
| River Birch, LP<br>Operating Account | Umpqua Bank | 8415 |
| LeFever Mattson Property Mgmt.<br>The Redwoods Apartments Trust | Citizens Business Bank | 0494 |

Exhibit _
Schedule of Bank Accounts

| Account Name | Bank | Last 4 digits of account number |
|---|---|---|
| LeFever Mattson Property Mgmt Trust Acct for Redwoods Modesto Owner CA LLC | Citizens Business Bank | 7370 |
| LeFever Mattson Property Mgmt River View Shopping Center | Citizens Business Bank | 9958 |
| River View Shopping Ctr, I, LLC Lockbox | Wells Fargo Lockbox | 5836 |
| LeFever Mattson Property Mgmt. RTCO Trust | Citizens Business Bank | 1591 |
| LeFever Mattson Property Mgmt Salvio Pacheco Square Trust Account | Umpqua Bank | 1132 |
| LeFever Mattson Property Mgmt. Sequoia Investment Property | Citizens Business Bank | 0147 |
| LeFever Mattson Property Mgmt Sharis Apartments Trust | Citizens Business Bank | 6103 |
| LeFever Mattson Property Mgmt Shelfield Apartments Trust | Citizens Business Bank | 6111 |
| LeFever Mattson Property Mgmt. Sienna Pointe Apts. Trust Acct | Citizens Business Bank | 3472 |
| LeFever Mattson Property Mgmt Southwood Apts Trust | Citizens Business Bank | 6129 |
| LeFever Mattson Property Mgmt Spring Glenn Apts Trust Account | Citizens Business Bank | 9065 |
| LeFever Mattson Property Mgmt Trust Account for Bishop Pine, LP | Citizens Business Bank | 3167 |
| LeFever Mattson Property Mgmt Tradewinds Apts Trust | Citizens Business Bank | 6137 |
| LeFever Mattson Property Mgmt Vaca Villa Apts Trust | Citizens Business Bank | 6145 |
| LeFever Mattson Property Mgmt Walnut Crest Apts Trust | Citizens Business Bank | 6152 |

Exhibit _
Schedule of Bank Accounts

| Account Name | Bank | Last 4 digits of account number |
|---|---|---|
| LeFever Mattson Property Mgmt Trust Account for Beach Pine, LP | Citizens Business Bank | 6160 |
| LeFever Mattson Property Mgmt Willow Brook Apts Trust | Citizens Business Bank | 6178 |
| LeFever Mattson Property Mgmt Willow Glen Apartments Trust | Citizens Business Bank | 9057 |
| LeFever Mattson Property Mgmt. Windscape Village Apts Trust | Citizens Business Bank | 3175 |
| LeFever Mattson Property Mgmt Windscape Holdings, LLC | Citizens Business Bank | 8802 |
| LeFever Mattson Property Mgmt Woodland Oaks Apts Trust | Citizens Business Bank | 6186 |
| LeFever Mattson Property Mgmt Woodcreek Plaza/Black Walnut LP Trust | Citizens Business Bank | 3042 |