| Fill in this information to identify the case: |
|---|
| Debtor name: Bur Oak, LP |
| United States Bankruptcy Court for the Northern District of California |
| Case number (If known): 24-10495 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FIRST PLACE FOR YOUTH INC<br>1190 DANA DR, E<br>FAIRFIELD, CA 94533 | PHONE: (510) 272-0979<br>EMAIL: HOUSING@FIRSTPLACEFORYOUTH.ORG;<br>JKUGELBERG@FIRSTPLACEFORYOUTH.ORG | TENANT SECURITY DEPOSIT | | | | $ 1,600.00 |
| 2 | FAIRFIELD MUNICIPAL UTILITIES<br>1000 WEBSTER STREET<br>FAIRFIELD, CA 94533 | PHONE: (707) 428-7346 | TRADE | | | | $ 1,355.15 |
| 3 | JUSTIN THOMAS, JENNIFER MCGOWAN, SABRINA THOMAS<br>1190 DANA DR, D<br>FAIRFIELD, CA 94533 | PHONE: (530) 341-4702<br>EMAIL: THOMAS.JUSTIN.R2@GMAIL.COM;<br>BREAKINGBENJAMINROCKS247@YAHOO.COM; | TENANT SECURITY DEPOSIT | | | | $ 1,200.00 |
| 4 | KAMAL AKBARI, ABDUHL NAIKBEEN<br>1190 DANA DR, L<br>FAIRFIELD, CA 94533 | PHONE: (707) 803-4466<br>EMAIL: GAFOORNAIKBEEN@YAHOO.COM;<br>GAFOORNAIKBEEN@YAHOO.COM | TENANT SECURITY DEPOSIT | | | | $ 1,150.00 |
| 5 | TERRY ELLIS<br>1190 DANA DR, J<br>FAIRFIELD, CA 94533 | PHONE: (510) 224-7022<br>EMAIL: TERRYELLIS231@GMAIL.COM | TENANT SECURITY DEPOSIT | | | | $ 904.00 |
| 6 | BRILLIANT CORNERS INC, MANUEL ESTRADA (CLIENT)<br>1190 DANA DR, C<br>FAIRFIELD, CA 94533 | EMAIL: NORCALRCHS@BRILLIANTCORNERS.ORG | TENANT SECURITY DEPOSIT | | | | $ 800.00 |
| 7 | FIRST PLACE FOR YOUTH<br>1190 DANA DR, K<br>FAIRFIELD, CA 94533 | PHONE: (707) 561-2264<br>EMAIL: JKUGELBERG@FIRSTPLACEFORYOUTH.ORG | TENANT SECURITY DEPOSIT | | | | $ 800.00 |
| 8 | BRILLIANT CORNERS INC<br>1190 DANA DR, A<br>FAIRFIELD, CA 94533 | PHONE: (415) 235-9980<br>EMAIL: NORCALRCHS@BRILLIANTCORNERS.ORG | TENANT SECURITY DEPOSIT | | | | $ 800.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  BRILLIANT INC<br>1190 DANA DR, B<br>FAIRFIELD, CA 94533 | EMAIL: NORCALRCHS@BRILLIANTCORNERS.ORG | TENANT SECURITY DEPOSIT | | | | $ 800.00 |
| 10 SHELISA COGAR<br>1190 DANA DR, G<br>FAIRFIELD, CA 94533 | EMAIL: LISACOGAR2014@YAHOO.COM | TENANT SECURITY DEPOSIT | | | | $ 725.00 |
| 11 RICARDO BAEZA<br>1190 DANA DR, I<br>FAIRFIELD, CA 94533 | EMAIL: RICK1990.RB@GMAIL.COM;<br>VALERIELUNA2014@YAHOO.COM | TENANT SECURITY DEPOSIT | | | | $ 550.00 |
| 12 PARISH TERMITE & PEST MANAGEMENT, INC.<br>PO BOX 1467<br>CITRUS HEIGHTS, CA 95611-1467 | PHONE: (916) 722-5000 | TRADE | | | | $ 110.00 |
| 13 | | | | | | $ - |
| 14 | | | | | | $ - |
| 15 | | | | | | $ - |
| 16 | | | | | | $ - |
| 17 | | | | | | $ - |
| 18 | | | | | | $ - |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | | | | | | $ - |
| 20 | | | | | | $ - |

Case: 24-10545   Doc# 71   Filed: 09/25/24   Entered: 09/25/24 18:43:24   Page 3 of 3