Docusign Envelope ID: 27F23906-6F1D-465E-9BD2-BC9295B997CF

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
David A. Taylor (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and Debtors in Possession*

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL CASABONNE IN SUPPORT OF APPLICATION OF DEBTORS FOR ORDER AUTHORIZING EMPLOYMENT OF SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER**<br><br>[No Hearing Requested] |

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

I, Daniel Casabonne, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a real estate agent with Sotheby's International Realty ("Sotheby's") in Sonoma, California. I submit this declaration on behalf of Sotheby's (the "Declaration") in support of the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the employment and retention of Sotheby's as real estate broker under the terms and conditions set forth in the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto.

2. The Debtors have retained Sotheby's in these Chapter 11 Cases, subject to approval of this Court, to market and sell the Debtors' real property listed on Exhibit B to the Application (the "Properties") pursuant to the terms of the Listing Agreements attached as Exhibits 1 - 12 to the Proposed Order on the Application.

3. Sotheby's is a leading real estate brokerage firm with a reputation for work ethic, integrity, and extensive knowledge of the marketplace. Sotheby's has an understanding of and experience with the various considerations that will inform the Debtors' real estate marketing and sales decisions.

4. I have been long recognized as one of both Sonoma Valley and Sonoma County's top real estate agents. Out of 26,500 advisors across 1,115 offices in 87 countries and territories in the Sotheby's brand, I have been named as one of the top 100 advisors based on both the number of properties and value of assets sold.

5. Pursuant to the Listing Agreements, Sotheby's commission will be 2% of the purchase price for each Property payable at the close of escrow.

6. Because Sotheby's is a large brokerage firm, it is possible that a Sotheby's agent other than me may represent the buyer. However, I will not represent both the Debtors and the buyer without prior written consent from the Debtors.

/ / /

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

Docusign Envelope ID: 27F23906-6F1D-465E-9BD2-BC9295B997CF

7. The general practice of Sotheby's, like other real estate brokers who provide similar services, is to be paid on a contingency fee basis. Sotheby's thus does not keep detailed time records similar to those prepared by attorneys.

8. Sotheby's received from the Debtors a schedule of key parties in interest in these Chapter 11 Cases, a copy of which is attached hereto as **Exhibit A**.

9. To check and clear potential conflicts of interest in these Chapter 11 Cases, as well as to identify all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee for the Northern District of California (the "U.S. Trustee"), any person employed in the office of the U.S. Trustee, Sotheby's conducted a review of the parties listed on Exhibit A to determine whether it has or had any relationships with any entity represented thereon. A summary of such relationships that Sotheby's identified during this process is set forth on **Exhibit B** to this Declaration.

10. I have determined that, other than as set forth on Exhibit B, (a) there is no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b) and Bankruptcy Rule 2014(a), between Sotheby's and any party in interest in these Chapter 11 Cases, including the Debtors, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in these Chapter 11 Cases or their respective attorneys or accountants; (b) Sotheby's is not a creditor, equity security holder, or insider of the Debtors; (c) none of the Sotheby's professionals is, or was within two years of the Petition Date, a director, officer, or employee of the Debtors; and (d) Sotheby's neither holds nor represents an interest adverse to the Debtors, their estates, or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason. For the foregoing reasons, Sotheby's is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code.

/ / /

/ / /

/ / /

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

11. I will amend or supplement this declaration to the extent I learn that (a) any of the within representations are incorrect or (b) there is any change of circumstances relating thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2025.

DocuSigned by:
Daniel Casabonne
31A41ED2D0BF480
Daniel Casabonne

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105