| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| | John D. Fiero (CA Bar No. 136557) |
| 2 | Jason H. Rosell (CA Bar No. 269126) |
| | Brooke E. Wilson (CA Bar No. 354614) |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP |
| | One Sansome Street, 34th Floor, Suite 3430 |
| 4 | San Francisco, California 94104-4436 |
| | Telephone: 415-263-7000 |
| 5 | Facsimile:  415-263-7010 |
| | Email:    dgrassgreen@pszjlaw.com |
| 6 |           jfiero@pszjlaw.com |
| |           jrosell@pszjlaw.com |
| 7 |           bwilson@pszjlaw.com |

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 24-10545 (CN) |
| LEFEVER MATTSON, a California corporation, et al.,[1] | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA      )
                                              )
CITY OF SAN FRANCISCO  )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On February 12, 2025, I caused to be served the following documents in the manner stated below:

- **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PwC US BUSINESS ADVISORY LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

- **DECLARATION OF STEVEN J. FLEMING IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT**

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

**AND RETENTION OF PwC US BUSINESS ADVISORY LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

- **DECLARATION OF KEVIN KATARI IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PwC US BUSINESS ADVISORY LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On February 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 12, 2025 at San Francisco California.

*/s/ Patricia Jeffries*
Patricia Jeffries

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Gabrielle L. Albert galbert@kbkllp.com

Kyra E. Andrassy kandrassy@raineslaw.com, csheets@swelawfirm.com

Roxanne Bahadurji rbahadurji@sullivanblackburn.com, ecf@macfern.com

Mia S. Blackler mblackler@lubinolson.com

Mark Bostick mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Gillian Nicole Brown gbrown@pszjlaw.com

Stephen T. Cammack cammacklawoffice@gmail.com

Theodore A. Cohen TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell ccrowell@hrhlaw.com

Devan Dal Col ddalcol@reedsmith.com

Jared A. Day jared.a.day@usdoj.gov

Daniel Lloyd Egan degan@wilkefleury.com

John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Evan Gershbein ECFpleadings@kccllc.com

Charles R Gibbs crgibbs@mwe.com

Bernard R. Given bgiven@loeb.com

Steven W Golden sgolden@pszjlaw.com

Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Mitchell B. Greenberg mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Thomas P. Griffin tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

Christopher V. Hawkins chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

Deanna K. Hazelton deanna.k.hazelton@usdoj.gov

Gabriel P Herrera gherrera@kmtg.com, bxiong@kmtg.com

James P. Hill jhill@fennemorelaw.com, bkstaff@sullivanhill.com

Catherine Holzhauser cholzhauser@beesontayer.com, awheeler@beesontayer.com

Marsha Houston mhouston@reedsmith.com, hvalencia@reedsmith.com

Lance N. Jurich ljurich@loeb.com, pmatsuda@loeb.com

Robert B. Kaplan rbk@jmbm.com

Ivo Keller ikeller@sflaw.com

Tobias S. Keller tkeller@kbkllp.com

Thomas Philip Kelly tomkelly@sonic.net

Jeannie Kim jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Chris D. Kuhner c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Benjamin R. Levinson ben@benlevinsonlaw.com

Sarah Lampi Little sarah@kornfieldlaw.com

Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Paul David Moak pmoak@reedsmith.com

Thomas G. Mouzes tmouzes@boutinjones.com, cdomingo@boutinjones.com

Randall P. Mroczynski rmroczynski@cookseylaw.com

Eric A. Nyberg e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Abigail O'Brient AOBrient@cov.com, docketing@cov.com

Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov

Eric S. Pezold epezold@swlaw.com, fcardenas@swlaw.com

William L. Porter bporter@porterlaw.com, Ooberg@porterlaw.com

Douglas B. Provencher dbp@provlaw.com

Yasha Rahimzadeh yrlaw@attorneynorcal.com

Jason Rosell jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein vrubinstein@loeb.com

Thomas B. Rupp trupp@kbkllp.com

Eric C. Seitz eseitz@mwe.com

Phillip John Shine phillip.shine@usdoj.gov

Wayne A. Silver   ws@waynesilverlaw.com, ws@waynesilverlaw.com

Boris Smyslov   attorney.boris@gmail.com

Andrew B. Still   astill@swlaw.com, kcollins@swlaw.com

Jason D. Strabo   jstrabo@mwe.com, dnorthrop@mwe.com

Sarah M. Stuppi   sarah@stuppilaw.com

Christopher D. Sullivan   csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

