Todd S. Garan (SBN 236878)
tgaran@aldridgepite.com
Greg P. Campbell (SBN 281732)
gcampbell@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Creditor
Nationstar Mortgage LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Lead Case No. 24-10545 |
| LEFEVER MATTSON, a California corporation, *et al*, [1] | Chapter 11 |
| Debtor. | (Jointly Administered) |
| | **PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this cause.

On February 12, 2025, I caused the following documents:

**CREDITORS' OPPOSITION TO DEBTORS' MOTION TO ESTABLISH PROCEDURES FOR REAL PROPERTY SALES**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTOR**

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

- 1 -  CASE NO. 24-10545
**PROOF OF SERVICE**

LeFever Mattson, a California
6359 Auburn Blvd.
Suite B
Citrus Heights, CA 95621
(Via U.S. Mail)

**D<small>EBTOR'S</small> A<small>TTORNEY</small>**
Tobias S. Keller
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
tkeller@kbkllp.com
(Via NEF)

Gabrielle L. Albert
Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
(530) 902-2560
Email: galbert@kbkllp.com
(Via NEF)

Thomas B. Rupp
Keller Benvenutti Kim LLP
425 Market Street
26th Floor
San Francisco, CA 94105
415-636-9015
Fax : 650-636-9251
Email: trupp@kbkllp.com
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2025

/s/ Lauren Timby
LAUREN TIMBY

- 2 -
PROOF OF SERVICE
C<small>ASE</small> N<small>O</small>. 24-10545