STEPHEN·T CAMMACK
LAW OFFICES

STATE BAR NO: 107814

915 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
PHONE (916) 641-0294
FAX (916) 641-0296
cammacklawoffice@gmail.com

Attorney for Plaintiff **Graham Reid**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHEN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**LEFEVER MATTSON, a California Corporation,**<br><br>Debtor.<br><br>**GRAHAM REID**<br><br>Plaintiff,<br><br>vs.<br><br>**LEFEVER MATTSON, a California Corporation,**<br><br>Defendant. | **Case No. 24-10545-C-11C**<br>**Associated Case No.: 24-10544**<br><br>**Chapter 11**<br>**<u>CERTIFICATE OF SERVICE RE:</u>**<br>**<u>CREDITOR GRAHAM REID'S</u>**<br>**<u>PROOF OF CLAIM RE:</u>**<br>**<u>ASSOCIATED CASE: IN RE: HOME</u>**<br>**<u>TAX SERVICE OF AMERICA, INC.,</u>**<br>**<u>DEBTOR; CASE NO.: 24-10544</u>** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2025, I caused the foregoing notice to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

On **February 13, 2025** I served the following documents:

**CERTIFICATE OF SERVICE RE: CREDITOR GRAHAM REID'S PROOF OF CLAIM** RE: ASSOCIATED CASE OF: IN RE: HOME TAX SERVICE OF AMERICA, INC.; CASE NO.: 24-10544

IN RE:        **LEFEVER MATTSON, Debtor; United States Bankruptcy Court, Northern District of California, Case No.: 24-10545-C-11C; and Associated Cases**

 X  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 X  By emailing as set forth below:

_____ By placing a true copy thereof enclosed in a sealed envelope with correct mail postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below:

_____ By placing a true copy thereof in the hands of the person(s) who appeared to be in charge of the office(s) addressed as set forth below:

| | |
|---|---|
| **tkeller@kbkllp.com**; **trupp@kbkllp.com** <br> Tobias S. Keller, Esq. <br> Thomas B. Rupp, Esq. <br> Keller Benvenutti Kim LLP <br> 425 Market Street, 26th Floor <br> San Francisco, CA 94105 <br><br> *Counsel for Debtors* | **deanna.k.hazelton@usdoj.gov** <br> Deanna K. Hazelton <br> DOJ-Ust <br> 2500 Tulare Street, Ste 1401 <br> Fresno, CA 93721 <br><br> *US Trustee's Office* |
| **jared.a.day@usdoj.gov** <br> Jared A. Day <br> Office of the U.S. Trustee <br> 300 Booth St. #3009 <br> Reno, NV 89509 <br><br> *US Trustee's Office* | **phillip.shine@usdoj.gov** <br> Phillip John Shine <br> DOJ-Ust <br> 450 Golden Gate Avenue, 5th Floor <br> Suite #05-0153 <br> San Francisco, CA 95410 <br><br> *US Trustee's Office* |
| **sarah@stuppilaw.com** <br> Sarah M. Stuppi, Esq. <br> Law Offices of Stuppi & Stupii <br> 1603 N. Main Street, Suite 332 <br> Walnut Creek, CA 94596 <br><br> *Attorney for Creditor Ravindra Ambatipudi.* | jstrabo@mwe.com <br> Jason D. Strabo, Esq. <br> MCDERMOTT WILL & EMERY LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067-3206 <br><br> *Attorneys for Creditor Wilmington Trust, National Association, as Trustee* |
| crgibbs@mwe.com; <br> eseitz@mwe.com; <br> Charles R. Gibbs, Esq. <br> Eric C. Seitz, Esq. <br> MCDERMOTT WILL & EMERY LLP <br> 2501 N. Harwood Street, Suite 1900 | **ecfcanb@aldridgepite.com** <br> ALDRIDGE PITE LLP <br> 3333 Camino del Rio South, Suite 225 <br> San Diego CA 92108 <br><br> *Attorneys for Creditor Nationstar Mortgage LLC* |

