United States Bankruptcy Court
Northern District of California

In re:                                                        Case No. 24-10545-CN
LeFever Mattson, a California corporatio                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1                            User: admin                                       Page 1 of 4
Date Rcvd: Feb 11, 2025                      Form ID: TRANSC                             Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | BROOKE E. WILSON, ESQ., Pachulski Stang Ziehl & Jones LLP, One Sansome Street 22 Suite 3430, San Francisco, CA 94104-4436 |
| + | DAVID TAYLOR, ESQ., Keller Benvenutti Kim LLP, 425 Market Street 26th Floor, San Francisco, CA 94105-5401 |
| + | THEODORE A. COHEN, ESQ., Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street 43rd Floor, Los Angeles, CA 90071-1422 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025                                Signature:               /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail O'Brient | on behalf of Interested Party Winside USA Inc. AOBrient@cov.com, docketing@cov.com |
| Andrew B. Still | on behalf of Creditor California Bank of Commerce astill@swlaw.com kcollins@swlaw.com |
| Benjamin R. Levinson | on behalf of Creditor Visio International Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust ben@benlevinsonlaw.com |
| Bennett G. Young | on behalf of Creditor Amanda Henry as Trustee of the Frank Bragg Revocable Turst byoung@jmbm.com, jb8@jmbm.com |
| Bernard R. Given, II | on behalf of Other Prof. FTI Consulting Inc. bgiven@loeb.com |

Boris Smyslov
    on behalf of Plaintiff Mariah Driver attorney.boris@gmail.com

Brooke Elizabeth Wilson
    on behalf of Creditor Committee Official Committee of Unscured Credtiors bwilson@pszjlaw.com

Catherine Holzhauser
    on behalf of Creditor Beeson  Tayer & Bodine, APC. cholzhauser@beesontayer.com, awheeler@beesontayer.com

Charles R Gibbs
    on behalf of Creditor Wilmington Trust  National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 crgibbs@mwe.com

Chris D. Kuhner
    on behalf of Creditor Bradley and Lori Olson c.kuhner@kornfieldlaw.com  g.michael@kornfieldlaw.com

Christopher Crowell
    on behalf of Creditor Citizens Business Bank ccrowell@hrhlaw.com

Christopher D. Sullivan
    on behalf of Creditor Anne and Keith Gockel csullivan@sullivanblackburn.com  AJTorio@sullivanblackburn.com

Christopher M. McDermott
    on behalf of Creditor Nationstar Mortgage LLC ecfcanb@aldridgepite.com  CMM@ecf.inforuptcy.com

Christopher V. Hawkins
    on behalf of Creditor KS Mattson Partners  LP chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

Daniel Lloyd Egan
    on behalf of Creditor John L. Chase degan@wilkefleury.com

Deanna K. Hazelton
    on behalf of U.S. Trustee Office of the U.S. Trustee / SR deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
    on behalf of Creditor Committee Official Committee of Unscured Credtiors dgrassgreen@pszjlaw.com  hphan@pszjlaw.com

Devan Dal Col
    on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION ddalcol@reedsmith.com

Douglas B. Provencher
    on behalf of Interested Party Douglas B. Provencher dbp@provlaw.com

Eric A. Nyberg
    on behalf of Creditor Bradley and Lori Olson e.nyberg@kornfieldlaw.com  g.michael@kornfieldlaw.com

Eric C. Seitz
    on behalf of Creditor Wilmington Trust  National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 eseitz@mwe.com

Eric S. Pezold
    on behalf of Creditor California Bank of Commerce epezold@swlaw.com  fcardenas@swlaw.com

Evan Gershbein
    ECFpleadings@kccllc.com

Gabriel P Herrera
    on behalf of Creditor Wondra  et al. gherrera@kmtg.com, bxiong@kmtg.com

Gabrielle L. Albert
    on behalf of Debtor LeFever Mattson  a California corporation galbert@kbkllp.com

Gillian Nicole Brown
    on behalf of Creditor Committee Official Committee of Unscured Credtiors gbrown@pszjlaw.com

Ivo Keller
    on behalf of Creditor Elizabeth H. Talley ikeller@sflaw.com

James P. Hill
    on behalf of Creditor KS Mattson Partners  LP jhill@fennemorelaw.com, bkstaff@sullivanhill.com

