Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| In re | Case No. 24-10545 (CN) |
|---|---|
| LEFEVER MATTSON, a California corporation, et al.,[1] | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On February 18, 2025, I caused to be served the following documents in the manner stated below:

- **FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 13, 2024 THROUGH DECEMBER 31, 2024**

- **DECLARATION OF JASON H. ROSELL IN SUPPORT OF FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF**

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Case: 24-10545   Doc# 852   Filed: 02/18/25   Entered: 02/18/25 11:23:33   Page 1 of 4

**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 13, 2024 THROUGH DECEMBER 31, 2024**

| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On February 1, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
|---|---|
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 18, 2025 at San Francisco California.

*/s/ Patricia Jeffries*
Patricia Jeffries

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Gabrielle L. Albert    galbert@kbkllp.com

Kyra E. Andrassy    kandrassy@raineslaw.com, csheets@swelawfirm.com

Roxanne Bahadurji rbahadurji@sullivanblackburn.com, ecf@macfern.com

Mia S. Blackler    mblackler@lubinolson.com

Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Gillian Nicole Brown    gbrown@pszjlaw.com

Stephen T. Cammack    cammacklawoffice@gmail.com

Theodore A. Cohen    TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell    ccrowell@hrhlaw.com

Devan Dal Col    ddalcol@reedsmith.com

Jared A. Day    jared.a.day@usdoj.gov

Daniel Lloyd Egan    degan@wilkefleury.com

John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan    ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Evan Gershbein    ECFpleadings@kccllc.com

Charles R Gibbs    crgibbs@mwe.com

Bernard R. Given    bgiven@loeb.com

Steven W Golden    sgolden@pszjlaw.com

Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Thomas P. Griffin    tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

Christopher V. Hawkins chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

Deanna K. Hazelton    deanna.k.hazelton@usdoj.gov

Gabriel P Herrera    gherrera@kmtg.com, bxiong@kmtg.com

James P. Hill    jhill@fennemorelaw.com, bkstaff@sullivanhill.com

Lane C Hilton    lane@thersfirm.com

Catherine Holzhauser    cholzhauser@beesontayer.com, awheeler@beesontayer.com

Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com

Lance N. Jurich    ljurich@loeb.com, pmatsuda@loeb.com

Robert B. Kaplan    rbk@jmbm.com

Ivo Keller    ikeller@sflaw.com

Tobias S. Keller    tkeller@kbkllp.com

Thomas Philip Kelly    tomkelly@sonic.net

Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Chris D. Kuhner    c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Benjamin R. Levinson    ben@benlevinsonlaw.com

Sarah Lampi Little    sarah@kornfieldlaw.com

Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Paul David Moak    pmoak@reedsmith.com

Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutinjones.com

Randall P. Mroczynski rmroczynski@cookseylaw.com

Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Abigail O'Brient    AOBrient@cov.com, docketing@cov.com

Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov

Eric S. Pezold    epezold@swlaw.com, fcardenas@swlaw.com

William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com

Douglas B. Provencher    dbp@provlaw.com

Yasha Rahimzadeh    yrlaw@attorneynorcal.com

Jason Rosell    jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein    vrubinstein@loeb.com

Thomas B. Rupp    trupp@kbkllp.com

Maggie E. Schroedter    maggie@thersfirm.com, maria@thersfirm.com

Eric C. Seitz    eseitz@mwe.com

Phillip John Shine    phillip.shine@usdoj.gov

Wayne A. Silver    ws@waynesilverlaw.com, ws@waynesilverlaw.com

Boris Smyslov    attorney.boris@gmail.com

Andrew B. Still    astill@swlaw.com, kcollins@swlaw.com

Jason D. Strabo    jstrabo@mwe.com, dnorthrop@mwe.com

Sarah M. Stuppi    sarah@stuppilaw.com

Christopher D. Sullivan csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

Thomas A. Willoughby    twilloughby@ffwplaw.com, docket@ffwplaw.com

Brooke Elizabeth Wilson    bwilson@pszjlaw.com

4920-8229-6860.1 52011.00002

| Jennifer C. Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com | Bennett G. Young byoung@jmbm.com, jb8@jmbm.com |

**SERVED BY U.S. FIRST CLASS MAIL**

| Debtors c/o LeFever Mattson 6359 Auburn Blvd., Suite B Citrus Heights, CA 95621 (Attn: Mark Bennett) | | |
|---|---|---|

**<u>SERVED E-MAIL</u>**

| Debtors DSI Consulting bsharp@dsiconsulting.com | The Office of the United States Trustee jared.a.day@usdoj.gov | Keller Benvenutti Kim LLP trupp@kbkllp.com |
|---|---|---|