**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>             Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS OF ESTATE PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 6, 2024, THROUGH DECEMBER 31, 2024**<br><br>Date: March 14, 2025<br>Time: 11:00 a.m. (Pacific Time)<br>Place: **(In Person or Via Zoom)**<br>     United States Bankruptcy Court<br>     1300 Clay Street, Courtroom 215<br>     Oakland, CA 94612<br><br>**Objection Deadline: March 7, 2025** |

---

[1]     The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 6, 2024, Windscape Apartments, LLC filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (Santa Rosa Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2024, LeFever Mattson, a California corporation ("LeFever Mattson"), and 57 affiliated entities (the "September 12 Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2024, Pinewood Condominiums, LP and Ponderosa Pines, LP, both affiliates of LeFever Mattson, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "October 2 Debtors," and collectively with Windscape Apartments, LLC and the September 12 Debtors, the "Debtors"). The bankruptcy cases of the Debtors are being jointly administered for procedural purposes only (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, on November 18, 2024, the Bankruptcy Court entered the *Order Granting Motion of Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Dkt. No. 356].

**PLEASE TAKE FURTHER NOTICE** that on February 14, 2025, and February 18, 2025, the professionals listed below filed applications for compensation and reimbursement of expenses (collectively, the "Interim Applications") requesting allowance of compensation and reimbursement of expenses as set forth on the following page:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**KELLER BENVENUTTI KIM LLP**
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

| **Keller Benvenutti Kim LLP** *Attorneys for the Debtors and Debtors in Possession* | 425 Market Street, 26th Floor San Francisco, CA 94105 Attn: Tobias S. Keller David A. Taylor Thomas B. Rupp Emails: tkeller@kbkllp.com dtaylor@kbkllp.com trupp@kbkllp.com |
|---|---|

*First Interim Fee Application of Keller Benvenutti Kim LLP as Counsel for the Debtors and Debtors in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 6, 2024, through December 31, 2024* [Dkt. No. 837]

| Fees | $935,381.50 |
|---|---|
| Expenses | $7,683.83 |
| Total | $943,065.33 |
| Application Period | August 6, 2024, through December 31, 2024 |

| **Law Office of Donald S. Davidson, P.C.** *Investigation Counsel for the Debtors and Debtors in Possession* | 2950 Buskirk Ave Suite 300 Walnut Creek, CA 94597 Attn: Donald S. Davidson Email: don@dondavidsonlaw.com |
|---|---|

*First Interim Fee Application of Law Office of Donald S. Davidson, P.C. as Investigation Counsel to the Debtors and Debtors in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 12, 2024, through December 31, 2024* [Dkt. No. 840]

| Fees | $38,088.00 |
|---|---|
| Expenses | $0.00 |
| Total | $38,088.00 |
| Application Period | September 12, 2024, through December 31, 2024 |

Case: 24-10545   Doc# 855   Filed: 02/18/25   Entered: 02/18/25 17:34:13   Page 3 of 5

**Keller Benvenutti Kim LLP**
425 Market Street, 26th Floor
San Francisco, California 94105

| Kurtzman Carson Consultants, LLC dba Verita Global *Administrative Advisor for the Debtors and Debtors in Possession* | 222 N Pacific Coast Highway 3rd Floor El Segundo, CA 90245 Attn: Sarah Harbuck Email: sharbuck@veritaglobal.com |
|---|---|
| *First Interim Fee Application of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor for Debtors and Debtors in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 6, 2024 through December 31, 2024 [1] [Dkt. No. 842]* | |
| Fees | $36,199.90 |
| Expenses | $0.00 |
| Total | $36,199.90 |
| Application Period | September 12, 2024, through December 31, 2024 |
| | |
| Pachulski Stang Ziehl & Jones LLP *Counsel to the Official Committee of Unsecured Creditors* | One Sansome Street 34th Floor, Suite 3430 San Francisco, CA 94104-4436 Attn: Jason H. Rosell Email: jrosell@pszjlaw.com |
| *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 13, 2024 through December 31, 2024 [Dkt. No. 850]* | |
| Fees | $746,857.12 |
| Expenses | $36,076.14 |
| Total | $782,933.26 |
| Application Period | October 13, 2024, through December 31, 2024 |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Interim Applications has been set for **March 14, 2025, at 11:00 a.m. (Pacific Time)**, before the Honorable Charles Novack, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(c)(2) and the Interim Compensation Order, any objections to the Interim Applications must be filed with the Bankruptcy Court and served no later than **March 7, 2025**.

**PLEASE TAKE FURTHER NOTICE** that counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the Bankruptcy Court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the Bankruptcy Court's website. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

---

[1] The correct Interim Fee Period for Kurtzman Carson Consultants, LLC dba Verita Global is September 12, 2024, through December 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Applications and their supporting documents can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' claims and noticing agent, KCC dba Verita Global, at the following web address: https://www.veritaglobal.net/LM, or by calling (877) 709-4751 (toll free) for U.S. and Canada-based parties; or (424) 236-7231 for International parties or by e-mail at: www.veritaglobal.net/lm/inquiry. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 18, 2025                    **KELLER BENVENUTTI KIM LLP**

                                 By: */s/ Thomas B. Rupp*

                                     Thomas B. Rupp

                                     *Attorneys for the Debtors and Debtors in Possession*

KELLER BENVENUTTI KIM LLP

425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105