The following constitutes the order of the Court.
Signed: March 5, 2025

_____
Charles Novack
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

LEFEVER MATTSON, a California corporation, *et al.*,[1]

Debtors.

Lead Case No. 24-10545 (CN)

(Jointly Administered)

Chapter 11

**ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL (THIRD PARTY BORROWERS)**

**[Related to Dkt. No. 694]**

Date:   February 28, 2025
Time:   11:00 a.m. (Pacific Time)
Place:  **(In Person or Via Zoom)**
        United States Bankruptcy Court
        1300 Clay Street, Courtroom 215
        Oakland, CA 94612

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Upon consideration of the *Motion of Debtors for an Order Authorizing Use of Cash Collateral (Third Party Borrowers)* [Dkt. No. 694] (the "Motion"),[2] filed by Lefever Mattson and Valley Oak Investments, L.P., debtors and debtors in possession (the "Debtors"); the Court having reviewed the Motion, the Sharp Declaration, and the Opposition (the "Nationstar Opposition") filed by Nationstar Mortgage LLC as secured creditor, and servicer for secured creditors identified therein ("Nationstar") [Dkt. No. 838], and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court at the above-captioned date and time, with appearances as noted on the record (the "Hearing"); and the Court having found that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"); (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Debtors are authorized to use the Cash Collateral consistent with the amounts set forth in the Budgets through and including May 7, 2025.

3. Consistent with the expenses described in the Budgets, this Order authorizes only payments that are intended and necessary to preserve the value of the Properties. This Order does not authorize payment of the Debtors' overhead or costs associated with the Debtors' restructuring.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

4. This Order does not authorize the Debtors to use the Cash Collateral of Nationstar without its consent. The Hearing on the Motion is continued, solely with respect to Nationstar, to March 28, 2025.

5. Nothing contained in the Motion or this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

6. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

APPROVED AS TO FORM:

ALDRIDGE PITE, LLP

By: */s/ Todd S. Garan*
    Todd S. Garan
    *Attorneys for Nationstar Mortgage LLC as*
    *Secured Creditor, and Servicer for*
    *Secured Creditors as Identified in the Nationstar*
    *Opposition*

# COURT SERVICE LIST

*All ECF Participants*