JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Ally Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re: | ) Case No. 24-10545 CN |
|---|---|
| Lefever Mattson, A California Corporation, *et al.*,[1] | ) Chapter 11 |
| Debtor. | ) RS No.: JCW-11495 |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) Date: 03/05/2025 |
| | ) Time: 11:00AM |
| | ) Place: Tele/Videoconference |
| | ) |
| | ) Judge: Charles Novack |

---

[1] *The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.*

1

File No. CA-24-180533
Certificate of Service, Case No. 24-10545 CN

# CERTIFICATE OF SERVICE

On 3/7/2025, I served the foregoing **ORDER ON ALLY BANK MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

**DEBTOR(S) COUNSEL**
Gabrielle L. Alpert
galbert@kbkllp.com

Thomas B. Rupp
trupp@kbkllp.com

Tobias S. Keller
tkeller@kbkllp.com

**US TRUSTEE COUNSEL**
Deanna K. Hazelton
deanna.k.hazelton@usdoj.gov

Jared A. Day
jared.a.day@usdoj.gov

Phillip John Shine
phillip.shine@usdoj.gov

**US TRUSTEE**
USTPRegion17.SF.ECF@usdoj.gov

**ATTORNEYS FOR CREDITOR COMMITTEE**
Brooke Elizabeth Wilson
bwilson@pszjlaw.com

Debra I. Grassgreen
dgrassgreen@pszjlaw.com

Gillian Nicole Brown
gbrown@pszjlaw.com

Jason Rosell
jrosell@pszjlaw.com

John D. Fiero
jfiero@pszjlaw.com

Steven W. Golden
sgolden@pszjlaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ George Chiriac
George Chiriac

On 3/7/2025, I served the foregoing **ORDER ON ALLY BANK MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Lefever Mattson, A California Corporation, 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621

**RESPONSIBLE INDIVIDUAL**
Bradley D. Sharp, President & CEO, DSI Consulting, 333 South Grand Avenue, Ste 4100 Los Angeles, CA 90071

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 3/7/2025   /s/ Hue Banh
                 Hue Banh

3

File No. CA-24-180533
Certificate of Service, Case No. 24-10545 CN