Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:   dgrassgreen@pszjlaw.com
         jfiero@pszjlaw.com
         jrosell@pszjlaw.com
         bwilson@pszjlaw.com

*Attorneys for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24-10545 (CN)<br><br>Chapter 11<br><br>**NOTICE OF <u>FOURTH</u> VIRTUAL TOWN HALL MEETING HOSTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

**THE FOURTH INVESTOR TOWN HALL IS SCHEDULED FOR**
**April 2, 2025 at 6:00 p.m. (Pacific Time)**
**Attendees <u>must register</u> for the virtual town hall.**

**Please register by clicking the following link:**
https://pszjlaw.zoom.us/webinar/register/WN_osf54igRSV2rfav6Db8JuQ

At least 48 hours in advance, you may submit questions to
LMCommittee@pszjlaw.com
If the answer to your timely-submitted question would be helpful and informative to investors generally, the Committee will make every effort to answer it during the **<u>one-hour</u>** Town Hall. All Town Halls will be recorded and viewable on the Committee's website available at https://veritaglobal.net/lm/info/14065.

**Creditors and investors can find information and updates on the Committee's website at: https://veritaglobal.net/lm/info/14065**

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

**PLEASE TAKE NOTICE** that, on April 2, 2025 at 6:00 p.m. (Pacific Time), the Committee will host its fourth virtual town hall meeting (the "Town Hall"). The purpose of the Town Hall is (i) for Bradley Sharp of Development Specialists, Inc. (the Debtors' Chief Restructuring Officer) to share preliminary findings from the forensic analysis, (ii) for PwC US Business Advisory LLP (the Committee's proposed financial advisor) to provide an overview of its analysis to-date of the proofs of interest and proofs of claim, and (iii) for Greg Gotthardt of FTI Consulting, Inc. (the Debtors' and Committee's real estate advisor) to provide an update on the real estate process.

**PLEASE TAKE FURTHER NOTICE** that investors and other general unsecured creditors may submit questions at least 48 hours in advance of the Town Hall by emailing their questions to LMCommittee@pszjlaw.com. Attendees must register in advance of the Town Hall. Please click the following link to register:

https://pszjlaw.zoom.us/webinar/register/WN_osf54igRSV2rfav6Db8JuQ

**PLEASE TAKE FURTHER NOTICE** that general bankruptcy case information and updates will be available on the Committee's website at: https://veritaglobal.net/lm/info/14065. You may also subscribe (free of charge) to receive electronic copies of all documents filed in these chapter 11 cases here: https://veritaglobal.net/lm/docketemailnotification.

Dated: March 7, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brooke E. Wilson*

Debra I. Grassgreen
John D. Fiero
Jason H. Rosell
Brooke E. Wilson

*Attorneys for the Official Committee of Unsecured Creditors*