WILKE FLEURY LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for CHASE 1992 FAMILY TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re:

LEFEVER MATTSON, a California corporation, et al.,

Debtors.

Case No. 24-10545
Chapter 11

**SUPPORT OF CHASE 1992 FAMILY TRUST TO TRUSTEE'S MOTION UNDER 11 U.S.C. § 1104(c) TO APPOINT A CHAPTER 11 EXAMINER OR, IN THE ALTERNATIVE, A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), AND RESERVATION OF RIGHTS**

Date: April 2, 2025
Time: 11:00 a.m.
Place: 1300 Clay Street, Courtroom 215
Oakland, CA 94612

The Hon. Charles D. Novack

The Chase 1992 Family Trust (the "Chase Trust") submits this statement in support of the Motion of the United States Trustee To appoint a Chapter 11 Examiner or, in the alternative, a Chapter 11 Trustee under 11 U.S.C. section 1104(a), and reservation of rights.

For the reasons set forth in the opposition filed by the Chase Trust to the debtor's motion to extend exclusivity filed concurrently herewith, the Chase Trust supports the appointment of a Chapter 11 Trustee in the case of Live Oak Investments, LP. The Chase Trust opposes appointment

///

///

3762126.1                                                     1

of a Chapter 11 Examiner as an examiner will not be helpful in this case and will, instead, simply add an additional layer of unnecessary professional expense.

DATED: March 7, 2025                    WILKE FLEURY LLP

By: _____
DANIEL L. EGAN
Attorneys for CHASE 1992 FAMILY TRUST

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3762126.1

2

OPPOSITION TO SECOND MOTION OF DEBTORS TO EXTEND PLAN EXCLUSIVITY PERIOD

Case: 24-10545   Doc# 998   Filed: 03/07/25   Entered: 03/07/25 13:42:38   Page 2 of 5

# PROOF OF SERVICE

## 24-10545

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, Suite 900, Sacramento, CA 95814.

On March 7, 2025, I served true copies of the following document(s) described as

**SUPPORT OF CHASE 1992 FAMILY TRUST TO TRUSTEE'S MOTION UNDER 11 U.S.C. § 1104(c) TO APPOINT A CHAPTER 11 EXAMINER OR, IN THE ALTERNATIVE, A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), AND RESERVATION OF RIGHTS**

on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E. Andrassy**  kandrassy@raineslaw.com, csheets@swelawfirm.com
- **Roxanne Bahadurji**  rbahadurji@sullivanblackburn.com, ecf@macfern.com
- **Mia S. Blackler**  mblackler@lubinolson.com
- **Mark Bostick**  mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Theodore A. Cohen**  TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- **Christopher Crowell**  ccrowell@hrhlaw.com
- **Devan Dal Col**  ddalcol@reedsmith.com
- **Jared A. Day**  jared.a.day@usdoj.gov
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Charles R Gibbs**  crgibbs@mwe.com
- **Bernard R. Given**  bgiven@loeb.com
- **Steven W Golden**  sgolden@pszjlaw.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Christopher V. Hawkins**  chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com
- **Deanna K. Hazelton**  deanna.k.hazelton@usdoj.gov
- **Gabriel P Herrera**  gherrera@kmtg.com, bxiong@kmtg.com
- **James P. Hill**  jhill@fennemorelaw.com, bkstaff@sullivanhill.com
- **Catherine Holzhauser**  cholzhauser@beesontayer.com, awheeler@beesontayer.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Lance N. Jurich**  ljurich@loeb.com, pmatsuda@loeb.com
- **Robert B. Kaplan**  rbk@jmbm.com
- **Ivo Keller**  ikeller@sflaw.com
- **Tobias S. Keller**  tkeller@kbkllp.com

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3762126.1

3

OPPOSITION TO SECOND MOTION OF DEBTORS TO EXTEND PLAN EXCLUSIVE PERIODS

Case: 24-10545    Doc# 998    Filed: 03/07/25    Entered: 03/07/25 13:42:38    Page 3 of 5

