

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Ally Bank

Entered on Docket
March 10, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: March 8, 2025

_____
**Charles Novack**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 24-10545 CN |
| Lefever Mattson, A California Corporation, *et al.*,[1] | ) Chapter 11 |
| Debtor. | ) RS No. JCW-11495 |
| | ) **ORDER ON ALLY BANK MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) **[Related to Dkt. No. 763]** |
| | ) Date: 03/05/2025 |
| | ) Time: 11:00 AM |
| | ) Place: Tele/Videoconference |
| | ) Judge: Charles Novack |

---

[1] *The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.*

Ally Bank filed a Motion for Relief from the Automatic Stay [Dkt No. 763]. The Motion came on regularly for hearing by the Court on the date, time and place set forth above before the Honorable Charles Novack, Judge Presiding. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the Motion is granted pursuant to 11 U.S.C. §362(d)(1) and (d)(2). The automatic stay provisions of 11 U.S.C. §362 for Debtor LeFever Mattson, a California corporation are hereby terminated with respect to the interests of Ally Bank in the personal property commonly known as 2022 Jeep Grand Wagoneer, VIN: 1C4SJVGJ9NS103950 (the "Vehicle").

IT IS FURTHER ORDERED that Ally Bank may enforce its remedies to repossess or otherwise obtain possession and dispose of the Vehicle in accordance with applicable law.

IT IS FURTHER ORDERED the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\* END OF ORDER \*\***

2

File No. CA-24-180533 / Case No. 24-10545 CN
Order on Motion for Relief from Stay

Case: 24-10545   Doc# 1003   Filed: 03/08/25   Entered: 03/10/25 13:06:44   Page 2 of 3

**COURT SERVICE LIST**

NONE