

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (*pro hac vice* pending)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:  415-263-7000
Facsimile:  415-263-7010
Email:  dgrassgreen@pszjlaw.com
 jfiero@pszjlaw.com
 jrosell@pszjlaw.com
 sgolden@pszjlaw.com
 gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

The following constitutes the order of the Court.
Signed: March 8, 2025

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>                    Debtors. | Case No.: 24-10545<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY FIDELITY NATIONAL TITLE COMPANY** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Upon consideration of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY FIDELITY NATIONAL TITLE COMPANY (the "Application") [Doc. No. 997], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED.

2. The Official Committee of Unsecured Creditors is authorized to issue a subpoena directed to Fidelity National Title Company ("Fidelity") requiring Fidelity to (a) complete its production, by **April 3, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) provide oral testimony on a mutually agreed date no later than **April 29, 2025** (unless the Committee and Fidelity agree to extend that date) relating to (i) Fidelity's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

**\*\*END OF ORDER**

# COURT SERVICE LIST

*FOR ECF SERVICE ONLY*