Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Tel: 415-263-7000; Facsimile: 415-263-7010
Email:       dgrassgreen@pszjlaw.com
             jfiero@pszjlaw.com
             jrosell@pszjlaw.com
             sgolden@pszjlaw.com
             gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | ***EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC. AKA STEWART TITLE OF SACRAMENTO; DECLARATION OF STEVEN W. GOLDEN, ESQ.** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

4903-1915-9590.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy cases (the "Cases") hereby files this *ex parte* application (the "Application") under Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") and Local Bankruptcy Rule 2004-1 ("Local Rule 2004-1") for entry of an order authorizing the Committee to issue a subpoena to **Stewart Title of California, Inc. aka Stewart Title of Sacramento** ("Stewart").

The Committee's proposed subpoena will provide that Stewart shall (a) complete its production, by **April 4, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide oral testimony (the "Oral Testimony"), on a mutually agreed date no later than **April 30, 2025** (unless the Committee and Stewart agree to extend that date) relating to (i) Stewart's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

## I.      PRELIMINARY STATEMENT

As set forth in the First-Day Declaration of Bradley Sharp, the Debtors' Chief Restructuring Officer, Kenneth Mattson, one of the Debtors' founders and former principals, "appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of LeFever Mattson, the Debtor, or any of the other LPs or LLCs (collectively, the "Mattson Transactions")."[2] The Committee's professionals are conducting an investigation (the "Committee Investigation") into the Mattson Transactions (including the Mattson Interest Sales and Mattson Property Sales, each as defined in the First-Day Declaration), and other potential claims and causes of action that may be asserted against non-Debtors.

Mr. Sharp further described one category of Mattson Transactions as follows:

Mr. Mattson caused certain of the LPs and LLCs to purchase properties owned by Mr. Mattson's own investment company—by executing the transactions himself on behalf of

---

[2] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Decl."), ¶ 27.

4903-1915-9590.1 52011.00002

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

both buyer and seller (collectively, the <u>Mattson Property Sales</u>"). . . . The Mattson Property Sales have clouded title on a significant portion of the LeFever Mattson real estate portfolio, and a number of LPs and LLCs now hold properties, obtained through Mattson Property Sales, that are encumbered by loans that are in default.[3]

Based on the Committee Investigation thus far, the Committee believes that Mr. Mattson and/or his non-Debtor investment vehicles are in the chain of title of a significant portion of the Debtors' property portfolio, both as of the Petition Dates in these cases and historically. Based on its review of available information, the Committee believes that Stewart, as a title company involved in some transactions in which the Debtors purchased and/or sold real property (including Mattson Property Sales), may have records that will assist the Committee in evaluating the chain of title to that "significant portion of the LeFever Mattson real estate portfolio," and, in turn, various potential claims and causes of action that are the subject of the Committee Investigation. This information is critical to a determination interests of a variety of parties in these bankruptcy cases, including the investors in LeFever Mattson who, based on the filed proofs of claim and interest, constitute a majority of the Committee's constituency.

## II.    <u>FACTUAL BACKGROUND</u>

Over the course of two months in 2024,[4] each of the Debtors filed a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code. The United States Trustee appointed the Committee on October 9, 2024.[5] On November 1, 2024, the Court granted the Committee's application to employ Pachulski Stang Ziehl & Jones LLP as its counsel, effective as of October 13, 2024.[6]

---

[3] *See id.*, ¶ 17.

[4] The Debtors filed bankruptcy petitions on August 6, 2024; September 12, 2024; and October 2, 2024 (collectively, the "<u>Petition Dates</u>").

[5] *See* Docket No. 135.

[6] *See* Docket No. 250.

4903-1915-9590.1 52011.00002

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

### III. JURISDICTION

This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are §§ 1103 and 1109(b) of the Bankruptcy Code, and Rule 2004.

### IV. RELIEF REQUESTED

The Committee respectfully requests that the Court enter an *ex parte* order authorizing the Committee to issue a subpoena requiring Stewart to (a) complete its production, by **April 3, 2025**, of documents responsive to the Requests set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide Oral Testimony, on a mutually agreed date no later than **April 29, 2025** (unless the Committee and Stewart agree to extend that date) relating to (i) Stewart's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

### IV. BASIS FOR RELIEF

Local Rule 2004-1 provides as follows: "The Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a)."[7] The Committee brings this Application *ex parte* pursuant to Local Rule 2004-1 seeking an order without need for a hearing. The Committee understands that Stewart reserves the right to interpose objections to the underlying document requests after the issuance of the subpoena. However, objections to the underlying document requests are not grounds to oppose or delay the granting of this Application.

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."[8] Rule 2004 is primarily used for "revealing the nature and extent of the

---

[7] L.B.R. 2004-1(a).

[8] Fed. R. Civ. P. 2004(a).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

bankruptcy estate, and for discovering assets, examining transactions, and determining whether wrongdoing has occurred."[9]

Pursuant to Rule 2004(b), a party in interest may seek both document and oral discovery related to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."[10] Under Rule 2004(c), the "attendance of an entity for examination and for the production of documents . . . may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial."[11] Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9016 makes Rule 45 of the Federal Rules of Civil Procedure (governing subpoenas) applicable in cases under the Bankruptcy Code. Unlike discovery under the Federal Rules of Civil Procedure (the "Civil Rules"), discovery under Rule 2004 can be a "pre-litigation discovery device."[12] As such, a Rule 2004 motion need not be tied to specific factual allegations at issue between parties.[13] Moreover, the scope of a Rule 2004 oral examination is broader than that of discovery under the Civil Rules or the Bankruptcy Rules governing adversary proceedings.[14] In fact, courts have recognized that Rule 2004

---

[9] *In re Kelton*, 389 B.R. 812, 820 (Bankr. S.D. Ga. 2008); *see also In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000) (purpose of Rule 2004 is to "determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors"); *In re Bennett Funding Grp., Inc.*, 203 B.R. 24, 28 (Bankr. N.D.N.Y. 1996) (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed").

[10] Fed. R. Civ. P. 2004(b).

[11] Fed. R. Civ. P. 2004(c).

[12] *In re Wilson*, 413 B.R. 330, 336 (Bankr. E.D. La. 2009).

[13] *In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997) (Bankruptcy Rule 2004 permits "examination of any party without the requirement of a pending adversary proceeding or contested matter").

[14] *In re Ecam Publ'ns, Inc*., 131 B.R. 556, 559 (Bankr. S.D.N.Y. 1991); *see also In re Drexel Burnham Lambert Grp., Inc.*, 123 B.R. 702, 711 (Bankr. S.D.N.Y. 1991) ("[T]he scope of a Rule 2004 examination is very broad. Rule 2004 discovery is broader than discovery under the Federal Rules of Civil Procedure.").

4903-1915-9590.1 52011.00002

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

examinations may be "broad" and "unfettered," and can legitimately be in the nature of a "fishing expedition."[15]

Whether to allow the requested discovery rests within the sound discretion of the Court.[16] Bankruptcy courts may allow a Rule 2004 examination of "third parties who have had dealings with the debtor,"[17] "to allow inquiry into the debtor's acts, conduct or financial affairs so as to discover the existence or location of assets of the estate,"[18] "unearthing frauds,"[19] or to assist in recovering assets for the benefit of a debtor's creditors.[20]

In addition, section 105(a) of the Bankruptcy Code authorizes the Court to "issue any order . . . that is necessary or appropriate to carry out the provisions of this title."[21] The proposed discovery will, among other things, assist the Committee to fulfill its statutory duty to "investigate the acts, conduct, assets, liabilities, and financial condition of the debtor."[22] The relief requested in this Application will not reduce or expand the substantive rights of any party to object to or modify the information requested by the Committee.

