United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 24-10545-CN |
| LeFever Mattson, a California corporatio | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOCTICE

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdfeoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeFever Mattson, a California corporation, 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621-5200 |
| rspi | + | Bradley D. Sharp, President & CEO, DSI Consulting, 333 South Grand Avenue, Ste 4100, Los Angeles, CA 90071-1571 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 13, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail O'Brient | |
| | on behalf of Interested Party Winside USA Inc. AOBrient@cov.com, docketing@cov.com |
| Andrew B. Still | |
| | on behalf of Creditor California Bank of Commerce astill@swlaw.com kcollins@swlaw.com |
| Benjamin R. Levinson | |
| | on behalf of Creditor Visio International Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust ben@benlevinsonlaw.com |
| Bennett G. Young | |
| | on behalf of Creditor Amanda Henry as Trustee of the Frank Bragg Revocable Turst byoung@jmbm.com, jb8@jmbm.com |
| Bernard R. Given, II | |
| | on behalf of Other Prof. FTI Consulting Inc. bgiven@loeb.com |
| Boris Smyslov | |

on behalf of Plaintiff Mariah Driver attorney.boris@gmail.com

Brooke Elizabeth Wilson

on behalf of Creditor Committee Official Committee of Unscured Credtiors bwilson@pszjlaw.com

Catherine Holzhauser

on behalf of Creditor Beeson Tayer & Bodine, APC. cholzhauser@beesontayer.com, awheeler@beesontayer.com

Charles R Gibbs

on behalf of Creditor Wilmington Trust National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 crgibbs@mwe.com

Chris D. Kuhner

on behalf of Creditor Bradley and Lori Olson c.kuhner@kornfieldlaw.com g.michael@kornfieldlaw.com

Christopher Crowell

on behalf of Creditor Citizens Business Bank ccrowell@hrhlaw.com

Christopher D. Sullivan

on behalf of Creditor Anne and Keith Gockel csullivan@sullivanblackburn.com AJTorio@sullivanblackburn.com

Christopher M. McDermott

on behalf of Creditor Nationstar Mortgage LLC ecfcanb@aldridgepite.com CMM@ecf.inforuptcy.com

Christopher V. Hawkins

on behalf of Creditor KS Mattson Partners LP chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

Craig A. Welin

on behalf of Interested Party KeyBank National Association cwelin@frandzel.com bwilson@frandzel.com

Daniel Lloyd Egan

on behalf of Creditor John L. Chase degan@wilkefleury.com

Deanna K. Hazelton

on behalf of U.S. Trustee Office of the U.S. Trustee / SR deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen

on behalf of Creditor Committee Official Committee of Unscured Credtiors dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Devan Dal Col

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION ddalcol@reedsmith.com

Douglas B. Provencher

on behalf of Interested Party Douglas B. Provencher dbp@provlaw.com

Eric A. Nyberg

on behalf of Creditor Bradley and Lori Olson e.nyberg@kornfieldlaw.com g.michael@kornfieldlaw.com

Eric C. Seitz

on behalf of Creditor Wilmington Trust National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 eseitz@mwe.com

Eric S. Pezold

on behalf of Creditor California Bank of Commerce epezold@swlaw.com fcardenas@swlaw.com

Evan Gershbein

ECFpleadings@kccllc.com

Gabriel P Herrera

on behalf of Creditor Wondra et al. gherrera@kmtg.com, bxiong@kmtg.com

Gabrielle L. Albert

on behalf of Debtor LeFever Mattson a California corporation galbert@kbkllp.com

Gerrick Warrington

on behalf of Interested Party KeyBank National Association gwarrington@frandzel.com achase@frandzel.com

Gillian Nicole Brown

on behalf of Creditor Committee Official Committee of Unscured Credtiors gbrown@pszjlaw.com

Ivo Keller

on behalf of Creditor Elizabeth H. Talley ikeller@sflaw.com

James P. Hill

on behalf of Creditor KS Mattson Partners LP jhill@fennemorelaw.com, bkstaff@sullivanhill.com

Jared A. Day

on behalf of U.S. Trustee Office of the U.S. Trustee / SR jared.a.day@usdoj.gov

Jason Rosell

on behalf of Creditor Committee Official Committee of Unscured Credtiors jrosell@pszjlaw.com mrenck@pszjlaw.com

Jason D. Strabo

on behalf of Creditor Wilmington Trust National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 jstrabo@mwe.com, dnorthrop@mwe.com

Jeannie Kim

on behalf of Creditor Socotra Capital Inc. jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Jennifer C. Wong

on behalf of Creditor Ally Bank bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jessica M. Simon

on behalf of Creditor Citizens Business Bank jsimon@hrhlaw.com

John D. Fiero

on behalf of Creditor Committee Official Committee of Unscured Credtiors jfiero@pszjlaw.com ocarpio@pszjlaw.com

