**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

**The following constitutes the order of the Court.**
**Signed March 27, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

|  |  |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING EX PARTE APPLICATION OF KS MATTSON PARTNERS, LP FOR ORDER DIRECTING PRODUCTION OF RECORDS OF HOME TAX SERVICE OF AMERICA, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>**[Related to Dkt. No. 1157]**<br><br>[No hearing requested] |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Upon consideration of the *Stipulation Regarding Ex Parte Application for Order Directing Production of Records of Home Tax Service of America, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "Stipulation"),[2] entered into by and between Home Tax Service of America, Inc, d/b/a LeFever Mattson Property Management ("LMPM"), one of the Debtors in the above captioned chapter 11 cases (the "Chapter 11 Cases"), and KS Mattson Partners, LP ("KSMP," and together with LMPM, the "Parties"); the Court having reviewed the Stipulation; and the Court having found that (i) the Court has jurisdiction to consider the Stipulation and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation the Court having determined that the relief requested in the Stipulation is in the best interests of LMPM, its estate, and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. LMPM shall produce to KSMP copies of all non-privileged documents that the Debtors have formally produced to the Official Committee of Unsecured Creditors in the Chapter 11 Cases, as of the date of the Stipulation.

3. KSMP is deemed to have withdrawn (without prejudice) those portions of the Application that pertain to document production.

4. The Stipulation and this Order shall be binding on any subsequently appointed trustee in this bankruptcy case.

5. In the event of a dismissal of this bankruptcy case, the Stipulation and this Order shall survive and remain in full force and effect.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Stipulation.

1       6.     The Stipulation shall constitute the entire agreement and understanding of the

2 Parties relating to the subject matter thereof and supersede all prior agreements and understandings

3 relating to the subject matter thereof.

4       7.     The Court shall retain jurisdiction to resolve any disputes or controversies arising

5 from the Stipulation or this Order.

6 ** END OF ORDER **

7

8 APPROVED AS TO FORM:

9 March 26, 2025

10

11 FENNEMORE

12

13 By: */s/ Mark Bostick*
      Mark Bostick

14       *Attorneys for KS Mattson Partners, LP*

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

1  <u>COURT SERVICE LIST</u>

2  *All ECF Participants*