1   Micheline Nadeau Fairbank, Bar No. 226038
    **FENNEMORE CRAIG P.C.**
2   7800 Rancharrah Parkway
    Reno, NV 89704
3   Tel: (775) 788-2200
    Email: mfairbank@fennemorelaw.com
4
    Mark Bostick, Bar No. 111241
5   Thiele R. Dunaway, Bar No. 130953
    **FENNEMORE LLP**
6   1111 Broadway, 24th Floor
    Oakland, CA 94607
7   Tel: (510) 834-6600 / Fax: (510) 834-1928
    Email: mostick@fennemorelaw.com
8     rdunaway@fennemorelaw.com
9   James Hill, Bar No. 90478
10  **FENNEMORE LLP**
    600 B. Street, 17th Floor
11  San Diego, CA 92101
    Tel: (619) 233-4100 / Fax: (619) 231-4372
12  Email: jhill@fennemorelaw.com

13

14  Attorneys for Interested Parties KS Mattson
    Partners, LP and Kenneth W. Mattson

John M. McHugh, Bar No. 45456
**FENNEMORE**
1700 Lincoln Street, Suite 2400
Denver, CO 90203
Tel: (303) 291-3200 / Fax: (303) 291-3201
Email: jmchugh@fennemorelaw.com

15

16

17                     UNITED STATES BANKRUPTCY COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                           SANTA ROSA DIVISION

    In Re:                                    Lead Case No. 24-10545
20
    LEFEVER MATTSON, a California             Jointly Administered
21  corporation, et al.,
                                              **APPLICATION TO DESIGNATE**
22                    Debtors.                **CREDITOR KS MATTSON**
                                              **PARTNERS, LP AS A "PERMITTED**
23                                            **PARTY" UNDER THE COURT'S**
                                              **12/13/24 ORDER**
24

25

26

27

28

                                       2

**TO: THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, AT OAKLAND, CALIFORNIA:**

Creditor KS Mattson Partners, LP ("KSMP") hereby applies to the Court to be included as a "Permitted Party" under the Court's Order on the Joint Motion Requesting for an Order (1) Establishing Bar Date; (2) Approving Form and Manner of Notice of Bar Date and Procedures Respect Thereto; and (3) Approving Confidentiality Protocol (Dkt. 459) ("Order"), and to direct the Claims Agent, Kurtzman Carson Consultants, LLC dba Verita Global to provide KSMP with copies of the Proof of Claims and Proof of Interests filed in in the above-captioned procedurally consolidated case.

## I.    BACKGROUND

1.      The Debtors and the Committee filed a Joint Motion Requesting for an Order (1) Establishing Bar Date; (2) Approving Form and Manner of Notice of Bar Date and Procedures Respect Thereto; and (3) Approving Confidentiality Protocol ("Joint Motion") (Dkt. 366), on November 22, 2024.

2.      As relevant here, the Debtors and Official Committee of Unsecured Creditors ("Committee") sought a confidentiality protocol explaining it was "necessary and appropriate given that, in addition to reducing Debtors' potential exposure under data privacy laws like the [California Consumer Privacy Act], confidential information submitted in and attached to the Investor Claim Form can be (and in other bankruptcy cases, have been) used to perpetrate identity theft and phishing scams." Dkt. 366 at 17-18 (footnotes omitted).

3.      The Order was entered approving the Joint Motion and the confidentially protocols contained in the Joint Motion on December 13, 2024 (Dkt. 459).

4.      Section (d)(iv) of the Joint Motion provides that, "investor Proofs of Interest and Proofs of Claim and the information contained thereon and attached thereto shall be held and treated as confidential by the Debtors, the Debtors' counsel, and the Claims Agent and copies thereof may be provided to the parties listed below (the "Permitted Parties")."

5.      Section (d)(iv) further provides that, "no party, including a Permitted Party, may obtain copies of any Proof of Interest or Proof of Claim unless such party executes a confidentiality

agreement in a form mutually agreeable with the Debtors and Committee." KSMP is prepared to execute a confidentiality agreement consistent with those executed by other Permitted Parties. Indeed, KSMP has previously executed the required declaration in order to access confidential discovery material under the Court's Protective Order. Dkt. 500 ¶ 4.2.4.

