Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Tel: 415-263-7000; Fax: 415-263-7010
Email:      dgrassgreen@pszjlaw.com
            jfiero@pszjlaw.com
            jrosell@pszjlaw.com
            sgolden@pszjlaw.com
            gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | *EX PARTE* **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON.; DECLARATION OF STEVEN W. GOLDEN, ESQ.** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

4896-3797-7647.1 52011.00002

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy cases (the "Cases") hereby files this *ex parte* application (the "Application") under Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") and Local Bankruptcy Rule 2004-1 ("Local Rule 2004-1") for entry of an order authorizing the Committee to issue a subpoena to **Kenneth Mattson.**

The Committee's proposed subpoena will provide that Mr. Mattson shall (a) complete his production, by **May 14, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide oral testimony (the "Oral Testimony"), on a mutually agreed date no later than **June 25, 2025** (unless the Committee and Mr. Mattson agree to extend that date) relating to (i) Mr. Mattson's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

## I.  PRELIMINARY STATEMENT

As set forth in the First-Day Declaration of Bradley Sharp, the Debtors' Chief Restructuring Officer, Mr. Mattson, one of the Debtors' founders and former principals, "appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of LeFever Mattson, the Debtor, or any of the other LPs or LLCs (collectively, the "Mattson Transactions").[2] The Committee's professionals are conducting an investigation (the "Investigation") into the Mattson Transactions (including the Mattson Interest Sales and Mattson Property Sales, each as defined in the First-Day Declaration), and other potential claims and causes of action that may be asserted against non-Debtors.

During the Investigation, the Committee has learned that the Debtors' books and records lack information critical to these bankruptcy cases. As set forth in the Requests, that information may include emails and documents relating to the Debtors that may only be in Mr. Mattson's possession,

---

[2] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Decl."), ¶ 27.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

2

custody, or control. As but one example, the Committee has learned during its Investigation that Mr. Mattson used a personal hotmail.com email address – not the LeFever Mattson email server and email addresses that Debtor LeFever Mattson's other employees used – to send and receive business emails. As such, those emails are in Mr. Mattson's possession, custody, or control.

The Committee does not know whether Mr. Mattson has possession of other information that belongs to the Debtors. The Requests seek the answer to that question. The Requests are specifically directed to documents about the business operations of the Debtors in this case, the real properties that the Debtors alleged own or owned; Mr. Mattson's own dealings vis-à-vis the Debtors and the real properties; and his relationship with Socotra Capital, the hard money lender that the Committee understands Mr. Mattson engaged to encumber real properties at the expense of the investors who, based on the filed proofs of claim and interest, constitute a majority of the Committee's constituency.

Counsel for the Committee provided a draft of the Requests to Mr. Mattson's counsel on March 25, 2025 in order to begin a meet and confer process to clarify questions and smooth the path for Mr. Mattson's document production. The Committee has not received any response as of the date hereof.

## II.    FACTUAL BACKGROUND

Over the course of two months in 2024,[3] each of the Debtors filed a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code. The United States Trustee appointed the Committee on October 9, 2024.[4] On November 1, 2024, the Court granted the Committee's application to employ Pachulski Stang Ziehl & Jones LLP as its counsel, effective as of October 13, 2024.[5] On November 22, 2024, Debtor LeFever Mattson filed an involuntary chapter 11 petition

---

[3] The Debtors filed bankruptcy petitions on August 6, 2024; September 12, 2024; and October 2, 2024 (collectively, the "Petition Dates").

[4] *See* Docket No. 135.

[5] *See* Docket No. 250.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

3

against Mr. Mattson, commencing Case No. 24-10714 in this Court (the "<u>Mattson Bankruptcy Case</u>").

### III.    JURISDICTION

This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are §§ 1103 and 1109(b) of the Bankruptcy Code, and Rule 2004.

### IV.    RELIEF REQUESTED

The Committee respectfully requests that the Court enter an *ex parte* order authorizing the Committee to issue a subpoena requiring Mr. Mattson to (a) complete his production, by **May 14, 2025**, of documents responsive to the Requests set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide Oral Testimony, on a mutually agreed date no later than **June 25, 2025** (unless the Committee and Mr. Mattson agree to extend that date) relating to (i) Mr. Mattsonr's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

### IV.    BASIS FOR RELIEF

Local Rule 2004-1 provides as follows: "The Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a)."[6] The Committee brings this Application *ex parte* pursuant to Local Rule 2004-1 seeking an order without need for a hearing.

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."[7] Rule 2004 is primarily used for "revealing the nature and extent of the

---

[6] L.B.R. 2004-1(a).

[7] Fed. R. Civ. P. 2004(a).

4896-3797-7647.1 52011.00002

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

bankruptcy estate, and for discovering assets, examining transactions, and determining whether wrongdoing has occurred."[8]

Pursuant to Rule 2004(b), a party in interest may seek both document and oral discovery related to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."[9] Under Rule 2004(c), the "attendance of an entity for examination and for the production of documents . . . may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial."[10] Federal Rule of Bankruptcy Procedure ("<u>Bankruptcy Rule</u>") 9016 makes Rule 45 of the Federal Rules of Civil Procedure (governing subpoenas) applicable in cases under the Bankruptcy Code. Unlike discovery under the Federal Rules of Civil Procedure (the "<u>Civil Rules</u>"), discovery under Rule 2004 can be a "pre-litigation discovery device."[11] As such, a Rule 2004 motion need not be tied to specific factual allegations at issue between parties.[12] Moreover, the scope of a Rule 2004 oral examination is broader than that of discovery under the Civil Rules or the Bankruptcy Rules governing adversary proceedings.[13] In fact, courts have recognized that Rule 2004

---

[8] *In re Kelton*, 389 B.R. 812, 820 (Bankr. S.D. Ga. 2008); *see also In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000) (purpose of Rule 2004 is to "determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors"); *In re Bennett Funding Grp., Inc.*, 203 B.R. 24, 28 (Bankr. N.D.N.Y. 1996) (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed").

[9] Fed. R. Civ. P. 2004(b).

[10] Fed. R. Civ. P. 2004(c).

[11] *In re Wilson*, 413 B.R. 330, 336 (Bankr. E.D. La. 2009).

[12] *In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997) (Bankruptcy Rule 2004 permits "examination of any party without the requirement of a pending adversary proceeding or contested matter").

[13] *In re Ecam Publ'ns, Inc.*, 131 B.R. 556, 559 (Bankr. S.D.N.Y. 1991); *see also In re Drexel Burnham Lambert Grp., Inc.*, 123 B.R. 702, 711 (Bankr. S.D.N.Y. 1991) ("[T]he scope of a Rule 2004 examination is very broad. Rule 2004 discovery is broader than discovery under the Federal Rules of Civil Procedure.").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

examinations may be "broad" and "unfettered," and can legitimately be in the nature of a "fishing expedition."[14]

Whether to allow the requested discovery rests within the sound discretion of the Court.[15] Bankruptcy courts may allow a Rule 2004 examination of "third parties who have had dealings with the debtor,"[16] "to allow inquiry into the debtor's acts, conduct or financial affairs so as to discover the existence or location of assets of the estate,"[17] "unearthing frauds,"[18] or to assist in recovering assets for the benefit of a debtor's creditors.[19]

In addition, section 105(a) of the Bankruptcy Code authorizes the Court to "issue any order . . . that is necessary or appropriate to carry out the provisions of this title."[20] The proposed discovery will, among other things, assist the Committee to fulfill its statutory duty to "investigate the acts, conduct, assets, liabilities, and financial condition of the debtor."[21] The relief requested in this Application will not reduce or expand the substantive rights of any party to object to or modify the information requested by the Committee.

---

[14] *In re Subpoena Duces Tecum & Ad Testificandum Pursuant to Fed. R. Bankr. P. 2004*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) (citation omitted); *see also In re Countrywide Home Loans, Inc.*, 384 B.R. 373, 400 (Bankr. W.D. Pa. 2008); *In re Bennett Funding Grp.*, 203 B.R. at 28 (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed"); *In re Valley Forge Plaza Assocs.*, 109 B.R. 669, 674 (Bankr. E.D. Pa. 1990).

[15] *See, e.g., In re Hammond*, 140 B.R. 197, 200 (S.D. Ohio 1992).

[16] *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989); *see also In re W&S Invs., Inc.*, No. 91-35830, 1993 U.S. App. LEXIS 2231, at *5-6 (9th Cir. Jan. 28, 1993) (unpublished disposition) (Rule 2004 is a "broadly construed discovery device which permits any party in interest in a bankruptcy proceeding to move for a court order to examine any entity…," the "scope of inquiry permitted under a Rule 2004 examination is generally very broad and can 'legitimately be in the nature of a 'fishing expedition.'") (citation omitted).

[17] *In re Dinubilo*, 177 B.R. 932, 940 (E.D. Cal. 1993).

[18] *Dynamic Fin. Corp. v. Kipperman (In re N. Plaza, LLC)*, 395 B.R. 113, 122 n.9 (S.D. Cal. 2008) (citations omitted).

[19] *See In re Vantage Petroleum Corp.*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983) (allowing discovery under Rule 2004 to help the debtor "discover and recover assets for benefit of creditors of the debtor").

[20] 11 U.S.C. § 105(a).

