**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY PROFESSIONAL FEE STATEMENT**<br><br>**[Re: Dkt. No. 1096]**<br><br>**Objection Deadline:** March 31, 2025 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

## THE MONTHLY FEE STATEMENT

On March 21, 2025, Keller Benvenutti Kim LLP (the "**Applicant**"), counsel for the debtors in the above-captioned chapter 11 cases (the "**Debtors**"), filed the below-referenced monthly fee statement (the "**Monthly Fee Statement**") pursuant to the *Order Granting Motion of Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 356] (the "**Interim Fee Order**")[2] entered by the Court on November 18, 2024.

- *Monthly Professional Fee Statement for Keller Benvenutti Kim LLP [January 1, 2025, through January 31, 2025]* [Dkt. No. 1096]

The Monthly Fee Statement was served on March 21, 2025. The deadline to file responses or oppositions to the Monthly Fee Statement was March 31, 2025, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Fee Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller Benvenutti Kim LLP, counsel for the Debtors.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Interim Fee Order.

2. I certify that I have reviewed the Court's docket in the Debtors' cases and have not received any response or opposition to the Monthly Fee Statement.

Dated: April 1, 2025

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for the Debtors and Debtors in Possession*

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Keller Benvenutti Kim LLP** (Attorneys for the Debtors) | **Fourth Monthly** (01.01.25 to 01.31.25) [Dkt. 1096; filed 03.21.25] | $328,155.00 | $415.00 | 03.31.25 | $262,524.00 | $415.00 | $65,631.00 |