**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

The following constitutes the order of the Court.
Signed April 17, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br><div align=right>Debtors.</div> | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER FURTHER CONTINUING HEARING ON MOTION OF DEBTORS TO ESTABLISH PROCEDURES FOR REAL PROPERTY SALES (SOCOTRA COLLATERAL)**<br><br>**[Related to Dkt. No. 1158]**<br><br>[No hearing requested] |

---

[1]    The last four digits of LeFever Mattson's tax identification number are 7537.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.  The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Upon consideration of the *Stipulation to Further Continue Hearing on Motion of Debtors to Establish Procedures for Real Property Sales (Socotra Collateral)* (the "Stipulation"),[2] entered into by and between LeFever Mattson, a California corporation, and certain of its affiliates who are debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases"); and Socotra Capital, Inc., on behalf of itself and any of its affiliates as lender and/or servicer ("Socotra," and together with the Debtors, the "Parties"); the Court having reviewed the Stipulation; and the Court having found that (i) the Court has jurisdiction to consider the Stipulation and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation the Court having determined that the relief requested in the Stipulation is in the best interests of the Debtors, their estates, and their creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is granted.

2. The Hearing on the Motion shall be further continued to April 25, 2025, at 11:00 a.m. (Pacific Time).

3. If necessary, any reply to the Objection shall be filed no later than April 24, 2025, at 12:00 p.m. (Pacific Time).

4. All arguments, rights, and claims of the Parties are expressly preserved.

5. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersede all prior agreements and understandings relating to the subject matter thereof.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Stipulation.

1     6.     This Court shall retain jurisdiction to hear and determine all matters arising from

2     or related to the implementation, interpretation, or enforcement of this Order or the Stipulation.

3                              ** END OF ORDER **

4

5     APPROVED AS TO FORM:

6     April 16, 2025

7     SHEPPARD, MULLIN, RICHTER & HAMPTON
      LLP
8

9     By: */s/ Theodore A. Cohen*
10        Theodore A. Cohen
          *Attorneys for Socotra Capital, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>COURT SERVICE LIST</u>

*All ECF Participants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KELLER BENVENUTTI KIM LLP**
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105