

1  Micheline Nadeau Fairbank, Bar No. 226038
**FENNEMORE CRAIG P.C.**
2  7800 Rancharrah Parkway
Reno, NV 89704
3  Tel: (775) 788-2200
Email: mfairbank@fennemorelaw.com
4
Mark Bostick, Bar No. 111241
5  Thiele R. Dunaway, Bar No. 130953
**FENNEMORE LLP**
6  1111 Broadway, 24th Floor
Oakland, CA 94607
7  Tel: (510) 834-6600 / Fax: (510) 834-1928
Email: mostick@fennemorelaw.com
8    rdunaway@fennemorelaw.com
9
James Hill, Bar No. 90478
10 **FENNEMORE LLP**
600 B. Street, 17th Floor
11 San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
12 Email: jhill@fennemorelaw.com
13
John M. McHugh, Bar No. 45456
14 **FENNEMORE**
1700 Lincoln Street, Suite 2400
15 Denver, CO 90203
Tel: (303) 291-3200 / Fax: (303) 291-3201
16 Email: jmchugh@fennemorelaw.com
17 Attorneys for Interested Parties KS Mattson
Partners, LP and Kenneth W. Mattson
18
19                UNITED STATES BANKRUPTCY COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                     SANTA ROSA DIVISION

**The following constitutes the order of the Court.**
**Signed: April 28, 2025**

Charles Novack
**Charles Novack**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| In Re: | Lead Case No. 24-10545 |
| LEFEVER MATTSON, a California corporation, et al., | Jointly Administered |
| Debtors. | **ORDER DIRECTING HOME TAX SERVICE OF AMERICA, INC. TO APPEAR FOR ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | Date:   April 18, 2025 |
| | Time:   11:00 a.m. |
| | Judge:  Hon. Charles Novack |

1

1    This matter having come on for hearing on April 18, 2025 at 11:00 a.m. before the

2    Honorable Charles Novack, on the *Ex Parte Application Directing Production of Records of*

3    *Home Tax Service of America, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004*

4    ("Application"), filed on March 6, 2025, as Docket No. 986, by KS Mattson Partners, LP

5    ("**KSMP**"). Appearances were noted on the record.  The Court having considered the

6    Application, the Stipulation of the parties respecting the production of records filed on March 26,

7    2025, as Docket No. 1157, the respective letter briefs of the parties and the oral arguments of

8    counsel concerning KSMP's right to take the oral examination of Home Tax Service of America,

9    Inc.'s person(s) most knowledgeable on the subject matters set forth in the Application, and for

10   the reasons stated on the record, and for good cause,

11          IT IS ORDERED that:

12          1.       Home Tax Service of America Inc. shall produce its person(s) most

13   knowledgeable to appear at the offices of Fennemore LLP, 1111 Broadway, 24th Floor, Oakland,

14   California 94607, on May 29, 2025 at 9:00 a.m. to be examined under oath before a notary public

15   under Bankruptcy Rule 2004(b) concerning the subject matters as set forth in the Application.

16          2.       Absent further Court order, the examination(s) shall not exceed seven (7) hours.

17                                       **ENE OF ORDER**

18   APPROVED AS TO FORM:

19   KELLER BENVENUTTI KIM LLP

20

21   By:      /s/ Dara Levinson Silveira
             Dara Levinson Silveira
22

23

24

25

26

27

28

1 **<u>COURT SERVICE LIST</u>**

2 No service required.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51240472.1/069731.0012