

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:  415-263-7000
Facsimile:   415-263-7010
Email:        dgrassgreen@pszjlaw.com
                  jfiero@pszjlaw.com
                  jrosell@pszjlaw.com
                  sgolden@pszjlaw.com
                  gbrown@pszjlaw.com

Counsel to the Official Committee
of Unsecured Creditors

The following constitutes the order of the Court.
Signed: April 28, 2025

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No.: 24-10545<br>(Jointly Administered)<br>Chapter 11<br><br>**ORDER GRANTING THE *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STACY MATTSON** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Upon consideration of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY STACY MATTSON. (the "Application") [Doc. No. 1206], the LIMITED OBJECTION TO *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ENTRY OF AN ORDER PURSUANT TO RULE 2004 AUTHORIZING ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS BY KENNETH MATTSON [Doc. No. 1228], the RESPONSE TO OBJECTIONS TO *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY (1) KENNETH MATTSON; AND (2) STACY MATTSON [Doc. No. 1246], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED.

2. The Official Committee of Unsecured Creditors (the "Committee") is authorized to issue a subpoena directed to Stacy Mattson requiring her to (a) complete her production, by **May 14, 2025**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) provide oral testimony on a mutually agreed date no later than **June 25, 2025** (unless the Committee and Mrs. Mattson agree to extend that date) relating to (i) Mrs. Mattson's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

3. Mrs. Mattson is not required to produce to the Committee duplicate copies of documents or of identical electronically stored information that Kenneth Mattson; KS Mattson

[remainder of page left intentionally blank]

Company, LLC; and/or KS Mattson Partners, LP have produced or will produce to the Committee in the above-captioned bankruptcy cases.

AGREED AS TO FORM:

*/s/ Micheline Nadeau Fairbank*
FENNEMORE LLP
Mark Bostick, Esq.
Micheline Nadeau Fairbank, Esq.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST
By ECF only