**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING POST-PETITION INTERDEBTOR LENDING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE; (II) GRANTING ADMINISTRATIVE EXPENSE CLAIMS; AND (III) GRANTING RELATED RELIEF**<br><br>**Date**: July 11, 2025<br>**Time**: 11:00 a.m. (Pacific Time)<br>**Place**: **(In Person or Via Zoom)**<br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612<br><br>**Objection Deadline: July 3, 2025** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 6, 2024, Windscape Apartments, LLC filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (Santa Rosa Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2024, LeFever Mattson, a California corporation ("LeFever Mattson"), and 57 affiliated entities (the "September 12 Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2024, Pinewood Condominiums, LP and Ponderosa Pines, LP, both affiliates of LeFever Mattson, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "October 2 Debtors," and collectively with Windscape Apartments, LLC and the September 12 Debtors, the "Debtors"). The bankruptcy cases of the Debtors are being jointly administered for procedural purposes only (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that on June 20, 2025, the Debtors filed the *Motion of Debtors for Order (I) Authorizing Post-Petition Interdebtor Lending Pursuant to Section 364 of the Bankruptcy Code; (II) Granting Administrative Expense Claims; and (III) Granting Related Relief* (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, through the Motion, the Debtors seek authority for LeFever Mattson to obtain new post-petition financing (the "Interdebtor Lending") pursuant to new borrowing from subsidiary Debtors Bishop Pine, LP ("Bishop Pine"), Hagar Properties, LP ("Hagar Properties"), and Red Oak Tree, LP ("Red Oak Tree," and, together with Bishop Pine and Hagar Properties, the "Lending Debtors") in an initial amount of $950,000, and a maximum aggregate amount of up to $3,050,000 subject to the receipt of additional unencumbered cash from property sales in the next few months, on the terms and conditions set forth in the draft promissory note (the "Interdebtor Promissory Notes," attached as Exhibit 1 to the Proposed Order attached to the Motion) by and between Debtor LeFever Mattson and the Lending Debtors, pursuant to the terms as further detailed in the Motion. The Debtors also seek authorization as part of the Interdebtor Lending of $400,000 in post-petition lending from Debtor Beach Pine LP ("Beach Pine," also to be considered a Lending Debtor) to LeFever Mattson undertaken in November and December 2024 as lending in the ordinary course of the Debtors' business. The Interdebtor Lending is for working capital and general corporate purposes during the Chapter 11 Cases to meet the Debtors' expenses until more properties can be sold, without having to borrow from external lenders on significantly more expensive terms.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been set for **July 11, 2025, at 11:00 a.m. (Pacific Time)**, before the Honorable Charles Novack, United States Bankruptcy Judge.

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(2), any objections to granting the Motion must be filed with the Bankruptcy Court and served on counsel to the Debtors no later than **July 3, 2025**.

**PLEASE TAKE FURTHER NOTICE** that counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the Bankruptcy Court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the Bankruptcy Court's website. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and its supporting documents can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' claims and noticing agent, KCC dba Verita Global, at the following web address: https://www.veritaglobal.net/LM, or by calling (877) 709-4751 (toll free) for U.S. and Canada-based parties; or (424) 236-7231 for International parties or by e-mail at: www.veritaglobal.net/lm/inquiry. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 20, 2025

**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for the Debtors and Debtors in Possession*