Entered on Docket
June 24, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

The following constitutes the order of the Court.
Signed: June 24, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

*Proposed Attorneys for Interested Party*
*KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California Corporation, et al.<br><br>Debtors[1]. | Case No. 24-10545 (CN)<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO DESIGNATE CREDITOR KS MATTSON PARTNERS, LP AS A "PERMITTED PARTY" UNDER THE COURT'S 12/13/24 ORDER**<br><br>Date: June 13, 2025<br>Time: 11:00 a.m.<br>Place: (In Person or Via Zoom)<br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612 |

Upon Consideration of Creditor KS Mattson Partners, LP's ("KSMP") *Application to*

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621

*Designate Creditor KS Mattson Partners, LP as a "Permitted Party" Under the Court's 12/13/14 Order* (Docket No. 1195) (the "<u>Application</u>"), and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided herein.

2. KSMP, Robbin S. Itkin (KSMP's "Responsible Individual" in KSMP's chapter 11 case), and any professionals or staff employed by KSMP after the date of Ms. Itkin's appointment as KSMP's responsible individual, are designated as "Permitted Parties."

3. The Claims Agent is directed to produce the filed Proof of Claims and Proof of Interests at the offices of Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 80067 or by mutually acceptable electronic means.

4. None of KSMP, Ms. Itkin, Hogan Lovells or any other individual or professional employed by KSMP may share any filed Proofs of Claim or Proofs of Interest, or any information derived solely therefrom, with Kenneth Mattson, Stacy Mattson, K S Mattson Company, LLC, their respective family members or affiliates or any counsel or advisor to Kenneth Mattson, Stacy Mattson, K S Mattson Company, LLC or their respective family members or affiliates.

5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

***END OF ORDER***

**COURT SERVICE LIST**

All ECF Participants