Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Tel: 415-263-7000; Fax: 415-263-7010
Email: dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; sgolden@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br>a California corporation, *et al.*,[1]<br><br>Debtors. | Case No.: 24-10545 (CN)<br>(Jointly Administered)<br>Chapter 11 |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | Case No.: 24-10715 (CN)<br><br>**AMENDED NOTICE OF HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SUBSTANTIVE CONSOLIDATION OF DEBTOR LEFEVER MATTSON AND KS MATTSON PARTNERS, LP AND FOR RELATED RELIEF**<br><br>**Hearing**<br>Date: July 25, 2025 at 11:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612<br>Judge: Hon. Charles Novack<br><br>**Objections Due by July 18, 2025** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

4911-6300-9618.1 52011.00002

**PLEASE TAKE NOTICE** that the hearing before the Honorable Charles Novack, United States Bankruptcy Judge, to consider the *Motion of the Official Committee of Unsecured Creditors for Substantive Consolidation of Debtor LeFever Mattson and KS Mattson Partners, LP and for Related Relief* [Case No. 24-10545, Docket No. 1585; Case No. 24-10715, Docket No. 157] (the "Motion") has been re-scheduled for **July 25, 2025 at 11:00 a.m.** (Pacific Time) (the "Hearing"). By way of the Motion, the Official Committee of Unsecured Creditors in the *In re LeFever Mattson* jointly administered bankruptcy cases (Case No. 24-10545) seeks the entry of an order substantively consolidating the bankruptcy estates of LeFever Mattson and KS Mattson Partners, LP into a single entity.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(2), objections to the Motion must be filed and served no later than **July 18, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a preliminary, non-evidentiary hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Judge Novack's courtroom and via videoconference by Zoom. Counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the Court's website at **https://www.canb.uscourts.gov/judge/novack/procedures**, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Motion. You should read the Motion carefully and may want to discuss it with your attorney. A copy of the Motion is available on PACER for a fee, at the LFM Debtors' claims agent's website https://veritaglobal.net/lm, or by contacting Nathan J. Hall at nhall@pszjlaw.com or 415-263-7000.

Dated: July 2, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John D. Fiero*
John D. Fiero

*Counsel to the Official Committee of Unsecured Creditors*