

1 Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
2 Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
3 PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
4 San Francisco, California 94104-4436
5 Telephone: 415-263-7000
Email: dgrassgreen@pszjlaw.com
6        jfiero@pszjlaw.com
7        jrosell@pszjlaw.com
       sgolden@pszjlaw.com
8
*Counsel for the Official Committee*
9 *of Unsecured Creditors*

The following constitutes the order of the Court.
Signed: July 18, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>            Debtors. | Case No.: 24-10545<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME ON HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO OVERRULE OBJECTION AND TO COMPEL RULE 2004 ORAL EXAMINATION OF KENNETH MATTSON** |

      Upon consideration of the *Application of the Official Committee of Unsecured Creditors for an Order Shortening Time on Motion to Overrule Objection and to Compel Rule 2004 Oral Examination of Kenneth Mattson* (the "Application"); the Court having reviewed *The Official Committee of Unsecured Creditors' Motion to Overrule Objection and to Compel Rule 2004 Oral Examination of Kenneth Mattson* (the "Motion to Compel") and the *Declaration of Steven W.*

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

*Golden in Support of The Official Committee of Unsecured Creditors' Motion to Overrule Objection and to Compel Rule 2004 Oral Examination of Kenneth Mattson*; and the Court having found that it has jurisdiction to consider the Application and the relief requested in the Application pursuant to 28 U.S.C. §§ 157 and 1334, and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges; and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. A hearing on the Motion to Compel shall be held on **July 22, 2025 at 12:30 p.m. (Pacific Time)** (the "Hearing") via Zoom only. Any response to the Motion to Compel may be made at the Hearing.

3. The Official Committee of Unsecured Creditors (the "Committee") shall promptly serve a copy of this Order on (i) the United States Trustee; (ii) counsel to the Debtors; (iii) counsel to Kenneth Mattson; and (iv) those persons who have formally appeared in this case and requested service pursuant to Federal Rule of Bankruptcy Procedure 2002. No other notice is required.

4. The Committee is authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*All ECF Participants*