Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice* )
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
jrosell@pszjlaw.com
sgolden@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br>        Debtors. | Case No.: 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,<br>        Debtor. | Case No.: 24-10715 (CN)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Matthew Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On July 17, 2025, I caused to be served the following document in the manner stated below:

- *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Documents Under Seal* [Dkt No. 1714 ]

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On _____, **2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 18, 2025 at San Francisco California.

*/s/ Matthew Renck*
Matthew Renck

**Via Email**

| | |
|---|---|
| A.O.E. Law & Associates. APC | info@aoelaw.com; Anthony@aoelaw.com; Shana@aoelaw.com |
| Abbey, Weitzenberg, Warren & Emery, P.C. | mgreenberg@abbeylaw.com |
| AIS Portfolio Services, LLC | ECFNotices@aisinfo.com |
| Aldridge Pite , LLP | ecfcanb@aldridgepite.com |
| Ballard Spahr LLP | myersm@ballardspahr.com; shahbazis@ballardspahr.com |
| Boutin Jones Inc. | tmouzes@boutinjones.com; bahmad@boutinjones.com |
| Brooke Sample | brookesample10@gmail.com |
| Carla Strickfaden | cjstrickfaden@gmail.com |
| Charles Edgar | cedgars@comcast.net |
| Covington & Burling LLP | aobrient@cov.com |
| Darryl Hayes | Twinpop@gmail.com |
| David Renaud | 76renaud@gmail.com |
| Debra Dellacort | Ddellacort@gmail.com |
| Dexter Quiggle | quiggs@sbcglobal.net |
| DSI Consulting | bsharp@dsiconsulting.com |
| Eddi Quiggle | chefeddi@icloud.com |
| Edyth Kiyo Hayashi-Mack | edymack65@sbcglobal.net |
| Embolden Law PC | dbp@provlaw.com |
| Erin Bouayad-Agha | erinba@gmail.com |
| Federal Home Loan Mort. Corp. | ashley_beane@freddiemac.com |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | twilloughby@ffwplaw.com; mkutsuris@ffwplaw.com |
| Fennemore | jhill@fennemorelaw.com; chawkins@fennemorelaw.com |
| Fennemore Craig P.C. | mfairbank@fennemorelaw.com |

| | | |
|---|---|---|
| | Fennemore Wendel | drapaport@fennemorelaw.com; mbostick@fennemorelaw.com; kfranklin@fennemorelaw.com; rdunaway@fennemorelaw.com |
| | Frandzel Robins Bloom & Csato, L.C | cwelin@frandzel.com; mgomez@frandzel.com; gwarrington@frandzel.com |
| | Hahn & Hahn LLP | drallis@hahnlawyers.com |
| | Hayes 2004 Family Trust | byronehaze1@yahoo.com |
| | Hefner, Stark & Marois, LLP | tgriffin@hsmlaw.com |
| | Hemar, Rousso & Heald, LLP | ccrowell@hrhlaw.com |
| | Jacob Ming & Shirley Dong | jacobth25@gmail.com |
| | Janet and Randy Marlette | Jlmakamama@yahoo.com |
| | Janice Conrad | janiceconradsemail@gmail.com |
| | Jeffer Mangels Butler & Mitchell LLP | byoung@jmbm.com; rkaplan@jmbm.com; rbk@jmbm.com; tgeher@jmbm.com |
| | Jill Hayes | jdhayes2@gmail.com |
| | Jillian Fitzgerald | gojillianfitz@gmail.com |
| | John Criv | johncriv@yahoo.com |
| | KCC dba Verita | lminfo@veritaglobal.com |
| | Keller Benvenutti Kim LLP | tkeller@kbkllp.com; dtaylor@kbkllp.com; trupp@kbkllp.com |
| | Kim Renaud | renaudd6@aol.com |
| | Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. | e.nyberg@kornfieldlaw.com; c.kuhner@kornfieldlaw.com; s.little@kornfieldlaw.com |
| | Kristin Torstenbo | kristinhayes18@gmail.com |
| | Law Office of Benjamin R. Levinson | ben@benlevinsonlaw.com |
| | Law Office of Wayne A. Silver | ws@waynesilverlaw.com |
| | Law Offices of Stuppi & Stuppi | sarah@stuppilaw.com |

| | |
|---|---|
| Leland McAbee , Teresa McAbee | terimcabee@aol.com; lelandmcabee1@gmail.com |
| Leland McAbee, Plaintiff | JCha@jmbm.com |
| Loeb & Loeb LLP | ljurich@loeb.com ; bgiven@loeb.com |
| Loeb & Loeb LLP | vrubinstein@loeb.com |
| Lubin Olson & Niewiadomski LLP | mblackler@lubinolson.com |
| Lull Family Living Revocable Trust | richard@picolull.com |
| Mark Torstenbo | motorstenbo@gmail.com |
| Matt Treger | matt.treger@gmail.com |
| Maurice Wutscher LLP | ahochheiser@mauricewutscher.com |
| McCarthy & Holthus, LLP | jwong@mccarthyholthus.com |
| McDermott Will & Emery LLP | crgibbs@mwe.com; eseitz@mwe.com |
| McDermott Will & Emery LLP | jstrabo@mwe.com |
| Mullin Family Trust | dadzboss@sbcglobal.net; mullineight@sbcglobal.net |
| Odette Mittone | omittone@yahoo.com |
| Office of the United States Trustee for Region 17 | phillip.shine@usdoj.gov |
| Office of the United States Trustee for Region 17 | jared.a.day@usdoj.gov |
| Office of the United States Trustee for Region 17 | deanna.k.hazelton@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; bwilson@pszjlaw.com |
| Raines Feldman Littrell LLP | kandrassy@raineslaw.com |
| Ray Muscat | sanocat@sbcglobal.net |
| Reed Smith LLP | mhouston@reedsmith.com; sjackson@reedsmith.com |
| Reed Smith LLP | pmoak@reedsmith.com; ddalcol@reedsmith.com |

