Thomas P. Kelly III, Attorney at Law
Law Offices of Thomas P. Kelly III P.C.
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Creditors
Andrew Revocable Trust dated June 21, 2001
Burgess Trust dated October 9, 2006

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: <br><br> LEFEVER MATTSON, a California corporation, *et al.*,[1] <br><br> Debtors. | Case No. 24-10545 (CN) (Lead Case) <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br> JOINDER IN OPPOSITION <br><br> Date: July 25, 2025 <br> Time: 11:00am <br> Judge: Hon. Charles Novack <br> Court: 1300 Clay Street <br>         Courtroom 215 <br>         Oakland, California 94612 <br><br> Via teleconference <br><br> Date filed: September 12, 2024 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

JOINDER

Page 1 of 2

24-10545 LEFEVER MATTSON

Case: 24-10545   Doc# 1769   Filed: 07/18/25   Entered: 07/18/25 21:13:16   Page 1 of 2

## JOINDER IN OPPOSITION

Creditors Andrew Revocable Trust dated June 21, 2001 and the Burgess Trust dated October 9, 2006 hereby join in the opposition to the Official Committee of Unsecured Creditors Motion for Substantive Consolidation of Debtor LeFever Mattson, Inc. and KS Mattson Partners, LP presented by John Chase as trustee of the Chase 1992 Family Trust.

Dated: July 18, 2025

_____
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700