Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:   dgrassgreen@pszjlaw.com
         jfiero@pszjlaw.com
         jrosell@pszjlaw.com
         bwilson@pszjlaw.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24-10545 (CN)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY PROFESSIONAL FEE STATEMENT**<br><br>**Related Docket No. 1711**<br><br>**Objection Deadline:** July 21, 2025 |

## THE MONTHLY FEE STATEMENT

On July 11, 2025, Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "Committee"), filed the below-referenced monthly fee statement (the "Monthly Fee Statement") on behalf of PwC US Business Advisory LLP (the "Applicant") pursuant to the *Order Granting Motion of Debtors to Establish*

---
[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 356] (the "Interim Compensation Order")[2] entered by the Court on November 18, 2024.

- *Third Monthly Fee Statement of PwC US Business Advisory LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From March 1, 2025 Through March 31, 2025* [Docket No. 1711]

The Monthly Fee Statement were served on July 11, 2025. The deadline to file responses or oppositions to the Monthly Fee Statement was July 21, 2025, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Committee.

2. I certify that I have reviewed the Court's docket in the these cases and have not received any response or opposition to the Monthly Fee Statement.

Dated: July 22, 2025            PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Brooke E. Wilson
    Debra I. Grassgreen
    John D. Fiero
    Jason H. Rosell
    Brooke E. Wilson

    *Counsel to the Committee*

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Interim Compensation Order.

# Exhibit A
Professional Fees & Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **PwC US Business Advisory LLP** Financial Advisor for the Committee | **Second Monthly** (03.01.25 – 03.31.25) [Docket No. 1711] | $549,459.80 | $22,022.12 | 07.21.25 | $439,567.84 | $22,022.12 | $109,891.96 |