Thomas A. Willoughby   twilloughby@ffwplaw.com, docket@ffwplaw.com

Brooke Elizabeth Wilson   bwilson@pszjlaw.com

Jennifer C. Wong   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com

**SERVED BY US FIRST CLASS MAIL**

| | | |
|---|---|---|
| Bank of America<br>PO Box 660861<br>Dallas, TX 75266-0861 | Butcher Road Partners LLC<br>6359 Auburn Blvd.<br>Suite B<br>Citrus Heights, CA 95621 | California Attorney General<br>Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 |
| California Bank of Commerce<br>2999 Oak Rd Ste 210<br>Walnut Creek, CA 94597-2052 | Charles Edgar<br>89 Avalon Court<br>Chico, CA 95926 | CHASE BANK<br>P.O. Box 650528<br>Dallas, TX 75265-0528 |
| Citizens Business Bank<br>PO Box 3938<br>Ontario, CA 91761 | Comerica<br>PO Box 641618<br>Detroit, MI 46264-1618 | Duggans Memorial Chapel<br>Law Offices of Gregory E. Stubbs<br>747 Appleton Way<br>Sonoma, CA 95476-7247 |
| Exchange Bank<br>1420 Rocky Ridge Dr Ste 190<br>Roseville, CA 95661 | Frank Bragg Revocable Trust<br>Mandy Mary Henry<br>2261 Taylor Mountain Pl<br>Santa Rosa, CA 95404 | Frank Bragg Revocable Trust<br>Maxine Bragg<br>931 Maxwell St<br>Healdsburg, CA 95448 |
| Frank Bragg Revocable Trust<br>Nancy Bragg<br>1708 St. Anthony Way<br>Santa Rosa, CA 95404 | Greystone Servicing Corporation, Inc<br>PO Box 281163<br>Atlanta, GA 30384-1163 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | LeFever Mattson<br>6359 Auburn Blvd., Suite B<br>Citrus Heights, CA 95621 | Leland McAbee<br>525 Burr Oak Court<br>Vacaville, CA 95688 |
| Michael & Ana Cavanaugh<br>625 Holly Dr<br>Sebring, FL 33876 | Michael Bicandi, Jane Bicandi<br>230 East Napa St<br>Sonoma, CA 95476 | Mr Cooper<br>PO Box 60516<br>City of Industry, CA 91716-0516 |
| Napa Elm, LP<br>6358 Auburn Blvd.<br>Citrus Heights, CA 95621 | Needleman/Hayes Family Trust<br>1250 Ferrelo Rd<br>Santa Barbara, CA 93103 | NexBank<br>2515 McKinney Ave Ste 1100<br>Dallas, TX 75201 |
| PHH Mortgage Services<br>PO Box 5452<br>Mount Laurel, NJ 08054 | Poppy Bank<br>438 First St<br>Santa Rosa, CA 95401 | Ronald Hodges<br>771 Oak Ln<br>Sonoma, CA 95476 |
| Select Portfolio Servicing, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Shellpoint Mortgage Servicing<br>PO Box 650840<br>Dallas, TX 75265-0840 | Shellpoint Mortgage Servicing<br>PO Box 650840<br>Dallas, TX 75265-0840 |
| Socotra Capital<br>2208 29th Street<br>Ste 100<br>Sacramento, CA 95817 | Susan Patricia Westerbeke, Trustee<br>Of The Susan Patricia Westerbeke<br>Trust<br>2290 Grove St<br>Sonoma, CA 95476-6073 | Tri Counties Bank<br>PO Box 909<br>Chico, CA 95927 |

| Umpqua Bank<br>PO Box 1580<br>Roseburg, OR 97470-0367 | Virginia Ghilarducci Trustee<br>19130 Ola Court<br>Sonoma, CA 95476 | Wells Fargo Home Mortgage<br>P.O. Box 30427<br>Los Angeles, CA 90030-0427 |
|---|---|---|
| Wells Fargo Wholesale Lockbox<br>PO Box 60253<br>Charlotte, NC 28260-0253 | Y. Tito Sasaki, Trustee & Janet L. Sasaki, Trustee & Visio International, Inc.<br>PO BOX 200<br>Vineburg, CA 95487 | |