*PROOF OF SERVICE RE: CREDITOR GRAHAM REID'S PROOF OF CLAIM RE: CASE NO. 24-10544*

| | |
|---|---|
| Dallas, TX 75201<br><br>*Attorneys for Creditor Wilmington Trust, National Association, as Trustee* | |
| **twilloughby@ffwplaw.com**<br>Thomas A. Willoughby<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br><br>*Attorneys for Creditor Monley Hamlin Inc* | **tmouzes@boutinjones.com**<br>**bahmad@boutinjones.com**<br>Thomas G. Mouzes, Esq.<br>Bashar Ahmad, Esq.<br>Boutin Jones, Inc.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br><br>*Attorneys CP Grellas Partnership, James C. Grellas, Peter C. Grellas, Paul C. Grellas, Peggy C. Slaughter* |
| **csullivan@sullivanblackburn.com**<br>**rbahadurji@sullivanblackburn.com**<br>SULLIVAN BLACKBURN PRATT LLP<br>Christopher D. Sullivan, Esq.<br>Roxanne Bahadurji, Esq.<br>601 Montgomery Street, Suite 1200 San Francisco, California 94111<br><br>*Attorneys for Creditors Anne Gockel and Keith Gockel* | **dbp@provlaw.com**<br>Douglas B. Provencher, Esq.<br>EMBOLDEN LAW PC 823<br>Sonoma Avenue Santa Rosa, CA 95404<br><br>*Attorney for interested parties* |
| **IKeller@sflaw.com**<br>SHARTSIS FRIESE LLP<br> IVO KELLER, ESQ.<br>425 Market Street, Eleventh Floor<br>San Francisco, CA 94105-2496 Telephone: (415) 421-6500<br><br>*Attorneys for ELIZABETH H. TALLEY, individually and as Trustee of the Michael and Elizabeth Talley 2017 Family Trust, and MICHAEL M. TALLEY, individually and as Trustee of the Michael and Elizabeth Talley 2017 Family Trust ELIZABETH H. TALLEY, individually and as Trustee of the Michael and Elizabeth Talley 2017 Family Trust, and MICHAEL M. TALLEY, individually and as Trustee of the Michael and Elizabeth Talley 2017 Family Trust* | **ws@waynesilverlaw.com**<br>Law Office of Wayne A. Silver<br>Wayne A. Silver, Esq.<br>643 Bair Island Road, Suite 403<br>Redwood City, CA 94063<br><br>*Attorney for Denise Ebbett, Successor Trustee of the Fisher Family Trust and as Attorney-in Fact for Virginia Fisher* |
| **aobrient@cov.com**<br>ABIGAIL V. O'BRIENT, ESQ.<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br><br>*Attorneys for Winside USA, Inc.* | **ljurich@loeb.com**<br>LOEB & LOEB LLP<br>LANCE N. JURICH, ESQ.<br>10100 Santa Monica Blvd. Suite 2200<br>Los Angeles, CA 90067 |

*PROOF OF SERVICE RE: CREDITOR GRAHAM REID'S PROOF OF CLAIM RE: CASE NO. 24-10544*

| | |
|---|---|
| | *Attorneys for Serene Investment Management LLC, as DIP Lender* |
| **vrubinstein@loeb.com**<br>VADIM J. RUBINSTEIN, ESQ.<br>345 Park Avenue New York, NY 10154<br><br>*Attorneys for Serene Investment Management LLC, as DIP Lender* | **kandrassy@raineslaw.com**<br>Kyra E. Andrassy, Esq.<br>RAINES FELDMAN LITTRELL LLP 3200<br>Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br><br>*Attorney for Anne Prisco and Stephen Sergi* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on **February 13, 2025,** at Sacramento, California.

_____

**Sarah Freeman**

4
*PROOF OF SERVICE RE: CREDITOR GRAHAM REID'S PROOF OF CLAIM RE: CASE NO. 24-10544*