Jared A. Day
    on behalf of U.S. Trustee Office of the U.S. Trustee / SR jared.a.day@usdoj.gov

Jason Rosell
    on behalf of Creditor Committee Official Committee of Unscured Credtiors jrosell@pszjlaw.com  mrenck@pszjlaw.com

Jason D. Strabo
    on behalf of Creditor Wilmington Trust  National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 jstrabo@mwe.com, dnorthrop@mwe.com

Jeannie Kim
    on behalf of Creditor Socotra Capital  Inc. jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Jennifer C. Wong
on behalf of Creditor Ally Bank bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

John D. Fiero
on behalf of Creditor Committee Official Committee of Unscured Credtiors jfiero@pszjlaw.com ocarpio@pszjlaw.com

Kyra E. Andrassy
on behalf of Creditor Anne Prisco kandrassy@raineslaw.com csheets@swelawfirm.com

Lance N. Jurich
on behalf of Interested Party Serene Investment Management LLC ljurich@loeb.com pmatsuda@loeb.com

Mark Bostick
on behalf of Creditor KS Mattson Partners LP mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Marsha Houston
on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION mhouston@reedsmith.com hvalencia@reedsmith.com

Mia S. Blackler
on behalf of Creditor JPMorgan Chase Bank N.A. mblackler@lubinolson.com

Mitchell B. Greenberg
on behalf of Creditor Poppy Bank mgreenberg@abbeylaw.com mmeroney@abbeylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Paul David Moak
on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION pmoak@reedsmith.com

Phillip John Shine
on behalf of U.S. Trustee Office of the U.S. Trustee / SR phillip.shine@usdoj.gov

Randall P. Mroczynski
on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital rmroczynski@cookseylaw.com

Robert B. Kaplan
on behalf of Creditor Umpqua Bank rbk@jmbm.com

Roxanne Bahadurji
on behalf of Creditor Anne and Keith Gockel rbahadurji@sullivanblackburn.com ecf@macfern.com

Sarah Lampi Little
on behalf of Creditor Bradley and Lori Olson sarah@kornfieldlaw.com

Sarah M. Stuppi
on behalf of Creditor Ravindra Ambatipudi sarah@stuppilaw.com

Steven W Golden
on behalf of Creditor Committee Official Committee of Unscured Credtiors sgolden@pszjlaw.com

Theodore A. Cohen
on behalf of Attorney Sheppard Mullin, Richter & Hampton LLP TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Thomas A. Willoughby
on behalf of Creditor Monley Hamlin Inc. twilloughby@ffwplaw.com docket@ffwplaw.com

Thomas B. Rupp
on behalf of Debtor Apan Partners LLC trupp@kbkllp.com

Thomas G. Mouzes
on behalf of Creditor CP Grellas Partnership tmouzes@boutinjones.com cdomingo@boutinjones.com

Thomas P. Griffin, Jr.
on behalf of Creditor Diana Goodman tgriffin@hsmlaw.com lnewberry@hsmlaw.com

Thomas Philip Kelly, III
on behalf of Creditor Andrew Revocable Trust dated June 21 2001 tomkelly@sonic.net

Tobias S. Keller
on behalf of Debtor LeFever Mattson a California corporation tkeller@kbkllp.com

Todd S. Garan
on behalf of Creditor Lakeview Loan Servicing LLC ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Vadim J Rubinstein
on behalf of Interested Party Serene Investment Management LLC vrubinstein@loeb.com

Wayne A. Silver
on behalf of Creditor Denise Ebbett ws@waynesilverlaw.com ws@waynesilverlaw.com

William L. Porter

        on behalf of Creditor 1-888-4-Abatement Inc. bporter@porterlaw.com, Ooberg@porterlaw.com

Yasha Rahimzadeh
        on behalf of Creditor Daninaan LLC yrlaw@attorneynorcal.com

TOTAL: 61

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):** | Case No.: 24−10545 CN 11 |
| --- | --- |
| LeFever Mattson, a California corporation | Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 7, 2025 was filed on February 11, 2025. The following deadlines apply:

The parties have until Tuesday, February 18, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, March 4, 2025.

If a request for redaction is filed, the redacted transcript is due Friday, March 14, 2025.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, May 12, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 2/13/25         For the Court:

                       Edward J. Emmons
                       Clerk of Court
                       United States Bankruptcy Court