- **Thomas Philip Kelly**   tomkelly@sonic.net
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Chris D. Kuhner**   c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Benjamin R. Levinson**   ben@benlevinsonlaw.com
- **Sarah Lampi Little**   sarah@kornfieldlaw.com
- **Christopher M. McDermott**   ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **Paul David Moak**   pmoak@reedsmith.com
- **Thomas G. Mouzes**   tmouzes@boutinjones.com
- **Eric A. Nyberg**   e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Abigail O'Brient**   AOBrient@cov.com, docketing@cov.com
- **Office of the U.S. Trustee / SR**   USTPRegion17.SF.ECF@usdoj.gov
- **Eric S. Pezold**   epezold@swlaw.com, fcardenas@swlaw.com
- **William L. Porter**   bporter@porterlaw.com, Ooberg@porterlaw.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Yasha Rahimzadeh**   yrlaw@attorneynorcal.com
- **Jason Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Vadim J Rubinstein**   vrubinstein@loeb.com
- **Thomas B. Rupp**   trupp@kbkllp.com
- **Eric C. Seitz**   eseitz@mwe.com
- **Phillip John Shine**   phillip.shine@usdoj.gov
- **Wayne A. Silver**   ws@waynesilverlaw.com, ws@waynesilverlaw.com
- **Boris Smyslov**   attorney.boris@gmail.com
- **Andrew B. Still**   astill@swlaw.com, kcollins@swlaw.com
- **Jason D. Strabo**   jstrabo@mwe.com, dnorthrop@mwe.com
- **Sarah M. Stuppi**   sarah@stuppilaw.com
- **Christopher D. Sullivan**   csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com
- **Thomas A. Willoughby**   twilloughby@ffwplaw.com, docket@ffwplaw.com
- **Brooke Elizabeth Wilson**   bwilson@pszjlaw.com
- **Jennifer C. Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Bennett G. Young**   byoung@jmbm.com, jb8@jmbm.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Wilke Fleury LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| **Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port** 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 | **Ally Bank, c/o AIS Portfolio Services, LLC** 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

| | | |
|---|---|---|
| 1 | **Ashley Beane** | Donald S. Davidson |
| | Litigation & Asset Resolution | 2950 Buskirk Ave., Ste 300 |
| 2 | Legal Division | Walnut Creek, CA 94597 |
| | 8200 Jones Branch Dr. | |
| 3 | McLean, VA 22102 | |
| 4 | **Debra Dellacort-Williams** | **Kurtzman Carson Consultants, LLC dba Verita Global** |
| | 5 Burgundy Way | |
| 5 | Yountville, CA 94599 | 222 N. Pacific Coast Highway |
| | | Suite 300 |
| 6 | | El Segundo, CA 90245 |
| 7 | **KKG Inc.** | **CBRE, Inc.** |
| | **750 Mason St., Ste 101** | **415 Mission St., 46th Fl** |
| 8 | **Vacaville, CA 95688** | **San Francisco, CA 94105** |
| 10 | **Marcus & Millichap** | **Pachulski Stang Ziehl & Jones LLP** |
| | **2626 Hanover Street** | One Sansome Street |
| | **Palo Alto, CA 94304** | 34th Floor, Suite 3430 |
| 11 | | San Francisco, CA 94104-4436 |
| 12 | **Terre Price** | **SSL Law Firm LLP** |
| | 81 De La Guerra Rd | **505 Montgomery St., Ste 620** |
| 13 | San Rafael, CA 94903 | **San Francisco, CA 94111** |
| 14 | **Sotheby's International Realty** | **Caroline Sischo** |
| | **428 First Street East** | Sheppard, Mullin, Richter and Hampton |
| 15 | **Sonoma, CA 95476** | 350 South Grand Avenue, 40th Floor |
| | | Los Angeles, CA 90071 |
| 17 | **Tri Counties Bank** | **The Lake Tahoe Brokerage Company** |
| | Mark H. Atkins | **P.O. Box 3757** |
| | Tri Counties Bank | **Truckee, CA 96160** |
| 18 | Attn: Legal Department | |
| | Post Office Box 992570 | |
| 19 | Redding, CA 96099-2570 | |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on March 7, 2025, at Sacramento, California.

*/s/ Stephanie Douglas*
_____
Stephanie Douglas

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3762126.1

5

OPPOSITION TO SECOND MOTION OF DEBTORS TO EXTEND PLAN EXCLUSIVE PERIODS

Case: 24-10545    Doc# 998    Filed: 03/07/25    Entered: 03/07/25 13:42:38    Page 5 of 5