---

[15] *In re Subpoena Duces Tecum & Ad Testificandum Pursuant to Fed. R. Bankr. P. 2004*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) (citation omitted); *see also In re Countrywide Home Loans, Inc.*, 384 B.R. 373, 400 (Bankr. W.D. Pa. 2008); *In re Bennett Funding Grp.*, 203 B.R. at 28 (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed"); *In re Valley Forge Plaza Assocs.*, 109 B.R. 669, 674 (Bankr. E.D. Pa. 1990).

[16] *See, e.g., In re Hammond*, 140 B.R. 197, 200 (S.D. Ohio 1992).

[17] *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989); *see also In re W&S Invs., Inc.*, No. 91-35830, 1993 U.S. App. LEXIS 2231, at *5-6 (9th Cir. Jan. 28, 1993) (unpublished disposition) (Rule 2004 is a "broadly construed discovery device which permits any party in interest in a bankruptcy proceeding to move for a court order to examine any entity…," the "scope of inquiry permitted under a Rule 2004 examination is generally very broad and can 'legitimately be in the nature of a 'fishing expedition.'") (citation omitted).

[18] *In re Dinubilo*, 177 B.R. 932, 940 (E.D. Cal. 1993).

[19] *Dynamic Fin. Corp. v. Kipperman (In re N. Plaza, LLC)*, 395 B.R. 113, 122 n.9 (S.D. Cal. 2008) (citations omitted).

[20] *See In re Vantage Petroleum Corp.*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983) (allowing discovery under Rule 2004 to help the debtor "discover and recover assets for benefit of creditors of the debtor").

[21] 11 U.S.C. § 105(a).

[22] *Id.* § 1103(c)(2).

4903-1915-9590.1 52011.00002

6

Here, the requested relief is well within the scope of Rule 2004. The Committee seeks to exercise its fiduciary duties to represent all of the unsecured creditors in these Cases, which necessarily requires identifying all of those unsecured creditors. The Committee also seeks maximize the amount of creditors' recoveries in this Cases. As such, the Committee needs the information from Stewart pertaining to the identity of as yet unknown investors/unsecured creditors, and the Debtors' assets, liabilities, and operations.

## V.     NO PRIOR REQUEST

No prior request for the relief sought in this Application has been made to this or any other Court.

## VI.     NOTICE

Local Rule 2004-1 provides that this Application can be brought "ex parte and without notice." L.B.R. 2004-1(a). Nevertheless, notice of this Application will be provided to (a) Stewart's agent for service of process; (b) the Office of the United States Trustee; (c) counsel to the Debtors; and (d) all ECF recipients.

## VII.     CONCLUSION

For the reasons set forth above, the Committee respectfully requests that the Court grant this Application. A proposed order granting this Application is attached hereto as **Exhibit 3**.


Dated: March 10, 2025             PACHULSKI STANG ZIEHL & JONES LLP


                         */s/ Steven W. Golden*
                         Steven W. Golden (admitted pro hac vice)
                         One Sansome Street, Suite 3430
                         San Francisco, California 94104
                         Telephone: 415.263.7000
                         Facsimile: 415.263.7010
                         Email: sgolden@pszjlaw.com

                         *Counsel to the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 1**
**Requests for Production of Documents**

## DEFINITIONS

1.      "<u>ALL</u>" shall be construed as encompassing "EACH" and "ANY".

2.      "<u>ANY</u>" "shall be construed as encompassing "EACH" and "ALL".

3.      "<u>COMMITTEE</u>" means the Official Committee of Unsecured Creditors appointed in the CHAPTER 11 CASES.

4.      "<u>COMMUNICATION</u>" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.      "<u>CONCERNING</u>" means relating to, evidencing, supporting, negating, refuting, embodying, containing, memorializing, comprising, reflecting, analyzing, approving, authorizing, constituting, describing, identifying, referring to, referencing, discussing, indicating, connected with or otherwise pertaining in ANY way, in whole or in part, to the subject matter being referenced.

6.      "<u>DEBTORS</u>" means, individually and collectively, EACH of the ENTITIES listed on <u>Appendix 1</u> hereto, and EACH of their agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

7.      "<u>DOCUMENT</u>" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate DOCUMENT within the meaning of the word DOCUMENT. A DOCUMENT includes written COMMUNICATIONS.

8.      "<u>EACH</u>" shall be construed as encompassing "ALL" and "ANY".

9.      "<u>ENTITY</u>" shall have the meaning ascribed to such term in 11 U.S.C. § 101(15).

4903-1915-9590.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

10. "<u>IDENTIFIED ENTITY</u>" means ANY ENTITY identified on the attached <u>Appendix 3</u> and such IDENTIFIED ENTITY's agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, partners, representatives, affiliates, subsidiaries, predecessors, and/or successors.

11. "<u>IDENTIFIED PROPERTY</u>" means ANY real property identified on the attached <u>Appendix 2</u>.

12. "<u>IDENTIFY</u>" means, to provide a person's full name; the person's present or last known address; and the person's present or last known place of employment.

13. "<u>INCLUDING</u>" means "including, without limitation" and "including, but not limited to".

14. "<u>LEFEVER</u>" means Timothy LeFever and his agents, accountants, financial advisors, attorneys, employees, representatives, and/or family members.

15. "<u>MATTSON</u>" means Kenneth Mattson and his agents, accountants, financial advisors, attorneys, employees, representatives, and/or family members.

16. "<u>REQUESTS</u>" means the Requests for Production set forth below.

17. "<u>YOU</u>" and "<u>YOUR</u>" means Stewart Title of California, Inc. aka Stewart Title of Sacramento, and its agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

## **INSTRUCTIONS**

A. Unless otherwise specified, the REQUESTS seek DOCUMENTS dated or created on and after January 1, 2000.

B. YOUR responses to the REQUESTS are subject to ALL applicable Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

C.     Please bates number EACH page of EACH DOCUMENT that YOU produce.

D.     YOU are required to conduct a thorough investigation and produce ALL DOCUMENTS in YOUR possession, custody, and control.

E.     In the REQUEST, the use of the singular form of ANY word includes the plural and vice versa. The words "and" and "or" shall both be conjunctive and disjunctive.

F.     If YOU are unable to produce DOCUMENTS responsive to ANY REQUEST but DOCUMENTS responsive to the REQUEST exist, provide a written DOCUMENT containing the following information:

    1.     The date of the DOCUMENT;

    2.     The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

    3.     The name, address, telephone number and title of the author(s) of the DOCUMENT;

    4.     The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

    5.     The number of pages in the DOCUMENT:

    6.     The document control number, if ANY;

    7.     The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession of the DOCUMENT;

    8.     A specific description of the subject matter of the DOCUMENT;

    9.     The reason why YOU cannot produce the DOCUMENT.

G.     YOU are under a continuing duty to amend YOUR written responses to the REQUESTS and to produce additional DOCUMENTS if the written responses or document production is incomplete or incorrect in ANY material respect, and if the additional or corrective information has not otherwise been made known to the COMMITTEE.

H.     YOU are required to produce the full and complete originals (in native format, if electronic), or copies if the originals are unavailable, of EACH DOCUMENT responsive to the REQUESTS along with ALL non-identical copies and drafts in their entirety. A copy may be produced in lieu of originals if the entirety (front and back where appropriate) of the

10

4903-1915-9590.1 52011.00002

DOCUMENT is reproduced and YOU state by declaration under penalty of perjury that the copy provided is a true, correct, complete, and accurate duplication of the original.

I.   Produced DOCUMENTS must include ALL exhibits, attachments, and ANY other DOCUMENTS otherwise appended to another DOCUMENT.