Kyra E. Andrassy

on behalf of Creditor Anne Prisco kandrassy@raineslaw.com csheets@swelawfirm.com

Lance N. Jurich

on behalf of Interested Party Serene Investment Management LLC ljurich@loeb.com pmatsuda@loeb.com

Lane C Hilton

on behalf of Interested Party Linda Thom lane@thersfirm.com

Maggie E. Schroedter

on behalf of Creditor Nick Thom maggie@thersfirm.com maria@thersfirm.com

Mark Bostick

on behalf of Creditor KS Mattson Partners LP mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Marsha Houston

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION mhouston@reedsmith.com hvalencia@reedsmith.com

Mia S. Blackler

on behalf of Creditor JPMorgan Chase Bank N.A. mblackler@lubinolson.com

Michael J. Gomez

on behalf of Interested Party KeyBank National Association mgomez@frandzel.com dmoore@frandzel.com

Mitchell B. Greenberg

on behalf of Creditor Poppy Bank mgreenberg@abbeylaw.com mmeroney@abbeylaw.com

Office of the U.S. Trustee / SR

USTPRegion17.SF.ECF@usdoj.gov

Paul David Moak

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION pmoak@reedsmith.com

Phillip John Shine

on behalf of U.S. Trustee Office of the U.S. Trustee / SR phillip.shine@usdoj.gov

Randall P. Mroczynski

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital rmroczynski@cookseylaw.com

Robert B. Kaplan

on behalf of Creditor Umpqua Bank rbk@jmbm.com

Roxanne Bahadurji

on behalf of Creditor Anne and Keith Gockel rbahadurji@sullivanblackburn.com ecf@macfern.com

Sarah Lampi Little

on behalf of Creditor Bradley and Lori Olson sarah@kornfieldlaw.com

Sarah M. Stuppi

on behalf of Creditor Ravindra Ambatipudi sarah@stuppilaw.com

Stephen T. Cammack

on behalf of Creditor Graham Reid cammacklawoffice@gmail.com

Steven W Golden

on behalf of Creditor Committee Official Committee of Unscured Credtiors sgolden@pszjlaw.com

Theodore A. Cohen

on behalf of Attorney Sheppard Mullin, Richter & Hampton LLP TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Thomas A. Willoughby

on behalf of Creditor Monley Hamlin Inc. twilloughby@ffwplaw.com docket@ffwplaw.com

Thomas B. Rupp

on behalf of Debtor Apan Partners LLC trupp@kbkllp.com

Thomas G. Mouzes

| | |
|---|---|
| | on behalf of Creditor CP Grellas Partnership tmouzes@boutinjones.com  cdomingo@boutinjones.com |
| Thomas P. Griffin, Jr. | on behalf of Creditor Diana Goodman tgriffin@hsmlaw.com  lnewberry@hsmlaw.com |
| Thomas Philip Kelly, III | on behalf of Creditor Andrew Revocable Trust dated June 21  2001 tomkelly@sonic.net |
| Tobias S. Keller | on behalf of Debtor LeFever Mattson  a California corporation tkeller@kbkllp.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank  National Association ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com |
| Vadim J Rubinstein | on behalf of Interested Party Serene Investment Management LLC vrubinstein@loeb.com |
| Wayne A. Silver | on behalf of Creditor Denise Ebbett ws@waynesilverlaw.com  ws@waynesilverlaw.com |
| William L. Porter | on behalf of Creditor 1-888-4-Abatement  Inc. bporter@porterlaw.com, Ooberg@porterlaw.com |
| Yasha Rahimzadeh | on behalf of Creditor Daninaan LLC yrlaw@attorneynorcal.com |

TOTAL: 68



The following constitutes the order of the Court.
Signed: March 11, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LEFEVER MATTSON, a California Corporation, et al.,

Debtors.

Case No. 24-10545 CN
Chapter 11

**ORDER SETTING HEARING ON EX PARTE APPLICATION FOR ORDER DIRECTING PRODUCTION OF RECORDS OF HOME TAX SERVICE OF AMERICA, INC.**

On March 6, 2025, Interested Party KS Mattson Partners, LP filed an Ex Parte Application for Order Directing Production of Records of Home Tax Service of America, Inc. (the "Motion"). The court has reviewed the Motion and the Bankruptcy Court Docket. Accordingly,

**IT IS HEREBY ORDERED** that a hearing on the Motion is set for **March 14, 2025** at **11:00 a.m.** via Tele/Conference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California. Debtors' counsel and counsel for the Unsecured Creditors Committee shall attend.

***END OF ORDER***

Case No. 24-10545 CN

# COURT SERVICE LIST

LeFever Mattson, a California corporation
6359 Auburn Blvd., Suite B
Citrus Heights, CA 95621

Bradley D. Sharp, President & CEO
DSI Consulting
333 South Grand Avenue, Ste 4100
Los Angeles, CA 90071

Other recipients are ECF participants.