6. Section (d)(v)(8) of the Joint Motion provides that a "Permitted Party" can be "such other persons as the Court allows after notice and an opportunity for hearing; provided, however, that any such determination shall be made on no less than fourteen days' prior notice to affected Investors."[1]

## II. BASIS FOR RELIEF REQUESTED

"The proof of claim plays the important role of alerting the court, trustee, and other creditors, as well as the debtor, to claims against the estate and the creditor's intention to enforce the claims." *In re Barker*, 839 F.3d 1189, 1195 (9th Cir. 2016) (cleaned up, emphasis added) (quoting *In re Daystar of Cal., Inc.*, 122 B.R. 406, 408 (C.D. Cal. 1990)); *see also Adair v. Sherman*, 230 F.3d 890, 896 (7th Cir. 2000) ("The purpose of the proof of claim is to alert the court, trustee, and other creditors, as well as the debtor, to claims against the estate.") (cleaned up, emphasis added). Consistent with this purpose, Section 107(a) of the Bankruptcy Code provides: "a paper filed in a case under this title and the dockets of a bankruptcy court are public records and open to examination by an entity at reasonable times without charge." 11 U.S.C.A. § 107(a); *see also In re Joyce*, 399 B.R. 382, 385 (Bankr. D. Del. 2009) ("[A]ll papers filed in bankruptcy cases and the dockets of bankruptcy courts are public documents subject to examination by members of the public."). Section 105(a) empowers this Court to issue any order "necessary or appropriate to carry out the provisions of [title 11]." 11 U.S.C. § 105(a).

KSMP is a 50% owner of Debtor LeFever Mattson. It is also an unsecured creditor of all of the debtors in this case and timely filed its proof of claim documents. As the Ninth Circuit has explained, the "important role" of the Proof of Claim and Proof of Interest filed in this action by other creditors is, therefore, to "alert" KSMP of those other claims and the intention of other

---

[1] KSMP will be seeking an expedited hearing on shortened time that complies with the Fourteen Day Notice requirement.

creditors to enforce those claims. *See In re Barker*, 839 F.3d at 1195. Under the Bankruptcy Code, KSMP has a presumptive right to view the Proof of Claim and Proof of Interest documents filed in this action. 11 U.S.C.A. § 107(a).

In addition, the Debtors and Committee have made numerous public allegation that KSMP and/or Kenneth Mattson were involved in "a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of LeFever Mattson, the Debtor, or any of the other LPs or LLC."[2] Among these allegations is a claim that certain investments were "oversubscribed," meaning that the total interests sold exceed 100%. The Proof of Claims and Proof of Interests are relevant information for KSMP to evaluate and defend against such allegations and to enable KSMP to assess the effect of such allegations on claims, interests and administration of the case.

Nevertheless, the Debtors and the Committee have obtained an order deeming the Proof of Claims and Proof of Interests filed in this action confidential with access limited to those individuals named a "Permitted Party". Creditors are not included in the list of "Permitted Party." But neither the Order nor the Joint Motion provide any basis to depart from the "important role" that a proof of claim has in alerting other creditors of the claims against the estate in this proceeding. KSMP and its professionals are ready, willing and able to execute a confidentiality agreement with the Debtors and the Committee consistent with the agreement executed by other Permitted Parties to obtain the Proof of Claims and Proof of Interests, as required in the Joint Motion.

Therefore, KSMP asks the Court to exercise its discretion to include KSMP in the scope of "Permitted Party" under the Order and direct the Claims Agent to produce the filed Proof of Claims and Proof of Interests at the offices of Fennemore LLP, 1111 Broadway, 24th Floor, Oakland, California 94607, on or before April 1, 2025

A copy of the proposed *Order Designating KSMP as a Permitted Party* is attached hereto as **Exhibit A**.

---

[2] Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions (Dkt. 5) (the "First-Day Decl."), ¶ 27.

Dated:  March 28, 2025                          FENNEMORE LLP


                                                By:/s/ Mark Bostick
                                                    Micheline Nadeau Fairbank
                                                    Mark Bostick
                                                    Thiele R. Dunaway
                                                    James P. Hill
                                                    John M. McHugh
                                                    Attorneys for KS Mattson Partners,
                                                    LP and Kenneth W. Mattson

51469437.2/069731.0012

# EXHIBIT A

1 | Micheline Nadeau Fairbank, Bar No. 226038
**FENNEMORE CRAIG P.C.**
2 | 7800 Rancharrah Parkway
Reno, NV 89704
3 | Tel: (775) 788-2200
Email: mfairbank@fennemorelaw.com
4 |
Mark Bostick, Bar No. 111241
5 | Thiele R. Dunaway, Bar No. 130953
**FENNEMORE LLP**
6 | 1111 Broadway, 24th Floor
Oakland, CA 94607
7 | Tel: (510) 834-6600 / Fax: (510) 834-1928
Email: mostick@fennemorelaw.com
8 |   rdunaway@fennemorelaw.com
9 |
James Hill, Bar No. 90478
10 | **FENNEMORE LLP**
600 B. Street, 17th Floor
11 | San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
12 | Email: jhill@fennemorelaw.com
13 |
14 | Attorneys for Interested Parties KS Mattson
Partners, LP and Kenneth W. Mattson
15 |
16 |
17 | UNITED STATES BANKRUPTCY COURT
18 | NORTHERN DISTRICT OF CALIFORNIA
19 | SANTA ROSA DIVISION