[21] *Id.* § 1103(c)(2).

4896-3797-7647.1 52011.00002                                         6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Here, the requested relief is well within the scope of Rule 2004. The Committee seeks to exercise its fiduciary duties to represent all of the unsecured creditors in these Cases, which necessarily requires identifying all of those unsecured creditors. The Committee also seeks maximize the amount of creditors' recoveries in this Cases. As such, the Committee needs the information from Mr. Mattson pertaining to the and the Debtors' operations, assets, liabilities, and the Committee's potential claims for relief.

The Committee's Application seeking to take Rule 2004 discovery of Mr. Mattson will not constitute a violation of the automatic stay in the Mattson Bankruptcy Case because the contemplated discovery is analogous to discovery sought from a debtor in its capacity as a non-party witness and courts have held that the automatic stay does not bar the pursuit of discovery from a debtor under those circumstances. *See Groner v. Miller (In re Miller)*, 262 B.R. 499, 505 (9th Cir. BAP 2001) (finding automatic stay does not protect debtor from responding to third-party subpoena issued by plaintiff in case that was stayed against the debtor but was proceeding against the debtor's codefendant; this is so "even if that information could later be used against the party protected by the automatic stay."); *Kenoyer v. Cardinale (In re Kenoyer)*, 489 B.R. 103, 121-22 (Bankr. N.D. Cal. 2013) ("generally accepted view is that §362(a) does not prevent third-party discovery from a debtor which is directed to the claims asserted against non-debtor parties."); *see also In re Yafet Alem*, 2013 Bankr. LEXIS 3771 at *11 (Bankr. D.C. Sept. 11, 2013) (noting automatic stay does not apply to discovery sought from debtor in the debtor's capacity as a non-party witness with information relevant to the defenses asserted by the movants as to claims asserted against them in state court action stayed against the debtor and proceeding against his co-defendants).

Here, the Committee is not seeking discovery against Mr. Mattson in order to prosecute claims in an action against him. Rather, in accordance with its statutory mandate, the Committee seeks information regarding the "acts, conduct, or property or to the liabilities and financial condition of" the Debtors in this case. Fed. R. Bankr. P. 2004. The Committee's requests for documents and testimony to that end in *this* bankruptcy case are not violations of the automatic stay in the Mattson Bankruptcy Case.

# V.    NO PRIOR REQUEST

No prior request for the relief sought in this Application has been made to this or any other Court.

# VI.    NOTICE

Local Rule 2004-1 provides that this Application can be brought "ex parte and without notice." L.B.R. 2004-1(a). Nevertheless, notice of this Application will be provided to (a) Mr. Mattson's counsel of record in this case at Fennemore LLP -via ECF; (b) the Office of the United States Trustee – via ECF; (c) counsel to the Debtors -via ECF; and (d) all other ECF recipients.

# VII.    CONCLUSION

For the reasons set forth above, the Committee respectfully requests that the Court grant this Application. A proposed order granting this Application is attached hereto as **Exhibit 3**.


Dated:  April 1, 2025                    PACHULSKI STANG ZIEHL & JONES LLP


                                        */s/ Steven W. Golden*
                                        Steven W. Golden (admitted pro hac vice)
                                        One Sansome Street, Suite 3430
                                        San Francisco, California 94104
                                        Telephone: 415.263.7000
                                        Facsimile: 415.263.7010
                                        Email: sgolden@pszjlaw.com

                                        *Counsel to the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**
**Requests for Production of Documents**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

## DEFINITIONS

1.     "<u>AFFILIATE</u>" shall have the meaning ascribed to such term in 11 U.S.C. § 101(2).

2.     "<u>ALL</u>" shall be construed as encompassing "EACH" and "ANY".

3.     "<u>ANY</u>" shall be construed as encompassing "EACH" and "ALL".

4.     "<u>CHAPTER 11 CASES</u>" means those certain jointly-administered cases proceeding in the United States Bankruptcy Court for the Northern District of California under the caption *In re LeFever Mattson*, Case No. 24-10545.

5.     "<u>COMMITTEE</u>" means the Official Committee of Unsecured Creditors appointed in the CHAPTER 11 CASES.

6.     "<u>COMMUNICATION</u>" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

7.     "<u>CONCERNING</u>" means relating to, evidencing, supporting, negating, refuting, embodying, containing, memorializing, comprising, reflecting, analyzing, approving, authorizing, constituting, describing, identifying, referring to, referencing, discussing, indicating, connected with or otherwise pertaining in ANY way, in whole or in part, to the subject matter being referenced.

8.     "<u>DEBTORS</u>" means, individually and collectively, EACH of the ENTITIES listed on <u>Appendix 1</u> hereto, and EACH of their agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

9.     "<u>DOCUMENT</u>" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate DOCUMENT within the meaning of the word DOCUMENT. A DOCUMENT includes written COMMUNICATIONS.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

10

10. "EACH" shall be construed as encompassing "ALL" and "ANY".

11. "ENTITY" shall have the meaning ascribed to such term in 11 U.S.C. § 101(15).

12. "FIRST DAY DECLARATION" means that certain *Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions*, filed at docket number 5 in the CHAPTER 11 CASES.

13. "GOVERNMENTAL UNIT" shall have the meaning ascribed to it in 11 U.S.C. § 101(27).

14. "IDENTIFIED DOCUMENT" means ANY DOCUMENT identified on the attached Appendix 4, INCLUDING any amendment, restatement, amendment and restatement, addendum, modification, or other similar DOCUMENT thereto.

15. "IDENTIFIED ENTITY" means ANY ENTITY identified on the attached Appendix 3 and such IDENTIFIED ENTITY's agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, partners, representatives, affiliates, subsidiaries, predecessors, and/or successors.

16. "IDENTIFIED PROPERTY" means ANY real property identified on the attached Appendix 2.

17. "INCLUDING" means "including, without limitation" and "including, but not limited to".

18. "KSMP" means KS Mattson Partners, LP and its agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, partners, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

19. "LEFEVER" means Timothy LeFever and his agents, accountants, financial advisors, attorneys, employees, representatives, and/or family members.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

11

20.     "<u>MATTSON</u>" means Kenneth Mattson and his agents, accountants, financial advisors, attorneys, employees, representatives, and/or family members.

21.     "<u>REQUESTS</u>" means the Requests for Production set forth below.

22.     "<u>SOCOTRA</u>" means Socotra Capital, Inc. and its agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

23.     "<u>SOCOTRA LOANS</u>" shall have the meaning ascribed to it in the FIRST DAY DECLARATION.

24.     "<u>SPECIFIED PROPERTY</u>" means ANY real property, INCLUDING the IDENTIFIED PROPERTIES, in which ANY of YOU, KSMP, LEFEVER, or the DEBTORS holds or at any time held an interest.

25.     "<u>YOU</u>" and "<u>YOUR</u>" means MATTSON.

## **INSTRUCTIONS**

A.      Unless otherwise specified, the REQUESTS seek DOCUMENTS dated or created on and after January 1, 2010.

B.      YOUR responses to the REQUESTS are subject to ALL applicable Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

C.      Please bates number EACH page of EACH DOCUMENT that YOU produce.

D.      YOU are required to conduct a thorough investigation and produce ALL DOCUMENTS in YOUR possession, custody, and control.

E.      In the REQUEST, the use of the singular form of ANY word includes the plural and vice versa. The words "and" and "or" shall both be conjunctive and disjunctive.

F.      If YOU are unable to produce DOCUMENTS responsive to ANY REQUEST but DOCUMENTS responsive to the REQUEST exist, provide a written DOCUMENT containing the following information:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1.     The date of the DOCUMENT;

2.     The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3.     The name, address, telephone number and title of the author(s) of the DOCUMENT;

4.     The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

5.     The number of pages in the DOCUMENT:

6.     The document control number, if ANY;

7.     The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession of the DOCUMENT;

8.     A specific description of the subject matter of the DOCUMENT;

9.     The reason why YOU cannot produce the DOCUMENT.

G.     YOU are under a continuing duty to amend YOUR written responses to the REQUESTS and to produce additional DOCUMENTS if the written responses or document production is incomplete or incorrect in ANY material respect, and if the additional or corrective information has not otherwise been made known to the COMMITTEE.

H.     YOU are required to produce the full and complete originals (in native format, if electronic), or copies if the originals are unavailable, of EACH DOCUMENT responsive to the REQUESTS along with ALL non-identical copies and drafts in their entirety. A copy may be produced in lieu of originals if the entirety (front and back where appropriate) of the DOCUMENT is reproduced and YOU state by declaration under penalty of perjury that the copy provided is a true, correct, complete, and accurate duplication of the original.

I.     Produced DOCUMENTS must include ALL exhibits, attachments, and ANY other DOCUMENTS otherwise appended to another DOCUMENT.

J.     For ELECTRONICALLY STORED INFORMATION ("ESI"):

1.     Produce DOCUMENTS in accordance with the instructions at https://support.everlaw.com/hc/en-us/articles/360004962052-Standard-Format-for-Processed-Data

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2.  Produce ESI in its native format.