| | | |
|---|---|---|
| 1 2 3 | Robberson Schroedter LLP | maggie@theRSfirm.com; lane@theRSfirm.com; ECF@theRSfirm.com; 5030583420@filings.docketbird.com; michelle@theRSfirm.com |
| 4 5 | Ross and Marilyn Torstenbo | rosstorstenbo@gmail.com; r-mtorstenbo@msn.com |
| 6 | Sara Ganyo | sjganyo@gmail.com |
| 7 | Shartsis, Friese LLP | ikeller@sflaw.com |
| 8 | Shelley Morse | shelleyamorse@comcast.net |
| 9 | Sheppard, Mullin, Richter & Hampton LLP | jekim@sheppardmullin.com |
| 10 11 | Sheppard, Mullin, Richter & Hampton LLP | tcohen@sheppardmullin.com; csischo@sheppardmullin.com |
| 12 | Snell & Wilmer LLP | epezold@swlaw.com; astill@swlaw.com |
| 13 | Stephen T. Cammack Law Offices | cammacklawoffice@gmail.com |
| 14 15 | Sullivan Blackburn Pratt, LLP | csullivan@sullivanblackburn.com; rbahadurji@sullivanblackburn.com |
| 16 | The Anderson 2001 Revocable Trust | graham@sezame.com; teresaanderson@outlook.com |
| 17 | Tim and Patty Thomas | timandpatty@comcast.net |
| 18 | Tri Counties Bank, Legal Department | legalservices@tcbk.com |
| 19 | Umbriac & Tubley Family Trust | ridell@dpf-law.com |
| 20 | Walter Schenk | walter.schenk@comcast.net |
| 21 | Wondra, et al. | gherrera@kmtg.com |
| 22 | Wynne & Ben Coughtry | wynneandben@gmail.com |

**Via USPS**

| | | |
|---|---|---|
| **Bank of America**<br>PO Box 660861<br>Dallas, TX 75266-0861 | **Butcher Road Partners LLC**<br>6359 Auburn Blvd.<br>Suite B<br>Citrus Heights, CA 95621 | **California Attorney General**<br>Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 |
| **California Bank of Commerce**<br>2999 Oak Rd Ste 210<br>Walnut Creek, CA 94597-2052 | **CHASE BANK**<br>P.O. Box 650528<br>Dallas, TX 75265-0528 | **Citizens Business Bank**<br>PO Box 3938<br>Ontario, CA 91761 |
| **Comerica**<br>PO Box 641618<br>Detroit, MI 46264-1618 | **Duggans Memorial Chapel**<br>Law Offices of Gregory E. Stubbs<br>747 Appleton Way<br>Sonoma, CA 95476-7247 | **Exchange Bank**<br>1420 Rocky Ridge Dr Ste 190<br>Roseville, CA 95661 |
| **Frank Bragg Revocable Trust**<br>Mandy Mary Henry<br>2261 Taylor Mountain Pl<br>Santa Rosa, CA 95404 | **Frank Bragg Revocable Trust**<br>Maxine Bragg<br>931 Maxwell St<br>Healdsburg, CA 95448 | **Frank Bragg Revocable Trust**<br>Nancy Bragg<br>1708 St. Anthony Way<br>Santa Rosa, CA 95404 |
| **Greystone Servicing Corporation, Inc**<br>PO Box 281163<br>Atlanta, GA 30384-1163 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **LeFever Mattson**<br>6359 Auburn Blvd., Suite B<br>Citrus Heights, CA 95621 | **Leland McAbee**<br>525 Burr Oak Court<br>Vacaville, CA 95688 | **Michael & Ana Cavanaugh**<br>625 Holly Dr<br>Sebring, FL 33876 |
| **Mr Cooper**<br>PO Box 60516<br>City of Industry, CA 91716-0516 | **Napa Elm, LP**<br>6359 AUBURN BLVD STE B<br>CITRUS HEIGHTS, CA 95621 | **Needleman/Hayes Family Trust**<br>1250 Ferrelo Rd<br>Santa Barbara, CA 93103 |
| **NexBank**<br>2515 McKinney Ave Ste 1100<br>Dallas, TX 75201 | **PHH Mortgage Services**<br>PO Box 5452<br>Mount Laurel, NJ 08054 | **Poppy Bank**<br>438 First St<br>Santa Rosa, CA 95401 |
| **Ronald Hodges**<br>771 Oak Ln<br>Sonoma, CA 95476 | **Select Portfolio Servicing, Inc.**<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | **Shellpoint Mortgage Servicing**<br>PO Box 650840<br>Dallas, TX 75265-0840 |
| **Socotra Capital**<br>2208 29th Street<br>Ste 100<br>Sacramento, CA 95817 | **Tri Counties Bank**<br>PO Box 909<br>Chico, CA 95927 | **Umpqua Bank**<br>PO Box 1580<br>Roseburg, OR 97470-0367 |
| **Virginia Ghilarducci Trustee**<br>19130 Ola Court<br>Sonoma, CA 95476 | **Wells Fargo Home Mortgage**<br>Attn: Credit Bureau Disputes<br>Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306 | **Wells Fargo Wholesale Lockbox**<br>PO Box 60253<br>Charlotte, NC 28260-0253 |

| 1<br>2<br>3 | **Y. Tito Sasaki, Trustee &<br>Janet L. Sasaki, Trustee &<br>Visio International, Inc.**<br>PO BOX 200<br>VINEBURG, CA 95487 | | |
|---|---|---|---|