**SERVED E-MAIL**

| Abbey, Weitzenberg, Warren & Emery, P.C.<br>mgreenberg@abbeylaw.com | AIS Portfolio Services, LLC<br>ECFNotices@aisinfo.com | Aldridge Pite , LLP<br>ecfcanb@aldridgepite.com |
|---|---|---|
| Boutin Jones Inc.<br>tmouzes@boutinjones.com;<br>bahmad@boutinjones.com | Brooke Sample<br>brookesample10@gmail.com | Carla Strickfaden<br>cjstrickfaden@gmail.com |
| Covington & Burling LLP<br>aobrient@cov.com | Darryl Hayes<br>Twinpop@gmail.com | David Renaud<br>76renaud@gmail.com |
| Debra Dellacort<br>Ddellacort@gmail.com | Dexter Quiggle<br>quiggs@sbcglobal.net | DSI Consulting<br>bsharp@dsiconsulting.com |
| Eddi Quiggle<br>chefeddi@icloud.com | Edyth Kiyo Hayashi-Mack<br>edymack65@sbcglobal.net | Embolden Law PC<br>dbp@provlaw.com |
| Erin Bouayad-Agha<br>erinba@gmail.com | Federal Home Loan Mort. Corp.<br>ashley_beane@freddiemac.com | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>twilloughby@ffwplaw.com |
| Fennemore<br>jhill@fennemorelaw.com;<br>chawkins@fennemorelaw.com | Fennemore Craig P.C.<br>mfairbank@fennemorelaw.com | Fennemore Wendel<br>drapaport@fennemorelaw.com;<br>mbostick@fennemorelaw.com;<br>kfranklin@fennemorelaw.com;<br>rdunaway@fennemorelaw.com |
| Hayes 2004 Family Trust<br>byronehaze1@yahoo.com | Hemar, Rousso & Heald, LLP<br>ccrowell@hrhlaw.com | Jacob Ming & Shirley Dong<br>jacobth25@gmail.com |
| Janet and Randy Marlette<br>Jlmakamama@yahoo.com | Janice Conrad<br>janiceconradsemail@gmail.com | Jeffer Mangels Butler & Mitchell LLP<br>byoung@jmbm.com;<br>rkaplan@jmbm.com;<br>rbk@jmbm.com;<br>tgeher@jmbm.com |
| Jill Hayes<br>jdhayes2@gmail.com | Jillian Fitzgerald<br>gojillianfitz@gmail.com | John Criv<br>johncriv@yahoo.com |
| KCC dba Verita<br>lminfo@veritaglobal.com | Keller Benvenutti Kim LLP<br>tkeller@kbkllp.com;<br>dtaylor@kbkllp.com;<br>trupp@kbkllp.com | Kim Renaud<br>renaudd6@aol.com |
| Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.<br>e.nyberg@kornfieldlaw.com;<br>c.kuhner@kornfieldlaw.com;<br>s.little@kornfieldlaw.com | Kristin Torstenbo<br>kristinhayes18@gmail.com | Law Office of Benjamin R. Levinson<br>ben@benlevinsonlaw.com |
| Law Office of Wayne A. Silver<br>ws@waynesilverlaw.com | Law Offices of Stuppi & Stuppi<br>sarah@stuppilaw.com | Leland McAbee , Teresa McAbee<br>terimcabee@aol.com;<br>lelandmcabee1@gmail.com |
| Leland McAbee, Plaintiff<br>JCha@jmbm.com | Loeb & Loeb LLP<br>ljurich@loeb.com ;<br>bgiven@loeb.com | Loeb & Loeb LLP<br>vrubinstein@loeb.com |

| Lubin Olson & Niewiadomski LLP  mblackler@lubinolson.com | Lull Family Living Revocable Trust  richard@picolull.com | Mark Torstenbo  motorstenbo@gmail.com |
|---|---|---|
| Matt Treger  matt.treger@gmail.com | Maurice Wutscher LLP  ahochheiser@mauricewutscher.com | McCarthy & Holthus, LLP  jwong@mccarthyholthus.com |
| McDermott Will & Emery LLP  crgibbs@mwe.com;  eseitz@mwe.com | McDermott Will & Emery LLP  jstrabo@mwe.com | Mullin Family Trust  dadzboss@sbcglobal.net;  mullineight@sbcglobal.net |
| Odette Mittone  omittone@yahoo.com | Office of the United States Trustee for Region 17  phillip.shine@usdoj.gov | Office of the United States Trustee for Region 17  jared.a.day@usdoj.gov |
| Office of the United States Trustee for Region 17  deanna.k.hazelton@usdoj.gov | Pachulski Stang Ziehl & Jones LLP  dgrassgreen@pszjlaw.com;  jfiero@pszjlaw.com;  jrosell@pszjlaw.com;  bwilson@pszjlaw.com | Raines Feldman Littrell LLP  kandrassy@raineslaw.com |
| Ray Muscat  sanocat@sbcglobal.net | Reed Smith LLP  mhouston@reedsmith.com;  sjackson@reedsmith.com | Reed Smith LLP  pmoak@reedsmith.com;  ddalcol@reedsmith.com |
| Ross and Marilyn Torstenbo  rosstorstenbo@gmail.com;  r-mtorstenbo@msn.com | Sara Ganyo  sjganyo@gmail.com | Shartsis, Friese LLP  ikeller@sflaw.com |
| Shelley Morse  shelleyamorse@comcast.net | Sheppard, Mullin, Richter & Hampton LLP  jekim@sheppardmullin.com | Sheppard, Mullin, Richter & Hampton LLP  tcohen@sheppardmullin.com;  csischo@sheppardmullin.com |
| Snell & Wilmer LLP  epezold@swlaw.com;  astill@swlaw.com | Sullivan Blackburn Pratt, LLP  csullivan@sullivanblackburn.com;  rbahadurji@sullivanblackburn.com | The Anderson 2001 Revocable Trust  graham@sezame.com;  teresaanderson@outlook.com |
| Tim and Patty Thomas  timandpatty@comcast.net | Tri Counties Bank, Legal Department  legalservices@tcbk.com | Umbriac & Tubley Family Trust  ridell@dpf-law.com |
| Walter Schenk  walter.schenk@comcast.net | Wondra, et al.  gherrera@kmtg.com | Wynne & Ben Coughtry  wynneandben@gmail.com |