J.   For ELECTRONICALLY STORED INFORMATION ("ESI"):

   1.   Produce DOCUMENTS in accordance with the instructions at https://support.everlaw.com/hc/en-us/articles/360004962052-Standard-Format-for-Processed-Data

   2.   Produce ESI in its native format.

   3.   Maintain family integrity.

   4.   Perform custodian-level de-duplication.

   5.   Produce a DAT load file with the following metadata fields: Beginning Production Number, Ending Production Number, Beginning Attachment Number, End Attachment Number, Family ID, Page Count, Custodian, Original Location Path, Email Folder Path, Document Type, Doc Author, Doc Last Author, Comments, Categories, Revisions, File Name, File Size, MD5 Hash, Date Last Modified, Time Last Modified, Date Created, Time Created, Date Last Accessed, Time Last Accessed, Date Sent, Time Sent, Date Received, Time Received, To, From, CC, BCC, Email Subject, Path to Native, Path to Full Text, Original Time Zone.

   6.   Process ESI in Pacific Time Zone and provide a metadata field indicating original time zone.

K.   If YOU withhold or redact a portion of ANY DOCUMENT under a claim of privilege or other protection, then the DOCUMENT must be identified on a privilege log, which shall be produced contemporaneously with the non-privileged DOCUMENTS responsive to this REQUEST, and which privilege log shall state the following information:

   1.   The date of the DOCUMENT;

4903-1915-9590.1 52011.00002

11

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3. The name, address, telephone number and title of the author(s) of the DOCUMENT;

4. The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

5. The number of pages in the DOCUMENT;

6. The document control number, if ANY;

7. The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession, custody, or control of the DOCUMENT;

8. A general description of the subject matter of the DOCUMENT or the portion redacted without disclosing the asserted privileged or protected COMMUNICATION;

9. The specific privilege(s) or protection(s) that YOU contend applies.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS CONCERNING ANY of the DEBTORS listed on Appendix 1, attached.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS CONCERNING ANY of the IDENTIFIED PROPERTIES listed on Appendix 2, attached.

**REQUEST FOR PRODUCTION NO. 3:**

ALL DOCUMENTS CONCERNING ANY of the IDENTIFIED ENTITIES listed on Appendix 3, attached.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**REQUEST FOR PRODUCTION NO. 4:**

ALL DOCUMENTS BETWEEN YOU on the one hand, and ANY of the following, on the other hand: (a) MATTSON, AND (b) LEFEVER.

-end-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4903-1915-9590.1 52011.00002

13

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| Apan Partners LLC | 9/12/2024 | N/A | 24-10487 |
| Autumn Wood I, LP | 9/12/2024 | 20-0164208 | 24-10488 |
| Bay Tree, LP | 9/12/2024 | 82-1071378 | 24-10489 |
| Beach Pine, LP | 9/12/2024 | 83-2643272 | 24-10490 |
| Bishop Pine, LP | 9/12/2024 | 83-2643038 | 24-10491 |
| Black Walnut, LP | 9/12/2024 | 47-2451858 | 24-10492 |
| Buck Avenue Apartments, LP | 9/12/2024 | 54-2090323 | 24-10493 |
| Buckeye Tree, LP | 9/12/2024 | 88-2980108 | 24-10494 |
| Bur Oak, LP | 9/12/2024 | 87-4699497 | 24-10495 |
| Butcher Road Partners, LLC | 9/12/2024 | 45-5159521 | 24-10496 |
| California Investment Properties, a California corporation | 9/12/2024 | 30-0289474 | 24-10543 |
| Cambria Pine, LP | 9/12/2024 | 83-2644771 | 24-10497 |
| Chestnut Oak, LP | 9/12/2024 | 87-4702239 | 24-10498 |
| Country Oaks I, LP | 9/12/2024 | 26-0860694 | 24-10499 |
| Divi Divi Tree, L.P. | 9/12/2024 | 71-0926806 | 24-10500 |
| Douglas Fir Investments, LP | 9/12/2024 | 47-4674444 | 24-10501 |
| Firetree I, LP | 9/12/2024 | 82-3519393 | 24-10502 |
| Firetree II, LP | 9/12/2024 | 82-3519554 | 24-10503 |
| Firetree III, LP | 9/12/2024 | 82-3919655 | 24-10504 |
| Foxtail Pine, LP | 9/12/2024 | 83-2643197 | 24-10505 |
| Ginko Tree, LP | 9/12/2024 | 88-2960976 | 24-10506 |
| Golden Tree, LP | 9/12/2024 | 82-1060045 | 24-10507 |
| Hagar Properties, LP | 9/12/2024 | 04-3598044 | 24-10508 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| Heacock Park Apartments, LP | 9/12/2024 | 46-3737509 | 24-10509 |
| Home Tax Service of America, Inc., dba LeFever Mattson Property Management | 9/12/2024 | 68-0262554 | 24-10544 |
| LeFever Mattson I, LLC | 9/12/2024 | 47-4960075 | 24-10510 |
| LeFever Mattson, a California corporation | 9/12/2024 | 68-0197537 | 24-10545 |
| Live Oak Investments, LP | 9/12/2024 | 47-3786181 | 24-10511 |
| Monterey Pine, LP | 9/12/2024 | 83-2644824 | 24-10512 |
| Napa Elm, LP | 9/12/2024 | 54-2090332 | 24-10513 |
| Nut Pine, LP | 9/12/2024 | 83-2661795 | 24-10514 |
| Pinecone, LP | 9/12/2024 | 84-2395880 | 24-10515 |
| Pinewood Condominiums, LP | 10/2/2024 | 54-2090329 | 24-10598 |
| Ponderosa Pines, LP | 10/2/2024 | N/A | 24-10599 |
| Red Cedar Tree, LP | 9/12/2024 | 88-3572519 | 24-10517 |
| Red Mulberry Tree, LP | 9/12/2024 | 88-3572594 | 24-10518 |
| Red Oak Tree, LP | 9/12/2024 | 92-1008382 | 24-10520 |
| Red Oak, LP | 9/12/2024 | 61-2022650 | 24-10519 |
| Red Spruce Tree, LP | 9/12/2024 | 92-0780568 | 24-10521 |
| Redbud Tree, LP | 9/12/2024 | 88-2961999 | 24-10516 |
| River Birch, LP | 9/12/2024 | 86-3020630 | 24-10522 |
| River Tree Partners, LP | 9/12/2024 | 81-3671554 | 24-10523 |
| River View Shopping Center 1, LLC | 9/12/2024 | 47-4186147 | 24-10524 |
| River View Shopping Center 2, LLC | 9/12/2024 | 47-4186476 | 24-10525 |
| RT Capitol Mall, LP | 9/12/2024 | 81-3775896 | 24-10526 |
| RT Golden Hills, LP | 9/12/2024 | 81-3708073 | 24-10527 |
| Scotch Pine, LP | 9/12/2024 | 86-3043628 | 24-10528 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| Sequoia Investment Properties, LP | 9/12/2024 | 32-0136044 | 24-10529 |
| Sienna Pointe, LLC | 9/12/2024 | 47-4712579 | 24-10530 |
| Spruce Pine, LP | 9/12/2024 | 84-2396399 | 24-10532 |
| Tradewinds Apartments, LP | 9/12/2024 | 54-2090326 | 24-10533 |
| Vaca Villa Apartments, LP | 9/12/2024 | 54-2090327 | 24-10534 |
| Valley Oak Investments, LP | 9/12/2024 | 47-3383417 | 24-10535 |
| Watertree I, LP | 9/12/2024 | 82-3519819 | 24-10536 |
| Willow Oak, LP | 9/12/2024 | 87-4700495 | 24-10537 |
| Windscape Apartments I, LP | 9/12/2024 | 26-0860477 | 24-10538 |
| Windscape Apartments II, LP | 9/12/2024 | 26-0860509 | 24-10539 |
| Windscape Apartments, LLC | 9/6/2024 | 83-1597353 | 24-10417 |
| Windscape Holdings, LLC | 9/12/2024 | 83-1608759 | 24-10540 |
| Windtree, LP | 9/12/2024 | 82-4974654 | 24-10541 |
| Yellow Poplar, LP | 9/12/2024 | 86-3043392 | 24-10542 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