In Re: | Lead Case No. 24-10545
20 |
LEFEVER MATTSON, a California | Jointly Administered
21 | corporation, et al.,
| **ORDER GRANTING APPLICATION
22 | Debtors. | TO DESIGNATE CREDITOR KS
| MATTSON PARTNERS, LP AS A
23 | | "PERMITTED PARTY" UNDER THE
| COURT'S 12/13/24 ORDER**
24 |
25 |
26 | / / /
27 | / / /
28 | / / /

2

Upon Consideration of the Creditor KS Mattson Partners, LP's ("KSMP") *Application to Designate Creditor KS Mattson Partners, LP as a "Permitted Party" Under the Court's 12/13/14 Order* (the "Application"). After due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.  The Application is granted as provided herein;

2.  KSMP and its counsel is designated as a "Permitted Party";

3.  The Claims Agent is directed to produce the filed Proof of Claims and Proof of Interests at the offices of Fennemore LLP, 1111 Broadway, 24th Floor, Oakland, California 94607; and

4.  The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER**

51530671.1/069731.0012

1

## **<u>COURT SERVICE LIST</u>**

2

No court service is required.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**APPLICATION TO DESIGNATE CREDITOR KS MATTSON PARTNERS, LP AS A "PERMITTED PARTY" UNDER THE COURT'S 12/13/24 ORDER**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Gabrielle L. Albert on behalf of Debtor LeFever Mattson, a California corporation
galbert@kbkllp.com

Kyra E. Andrassy on behalf of Creditor Anne Prisco
kandrassy@raineslaw.com, csheets@swelawfirm.com

Roxanne Bahadurji on behalf of Creditor Anne and Keith Gockel
rbahadurji@sullivanblackburn.com, ecf@macfern.com

Mia S. Blackler on behalf of Creditor JPMorgan Chase Bank, N.A.
mblackler@lubinolson.com

Mark Bostick on behalf of Creditor KS Mattson Partners, LP
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Gillian Nicole Brown on behalf of Creditor Committee Official Committee of Unsecured Credtiors
gbrown@pszjlaw.com

2

Stephen T. Cammack on behalf of Creditor Graham Reid
cammacklawoffice@gmail.com

Theodore A. Cohen on behalf of Attorney Sheppard, Mullin, Richter & Hampton
LLP
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@hrhlaw.com

Devan Dal Col on behalf of Creditor FEDERAL HOME LOAN MORTGAGE
CORPORATION
ddalcol@reedsmith.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Daniel Lloyd Egan on behalf of Creditor John L. Chase
degan@wilkefleury.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured
Credtiors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Evan Gershbein
ECFpleadings@kccllc.com

Charles R Gibbs on behalf of Creditor Wilmington Trust, National Association, as
Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage
Pass-Through Certificates, Series 2015-C30
crgibbs@mwe.com

Bernard R. Given, II on behalf of Other Prof. FTI Consulting Inc.
bgiven@loeb.com

Steven W Golden on behalf of Creditor Committee Official Committee of
Unscured Credtiors
sgolden@pszjlaw.com

Michael J. Gomez on behalf of Interested Party KeyBank National Association
mgomez@frandzel.com, dmoore@frandzel.com

Debra I. Grassgreen on behalf of Creditor Committee Official Committee of
Unscured Credtiors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Mitchell B. Greenberg on behalf of Creditor Poppy Bank
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Thomas P. Griffin, Jr. on behalf of Creditor Diana Goodman
tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