3.  Maintain family integrity.

4.  Perform custodian-level de-duplication.

5.  Produce a DAT load file with the following metadata fields: Beginning Production Number, Ending Production Number, Beginning Attachment Number, End Attachment Number, Family ID, Page Count, Custodian, Original Location Path, Email Folder Path, Document Type, Doc Author, Doc Last Author, Comments, Categories, Revisions, File Name, File Size, MD5 Hash, Date Last Modified, Time Last Modified, Date Created, Time Created, Date Last Accessed, Time Last Accessed, Date Sent, Time Sent, Date Received, Time Received, To, From, CC, BCC, Email Subject, Path to Native, Path to Full Text, Original Time Zone.

6.  Process ESI in Pacific Time Zone and provide a metadata field indicating original time zone.

K.  If YOU withhold or redact a portion of ANY DOCUMENT under a claim of privilege or other protection, then the DOCUMENT must be identified on a privilege log, which shall be produced contemporaneously with the non-privileged DOCUMENTS responsive to this REQUEST, and which privilege log shall state the following information:

1.  The date of the DOCUMENT;

2.  The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3.  The name, address, telephone number and title of the author(s) of the DOCUMENT;

4.  The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

5.  The number of pages in the DOCUMENT;

6.  The document control number, if ANY;

7.  The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession, custody, or control of the DOCUMENT;

4896-3797-7647.1 52011.00002

14

8.      A general description of the subject matter of the DOCUMENT or the portion redacted without disclosing the asserted privileged or protected COMMUNICATION;

9.      The specific privilege(s) or protection(s) that YOU contend applies.

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS CONCERNING ANY of the DEBTORS listed on Appendix 1, attached, INCLUDING (a) ANY limited partnership agreement from 2000 to the present, INCLUDING ANY amendment, amendment and restatement, or iteration thereof, CONCERNING ANY of the DEBTORS; (b) ANY operating agreement from 2000 to the present, INCLUDING ANY amendment, amendment and restatement, or iteration thereof, CONCERNING ANY of the DEBTORS; (c) ANY contribution agreement CONCERNING ANY of the DEBTORS; (d) ANY plan of conversion CONCERNING ANY of the DEBTORS; (e) ANY written consent or other similar DOCUMENT from 2000 to the present CONCERNING ANY of the DEBTORS; (f) ANY agreements of transfer and purchase of partnership interest CONCERNING ANY of the DEBTORS; (g) ANY minutes of any board of directors, board of managers, or other similar governing body of ANY of the DEBTORS; and (h) ANY resolutions of any board of directors, board of managers, or other similar governing body of ANY of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS CONCERNING ANY SPECIFIED PROPERTY, INCLUDING the IDENTIFIED PROPERTIES listed on Appendix 2, attached, INCLUDING (a) ANY DOCUMENT CONCERNING the purchase of ANY SPECIFIED PROPERTY; (b) ANY DOCUMENT CONCERNING the sale of ANY SPECIFIED PROPERTY; (c) ANY closing statement CONCERNING ANY SPECIFIED PROPERTY; (d) ANY DOCUMENT CONCERNING a loan CONCERNING ANY SPECIFIED PROPERTY; (e) ANY change of ownership report

4896-3797-7647.1 52011.00002

CONCERNING ANY SPECIFIED PROPERTY; (f) ANY COMMUNICATIONS CONCERNING ANY SPECIFIED PROPERTY, INCLUDING such COMMUNICATIONS with investors in or tenants-in-common with the DEBTORS, YOU, KSMP, and/or an IDENTIFIED ENTITY; (g) ANY co-tenancy agreement CONCERNING ANY SPECIFIED PROPERTY; (h) ANY property management agreement CONCERNING ANY SPECIFIED PROPERTY; (i) ANY contribution agreement CONCERNING ANY SPECIFIED PROPERTY; AND (j) ANY agreements of transfer and purchase of partnership interest CONCERNING ANY SPECIFIED PROPERTY.

**REQUEST FOR PRODUCTION NO. 3:**

ALL DOCUMENTS CONCERNING ANY of the IDENTIFIED ENTITIES listed on Appendix 3, attached, INCLUDING (a) ANY limited partnership agreement from 2000 to the present, INCLUDING ANY amendment, amendment and restatement, or iteration thereof, CONCERNING ANY of the IDENTIFIED ENTITIES; (b) ANY operating agreement from 2000 to the present, INCLUDING ANY amendment, amendment and restatement, or iteration thereof, CONCERNING ANY of the IDENTIFIED ENTITIES; (c) ANY contribution agreement CONCERNING ANY of the IDENTIFIED ENTITIES; (d) ANY plan of conversion CONCERNING ANY of the IDENTIFIED ENTITIES; (e) ANY written consent or other similar DOCUMENT from 2000 to the present CONCERNING ANY of the IDENTIFIED ENTITIES; (f) ANY agreements of transfer and purchase of partnership interest CONCERNING ANY of the IDENTIFIED ENTITIES; (g) ANY minutes of any board of directors, board of managers, or other similar governing body of ANY of the IDENTIFIED ENTITIES; (h) ANY resolutions of any board of directors, board of managers, or other similar governing body of ANY of the IDENTIFIED ENTITIES; (i) ANY DOCUMENTS CONCERNING ANY of the IDENTIFIED ENTITIES submitted to ANY GOVERNMENTAL UNIT, INCLUDING the California Secretary of State.

**REQUEST FOR PRODUCTION NO. 4:**

ALL DOCUMENTS BETWEEN YOU on the one hand, and ANY of the following, on the other hand: (a) ANY DEBTOR; (b) LEFEVER; (c) SOCOTRA; (d) ANY investors in or tenants-in-

4896-3797-7647.1 52011.00002

Case: 24-10545    Doc# 1204    Filed: 04/01/25    Entered: 04/01/25 13:39:44    Page 16 of 47

common with the DEBTORS; (e) ANY investors in or tenants-in-common with ANY MATTSON ENTITY; (f) ANY co-investors or tenants-in-common with YOU; AND (g) ANY IDENTIFIED ENTITY.

**REQUEST FOR PRODUCTION NO. 5:**

DOCUMENTS sufficient to identify ALL ENTITIES in which YOU hold ANY interest.

**REQUEST FOR PRODUCTION NO. 6:**

DOCUMENTS sufficient to identify ALL real property, INCLUDING the street address and APN of each such real property, in which YOU currently hold or formerly held any interest.

**REQUEST FOR PRODUCTION NO. 7:**

ALL IDENTIFIED DOCUMENTS.

**REQUEST FOR PRODUCTION NO. 8:**

ALL DOCUMENTS CONCERNING SOCOTRA, INCLUDING the SOCOTRA LOANS.