16

## Appendix 2 – Identified Properties

| Address | City | State | APN (if known) |
|---|---|---|---|
| 200 Wagner Road<br>23570 Arnold Dr<br>72 Wagner Road<br>100 Wagner Road | Sonoma | CA | 128-461-023-000<br>128-461-081-000<br>128-461-082-000<br>128-461-084-000 |
| 450 West Spain | Sonoma | CA | 018-111-042-000 |
| 302/304/310 1st Street East | Sonoma | CA | 018-171-019-000<br>018-171-031-000 |
| 171 W. Spain Street | Sonoma | CA | 018-202-051-000 |
| 103/105 Commerce Court | Fairfield | CA | 0044-090-490-000<br>0044-090-500-000 |
| 9407-9471 N Fort Washington Rd | Fresno | CA | 401-830-01<br>401-830-02<br>401-830-03<br>401-830-04<br>401-830-05<br>401-830-06<br>401-830-07<br>401-830-08<br>401-830-09<br>401-830-10 |
| 2151 Salvio Street | Concord | CA | 112-137-017-3 |
| 941-1017 Alamo Dr. | Vacaville | CA | 0127-080-570<br>0127-080-340 |
| 1870 Thornsberry Rd | Sonoma | CA | 127-192-056-000 |
| Vineyard 8th Street E | Sonoma | CA | 128-422-075-000 |
| 802 Studley St | Sonoma | CA | 018-443-011-000 |
| 801 W. Napa St | Sonoma | CA | 018-443-011-000 |
| 830-848 Studley St | Sonoma | CA | 018-443-022-000 |
| 921 Broadway | Sonoma | CA | 128-082-011-000 |
| 1383 Larkin Drive | Sonoma | CA | 023-040-028-000 |

PACHULSKI STANG ZIEHL & JONES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO, CALIFORNIA

| Address | City | State | APN |
|---|---|---|---|
| 635 Broadway | Sonoma | CA | 018-301-010-000 |
| 645-651 Broadway/10 Maple St | Sonoma | CA | 018-301-009-000 |
| 1161-1167 Broadway | Sonoma | CA | 128-181-029-000 |
| 1151 Broadway | Sonoma | CA | 128-181-028-000 |
| 596 3rd St E | Sonoma | CA | 018-271-037-000 |
| 446 3rd Street West | Sonoma | CA | 018-201-003-000 |
| 454 3rd Street West | Sonoma | CA | 018-201-004-000 |
| 789 Cordilleras | Sonoma | CA | 023-010-069-000 |
| 110 Fordham Circle | Vallejo | CA | 0068-243-020 |
| 905 Broadway St | Fairfield | CA | 0030-282-190 |
| 1621 Hood Rd | Sacramento | CA | 285-0021-090-0000<br>285-0021-010-0000 |
| 5800 Engle Rd | Carmichael | CA | 258-0180-043-0000 |
| 7575 Power Inn Rd | Sacramento | CA | 051-0200-093<br>051-0467-052 |
| 7337 Power Inn Rd | Sacramento | CA | 051-0231-014<br>051-0231-016<br>051-0231-015 |
| 1190 Dana Dr | Fairfield | CA | 0033-042-400 |
| 1189 Dana Dr | Fairfield | CA | 0033-042-300 |
| 1050 Elm St | Napa | CA | 005-123-013-000 |
| 3310 Cimmarron Rd<br>3320 Cimmarron Rd<br>3336 Cimmarron Rd | Cameron Park | CA | 116-311-001-000<br>116-311-002-000<br>116-311-003-000 |
| 500 Jackson St | Fairfield | CA | 0030-244-130 |
| 501 - 523 Carpenter St; 1035 - 1037 Washington St | Fairfield | CA | 0030-152-010 |
| 453 Fleming Ave E | Vallejo | CA | 0069-222-010<br>0069-222-020 |
| 5800 Fair Oaks Blvd | Carmichael | CA | 283-0050-034-0000 |

PACHULSKI STANG ZIEHL & JONES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 3217 Walnut Ave | Carmichael | CA | 271-0313-030-000 |
| 170 - 182 1st Street East | Sonoma | CA | 092-010-014-000 |
| | | | 092-010-015-000 |
| 520 Capitol Mall | Sacramento | CA | 006-146-031-000 |
| 6359 Auburn Blvd | Citrus Heights | CA | 229-160-013-000 |
| 2280 Bates Ave | Concord | CA | 159-070-015-700 |
| 19450 Old Winery Rd | Sonoma | CA | 127-242-049-000 |
| 222-226 W. Spain St | Sonoma | CA | 018-151-005-000 |
| 24265 Arnold Dr | Sonoma | CA | 128-484-009-000 |
| 24321 Arnold Dr | Sonoma | CA | 128-484-010-000 |
| 786 Broadway | Sonoma | CA | 018-352-043-000 |
| 790 Broadway | Sonoma | CA | 018-352-044-000 |
| 18580 Sonoma Highway | Sonoma | CA | 056-501-059-000 |
| 453/457/459 2nd St W | Sonoma | CA | 018-201-016-000 |
| 17700 Sonoma Highway | Sonoma | CA | 056-303-025-000 |
| 1319-1361 Fulton Ave | Sacramento | CA | 285-152-031-000 |
| 377 West Spain Street | Sonoma | CA | 018-192-028-000 |
| 20564 Broadway | Sonoma | CA | 128-321-008-000 |
| 653 3rd Street W | Sonoma | CA | 018-283-005-000 |
| 391-455 Oak Street; 19173 Railroad Ave | Sonoma | CA | 052-402-022-000 |
| 19020 Railroad Ave. | Sonoma | CA | 052-351-028-000 |
| 19022 A&B Railroad Ave. | | | |
| 19030 Railroad Ave. | | | |
| 8th St E | Sonoma | CA | 128-381-027-000 |
| 21885 8th St E | Sonoma | CA | 128-381-028-000 |
| 141-145 E. Napa Street | Sonoma | CA | 018-261-006-000 |
| 151 E Napa Street | Sonoma | CA | 018-261-023-000 |
| 241 1st Street West | Sonoma | CA | 018-121-005-000 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

19

| | | | |
|---|---|---|---|
| 23250 Maffei Road | Sonoma | CA | 128-461-009-000 |
| | | | 128-471-012-000 |
| 20490 Broadway | Sonoma | CA | 128-262-003-000 |
| 925-927 Broadway Street | Sonoma | CA | 128-082-015-000 |
| 967 Broadway Street | Sonoma | CA | 128-690-009-000 |
| 101 Meadowlark Lane | Sonoma | CA | 128-484-013-000 |
| 24101 Arnold Drive | Sonoma | CA | 128-484-003-000 |
| 24151 Arnold Drive | Sonoma | CA | 128-484-024-000 |
| 310 Meadowlark | Sonoma | CA | 128-484-014-000 |
| 201 Meadowlark | Sonoma | CA | 128-484-033-000 |
| | | | 128-484-034-000 |
| 16721 Sonoma Highway | Sonoma | CA | 056-562-020-000 |
| 18585 Manzanita Road | Sonoma | CA | 056-501-036-000 |
| 1130 Pear Tree Lane | Napa | CA | 044-500-007-000 |
| 157 James River Road | Vallejo | CA | 079-351-010-000 |
| 258 Lorraine Blvd. | San Leandro | CA | 075-0171-013 |
| 533 Bella Vista Drive | Suisun City | CA | 0174-234-200 |
| 5601 Walnut Avenue #4 | Orangevale | CA | 235-0420-053-0023 |
| 5701/5703 Orange Ave | Sacramento | CA | 050-0411-002-0000 |
| 830 Illinois Street #1-4 | Fairfield | CA | 0030-312-100 |
| 1173 Araquipa Court | Vacaville | CA | 0127-351-310 |
| 1191 Araquipa Court | Vacaville | CA | 0127-351-340 |
| 1864 Quail Meadows Circle | Vacaville | CA | 132-042-170-000 |
| 4920 Samo Lane | Fairfield | CA | 0174-010-090 |
| 333 Wilkerson Ave. | Perris | CA | 310-061-023 |
| 371 Wilkerson Ave. | Perris | CA | 310-070-078 |
| 411 Wilkerson Ave. | Perris | CA | 310-081-012 |
| No Address | Perris | CA | 310-070-077 |