| | |
|---|---|
| 1 | Christopher V. Hawkins on behalf of Creditor KS Mattson Partners, LP<br>chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com |
| 2 | |
| 3 | Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR<br>deanna.k.hazelton@usdoj.gov |
| 4 | Gabriel P Herrera on behalf of Creditor Wondra, et al.<br>gherrera@kmtg.com, bxiong@kmtg.com |
| 5 | |
| 6 | James P. Hill on behalf of Creditor KS Mattson Partners, LP<br>jhill@fennemorelaw.com, bkstaff@sullivanhill.com |
| 7 | Lane C Hilton on behalf of Interested Party Linda Thom<br>lane@thersfirm.com |
| 8 | |
| 9 | Catherine Holzhauser on behalf of Creditor Beeson, Tayer & Bodine, APC.<br>cholzhauser@beesontayer.com, awheeler@beesontayer.com |
| 10 | Marsha Houston on behalf of Creditor FEDERAL HOME LOAN MORTGAGE<br>CORPORATION |
| 11 | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 12 | Lance N. Jurich on behalf of Interested Party Serene Investment Management LLC<br>ljurich@loeb.com, pmatsuda@loeb.com |
| 13 | |
| 14 | Robert B. Kaplan on behalf of Creditor Umpqua Bank<br>rbk@jmbm.com |
| 15 | Ivo Keller on behalf of Creditor Elizabeth H. Talley<br>ikeller@sflaw.com |
| 16 | |
| 17 | Tobias S. Keller on behalf of Debtor LeFever Mattson, a California corporation<br>tkeller@kbkllp.com |
| 18 | Thomas Philip Kelly, III on behalf of Creditor Andrew Revocable Trust dated June<br>21, 2001 |
| 19 | tomkelly@sonic.net |
| 20 | Jeannie Kim on behalf of Creditor Socotra Capital, Inc.<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 21 | |
| 22 | Chris D. Kuhner on behalf of Creditor Bradley and Lori Olson<br>c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| 23 | Benjamin R. Levinson on behalf of Creditor Visio International, Inc. and Y. Tito<br>Sasaki and Janet L. Sasaki Trust |
| 24 | ben@benlevinsonlaw.com |
| 25 | Sarah Lampi Little on behalf of Creditor Bradley and Lori Olson<br>sarah@kornfieldlaw.com |
| 26 | |
| 27 | Christopher M. McDermott on behalf of Creditor Nationstar Mortgage LLC<br>ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com |
| 28 | Paul David Moak on behalf of Creditor FEDERAL HOME LOAN MORTGAGE |

CORPORATION
pmoak@reedsmith.com

Thomas G. Mouzes on behalf of Creditor CP Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

Randall P. Mroczynski on behalf of Creditor Santander Consumer USA Inc. dba
Chrysler Capital
rmroczynski@cookseylaw.com

Eric A. Nyberg on behalf of Creditor Bradley and Lori Olson
e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Abigail O'Brient on behalf of Interested Party Winside USA, Inc.
AOBrient@cov.com, docketing@cov.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Eric S. Pezold on behalf of Creditor California Bank of Commerce
epezold@swlaw.com, fcardenas@swlaw.com

William L. Porter on behalf of Creditor 1-888-4-Abatement, Inc.
bporter@porterlaw.com, Ooberg@porterlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Yasha Rahimzadeh on behalf of Creditor Daninaan LLC
yrlaw@attorneynorcal.com

Dean G. Rallis, Jr. on behalf of Creditor California-American Water Company
drallis@hahnlawyers.com, drallis@ecf.courtdrive.com

Jason Rosell on behalf of Creditor Committee Official Committee of Unsecured
Credtiors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein on behalf of Interested Party Serene Investment Management
LLC
vrubinstein@loeb.com

Thomas B. Rupp on behalf of Debtor Apan Partners LLC
trupp@kbkllp.com

Maggie E. Schroedter on behalf of Creditor Nick Thom
maggie@thersfirm.com, maria@thersfirm.com

Eric C. Seitz on behalf of Creditor Wilmington Trust, National Association, as
Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage
Pass-Through Certificates, Series 2015-C30
eseitz@mwe.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

Jessica M. Simon on behalf of Creditor Citizens Business Bank
jsimon@hrhlaw.com

Boris Smyslov on behalf of Plaintiff Mariah Driver
attorney.boris@gmail.com

Andrew B. Still on behalf of Creditor California Bank of Commerce
astill@swlaw.com, kcollins@swlaw.com

Jason D. Strabo on behalf of Creditor Wilmington Trust, National Association, as
Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage
Pass-Through Certificates, Series 2015-C30
jstrabo@mwe.com, dnorthrop@mwe.com

Sarah M. Stuppi on behalf of Creditor Ravindra Ambatipudi
sarah@stuppilaw.com

Christopher D. Sullivan on behalf of Creditor Anne and Keith Gockel
csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

Gerrick Warrington on behalf of Interested Party KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

Craig A. Welin on behalf of Interested Party KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

Thomas A. Willoughby on behalf of Creditor Monley Hamlin Inc.
twilloughby@ffwplaw.com, docket@ffwplaw.com

Brooke Elizabeth Wilson on behalf of Creditor Committee Official Committee of
Unscured Credtiors
bwilson@pszjlaw.com

Jennifer C. Wong on behalf of Creditor Ally Bank
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Bennett G. Young on behalf of Creditor Amanda Henry, as Trustee of the Frank
Bragg Revocable Turst
byoung@jmbm.com, jb8@jmbm.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2025, at Oakland, California.

_/s/ Jeanne Rose_
JEANNE ROSE