-end-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

17

**Appendix 1 – Debtors**

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| Apan Partners LLC | 9/12/2024 | N/A | 24-10487 |
| Autumn Wood I, LP | 9/12/2024 | 20-0164208 | 24-10488 |
| Bay Tree, LP | 9/12/2024 | 82-1071378 | 24-10489 |
| Beach Pine, LP | 9/12/2024 | 83-2643272 | 24-10490 |
| Bishop Pine, LP | 9/12/2024 | 83-2643038 | 24-10491 |
| Black Walnut, LP | 9/12/2024 | 47-2451858 | 24-10492 |
| Buck Avenue Apartments, LP | 9/12/2024 | 54-2090323 | 24-10493 |
| Buckeye Tree, LP | 9/12/2024 | 88-2980108 | 24-10494 |
| Bur Oak, LP | 9/12/2024 | 87-4699497 | 24-10495 |
| Butcher Road Partners, LLC | 9/12/2024 | 45-5159521 | 24-10496 |
| California Investment Properties, a California corporation | 9/12/2024 | 30-0289474 | 24-10543 |
| Cambria Pine, LP | 9/12/2024 | 83-2644771 | 24-10497 |
| Chestnut Oak, LP | 9/12/2024 | 87-4702239 | 24-10498 |
| Country Oaks I, LP | 9/12/2024 | 26-0860694 | 24-10499 |
| Divi Divi Tree, L.P. | 9/12/2024 | 71-0926806 | 24-10500 |
| Douglas Fir Investments, LP | 9/12/2024 | 47-4674444 | 24-10501 |
| Firetree I, LP | 9/12/2024 | 82-3519393 | 24-10502 |
| Firetree II, LP | 9/12/2024 | 82-3519554 | 24-10503 |
| Firetree III, LP | 9/12/2024 | 82-3919655 | 24-10504 |
| Foxtail Pine, LP | 9/12/2024 | 83-2643197 | 24-10505 |
| Ginko Tree, LP | 9/12/2024 | 88-2960976 | 24-10506 |
| Golden Tree, LP | 9/12/2024 | 82-1060045 | 24-10507 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| Hagar Properties, LP | 9/12/2024 | 04-3598044 | 24-10508 |
| Heacock Park Apartments, LP | 9/12/2024 | 46-3737509 | 24-10509 |
| Home Tax Service of America, Inc., dba LeFever Mattson Property Management | 9/12/2024 | 68-0262554 | 24-10544 |
| LeFever Mattson I, LLC | 9/12/2024 | 47-4960075 | 24-10510 |
| LeFever Mattson, a California corporation | 9/12/2024 | 68-0197537 | 24-10545 |
| Live Oak Investments, LP | 9/12/2024 | 47-3786181 | 24-10511 |
| Monterey Pine, LP | 9/12/2024 | 83-2644824 | 24-10512 |
| Napa Elm, LP | 9/12/2024 | 54-2090332 | 24-10513 |
| Nut Pine, LP | 9/12/2024 | 83-2661795 | 24-10514 |
| Pinecone, LP | 9/12/2024 | 84-2395880 | 24-10515 |
| Pinewood Condominiums, LP | 10/2/2024 | 54-2090329 | 24-10598 |
| Ponderosa Pines, LP | 10/2/2024 | N/A | 24-10599 |
| Red Cedar Tree, LP | 9/12/2024 | 88-3572519 | 24-10517 |
| Red Mulberry Tree, LP | 9/12/2024 | 88-3572594 | 24-10518 |
| Red Oak Tree, LP | 9/12/2024 | 92-1008382 | 24-10520 |
| Red Oak, LP | 9/12/2024 | 61-2022650 | 24-10519 |
| Red Spruce Tree, LP | 9/12/2024 | 92-0780568 | 24-10521 |
| Redbud Tree, LP | 9/12/2024 | 88-2961999 | 24-10516 |
| River Birch, LP | 9/12/2024 | 86-3020630 | 24-10522 |
| River Tree Partners, LP | 9/12/2024 | 81-3671554 | 24-10523 |
| River View Shopping Center 1, LLC | 9/12/2024 | 47-4186147 | 24-10524 |
| River View Shopping Center 2, LLC | 9/12/2024 | 47-4186476 | 24-10525 |
| RT Capitol Mall, LP | 9/12/2024 | 81-3775896 | 24-10526 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Debtor Name | Petition Date | Tax ID | Case No. |
|---|---|---|---|
| RT Golden Hills, LP | 9/12/2024 | 81-3708073 | 24-10527 |
| Scotch Pine, LP | 9/12/2024 | 86-3043628 | 24-10528 |
| Sequoia Investment Properties, LP | 9/12/2024 | 32-0136044 | 24-10529 |
| Sienna Pointe, LLC | 9/12/2024 | 47-4712579 | 24-10530 |
| Spruce Pine, LP | 9/12/2024 | 84-2396399 | 24-10532 |
| Tradewinds Apartments, LP | 9/12/2024 | 54-2090326 | 24-10533 |
| Vaca Villa Apartments, LP | 9/12/2024 | 54-2090327 | 24-10534 |
| Valley Oak Investments, LP | 9/12/2024 | 47-3383417 | 24-10535 |
| Watertree I, LP | 9/12/2024 | 82-3519819 | 24-10536 |
| Willow Oak, LP | 9/12/2024 | 87-4700495 | 24-10537 |
| Windscape Apartments I, LP | 9/12/2024 | 26-0860477 | 24-10538 |
| Windscape Apartments II, LP | 9/12/2024 | 26-0860509 | 24-10539 |
| Windscape Apartments, LLC | 9/6/2024 | 83-1597353 | 24-10417 |
| Windscape Holdings, LLC | 9/12/2024 | 83-1608759 | 24-10540 |
| Windtree, LP | 9/12/2024 | 82-4974654 | 24-10541 |
| Yellow Poplar, LP | 9/12/2024 | 86-3043392 | 24-10542 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

20

## Appendix 2 – Identified Properties

| Address | City | State | APN (if known) |
|---|---|---|---|
| 200 Wagner Road<br>23570 Arnold Dr<br>72 Wagner Road<br>100 Wagner Road | Sonoma | CA | 128-461-023-000<br>128-461-081-000<br>128-461-082-000<br>128-461-084-000 |
| 450 West Spain | Sonoma | CA | 018-111-042-000 |
| 302/304/310 1st Street East | Sonoma | CA | 018-171-019-000<br>018-171-031-000 |
| 171 W. Spain Street | Sonoma | CA | 018-202-051-000 |
| 103/105 Commerce Court | Fairfield | CA | 0044-090-490-000<br>0044-090-500-000 |
| 9407-9471 N Fort Washington Rd | Fresno | CA | 401-830-01<br>401-830-02<br>401-830-03<br>401-830-04<br>401-830-05<br>401-830-06<br>401-830-07<br>401-830-08<br>401-830-09<br>401-830-10 |
| 2151 Salvio Street | Concord | CA | 112-137-017-3 |
| 941-1017 Alamo Dr. | Vacaville | CA | 0127-080-570<br>0127-080-340 |
| 1870 Thornsberry Rd | Sonoma | CA | 127-192-056-000 |
| Vineyard 8th Street E | Sonoma | CA | 128-422-075-000 |
| 802 Studley St | Sonoma | CA | 018-443-011-000 |
| 801 W. Napa St | Sonoma | CA | 018-443-011-000 |
| 830-848 Studley St | Sonoma | CA | 018-443-022-000 |
| 921 Broadway | Sonoma | CA | 128-082-011-000 |
| 1383 Larkin Drive | Sonoma | CA | 023-040-028-000 |
| 635 Broadway | Sonoma | CA | 018-301-010-000 |
| 645-651 Broadway/10 Maple St | Sonoma | CA | 018-301-009-000 |
| 1161-1167 Broadway | Sonoma | CA | 128-181-029-000 |
| 1151 Broadway | Sonoma | CA | 128-181-028-000 |
| 596 3rd St E | Sonoma | CA | 018-271-037-000 |
| 446 3rd Street West | Sonoma | CA | 018-201-003-000 |
| 454 3rd Street West | Sonoma | CA | 018-201-004-000 |
| 789 Cordilleras | Sonoma | CA | 023-010-069-000 |
| 110 Fordham Circle | Vallejo | CA | 0068-243-020 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 905 Broadway St | Fairfield | CA | 0030-282-190 |
| 1621 Hood Rd | Sacramento | CA | 285-0021-090-0000<br>285-0021-010-0000 |
| 5800 Engle Rd | Carmichael | CA | 258-0180-043-0000 |
| 7575 Power Inn Rd | Sacramento | CA | 051-0200-093<br>051-0467-052 |
| 7337 Power Inn Rd | Sacramento | CA | 051-0231-014<br>051-0231-016<br>051-0231-015 |
| 1190 Dana Dr | Fairfield | CA | 0033-042-400 |
| 1189 Dana Dr | Fairfield | CA | 0033-042-300 |
| 1050 Elm St | Napa | CA | 005-123-013-000 |
| 3310 Cimmarron Rd<br>3320 Cimmarron Rd<br>3336 Cimmarron Rd | Cameron Park | CA | 116-311-001-000<br>116-311-002-000<br>116-311-003-000 |
| 500 Jackson St | Fairfield | CA | 0030-244-130 |
| 501 - 523 Carpenter St; 1035 - 1037 Washington St | Fairfield | CA | 0030-152-010 |
| 453 Fleming Ave E | Vallejo | CA | 0069-222-010<br>0069-222-020 |
| 5800 Fair Oaks Blvd | Carmichael | CA | 283-0050-034-0000 |
| 3217 Walnut Ave | Carmichael | CA | 271-0313-030-000 |
| 170 - 182 1st Street East | Sonoma | CA | 092-010-014-000<br>092-010-015-000 |
| 520 Capitol Mall | Sacramento | CA | 006-146-031-000 |
| 6359 Auburn Blvd | Citrus Heights | CA | 229-160-013-000 |
| 2280 Bates Ave | Concord | CA | 159-070-015-700 |
| 19450 Old Winery Rd | Sonoma | CA | 127-242-049-000 |
| 222-226 W. Spain St | Sonoma | CA | 018-151-005-000 |
| 24265 Arnold Dr | Sonoma | CA | 128-484-009-000 |
| 24321 Arnold Dr | Sonoma | CA | 128-484-010-000 |
| 786 Broadway | Sonoma | CA | 018-352-043-000 |
| 790 Broadway | Sonoma | CA | 018-352-044-000 |
| 18580 Sonoma Highway | Sonoma | CA | 056-501-059-000 |
| 453/457/459 2nd St W | Sonoma | CA | 018-201-016-000 |
| 17700 Sonoma Highway | Sonoma | CA | 056-303-025-000 |
| 1319-1361 Fulton Ave | Sacramento | CA | 285-152-031-000 |
| 377 West Spain Street | Sonoma | CA | 018-192-028-000 |
| 20564 Broadway | Sonoma | CA | 128-321-008-000 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| 653 3rd Street W | Sonoma | CA | 018-283-005-000 |
| 391-455 Oak Street; 19173 Railroad Ave | Sonoma | CA | 052-402-022-000 |
| 19020 Railroad Ave. 19022 A&B Railroad Ave. 19030 Railroad Ave. | Sonoma | CA | 052-351-028-000 |
| 8th St E | Sonoma | CA | 128-381-027-000 |
| 21885 8th St E | Sonoma | CA | 128-381-028-000 |
| 141-145 E. Napa Street | Sonoma | CA | 018-261-006-000 |
| 151 E Napa Street | Sonoma | CA | 018-261-023-000 |
| 241 1st Street West | Sonoma | CA | 018-121-005-000 |
| 23250 Maffei Road | Sonoma | CA | 128-461-009-000 128-471-012-000 |
| 20490 Broadway | Sonoma | CA | 128-262-003-000 |
| 925-927 Broadway Street | Sonoma | CA | 128-082-015-000 |
| 967 Broadway Street | Sonoma | CA | 128-690-009-000 |
| 101 Meadowlark Lane | Sonoma | CA | 128-484-013-000 |
| 24101 Arnold Drive | Sonoma | CA | 128-484-003-000 |
| 24151 Arnold Drive | Sonoma | CA | 128-484-024-000 |
| 310 Meadowlark | Sonoma | CA | 128-484-014-000 |
| 201 Meadowlark | Sonoma | CA | 128-484-033-000 128-484-034-000 |
| 16721 Sonoma Highway | Sonoma | CA | 056-562-020-000 |
| 18585 Manzanita Road | Sonoma | CA | 056-501-036-000 |
| 1130 Pear Tree Lane | Napa | CA | 044-500-007-000 |
| 157 James River Road | Vallejo | CA | 079-351-010-000 |
| 258 Lorraine Blvd. | San Leandro | CA | 075-0171-013 |
| 533 Bella Vista Drive | Suisun City | CA | 0174-234-200 |
| 5601 Walnut Avenue #4 | Orangevale | CA | 235-0420-053-0023 |
| 5701/5703 Orange Ave | Sacramento | CA | 050-0411-002-0000 |
| 830 Illinois Street #1-4 | Fairfield | CA | 0030-312-100 |
| 1173 Araquipa Court | Vacaville | CA | 0127-351-310 |
| 1191 Araquipa Court | Vacaville | CA | 0127-351-340 |
| 1864 Quail Meadows Circle | Vacaville | CA | 132-042-170-000 |
| 4920 Samo Lane | Fairfield | CA | 0174-010-090 |
| 333 Wilkerson Ave. | Perris | CA | 310-061-023 |
| 371 Wilkerson Ave. | Perris | CA | 310-070-078 |