20

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 19340 7th St E | Sonoma | CA | 127-242-025-000 |
| 101 Quail Court | Truckee | CA | 107-170-033-000 |
| 102 Quail Court | Truckee | CA | 107-170-032-000 |
| 103 Quail Court | Truckee | CA | 107-170-034-000 |
| 104 Quail Court | Truckee | CA | 107-170-031-000 |
| 107 Quail Court | Truckee | CA | 107-170-035-000 |
| 108 Quail Court | Truckee | CA | 107-170-030-000 |
| 109 Quail Court | Truckee | CA | 107-170-036-000 |
| 10335 Badger Lane | Truckee | CA | 107-170-037-000 |
| 10298 Badger Lane | Truckee | CA | 107-170-001-000 |
| 10300 Badger Lane | Truckee | CA | 107-170-002-000 |
| 10306 Badger Lane | Truckee | CA | 107-170-003-000 |
| 10308 Badger Lane | Truckee | CA | 107-170-004-000 |
| 10316 Badger Lane | Truckee | CA | 107-170-005-000 |
| 10318 Badger Lane | Truckee | CA | 107-170-006-000 |
| 10326 Badger Lane | Truckee | CA | 107-170-007-000 |
| 10328 Badger Lane | Truckee | CA | 107-170-008-000 |
| 10333 Badger Lane | Truckee | CA | 107-170-038-000 |
| 10334 Badger Lane | Truckee | CA | 107-170-009-000 |
| 110 Quail Court | Truckee | CA | 107-170-029-000 |
| 10336 Badger Lane | Truckee | CA | 107-170-010-000 |
| 10342 Badger Lane | Truckee | CA | 107-170-011-000 |
| 10344 Badger Lane | Truckee | CA | 107-170-012-000 |
| 10350 Badger Lane | Truckee | CA | 107-170-013-000 |
| 10352 Badger Lane | Truckee | CA | 107-170-014-000 |
| 10358 Badger Lane | Truckee | CA | 107-170-015-000 |
| 10360 Badger Lane | Truckee | CA | 107-170-016-000 |

21

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 10366 Badger Lane | Truckee | CA | 107-170-017-000 |
| 10368 Badger Lane | Truckee | CA | 107-170-018-000 |
| 10378 Badger Lane | Truckee | CA | 107-170-019-000 |
| 10379 Badger Lane | Truckee | CA | 107-170-028-000 |
| 10380 Badger Lane | Truckee | CA | 107-170-020-000 |
| 10381 Badger Lane | Truckee | CA | 107-170-027-000 |
| 10386 Badger Lane | Truckee | CA | 107-170-021-000 |
| 10388 Badger Lane | Truckee | CA | 107-170-022-000 |
| 10393 Badger Lane | Truckee | CA | 107-170-026-000 |
| 10394 Badger Lane | Truckee | CA | 107-170-023-000 |
| 10395 Badger Lane | Truckee | CA | 107-170-025-000 |
| 10396 Badger Lane | Truckee | CA | 107-170-024-000 |
| Pinyon Creek Common Area | Truckee | CA | 107-170-039-000 |
| | | | 107-170-040-000 |
| | | | 107-170-041-000 |
| *Intentionally Omitted* | | | |
| 2030 E Grayson Rd | Ceres | CA | 041-032-023-000 |
| 9120 Polhemus Drive/9300 Mazatlan Way | Elk Grove | CA | 125-0203-016-0000 |
| 7210/7212 Grady Drive | Citrus Heights | CA | 243-0311-020-0000 |
| 7300 Berna/7325 Arleta | Sacramento | CA | 050-0412-004-0000 |
| 7303/7305 Berna Way | Sacramento | CA | 050-0411-009-0000 |
| 7304/7306 Arleta Court | Sacramento | CA | 050-0411-014-0000 |
| 7308/7310 Arleta Court | Sacramento | CA | 050-0411-015-0000 |
| 7312/7314 Berna Way | Sacramento | CA | 050-0412-007-0000 |
| 7316/7318 Arleta Court | Sacramento | CA | 050-0411-017-0000 |
| 7319 Arleta/7301 Berna | Sacramento | CA | 050-0411-005-0000 |
| 7320/7322 Arleta Court | Sacramento | CA | 050-0411-018-0000 |
| 7319/7321 Berna Way | Sacramento | CA | *050-0411-005-0000* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | | |
|---|---|---|---|---|
| 1 | 7324/7326 Arleta Court | Sacramento | CA | 050-0411-019-0000 |
| 2 | 7327/7329 Berna Way | Sacramento | CA | 050-0411-003-0000 |
| 3 | 7328/7330 Arleta Court | Sacramento | CA | 050-0411-020-0000 |
| 4 | 7332/7334 Arleta Court | Sacramento | CA | 050-0411-021-0000 |
| 5 | 7339/7341 Arleta Court | Sacramento | CA | 050-0412-002-0000 |
| 6 | 6346/6348 Sorrell Court | Citrus Heights | CA | 209-0380-032-0000 |
| 7 | 5509 Orange Ave/7343 Arleta | Sacramento | CA | 050-0412-001-0000 |
| 8 | 5513/5515 Missie Way | Sacramento | CA | 228-0520-015-0000 |
| 9 | 5521/5523 Missie Way | Sacramento | CA | 228-0520-017-0000 |
| 10 | 5335/5337 Gibbons Drive | Carmichael | CA | 258-0191-033-0000 |
| 11 | 5537/5539 Missie Way | Sacramento | CA | 228-0520-021-0000 |
| 12 | 5605 Orange Avenue/7320 Berna Way | Sacramento | CA | 050-0412-008-0000 |
| 13 | 5601/5603 Orange Avenue | Sacramento | CA | 050-0412-009-0000 |
| 14 | 7335/7337 Arleta Court | Sacramento | CA | 050-0412-003-0000 |
| 15 | 430 W. Spain Street | Sonoma | CA | 018-111-059-000 |
| 16 | 400 West Spain | Sonoma | CA | 018-111-058-000 |
| 17 | 370 Butcher Rd | Vacaville | CA | 127-070-310 |
| 18 | 280 Butcher Road | Vacaville | CA | 127-070-410 |
| 19 | 310 Butcher Road | Vacaville | CA | 127-070-300 |
| 20 | 312 Butcher Road | Vacaville | CA | 127-431-200 |
| 21 | 350 Butcher Road | Vacaville | CA | 127-070-030 |
| 22 | 7456 Foothills Blvd | Roseville | CA | 477-100-031-000 |
| 23 | 4950  Allison Parkway<br>4960  Allison Parkway<br>4970  Allison Parkway | Vacaville | CA | 0133-330-020<br>0133-330-030<br>0133-330-040 |
| 24 | 18935 5th St W | Sonoma | CA | 127-101-018-000 |
| 25 | 430 West Napa | Sonoma | CA | 018-193-048-000 |
| 26 | 446 W. Napa | Sonoma | CA | 018-193-041-000 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 454 W. Napa | Sonoma | CA | 018-193-040-000 |
| 462 W. Napa | Sonoma | CA | 018-193-039 |
| 24160 Turkey Rd/24237 Arnold Rd. | Sonoma | CA | 128-484-066-000<br>128-484-067-000 |
| 1025 Napa St | Sonoma | CA | 126-032-037-000 |
| 900 E Napa St | Sonoma | CA | 127-231-040-000 |
| 424 2nd St W | Sonoma | CA | 018-202-002-000 |
| 24120 Arnold Dr | Sonoma | CA | 128-461-029-000 |
| 525 W Napa | Sonoma | CA | 018-530-054-000 |
| 520/530/532 Studley St | Sonoma | CA | 018-530-014-000 |
| 18701 Gehricke Road | Sonoma | CA | 127-051-073-000<br>127-051-074-000 |
| 1045 Bart Rd | Sonoma | CA | 127-051-059-000 |
| 5818 Engle Rd | Carmichael | CA | 258-0810-014 |
| 8340 / 8350 Auburn Boulevard | Citrus Heights | CA | 204-0461-042 |
| 1716 Oceanfront | Del Mar | CA | 299-232-09-00 |
| 1549 E Napa St | Sonoma | CA | 127-312-059-000 |
| 476 W Spain St | Sonoma | CA | 018-111-032-000 |
| 19357 Hwy 12 | Sonoma | CA | |
| 18590 Hwy 12 | Sonoma | CA | |
| 18275 Hwy 12 | Sonoma | CA | |
| 18010 Hwy 12 | Sonoma | CA | |
| 452 1st St E #C | Sonoma | CA | 018-790-003-000 |
| 450 1st St E #J | Sonoma | CA | 018-790-018-000 |
| 450 1st St E #ABK | Sonoma | CA | |
| 22 Boyes Blvd | Boyes Hot Springs | CA | 056-402-001-000 |
| 414 W Napa St | Sonoma | CA | 018-193-047-000 |