Case: 24-10545   Doc# 1204   Filed: 04/01/25   Entered: 04/01/25 13:39:44   Page 23 of 47

| | | | |
|---|---|---|---|
| 411 Wilkerson Ave. | Perris | CA | 310-081-012 |
| No Address | Perris | CA | 310-070-077 |
| 19340 7th St E | Sonoma | CA | 127-242-025-000 |
| 101 Quail Court | Truckee | CA | 107-170-033-000 |
| 102 Quail Court | Truckee | CA | 107-170-032-000 |
| 103 Quail Court | Truckee | CA | 107-170-034-000 |
| 104 Quail Court | Truckee | CA | 107-170-031-000 |
| 107 Quail Court | Truckee | CA | 107-170-035-000 |
| 108 Quail Court | Truckee | CA | 107-170-030-000 |
| 109 Quail Court | Truckee | CA | 107-170-036-000 |
| 10335 Badger Lane | Truckee | CA | 107-170-037-000 |
| 10298 Badger Lane | Truckee | CA | 107-170-001-000 |
| 10300 Badger Lane | Truckee | CA | 107-170-002-000 |
| 10306 Badger Lane | Truckee | CA | 107-170-003-000 |
| 10308 Badger Lane | Truckee | CA | 107-170-004-000 |
| 10316 Badger Lane | Truckee | CA | 107-170-005-000 |
| 10318 Badger Lane | Truckee | CA | 107-170-006-000 |
| 10326 Badger Lane | Truckee | CA | 107-170-007-000 |
| 10328 Badger Lane | Truckee | CA | 107-170-008-000 |
| 10333 Badger Lane | Truckee | CA | 107-170-038-000 |
| 10334 Badger Lane | Truckee | CA | 107-170-009-000 |
| 110 Quail Court | Truckee | CA | 107-170-029-000 |
| 10336 Badger Lane | Truckee | CA | 107-170-010-000 |
| 10342 Badger Lane | Truckee | CA | 107-170-011-000 |
| 10344 Badger Lane | Truckee | CA | 107-170-012-000 |
| 10350 Badger Lane | Truckee | CA | 107-170-013-000 |
| 10352 Badger Lane | Truckee | CA | 107-170-014-000 |
| 10358 Badger Lane | Truckee | CA | 107-170-015-000 |
| 10360 Badger Lane | Truckee | CA | 107-170-016-000 |
| 10366 Badger Lane | Truckee | CA | 107-170-017-000 |
| 10368 Badger Lane | Truckee | CA | 107-170-018-000 |
| 10378 Badger Lane | Truckee | CA | 107-170-019-000 |
| 10379 Badger Lane | Truckee | CA | 107-170-028-000 |
| 10380 Badger Lane | Truckee | CA | 107-170-020-000 |
| 10381 Badger Lane | Truckee | CA | 107-170-027-000 |
| 10386 Badger Lane | Truckee | CA | 107-170-021-000 |
| 10388 Badger Lane | Truckee | CA | 107-170-022-000 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

| | | | |
|---|---|---|---|
| 10393 Badger Lane | Truckee | CA | 107-170-026-000 |
| 10394 Badger Lane | Truckee | CA | 107-170-023-000 |
| 10395 Badger Lane | Truckee | CA | 107-170-025-000 |
| 10396 Badger Lane | Truckee | CA | 107-170-024-000 |
| Pinyon Creek Common Area | Truckee | CA | 107-170-039-000<br>107-170-040-000<br>107-170-041-000 |
| 2030 E Grayson Rd | Ceres | CA | 041-032-023-000 |
| 9120 Polhemus Drive/9300 Mazatlan Way | Elk Grove | CA | 125-0203-016-0000 |
| 7210/7212 Grady Drive | Citrus Heights | CA | 243-0311-020-0000 |
| 7300 Berna/7325 Arleta | Sacramento | CA | 050-0412-004-0000 |
| 7303/7305 Berna Way | Sacramento | CA | 050-0411-009-0000 |
| 7304/7306 Arleta Court | Sacramento | CA | 050-0411-014-0000 |
| 7308/7310 Arleta Court | Sacramento | CA | 050-0411-015-0000 |
| 7312/7314 Berna Way | Sacramento | CA | 050-0412-007-0000 |
| 7316/7318 Arleta Court | Sacramento | CA | 050-0411-017-0000 |
| 7319 Arleta/7301 Berna | Sacramento | CA | 050-0411-005-0000 |
| 7320/7322 Arleta Court | Sacramento | CA | 050-0411-018-0000 |
| 7319/7321 Berna Way | Sacramento | CA | *050-0411-005-0000* |
| 7324/7326 Arleta Court | Sacramento | CA | 050-0411-019-0000 |
| 7327/7329 Berna Way | Sacramento | CA | 050-0411-003-0000 |
| 7328/7330 Arleta Court | Sacramento | CA | 050-0411-020-0000 |
| 7332/7334 Arleta Court | Sacramento | CA | 050-0411-021-0000 |
| 7339/7341 Arleta Court | Sacramento | CA | 050-0412-002-0000 |
| 6346/6348 Sorrell Court | Citrus Heights | CA | 209-0380-032-0000 |
| 5509 Orange Ave/7343 Arleta | Sacramento | CA | 050-0412-001-0000 |
| 5513/5515 Missie Way | Sacramento | CA | 228-0520-015-0000 |
| 5521/5523 Missie Way | Sacramento | CA | 228-0520-017-0000 |
| 5335/5337 Gibbons Drive | Carmichael | CA | 258-0191-033-0000 |
| 5537/5539 Missie Way | Sacramento | CA | 228-0520-021-0000 |
| 5605 Orange Avenue/7320 Berna Way | Sacramento | CA | 050-0412-008-0000 |
| 5601/5603 Orange Avenue | Sacramento | CA | 050-0412-009-0000 |
| 7335/7337 Arleta Court | Sacramento | CA | 050-0412-003-0000 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

25

| | | | |
|---|---|---|---|
| 430 W. Spain Street | Sonoma | CA | 018-111-059-000 |
| 400 West Spain | Sonoma | CA | 018-111-058-000 |
| 370 Butcher Rd | Vacaville | CA | 127-070-310 |
| 280 Butcher Road | Vacaville | CA | 127-070-410 |
| 310 Butcher Road | Vacaville | CA | 127-070-300 |
| 312 Butcher Road | Vacaville | CA | 127-431-200 |
| 350 Butcher Road | Vacaville | CA | 127-070-030 |
| 7456 Foothills Blvd | Roseville | CA | 477-100-031-000 |
| 4950  Allison Parkway<br>4960  Allison Parkway<br>4970  Allison Parkway | Vacaville | CA | 0133-330-020<br>0133-330-030<br>0133-330-040 |
| 18935 5th St W | Sonoma | CA | 127-101-018-000 |
| 430 West Napa | Sonoma | CA | 018-193-048-000 |
| 446 W. Napa | Sonoma | CA | 018-193-041-000 |
| 454 W. Napa | Sonoma | CA | 018-193-040-000 |
| 462 W. Napa | Sonoma | CA | 018-193-039 |
| 24160 Turkey Rd/24237 Arnold Rd. | Sonoma | CA | 128-484-066-000<br>128-484-067-000 |
| 1025 Napa St | Sonoma | CA | 126-032-037-000 |
| 900 E Napa St | Sonoma | CA | 127-231-040-000 |
| 424 2nd St W | Sonoma | CA | 018-202-002-000 |
| 24120 Arnold Dr | Sonoma | CA | 128-461-029-000 |
| 525 W Napa | Sonoma | CA | 018-530-054-000 |
| 520/530/532 Studley St | Sonoma | CA | 018-530-014-000 |
| 18701 Gehricke Road | Sonoma | CA | 127-051-073-000<br>127-051-074-000 |
| 1045 Bart Rd | Sonoma | CA | 127-051-059-000 |
| 5818 Engle Rd | Carmichael | CA | 258-0810-014 |
| 8340 / 8350 Auburn Boulevard | Citrus Heights | CA | 204-0461-042 |
| 1716 Oceanfront | Del Mar | CA | 299-232-09-00 |
| 1549 E Napa St | Sonoma | CA | 127-312-059-000 |
| 476 W Spain St | Sonoma | CA | 018-111-032-000 |
| 19357 Hwy 12 | Sonoma | CA | |
| 18590 Hwy 12 | Sonoma | CA | |
| 18275 Hwy 12 | Sonoma | CA | |
| 18010 Hwy 12 | Sonoma | CA | |
| 452 1st St E #C | Sonoma | CA | 018-790-003-000 |