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
San Francisco, California

24

| Address | City | State | Parcel Number |
|---|---|---|---|
| | | | 0080-380-020 |
| | | | 0080-380-030 |
| | | | 0080-380-040 |
| | | | 0080-380-050 |
| 5200-5234 Gateway Plaza | Benicia | CA | 0080-380-060 |
| 4321 1st St | Pleasanton | CA | 094-0106-004-04 |
| | | | 300-331-14-01 |
| 531-533 Camino Del Mar | Del Mar | CA | 300-331-14-02 |
| 1819 Coast Blvd | Del Mar | CA | 299-144-13-00 |
| 62 Farragut Ave | Piedmont | CA | 51-4786-7 |
| 62 Farragut Ave | Piedmont | CA | 51-4786-8 |
| 210 La Salle | Piedmont | CA | |
| | | | 051-4700-012 |
| 415 Pacific Ave | Piedmont | CA | 051-4700-013 |
| 236 King Ave | Piedmont | CA | |
| 3200 Castle Rd | Sonoma | CA | |
| 3003 Castle Rd | Sonoma | CA | |
| 969 Rachel Rd | Sonoma | CA | 127-540-001 |
| 856 4th St E | Sonoma | CA | 018-381-050 |
| 450 1st St E #G | Sonoma | CA | 018-790-016 |
| 405 London Way | Sonoma | CA | |
| 454 15th St | Del Mar | CA | 299-280-29-00 |
| 1834/36 Ocean Front | Del Mar | CA | |
| 1745 Grand Ave | Del Mar | CA | |
| 157 26th St | Del Mar | CA | |
| 23105 Millerick Rd | Sonoma | CA | |
| 22666 Broadway | Sonoma | CA | 128-422-040-000 |
| 1014 1st St W | Sonoma | CA | 128-083-012 |
| 230 E Napa St | Sonoma | CA | 128-222-009 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 68359 Jolon Rd | Bradley | CA | 423-361-005-000 |
| 1220 E. Napa St. | Sonoma | CA | 127-242-037 |
| 19179 Railroad Ave | Sonoma | CA | 052-402-023 |
| 1200 Apple Tree Ct. | Sonoma | CA | 127-242-035 |
| 1221 Apple Tree Ct. | Sonoma | CA | 127-242-033 |
| 282 Patten St. | Sonoma | CA | 018-262-023-000 |
| 320 East C Street | Dixon | CA | 115-085-010 |
| 414 Manzanita Ave | Fairfield | CA | 162-101-150 |
| 5120 Lovall Valley Loop Rd | Sonoma | CA | 050-372-004-000 |
| 821 Lovall Valley Loop Rd | Sonoma | CA | 127-171-012-000 |
| 528 Third St | Sonoma | CA | 018-251-003 |
| 870 E. Napa St | Sonoma | CA | |
| 19355 Seventh St E | Sonoma | CA | 127-231-015 |
| 20470 Eighth St E | Sonoma | CA | |
| 2 W. Spain St | Sonoma | CA | 018-162-001<br>018-162-022 |
| 18285 Sonoma Highway | Sonoma | CA | |
| 72 Moon Mountain Rd | Sonoma | CA | 056-562-021-000 |
| 74 Moon Mountain Rd | Sonoma | CA | 056-562-022-000 |
| 443 Casabonne Ln | Sonoma | CA | 018-111-076 |
| 771 Fifth St E | Sonoma | CA | 018-382-032 |
| 47 - 49 Natoma St | Folsom | CA | 071-0310-009-0000<br>071-0310-001-0000 |
| 860 Charter Way | Redwood City | CA | 054-081-010<br>054-081-140 |
| 1 - 22 Grande Circle | Fairfield | CA | 0037-431-010 through<br>0037-431-230 |
| 410 Buck Avenue | Vacaville | CA | |
| 2755 Baltic Drive | Fairfield | CA | 0168-431-010 |

Case: 24-10545   Doc# 1005   Filed: 03/10/25   Entered: 03/10/25 14:50:41   Page 26 of 43

| | | | |
|---|---|---|---|
| 594 Lewis Court | Fairfield | CA | |
| 5224 - 5226 Karm Way | Sacramento | CA | |
| 2805 Yosemite Blvd | Modesto | CA | 033-78-007 |
| 1881 Quail Meadows Circle | Vacaville | CA | |
| 2787 Woodmont Drive | Fairfield | CA | |
| 7340/7342 Arleta Ct | Sacramento | CA | 050-0411-023 |
| 7315/7317 Arleta Ct | Sacramento | CA | 050-0411-011 |
| 7336/7338 Arleta Ct | Sacramento | CA | 050-0411-022 |
| 6024 Vista Ave | Sacramento | CA | |
| 755 W. H St | Dixon | CA | 0113-151-160 |
| 781 Beechwood Ave | Vallejo | CA | |
| 9244/9246 Corinthian Cir | Sacramento | CA | |
| 1435 Bell St | Sacramento | CA | |
| 33 Village Park Square | Bluffton | SC | R16-045-000-0148 |
| 300 Chadbourne Rd | Fairfield | CA | 0028-750-240<br>0028-750-260<br>0028-750-270<br>0028-750-250<br>0028-750-290<br>0028-750-300 |
| 1995 Grande Circle | Fairfield | CA | |
| 5959 Riverside Blvd | Sacramento | CA | 029-0021-045 |
| 724 Cottonwood St | Woodland | CA | |
| 1841 Quail Meadows Circle | Vacaville | CA | 0132-041-430 |
| 1111 Alaska Avenue | Fairfield | CA | 0034-011-070 |
| 555 Elmira Road | Vacaville | CA | 0131-030-880<br>0131-030-460<br>0131-030-470 |
| 304 First St E | Sonoma | CA | 018-171-030 |
| 333 E. Enos Drive | Santa Maria | CA | 128-066-010 |

Case: 24-10545    Doc# 1005    Filed: 03/10/25    Entered: 03/10/25 14:50:41    Page 27
of 43