4896-3797-7647.1 52011.00002

26

PACHULSKI STANG ZIEHL & JONES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO, CALIFORNIA

| Address | City | State | APN |
|---|---|---|---|
| 450 1st St E #J | Sonoma | CA | 018-790-018-000 |
| 450 1st St E #ABK | Sonoma | CA | |
| 22 Boyes Blvd | Boyes Hot Springs | CA | 056-402-001-000 |
| 414 W Napa St | Sonoma | CA | 018-193-047-000 |
| 5200-5234 Gateway Plaza | Benicia | CA | 0080-380-020 0080-380-030 0080-380-040 0080-380-050 0080-380-060 |
| 4321 1st St | Pleasanton | CA | 094-0106-004-04 |
| 531-533 Camino Del Mar | Del Mar | CA | 300-331-14-01 300-331-14-02 |
| 1819 Coast Blvd | Del Mar | CA | 299-144-13-00 |
| 62 Farragut Ave | Piedmont | CA | 51-4786-7 |
| 62 Farragut Ave | Piedmont | CA | 51-4786-8 |
| 210 La Salle | Piedmont | CA | |
| 415 Pacific Ave | Piedmont | CA | 051-4700-012 051-4700-013 |
| 236 King Ave | Piedmont | CA | |
| 3200 Castle Rd | Sonoma | CA | |
| 3003 Castle Rd | Sonoma | CA | |
| 969 Rachel Rd | Sonoma | CA | 127-540-001 |
| 856 4th St E | Sonoma | CA | 018-381-050 |
| 450 1st St E #G | Sonoma | CA | 018-790-016 |
| 405 London Way | Sonoma | CA | |
| 454 15th St | Del Mar | CA | 299-280-29-00 |
| 1834/36 Ocean Front | Del Mar | CA | |
| 1745 Grand Ave | Del Mar | CA | |
| 157 26th St | Del Mar | CA | |
| 23105 Millerick Rd | Sonoma | CA | |
| 22666 Broadway | Sonoma | CA | 128-422-040-000 |
| 1014 1st St W | Sonoma | CA | 128-083-012 |
| 230 E Napa St | Sonoma | CA | 128-222-009 |
| 68359 Jolon Rd | Bradley | CA | 423-361-005-000 |
| 1220 E. Napa St. | Sonoma | CA | 127-242-037 |
| 19179 Railroad Ave | Sonoma | CA | 052-402-023 |
| 1200 Apple Tree Ct. | Sonoma | CA | 127-242-035 |
| 1221 Apple Tree Ct. | Sonoma | CA | 127-242-033 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

| Address | City | State | Parcel |
|---|---|---|---|
| 282 Patten St. | Sonoma | CA | 018-262-023-000 |
| 320 East C Street | Dixon | CA | 115-085-010 |
| 414 Manzanita Ave | Fairfield | CA | 162-101-150 |
| 5120 Lovall Valley Loop Rd | Sonoma | CA | 050-372-004-000 |
| 821 Lovall Valley Loop Rd | Sonoma | CA | 127-171-012-000 |
| 528 Third St | Sonoma | CA | 018-251-003 |
| 870 E. Napa St | Sonoma | CA | |
| 19355 Seventh St E | Sonoma | CA | 127-231-015 |
| 20470 Eighth St E | Sonoma | CA | |
| 2 W. Spain St | Sonoma | CA | 018-162-001<br>018-162-022 |
| 18285 Sonoma Highway | Sonoma | CA | |
| 72 Moon Mountain Rd | Sonoma | CA | 056-562-021-000 |
| 74 Moon Mountain Rd | Sonoma | CA | 056-562-022-000 |
| 443 Casabonne Ln | Sonoma | CA | 018-111-076 |
| 771 Fifth St E | Sonoma | CA | 018-382-032 |
| 47 - 49 Natoma St | Folsom | CA | 071-0310-009-0000<br>071-0310-001-0000 |
| 860 Charter Way | Redwood City | CA | 054-081-010<br>054-081-140 |
| 1 - 22 Grande Circle | Fairfield | CA | 0037-431-010 through<br>0037-431-230 |
| 410 Buck Avenue | Vacaville | CA | |
| 2755 Baltic Drive | Fairfield | CA | 0168-431-010 |
| 594 Lewis Court | Fairfield | CA | |
| 5224 - 5226 Karm Way | Sacramento | CA | |
| 2805 Yosemite Blvd | Modesto | CA | 033-78-007 |
| 1881 Quail Meadows Circle | Vacaville | CA | |
| 2787 Woodmont Drive | Fairfield | CA | |
| 7340/7342 Arleta Ct | Sacramento | CA | 050-0411-023 |
| 7315/7317 Arleta Ct | Sacramento | CA | 050-0411-011 |
| 7336/7338 Arleta Ct | Sacramento | CA | 050-0411-022 |
| 6024 Vista Ave | Sacramento | CA | |
| 755 W. H St | Dixon | CA | 0113-151-160 |
| 781 Beechwood Ave | Vallejo | CA | |
| 9244/9246 Corinthian Cir | Sacramento | CA | |
| 1435 Bell St | Sacramento | CA | |
| 33 Village Park Square | Bluffton | SC | R16-045-000-0148 |

Case: 24-10545   Doc# 1204   Filed: 04/01/25   Entered: 04/01/25 13:39:44   Page 28 of 47

| | | | |
|---|---|---|---|
| | | | 0028-750-240 |
| | | | 0028-750-260 |
| | | | 0028-750-270 |
| | | | 0028-750-250 |
| | | | 0028-750-290 |
| 300 Chadbourne Rd | Fairfield | CA | 0028-750-300 |
| 1995 Grande Circle | Fairfield | CA | |
| 5959 Riverside Blvd | Sacramento | CA | 029-0021-045 |
| 724 Cottonwood St | Woodland | CA | |
| 1841 Quail Meadows Circle | Vacaville | CA | 0132-041-430 |
| 1111 Alaska Avenue | Fairfield | CA | 0034-011-070 |
| | | | 0131-030-880 |
| | | | 0131-030-460 |
| 555 Elmira Road | Vacaville | CA | 0131-030-470 |
| 304 First St E | Sonoma | CA | 018-171-030 |
| 333 E. Enos Drive | Santa Maria | CA | 128-066-010 |
| | | | 296-103-026-3 |
| 13325 Heacock Street | Moreno Valley | CA | 296-103-025-2 |
| 3515 W. San Jose Avenue | Fresno | CA | 415-044-25 |
| 4727 Hackberry Lane | Carmichael | CA | 230-0221-016 |
| 1118 Araquipa Court | Vacaville | CA | 0127-352-340 |
| 1214 Araquipa Court | Vacaville | CA | 0127-352-220 |
| 1220 Araquipa Court | Vacaville | CA | 0127-352-210 |
| 1209 Araquipa Court | Vacaville | CA | 0127-351-360 |
| 1226 Araquipa Court | Vacaville | CA | 0127-352-200 |
| 3557 Golf View Terrace | Santa Rosa | CA | 147-410-020-000 |
| 4540 St. Andrews Court | Fairfield | CA | 0147-161-010 |
| 1176 Castle Road | Sonoma | CA | 127-111-055 |
| 1720-1722 The Strand | Manhattan Beach | CA | 4178-005-007 |
| 1170 Castle Road | Sonoma | CA | 127-111-054 |
| 1823/1825 Coast Blvd | Del Mar | CA | 299-144-12 |
| 721 Camino Del Mar | Del Mar | CA | 300-231-11 |
| 1834/1836 Oceanfront | Del Mar | CA | 299-147-05 |
| 2052 Wilkins Ave | Napa | CA | |
| 5819 Filaree Heights | Malibu | CA | 4469-014-012 |
| 432 E Napa St | Sonoma | CA | 018-860-001 |