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Address | City | State | Parcel |
|---|---|---|---|
| 13325 Heacock Street | Moreno Valley | CA | 296-103-026-3 296-103-025-2 |
| 3515 W. San Jose Avenue | Fresno | CA | 415-044-25 |
| 4727 Hackberry Lane | Carmichael | CA | 230-0221-016 |
| 1118 Araquipa Court | Vacaville | CA | 0127-352-340 |
| 1214 Araquipa Court | Vacaville | CA | 0127-352-220 |
| 1220 Araquipa Court | Vacaville | CA | 0127-352-210 |
| 1209 Araquipa Court | Vacaville | CA | 0127-351-360 |
| 1226 Araquipa Court | Vacaville | CA | 0127-352-200 |
| 3557 Golf View Terrace | Santa Rosa | CA | 147-410-020-000 |
| 4540 St. Andrews Court | Fairfield | CA | 0147-161-010 |
| 1176 Castle Road | Sonoma | CA | 127-111-055 |
| 1720-1722 The Strand | Manhattan Beach | CA | 4178-005-007 |
| 1170 Castle Road | Sonoma | CA | 127-111-054 |
| 1823/1825 Coast Blvd | Del Mar | CA | 299-144-12 |
| 721 Camino Del Mar | Del Mar | CA | 300-231-11 |
| 1834/1836 Oceanfront | Del Mar | CA | 299-147-05 |
| 2052 Wilkins Ave | Napa | CA | |
| 5819 Filaree Heights | Malibu | CA | 4469-014-012 |
| 432 E Napa St | Sonoma | CA | 018-860-001 |
| 383 Oak St | El Verano | CA | 052-402-011 |
| 21219 Heron Drive | Bodega Bay | CA | 100-255-005 |
| 405/407 London Way | Agua Caliente | CA | 056-564-023 |
| 1230 E. Napa St. | Sonoma | CA | 127-242-038 |
| 834 Donner Ave | Sonoma | CA | 018-363-014 |
| 2377 Lovall Valley Rd | Sonoma | CA | 127-192-051 |
| 3rd St. E | Sonoma | CA | 018-363-004 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 1300 North L Street | Lompoc | CA | 089-490-01<br>089-490-02 |
| 7385 Greenhaven Dr | Sacramento | CA | 031-0053-019 |
| 395 - 397 Coombs St<br>1203 - 1219 Laurel St | Napa | CA | |
| 2306/2376 Fairfield Ave | Fairfield | CA | |
| 5421 Allison Way | Keyes | CA | 045-066-015 |
| 7 Autumn Creek Ct | Napa | CA | 046-122-016 |
| 902 Enterprise | Napa | CA | |
| 2237/2257 Hurley Way | Sacramento | CA | 285-0140-009<br>285-0140-032 |
| 13933 Chagall Court | Moreno Valley | CA | |
| 20172 Northcove Square | | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## **Appendix 3 – Identified Entities**

a.  Douglas Fir Investments D, LLC

b.  Food Pavilion I, Ltd.

c.  Foothill Pine, LP

d.  Hood Partners LLC

e.  Jack Harouni, LLC

f.  Lassen Partners, LLC

g.  LM Single Family Holdings LP

h.  KS Mattson Partners, LP

i.  McKinley Partners, LLC

j.  Napa Elm I, LLC

k.  Perris Freeway Plaza, LP

l.  Perris Investors II, LLC

m.  Red Hickory Tree, LP

n.  Ringmaster's Square, LLC

o.  Specialty Properties Partners, LP

p.  Specialty Sales Classics, Inc.

q.  Specialty Sales Global, Inc.

r.  The Laurel Wreath Foundation, Inc.

s.  Treehouse Investments, LP

t.  Waters Edge Riverside Properties, LLC

u.  Windscape Apartments I D, LLC

v.  Windscape Apartments II D, LLC

w.  Woodland Oaks Investments, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 2**
**Declaration of Steven W. Golden, Esq.**

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:    dgrassgreen@pszjlaw.com
          jfiero@pszjlaw.com
          jrosell@pszjlaw.com
          sgolden@pszjlaw.com
          gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **DECLARATION OF STEVEN W. GOLDEN IN SUPPORT OF THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC. AKA STEWART TITLE OF SACRAMENTO** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

I, Steven W. Golden, declare under penalty of perjury as follows:

1.  I am a partner at the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned case. My office address and phone number at PSZJ are 919 N. Market Street, 17th Floor, Wilmington, DE 19801; (302) 652-4100. I am a member in good standing of the bars of New York, Texas, Maryland, Pennsylvania, and Delaware.

2.  On December 2, 2024, this Court entered an order admitting my application for admission pro hac vice in this case. *See* Docket No. 395.

3.  I submit this Declaration in support of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC., AKA STEWART TITLE OF SACRAMENTO (the "Application") to which this Declaration is appended. I have personal knowledge of the facts set forth in this Declaration unless otherwise stated.

4.  As set forth in the First-Day Declaration of Bradley Sharp, the Debtors' Chief Restructuring Officer, Kenneth Mattson, one of the Debtors' founders and former principals, "appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of LeFever Mattson, the Debtor, or any of the other LPs or LLCs (collectively, the "Mattson Transactions")."[2] The Committee's professionals are conducting an investigation (the "Committee Investigation") into the Mattson Transactions (including the Mattson Interest Sales and Mattson Property Sales, each as defined in the First-Day Declaration), and other potential claims and causes of action that may be asserted against non-Debtors.

---

[2] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Decl."), ¶ 27.

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

5.      Mr. Sharp further described one category of Mattson Transactions as follows:

Mr. Mattson caused certain of the LPs and LLCs to purchase properties owned by Mr. Mattson's own investment company—by executing the transactions himself on behalf of both buyer and seller (collectively, the "Mattson Property Sales"). . . . The Mattson Property Sales have clouded title on a significant portion of the LeFever Mattson real estate portfolio, and a number of LPs and LLCs now hold properties, obtained through Mattson Property Sales, that are encumbered by loans that are in default.[3]

6.      Based on the Committee Investigation thus far, the Committee believes that Mr. Mattson and/or his non-Debtor investment vehicles are in the chain of title of a significant portion of the Debtors' property portfolio, both as of the Petition Dates in these cases and historically. Based on its review of available information, the Committee believes that Stewart, as a title company involved in some transactions in which the Debtors purchased and/or sold real property (including Mattson Property Sales), may have records that will assist the Committee in evaluating the chain of title to that "significant portion of the LeFever Mattson real estate portfolio," and, in turn, various potential claims and causes of action that are the subject of the Committee Investigation. This information is critical to a determination interests of a variety of parties in these bankruptcy cases, including the investors in LeFever Mattson who, based on the filed proofs of claim and interest, constitute a majority of the Committee's constituency..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 10, 2025 at Wilmington, Delaware.


By:     /s/ *Steven W. Golden*
        Steven W. Golden

---

[3] *See id.*, ¶ 17.

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# EXHIBIT 3
## Proposed Form of Order Granting *Ex Parte* Application

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   Debra I. Grassgreen (CA Bar No. 169978)
    John D. Fiero (CA Bar No. 136557)
2   Jason H. Rosell (CA Bar No. 269126)
    Steven W. Golden (*pro hac vice* pending)
3   Gillian N. Brown (CA Bar No. 205132)
    PACHULSKI STANG ZIEHL & JONES LLP
4   One Sansome Street, Suite 3430
    San Francisco, California 94104-4436
5   Telephone:   415-263-7000
    Facsimile:    415-263-7010
6   Email:      dgrassgreen@pszjlaw.com
7             jfiero@pszjlaw.com
             jrosell@pszjlaw.com
8             sgolden@pszjlaw.com
9             gbrown@pszjlaw.com

10  *Counsel to the Official Committee*
    *of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **ORDER GRANTING THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC. AKA STEWART TITLE OF SACRAMENTO** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Upon consideration of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC. AKA STEWART TITLE OF SACRAMENTO (the "Application") [Doc. No. ___], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Application is GRANTED.