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Address | City | State | Parcel |
|---|---|---|---|
| 383 Oak St | El Verano | CA | 052-402-011 |
| 21219 Heron Drive | Bodega Bay | CA | 100-255-005 |
| 405/407 London Way | Agua Caliente | CA | 056-564-023 |
| 1230 E. Napa St. | Sonoma | CA | 127-242-038 |
| 834 Donner Ave | Sonoma | CA | 018-363-014 |
| 2377 Lovall Valley Rd | Sonoma | CA | 127-192-051 |
| 3rd St. E | Sonoma | CA | 018-363-004 |
| 1300 North L Street | Lompoc | CA | 089-490-01 089-490-02 |
| 7385 Greenhaven Dr | Sacramento | CA | 031-0053-019 |
| 395 - 397 Coombs St 1203 - 1219 Laurel St | Napa | CA | |
| 2306/2376 Fairfield Ave | Fairfield | CA | |
| 5421 Allison Way | Keyes | CA | 045-066-015 |
| 7 Autumn Creek Ct | Napa | CA | 046-122-016 |
| 902 Enterprise | Napa | CA | |
| 2237/2257 Hurley Way | Sacramento | CA | 285-0140-009 285-0140-032 |
| 13933 Chagall Court | Moreno Valley | CA | |
| 20172 Northcove Square | | | |
| 2605 Yuma Circle | Sacramento | CA | |
| 1190 E. Napa St | Sonoma | CA | |
| 456 5th St W | Sonoma | CA | 018-193-035 |
| 731 5th St E | Sonoma | CA | 018-382-017 |
| 904 Highway 121 | Sonoma | CA | 128-411-011 |
| | Sonoma | CA | 127-141-006 |
| 16581 State Highway 12 | Sonoma | CA | 056-562-009 |
| 141 E. Napa St | Sonoma | CA | 018-261-006 |
| 908 Enterprise Way | Napa | CA | 046-531-029 |
| 860 Kaiser Road | Napa | CA | 046-531-040 |
| 219 Tokay Ct | Fairfield | CA | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

## Appendix 3 – Identified Entities

a.  Buck Avenue, L.L.C.

b.  CERES WEST MHP

c.  Commerce Court Partners

d.  Comstock Building Partners

e.  Comstock Building Partners, L.L.C.

f.  Country Oak Partners, LLC

g.  Country Oaks LP

h.  Country Oaks Partners, LLC

i.  Country Oaks Partners, L.P.

j.  Douglas Fir Investments D, LLC

k.  Folsom Village Partners

l.  Food Pavilion I, Ltd.

m.  Foothill Pine, LP

n.  Fulton Village Partners, LLC

o.  Greenhaven Partners

p.  Hood Partners LLC

q.  Jack Harouni, LLC

r.  Lassen Partners, LLC

s.  LeFever Mattson Partners Inc.

t.  Live Oak, LP

u.  LM Single Family Holdings LP

v.  KS Mattson Partners, LP

w.  McKinley Partners, LLC

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

x.  Napa Elm I, LLC

y.  Napa Enterprise Partners

z.  Perris Freeway Plaza, LP

aa. Perris Investors II, LLC

bb. Red Hickory Tree, LP

cc. Ringmaster's Square, LLC

dd. Rivertree, L.P.

ee. Specialty Properties Partners, LP

ff.  Specialty Sales Classics, Inc.

gg. Specialty Sales Global, Inc.

hh. The Laurel Wreath Foundation, Inc.

ii.  Treehouse Investments, LP

jj.  Treehouse Partners, LP

kk. Vaca Villa/Butcher Road

ll.  Waters Edge Apartments

mm.      Waters Edge Riverside Properties, LLC

nn. Windscape Apartments I D, LLC

oo. Windscape Apartments II D, LLC

pp. Windscape II, LLC

qq. Wind Tree Limited Partnership

rr.  Woodcreek Plaza Partners

ss.  Woodland Oaks Investments, LLC

32

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

a. *Agreement of Butcher Road Partners*, dated as of April 28, 2010

b. *Agreement of Co-Tenants of Commerce Court Partners*, dated as of October 10, 2014

c. *Agreement of Co-Tenants of Country Glen Apartments*, dated as of October 1, 2006

d. *Agreement of Co-Tenants of Country Glen Apartments*, dated as of October 31, 2006

e. *Agreement of Co-Tenants of Folsom Village Partners*, dated as of September 30, 2013

f. *Agreement of Co-Tenants of Folsom Village Partners*, dated as of October 1, 2013

g. *Agreement of Co-Tenants of Fulton Village*, dated as of March 12, 2012

h. *Agreement of Co-Tenants of Greenhaven Partners*, dated as of March 31, 2013

i. *Agreement of Co-Tenants of Napa Elm*, dated as of July 1, 2005

j. *Agreement of Co-Tenants of Woodcreek Plaza*, dated as of November 1, 2014

k. *Agreement of Co-Tenants of Woodcreek Plaza Partners*, dated as of November 1, 2014

l. *Agreement of Heacock Partner, LP*, dated as of October 1, 2013

m. *Agreement of Limited Partners of Buck Avenue, L.L.C.*, dated as of December 2004

n. *Agreement of Limited Partners of CERES WEST MHP*, dated as of July 31, 2007

o. *Agreement of Limited Partners of Country Oaks, LLC*, dated as of October 15, 2007

p. *Agreement of Limited Partners of Country Oaks Partners, LLC*, dated as of September 2007

q. *Agreement of Limited Partners of Country Oaks Partners, LLC*, dated as of December 1, 2007

r. *Agreement of Limited Partners of Live Oak, LP*, dated as of March 1, 2015

s. *Agreement of Limited Partners of Perris Freeway Plaza, LLC*, dated as of December 1, 2001

t. *Agreement of Limited Partners of Ringmasters Square, LLC*, dated as of June 25, 2004

u. *Agreement of Limited Partners of River Birch Investments, L.P.*, dated as of June 15, 2021

v. *Agreement of Limited Partners of Rivertree, L.P.*, dated as of September 15, 2016

w. *Agreement of Limited Partners of Southwood Apts.*, dated as of December 5, 2005

x. *Agreement of Limited Partners of Specialty Properties Partners, L.L.C.*, dated as of January 28, 2011

y. *Agreement of Limited Partners of Vaca Villa/Butcher Road*

z. *Agreement of Limited Partners of Valley Oak, L.P.*

aa. *Agreement of Limited Partners of Waters Edge Apartments*, dated as of December 5, 2006

bb. *Agreement of Limited Partners of Willow Glen*

cc. *Agreement of Limited Partners of Windscape II, LLC*, dated as of October 15, 2007

dd. *Agreement of Members of Napa Elm*, dated as of December 29, 2006

ee. *Agreement of Napa Enterprise Partners*, dated as of November 1, 2017

33

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

ff. *Agreement of Partners of Country Oaks LP*, as amended and restated August 2016

gg. *Agreement of Partners of Fulton Village Partners, LLC*, dated as of March 12, 2012

hh. *Agreement of Partners of Perris Freeway Plaza, LP*, dated as of December 1, 2001

ii. *Agreement of Partners of Treehouse Partners, LP*, dated as of November 15, 2014

jj. *Agreement of the Limited Partners of Comstock Building Partners, L.L.C.*, dated as of January 12, 2012

kk. *Agreement of the Partners of Comstock Building Partners*, dated as of January 12, 2012

ll. *Agreement of Treehouse Partners*, dated as of October 10, 2015

mm. *Amended and Restated Operating Agreement of Country Oaks Partners, LP* dtd February 1, 2010

nn. *Operating Agreement of Members of Country Oaks Partners, LP*, dated as of September, 2007

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

34

**EXHIBIT 2**
**Declaration of Steven W. Golden, Esq.**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:        dgrassgreen@pszjlaw.com
              jfiero@pszjlaw.com
              jrosell@pszjlaw.com
              sgolden@pszjlaw.com
              gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **DECLARATION OF STEVEN W. GOLDEN IN SUPPORT OF THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON** |

---

[1]  The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

1

I, Steven W. Golden, declare under penalty of perjury as follows:

1.      I am a partner at the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned case. My office address and phone number at PSZJ are 919 N. Market Street, 17th Floor, Wilmington, DE 19801; (302) 652-4100. I am a member in good standing of the bars of New York, Texas, Maryland, Pennsylvania, and Delaware.

2.      On December 2, 2024, this Court entered an order admitting my application for admission pro hac vice in this case. *See* Docket No. 395.

3.      I submit this Declaration in support of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON (the "Application") to which this Declaration is appended. I have personal knowledge of the facts set forth in this Declaration unless otherwise stated.

4.      As set forth in the First-Day Declaration of Bradley Sharp, the Debtors' Chief Restructuring Officer, Mr. Mattson, one of the Debtors' founders and former principals, "appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of LeFever Mattson, the Debtor, or any of the other LPs or LLCs (collectively, the "Mattson Transactions")."[2] The Committee's professionals are conducting an investigation (the "Investigation") into the Mattson Transactions (including the Mattson Interest Sales and Mattson Property Sales, each as defined in the First-Day Declaration), and other potential claims and causes of action that may be asserted against non-Debtors.

5.      During the Investigation, the Committee has learned that the Debtors' books and records lack information critical to these bankruptcy cases. As set forth in the Requests, that information may include emails and documents relating to the Debtors that may only be in Mr.

---

[2] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Declaration"), ¶ 27.

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Mattson's possession, custody, or control. As but one example, the Committee has learned during its Investigation that Mr. Mattson used a personal hotmail.com email address – not the LeFever Mattson email server and email addresses that Debtor LeFever Mattson's other employees used – to send and receive business emails. As such, those emails are in Mr. Mattson's possession, custody, or control.