2.      The Official Committee of Unsecured Creditors is authorized to issue a subpoena directed to Stewart Title of California, Inc. aka Stewart Title of Sacramento ("Stewart") requiring Stewart to (a) complete its production, by **April 4, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) provide oral testimony on a mutually agreed date no later than **April 30, 2025** (unless the Committee and Stewart agree to extend that date) relating to (i) Stewart's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4903-1915-9590.1 52011.00002

2

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:        dgrassgreen@pszjlaw.com
              jfiero@pszjlaw.com
              jrosell@pszjlaw.com
              sgolden@pszjlaw.com
              gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

---

[1]  The last four digits of LeFever Mattson's tax identification number are 7537.  Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.  The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA          )
                             )
CITY OF LOS ANGELES          )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On March 10, 2025, I caused to be served the **EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STEWART TITLE OF CALIFORNIA, INC. AKA STEWART TITLE OF SACRAMENTO; DECLARATION OF STEVEN W. GOLDEN, ESQ.** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>Stewart Title of California, Inc.<br>c/o CT Corporation<br>330 N. Brand Blvd.<br>Glendale, CA  91203<br><br>Stewart Title of California, Inc.<br>5729 Sunrise Blvd.<br>Citrus Heights, CA  95610<br>ATTN: Legal Department |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 10, 2025, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Gabrielle L. Albert on behalf of Debtor LeFever Mattson, a California corporation
galbert@kbkllp.com

Kyra E. Andrassy on behalf of Creditor Anne Prisco
kandrassy@raineslaw.com, csheets@swelawfirm.com

Roxanne Bahadurji on behalf of Creditor Anne and Keith Gockel
rbahadurji@sullivanblackburn.com, ecf@macfern.com

Mia S. Blackler on behalf of Creditor JPMorgan Chase Bank, N.A.
mblackler@lubinolson.com

Mark Bostick on behalf of Creditor KS Mattson Partners, LP
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Gillian Nicole Brown on behalf of Creditor Committee Official Committee of Unsecured Credtiors
gbrown@pszjlaw.com

Stephen T. Cammack on behalf of Creditor Graham Reid
cammacklawoffice@gmail.com

Theodore A. Cohen on behalf of Attorney Sheppard, Mullin, Richter & Hampton LLP
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@hrhlaw.com

Devan Dal Col on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
ddalcol@reedsmith.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Daniel Lloyd Egan on behalf of Creditor John L. Chase
degan@wilkefleury.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Credtiors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Evan Gershbein
ECFpleadings@kccllc.com

Charles R Gibbs on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
crgibbs@mwe.com

Bernard R. Given, II on behalf of Other Prof. FTI Consulting Inc.
bgiven@loeb.com

Steven W Golden on behalf of Creditor Committee Official Committee of Unsecured Credtiors
sgolden@pszjlaw.com

Michael J. Gomez on behalf of Interested Party KeyBank National Association

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4903-1915-9590.1 52011.00002

1    mgomez@frandzel.com, dmoore@frandzel.com

2    Debra I. Grassgreen on behalf of Creditor Committee Official Committee of Unsecured Credtiors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

3

4    Mitchell B. Greenberg on behalf of Creditor Poppy Bank
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

5    Thomas P. Griffin, Jr. on behalf of Creditor Diana Goodman
tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

6

7    Christopher V. Hawkins on behalf of Creditor KS Mattson Partners, LP
chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

8    Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

9    Gabriel P Herrera on behalf of Creditor Wondra, et al.
gherrera@kmtg.com, bxiong@kmtg.com

10

11    James P. Hill on behalf of Creditor KS Mattson Partners, LP
jhill@fennemorelaw.com, bkstaff@sullivanhill.com

12    Lane C Hilton on behalf of Interested Party Linda Thom
lane@thersfirm.com

13

14    Catherine Holzhauser on behalf of Creditor Beeson, Tayer & Bodine, APC.
cholzhauser@beesontayer.com, awheeler@beesontayer.com

15    Marsha Houston on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
mhouston@reedsmith.com, hvalencia@reedsmith.com

16

17    Lance N. Jurich on behalf of Interested Party Serene Investment Management LLC
ljurich@loeb.com, pmatsuda@loeb.com

18    Robert B. Kaplan on behalf of Creditor Umpqua Bank
rbk@jmbm.com

19    Ivo Keller on behalf of Creditor Elizabeth H. Talley
ikeller@sflaw.com

20

21    Tobias S. Keller on behalf of Debtor LeFever Mattson, a California corporation
tkeller@kbkllp.com

22    Thomas Philip Kelly, III on behalf of Creditor Andrew Revocable Trust dated June 21, 2001
tomkelly@sonic.net

23

24    Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

25    Chris D. Kuhner on behalf of Creditor Bradley and Lori Olson
c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

26

27    Benjamin R. Levinson on behalf of Creditor Visio International, Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust
ben@benlevinsonlaw.com

28    Sarah Lampi Little on behalf of Creditor Bradley and Lori Olson
sarah@kornfieldlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4903-1915-9590.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

2
Christopher M. McDermott on behalf of Creditor Nationstar Mortgage LLC
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

3
Paul David Moak on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
pmoak@reedsmith.com

4

5
Thomas G. Mouzes on behalf of Creditor CP Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

6
Randall P. Mroczynski on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
rmroczynski@cookseylaw.com

7

8
Eric A. Nyberg on behalf of Creditor Bradley and Lori Olson
e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

9
Abigail O'Brient on behalf of Interested Party Winside USA, Inc.
AOBrient@cov.com, docketing@cov.com

10
Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

11

12
Eric S. Pezold on behalf of Creditor California Bank of Commerce
epezold@swlaw.com, fcardenas@swlaw.com

13
William L. Porter on behalf of Creditor 1-888-4-Abatement, Inc.
bporter@porterlaw.com, Ooberg@porterlaw.com

14

15
Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

16
Yasha Rahimzadeh on behalf of Creditor Daninaan LLC
yrlaw@attorneynorcal.com

17

18
Jason Rosell on behalf of Creditor Committee Official Committee of Unsecured Credtiors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

19
Vadim J Rubinstein on behalf of Interested Party Serene Investment Management LLC
vrubinstein@loeb.com

20

21
Thomas B. Rupp on behalf of Debtor Apan Partners LLC
trupp@kbkllp.com

22
Maggie E. Schroedter on behalf of Creditor Nick Thom
maggie@thersfirm.com, maria@thersfirm.com

23

24
Eric C. Seitz on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
eseitz@mwe.com

25
Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

26

27
Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

28
Jessica M. Simon on behalf of Creditor Citizens Business Bank
jsimon@hrhlaw.com

4903-1915-9590.1 52011.00002

Boris Smyslov on behalf of Plaintiff Mariah Driver
attorney.boris@gmail.com

Andrew B. Still on behalf of Creditor California Bank of Commerce
astill@swlaw.com, kcollins@swlaw.com

Jason D. Strabo on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the
Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
jstrabo@mwe.com, dnorthrop@mwe.com

Sarah M. Stuppi on behalf of Creditor Ravindra Ambatipudi
sarah@stuppilaw.com

Christopher D. Sullivan on behalf of Creditor Anne and Keith Gockel
csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

Gerrick Warrington on behalf of Interested Party KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

Craig A. Welin on behalf of Interested Party KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

Thomas A. Willoughby on behalf of Creditor Monley Hamlin Inc.
twilloughby@ffwplaw.com, docket@ffwplaw.com

Brooke Elizabeth Wilson on behalf of Creditor Committee Official Committee of Unsecured Credtiors
bwilson@pszjlaw.com

Jennifer C. Wong on behalf of Creditor Ally Bank
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Bennett G. Young on behalf of Creditor Amanda Henry, as Trustee of the Frank Bragg Revocable Turst
byoung@jmbm.com, jb8@jmbm.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4903-1915-9590.1 52011.00002