6.     The Committee does not know whether Mr. Mattson has possession of other information that belongs to the Debtors. The Requests seek the answer to that question. The Requests are specifically directed to documents about the business operations of the Debtors in this case, the real properties that the Debtors alleged own or owned; Mr. Mattson's own dealings vis-à-vis the Debtors and the real properties; and his relationship with Socotra Capital, the hard money lender that the Committee understands Mr. Mattson engaged to encumber real properties at the expense of the investors who, based on the filed proofs of claim and interest, constitute a majority of the Committee's constituency.

7.     I provided a draft of the Requests to Mr. Mattson's counsel on March 25, 2025 in order to begin a meet and confer process to clarify questions and smooth the path for Mr. Mattson's document production. The Committee has not received any response as of the date hereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 1, 2025 at Wilmington, Delaware.

By:     /s/ *Steven W. Golden*
        Steven W. Golden

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3

**EXHIBIT 3**
**Proposed Form of Order Granting *Ex Parte* Application**

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (*pro hac vice* pending)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:        dgrassgreen@pszjlaw.com
              jfiero@pszjlaw.com
              jrosell@pszjlaw.com
              sgolden@pszjlaw.com
              gbrown@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **ORDER GRANTING THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Upon consideration of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON. (the "Application") [Doc. No. ___], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Application is GRANTED.

2.      The Official Committee of Unsecured Creditors is authorized to issue a subpoena directed to Kenneth Mattson. requiring him to (a) complete his production, by **May 14, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) provide oral testimony on a mutually agreed date no later than **June 25, 2025** (unless the Committee and Mr. Mattson agree to extend that date) relating to (i) Mr. Mattson's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:    dgrassgreen@pszjlaw.com
          jfiero@pszjlaw.com
          jrosell@pszjlaw.com
          sgolden@pszjlaw.com
          gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Case No.:  24-10545 |
| | (Jointly Administered) |
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

---

[1]    The last four digits of LeFever Mattson's tax identification number are 7537.  Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.  The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA          )
                             )
CITY OF LOS ANGELES          )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On April 1, 2025, I caused to be served the **EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON; DECLARATION OF STEVEN W. GOLDEN, ESQ.** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On April 1, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 1, 2025, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

2   Gabrielle L. Albert on behalf of Debtor LeFever Mattson, a California corporation
    galbert@kbkllp.com
3

4   Kyra E. Andrassy on behalf of Creditor Anne Prisco
    kandrassy@raineslaw.com, csheets@swelawfirm.com

5   Roxanne Bahadurji on behalf of Creditor Anne and Keith Gockel
    rbahadurji@sullivanblackburn.com, ecf@macfern.com
6

7   Mia S. Blackler on behalf of Creditor JPMorgan Chase Bank, N.A.
    mblackler@lubinolson.com

8   Mark Bostick on behalf of Creditor KS Mattson Partners, LP
    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

9   Gillian Nicole Brown on behalf of Creditor Committee Official Committee of Unsecured Credtiors
    gbrown@pszjlaw.com
10

11  Stephen T. Cammack on behalf of Creditor Graham Reid
    cammacklawoffice@gmail.com

12  Theodore A. Cohen on behalf of Attorney Sheppard, Mullin, Richter & Hampton LLP
    TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com
13

14  Christopher Crowell on behalf of Creditor Citizens Business Bank
    ccrowell@hrhlaw.com

15  Devan Dal Col on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
    ddalcol@reedsmith.com
16

17  Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
    jared.a.day@usdoj.gov

18  Daniel Lloyd Egan on behalf of Creditor John L. Chase
    degan@wilkefleury.com
19

20  John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Credtiors
    jfiero@pszjlaw.com, ocarpio@pszjlaw.com

21  Todd S. Garan on behalf of Creditor JPMorgan Chase Bank, National Association
    ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com
22

23  Evan Gershbein
    ECFpleadings@kccllc.com

24  Charles R Gibbs on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the
    Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
    crgibbs@mwe.com
25

26  Bernard R. Given, II on behalf of Other Prof. FTI Consulting Inc.
    bgiven@loeb.com

27  Steven W Golden on behalf of Creditor Committee Official Committee of Unsecured Credtiors
    sgolden@pszjlaw.com
28

    Michael J. Gomez on behalf of Interested Party KeyBank National Association

    4896-3797-7647.1 52011.00002

1    mgomez@frandzel.com, dmoore@frandzel.com

2    Debra I. Grassgreen on behalf of Creditor Committee Official Committee of Unsecured Credtiors
     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

3    Mitchell B. Greenberg on behalf of Creditor Poppy Bank
4    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

5    Thomas P. Griffin, Jr. on behalf of Creditor Diana Goodman
     tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

6    Christopher V. Hawkins on behalf of Creditor KS Mattson Partners, LP
7    chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

8    Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
     deanna.k.hazelton@usdoj.gov

9    Gabriel P Herrera on behalf of Creditor Wondra, et al.
     gherrera@kmtg.com, bxiong@kmtg.com

10
11   James P. Hill on behalf of Creditor KS Mattson Partners, LP
     jhill@fennemorelaw.com, bkstaff@sullivanhill.com

12   Lane C Hilton on behalf of Interested Party Linda Thom
     lane@thersfirm.com, Amy@thersfirm.com

13
14   Catherine Holzhauser on behalf of Creditor Beeson, Tayer & Bodine, APC.
     cholzhauser@beesontayer.com, awheeler@beesontayer.com

15   Marsha Houston on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
     mhouston@reedsmith.com, hvalencia@reedsmith.com

16
17   Lance N. Jurich on behalf of Interested Party Serene Investment Management LLC
     ljurich@loeb.com, pmatsuda@loeb.com

18   Robert B. Kaplan on behalf of Creditor Umpqua Bank
     rbk@jmbm.com

19   Ivo Keller on behalf of Creditor Elizabeth H. Talley
20   ikeller@sflaw.com

21   Tobias S. Keller on behalf of Debtor LeFever Mattson, a California corporation
     tkeller@kbkllp.com

22   Thomas Philip Kelly, III on behalf of Creditor Andrew Revocable Trust dated June 21, 2001
     tomkelly@sonic.net

23
24   Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

25   Chris D. Kuhner on behalf of Creditor Bradley and Lori Olson
     c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

26   Benjamin R. Levinson on behalf of Creditor Visio International, Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust
27   ben@benlevinsonlaw.com

28   Dara Levinson Silveira on behalf of Debtor LeFever Mattson, a California corporation
     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Sarah Lampi Little on behalf of Creditor Bradley and Lori Olson
sarah@kornfieldlaw.com

Christopher M. McDermott on behalf of Creditor Nationstar Mortgage LLC
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Paul David Moak on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
pmoak@reedsmith.com

Thomas G. Mouzes on behalf of Creditor CP Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

Randall P. Mroczynski on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
rmroczynski@cookseylaw.com

Eric A. Nyberg on behalf of Creditor Bradley and Lori Olson
e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Abigail O'Brient on behalf of Interested Party Winside USA, Inc.
AOBrient@cov.com, docketing@cov.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Eric S. Pezold on behalf of Creditor California Bank of Commerce
epezold@swlaw.com, fcardenas@swlaw.com

William L. Porter on behalf of Creditor 1-888-4-Abatement, Inc.
bporter@porterlaw.com, Ooberg@porterlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Yasha Rahimzadeh on behalf of Creditor Daninaan LLC
yrlaw@attorneynorcal.com

Dean G. Rallis, Jr. on behalf of Creditor California-American Water Company
drallis@hahnlawyers.com, drallis@ecf.courtdrive.com

Jason Rosell on behalf of Creditor Committee Official Committee of Unsecured Credtiors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein on behalf of Interested Party Serene Investment Management LLC
vrubinstein@loeb.com

Thomas B. Rupp on behalf of Debtor Apan Partners LLC
trupp@kbkllp.com

Maggie E. Schroedter on behalf of Creditor Nick Thom
maggie@thersfirm.com, maria@thersfirm.com

Eric C. Seitz on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
eseitz@mwe.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

4896-3797-7647.1 52011.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

2
Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

3
Jessica M. Simon on behalf of Creditor Citizens Business Bank
jsimon@hrhlaw.com

4

5
Boris Smyslov on behalf of Plaintiff Mariah Driver
attorney.boris@gmail.com

6
Andrew B. Still on behalf of Creditor California Bank of Commerce
astill@swlaw.com, kcollins@swlaw.com

7
Jason D. Strabo on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the
Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30

8
jstrabo@mwe.com, dnorthrop@mwe.com

9
Sarah M. Stuppi on behalf of Creditor Ravindra Ambatipudi
sarah@stuppilaw.com

10

11
Christopher D. Sullivan on behalf of Creditor Anne and Keith Gockel
csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

12
Gerrick Warrington on behalf of Interested Party KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

13

14
Craig A. Welin on behalf of Interested Party KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

15
Thomas A. Willoughby on behalf of Creditor Monley Hamlin Inc.
twilloughby@ffwplaw.com, docket@ffwplaw.com

16

17
Brooke Elizabeth Wilson on behalf of Creditor Committee Official Committee of Unsecured Credtiors
bwilson@pszjlaw.com

18
Jennifer C. Wong on behalf of Creditor Ally Bank
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

19
Bennett G. Young on behalf of Creditor Amanda Henry, as Trustee of the Frank Bragg Revocable Turst
byoung@jmbm.com, jb8@jmbm.com

20

21

22

23

24

25

26

27

28

4896-3797-7647.1 52011.00002