## Exhibit A

**(Proposed Third Amended Order)**

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
David A. Taylor (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br><div align=right>Debtors.</div> | Lead Case No. 24-10545 (CN)<br>(Jointly Administered) Chapter 11<br><br>**[PROPOSED] THIRD AMENDED ORDER AUTHORIZING EMPLOYMENT OF MARCUS & MILLICHAP AS REAL ESTATE BROKER**<br><br>[No Hearing Requested] |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br><div align=right>Debtor.</div> | |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

Case: 24-10545   Doc# 1911   Filed: 08/01/25   Entered: 08/01/25 14:50:12   Page 2 of 21

Upon the application dated as of May 1, 2025 (the "Application")[1] of the above-captioned LeFever Mattson debtors and debtors in possession (collectively, the "Debtors") in these Chapter 11 Cases for entry of an order, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), amending the *Order Authorizing Employment of Marcus & Millichap as Real Estate Broker* [Dkt. No. 846] (the "Original Employment Order") authorizing Marcus & Millichap's employment as the real estate broker for the Debtors in these Chapter 11 Cases; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application, the Original Employment Application and the Original Employment Order, and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that Marcus & Millichap neither holds nor represents any interest adverse to the Debtors' estates; and it appearing that Marcus & Millichap is "disinterested," as that term is defined in Bankruptcy Code section 101(14); and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, their equity holders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Application is granted as set forth herein.

---

[1]      Capitalized terms not otherwise herein defined shall have the meanings given to such terms in the Application.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

2.     The terms of the Original Employment Order, the Amended Employment Order and the Second Amended Employment Order shall remain in full force and effect as amended as set forth herein.

3.     In accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to expand the scope of their employment of Marcus & Millichap as real estate broker on the terms set forth in the Third Amended Listing Agreement attached hereto as **Exhibit 1**.

4.     The Properties listed on the Revised Schedule A shall include those attached to the Original Listing Agreement plus the Samo Property.

5.     The term of the Original Listing Agreement shall be extended for 180 days until January 26, 2025.

6.     Dual representation of the Debtors/chapter 11 estates and buyers by the Assigned Agents shall be prohibited.

7.     This Court shall retain jurisdiction with respect to all matters arising or related to the interpretation or implementation of this Order or the Third Amended Listing Agreement.

**\*\* END OF ORDER \*\***

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit 1</u>**

**(Third Amended Listing Agreement)**

# Marcus & Millichap

LeFever Mattson
c/o Development Specialists, Inc.
333 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-1544
Attn: Bradley D. Sharp
Email: bsharp@dsiconsulting.com

February 5, 2025

     **RE:**     California Portfolio – Broker Listing Agreement

Dear Bradley,

The following shall serve to set forth the agreement (the "**Agreement**") by and between the owners set forth on **Schedule A** attached hereto (each, an "**Owner**", and collectively, "**Owners**"), and Marcus & Millichap Real Estate Investment Services, Inc., a California corporation ("**Broker**") regarding the exclusive listing for Sale (defined below) of the properties referenced on the property and ownership schedule attached hereto as **Schedule A** (each, a "**Property**" and collectively, the "**Properties**"), which are owned by Owners. Owners are debtors in proceedings under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Court for the Northern District of California (the "**Bankruptcy Court**"), which is being administered as In re: LEFEVER MATTSON, a California corporation, *et al.*, Chapter 11, Lead Case No. 24-10545 (CN) (the "**Chapter 11 Cases**"). Nothing in this Agreement shall modify or otherwise impact the rights, obligations, protections, or remedies that Owners are entitled to under the Bankruptcy Code and the Chapter 11 Cases.

In the event one or more of the Properties is sold during the Term (as defined below) in accordance with the terms and conditions set forth herein (a "**Sale**"), a sales commission with respect to any Property that is sold pursuant to such Sale shall be paid in cash at closing to Broker with respect to such qualifying Sale (a "**Closing**"). The commission shall be earned by Broker only upon a closing of a Sale (as evidenced by recordation of deed transferring title to the Property to the purchaser) as provided for hereunder and no further sum shall be due and owing to Broker on account of any such Sale. No sums shall be due and owing to Broker with respect to a Property in the event a Sale of that Property does not take place. No commission is deemed earned and payable in the event any Property or any part thereof is taken by a municipal or other authority in a condemnation or other proceeding or by deed in lieu thereof, or if any Property is transferred to any lender of the Property. Broker shall not be entitled to any commission or portion of retained earnest money in the event a Sale is not consummated. No Owner shall have any obligation to initiate legal proceedings against any prospective purchaser who defaults under the terms of a binding contract of Sale, for damages or specific performance, nor shall any part of any earnest money forfeited to any Owner in the event of such default be paid to Broker.

In the event of a Closing of a Sale of one or more of the Properties, Broker's commission for its services hereunder shall be determined in accordance with **Schedule B.** The phrase "gross sales price", as used herein, shall mean and include any and all consideration received or receivable in whatever form, including but not limited to the assumption or release of existing liabilities relating to the Property or Properties involved in the Sale. In the event multiple Properties are sold by Owner(s) in a single transaction to one Purchaser, then the gross sales price shall be the cumulative price paid for all the Properties sold in such single Sale transaction. Broker hereby forever waives and releases, and agrees to defend, hold harmless and indemnify Owners against, any and all liens or claims or rights of lien pursuant to this Agreement under any law which may permit a leasing broker to claim a lien for its services (a "**Lien Law**") on the Properties and Broker agrees to execute and deliver, as a condition precedent to any payment due to Broker from

Owners hereunder and if requested by Owners, any and all waivers of lien pursuant to any applicable Lien Law in connection with such payment, including a final waiver of lien as a condition precedent to the commission hereunder.

Owners shall have the right upon 10 days' prior written notice to terminate this Agreement as to one or more or all of the Properties (in Owners' sole discretion).

Any purchase and sale of the Properties may be subject to the approval of the Bankruptcy Court, and the execution of this Agreement by the parties in no way implies the approval of any transaction by the Bankruptcy Court. Notwithstanding the terms of this Agreement and for the avoidance of doubt, Owners are under no obligation to sell any of the Properties to any party. All purchasers and all terms and conditions of each Sale shall be subject to each Owner's sole and absolute discretion to approve or disapprove and may be subject to the approval of the Bankruptcy Court.

All Properties are to be broadly marketed at launch without giving a preview to Broker's clients. Broker agrees to observe all appropriate safety precautions in entering the Properties and that such entry shall be subject to the rights of any tenants occupying the Properties, including without limitation, rights of quiet enjoyment, and Broker agrees that it will not interfere with any tenants, contractors, or invitees on the Properties and will comply with the reasonable requests of the designated management personnel of the Properties.

Broker shall prepare a confidential offering memorandum for each Property which must be approved by Owners in their sole discretion prior to its use. All Property information and all materials, documents, photos, data, computer files, reports, plans and other materials prepared by Broker or its employees, agents or consultants in connection with the services to be provided hereunder are the property of Owners and are for Owners' exclusive use and re-use after the Term if a Sale should not be obtained, provided that prior to any such use by Owners, Owners shall delete any and all references to Broker that may be contained therein. Broker will keep Owners advised of its progress through periodic discussions. Broker shall provide Owners with reports, no less than weekly, in form and substance satisfactory to Owners, describing Broker's marketing efforts. Broker shall also be obligated to perform the following services: (i) the preparation of a broker price opinion for each Property; (ii) the preparation of descriptive offering materials required by Owners (all such materials will be presented to Owners on a timely basis and will be subject to Owners' prior written approval); (iii) the provision of advice and assistance in the structuring of the terms as required by Owners, and the development and recommendation of an offering strategy for each Property; (iv) the screening of inquiries from prospective purchasers and brokers representing them; and (v) the offering of the Properties to prospective purchasers (and Broker shall also ensure that prospective buyers execute a Non-Disclosure Agreement ("**NDA**") (a form of which will be pre-approved by Owners) prior to sharing confidential Property materials and information with prospective buyers and retaining copies of all such executed NDAs); (vi) to the extent required by Owners, the negotiation, in coordination with the representatives of Owners, of the terms and conditions of the Sale of the Properties; (vii) the provision of assistance to Owners and their counsel and the Bankruptcy Court in order to close the Sale of the Properties on a timely basis; and (viii) coordinating and conducting tours of the Properties by prospective purchasers and their agents, subject to notice and access parameters acceptable to Owners and agreed upon in advance of such tours.

Broker agrees that Broker shall (a) have a representative of Broker present during each inspection or other access to each Property by any prospective buyers or related parties, including, without limitation, consultants, and (b) maintain a record of communications between Broker and prospective buyers, and all site visits and inspections conducted by or on behalf of prospective buyers (including the name and company of each person attending each site visit, and any concerns raised, materials requested, and other

material communications during such site visits or inspections), which record shall be shared with Owners monthly or otherwise upon Owners' request.

Each Owner hereby agrees that it will not enter into any other agreements for listing of the Properties for sale that will be in effect during the Term of this Agreement.

Owners shall have no obligation to pay any sums with regard to the Sale of the Properties to any broker other than Broker in accordance with the terms and provisions of this Agreement. Broker shall be responsible for any commissions due to any other brokers pursuant to separate agreements with such brokers, and shall indemnify and hold Owners harmless against any allegations or claims by any other broker with respect to an associated commission.

Broker acknowledges and agrees that the assignment of the individual agents (the "**Assigned Agents**") to each Property as set forth on **Schedule A** to direct and perform Broker's services hereunder is and was a material consideration in Owners' decision to award Broker the listing of the Properties; accordingly, any change to the Assigned Agents shall be subject to Owners' express prior written consent. It is agreed that the Assigned Agents, to the exclusion of all other salespersons or broker associates of Broker, shall serve as the listing team for the applicable Property as set forth on **Schedule A**, and shall serve as the agents of the respective Owner to the exclusion of all other salespeople or broker associates of Broker. Owners acknowledge that Broker is a national brokerage firm and that in some cases, upon written disclosure to Owners, one or more of Broker's salespersons or broker associates (other than the applicable Assigned Agents) may represent prospective purchasers. Owners desire that the Properties be presented to such persons or entities and consents to Broker's representation of such prospective purchasers, if any; provided, however, that in no case may Broker disclose any non-public or otherwise confidential information of Owners to any other party or principal without Owners' express and specific prior written consent, and further provided that the Assigned Agents shall not act as a dual agents and represent prospective purchasers in any transaction involving the Properties without first obtaining Owners' prior written consent, which Owners may grant or withhold in their sole and absolute discretion.

Subject to Owners' termination rights as set forth above, this Agreement shall expire 180 days from the date of this Agreement (the "**Term**"). In the event that the Closing of a Sale of one or more of the Properties has not been completed prior to the expiration or termination of the Agreement, Broker may present to Owners within ten (10) days of the date of the expiration or termination hereof a list of reserved prospects for Owners' approval (a "**Prospects List**"), with which prospects Broker has had contact regarding a Sale concerning each such non-sold Property (each, a "**Non-Sold Property**"). The Prospects List shall (a) be subject to Owners' review and approval, and (b) include only those prospective purchasers who have (i) submitted offers to purchase the Non-Sold Properties and (ii) visited the Non-Sold Properties, both during the Term. In the event the Closing of a Sale of a Non-Sold Property occurs within sixty (60) days of the expiration or termination of this Agreement and the purchaser (or its successor, assign, or affiliate) of the Non-Sold Property is included on the approved Prospects List, the applicable Owner shall pay to Broker a commission as provided for in this Agreement when the Closing of the Sale occurs within such period though the Sale closed after the expiration or termination of this Agreement.

By executing this Agreement, Broker hereby represents that Broker is licensed as is required to act in the capacity provided for herein by the jurisdiction wherein the Properties are located and such licensing has not been suspended or revoked. In the event of the suspension or revocation of Broker's license referenced herein, this Agreement shall immediately terminate and be null and void and Broker shall not be entitled to any commissions or other payments with regard to any Sale of any of the Properties.

Owners agree to reasonably cooperate with Broker in bringing about a Sale of the Properties and to refer to Broker all inquiries of anyone interested in the Properties; provided, however, Owners have the right, in

their sole discretion, to initiate discussions with any prospective purchaser and conduct all negotiations with prospective purchasers.

Broker shall comply with all statutes, regulations, ordinances, judicial decisions and other governmental requirements applicable to any activities which Broker performs in furtherance of this Agreement. The parties acknowledge that it is illegal for either Owners or Broker to refuse to display Properties to or to sell Properties to any person because of the person's race, color, religion, national origin, sex or physical disability. Owners and Broker agree that the Properties will be offered in compliance with all applicable anti-discrimination laws.

Broker acknowledges that it is an independent contractor to Owners, and Broker hereby agrees to hold harmless, indemnify, and defend Owners from any and all loss, liability, damages, reasonable costs or expenses, including legal fees and disbursements to the extent resulting from claims by third parties based upon the conduct or representations of any kind by Broker or its agents that are negligent or willful, are in breach of this Agreement or exceed the scope of Brokers' authority hereunder. The foregoing indemnity shall survive the expiration or earlier termination of this Agreement.

Owners make no representations regarding the conditions of the Properties including, but not limited to, the presence and location of asbestos, PCB transformers, other toxic, hazardous or contaminated substances or underground storage tanks, in, on, or about the Properties.

Each Owner represents that it is the owner of its respective Property.

Owners shall have no responsibility for providing workmen's compensation insurance or any other type of insurance for the employees or agents of Broker who are engaged in the performance of this Agreement. Broker shall maintain in full force and effect during the term of this Agreement, Worker's Compensation Insurance and Employer's Liability Insurance in amounts and form to meet all applicable statutory requirements, and such other insurance required by applicable law for its employees and agents. Broker shall also carry Commercial General Liability Insurance (including Contractual Liability) and Comprehensive Crime Insurance and such other policies of insurance and in such amounts as are generally carried by real estate brokers similarly engaged as Broker. All policies of insurance provided for in this Section shall be in form and with reputable insurance companies, and with respect to Commercial General Liability Insurance, such policy shall cover Owners as an additional insureds along with Broker.

Each signatory to this Agreement has full authority to sign this Agreement on behalf of the party for whom he or she signs and agrees that this Agreement binds such party.

This Agreement constitutes the entire Agreement between Owners and Broker and supersedes all prior discussions, negotiations and Agreements, whether oral or written. No amendment, alternation, cancellation or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Owners and Broker. In the event any clause, provision, paragraph or term of this Agreement shall be deemed to be unenforceable or void based on any controlling state or federal law, the remaining provisions hereof, and each part, shall remain unaffected and shall continue in full force and effect.

All notices under this Agreement shall be in writing and either hand-delivered (and accepted in writing by the recipient), sent by registered mail or certified mail, return receipt requested or by recognized overnight courier service to the following addresses:

Notice to Owners:

LeFever Mattson
c/o Development Specialists, Inc.
333 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-1544
Attn: Bradley D. Sharp

Notice to Broker:

Marcus & Millichap
2626 Hanover Street
Palo Alto, CA 94304
Attn: Ramon Kochavi

Redress for any claims against any Owner under this Agreement shall only be made against such Owner to the extent of each Owner's interest in its respective Property. The obligations of Owners under this agreement shall not be personally binding on, nor shall any resort be had to the private properties of, any of its trustees or board of directors and officers, as the case may be, the general partners thereof or any beneficiaries, stockholders, employees or agents of Owners. In no event will Owners or Broker be liable for any consequential, punitive, indirect or special damages.

This Agreement shall be governed by the law of the state of California.

By signing below, you represent and warrant that you have full authority to sign this agreement on behalf of the party for whom you sign it and that this Agreement binds such party. Signatures to this Agreement transmitted by telecopy or electronic signatures shall be valid and effective to bind the party so signing. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and same agreement. THE PARTIES HERETO CONSENT AND AGREE THAT THIS AGREEMENT MAY BE SIGNED USING ELECTRONIC SIGNATURE TECHNOLOGY (E.G., VIA DOCUSIGN OR SIMILAR ELECTRONIC SIGNATURE TECHNOLOGY), AND THAT SUCH SIGNED ELECTRONIC RECORD SHALL BE VALID AND AS EFFECTIVE TO BIND THE PARTY SO SIGNING AS A PAPER COPY BEARING SUCH PARTY'S HAND-WRITTEN SIGNATURE.

We sincerely appreciate the opportunity to serve you. Please indicate your agreement to the foregoing by signing and returning a fully executed copy of this Agreement.

//

Very truly yours,

**Marcus & Millichap Real Estate Investment Services, Inc.,**
a California corporation

By: _____

Name, Title: Ramon Kochavi   First Vice President

Date: 2/6/2025 | 10:12:56 PST

**Read, Acknowledged, Agreed:**

**LEFEVER MATTSON**,
a California corporation, and affiliates listed on **Schedule A**

By: _____

Name: Bradley D. Sharp
Title: Chief Restructuring Officer of the Owners

Date: 06/02/25

## SCHEDULE A

## OWNER ENTITIES, PROPERTIES AND ASSIGNED AGENTS

| Name | Ownership | Address | City | Asset Type | M&M Agent/Team |
|------|-----------|---------|------|-----------|----------------|
| Gold Oak Apartments | Red Oak, LP | 3310-3336 Cimmarron | Cameron Park | Multifamily | DeLoney Group |
| Carmichael Apartments | Red Cedar Tree, LP | 5800 Engle Rd | Carmichael | Multifamily | DeLoney Group |
| Sheffield Apartments | Scotch Pine, LP | 5800 Fair Oaks Blvd | Carmichael | Multifamily | DeLoney Group |
| Walnut Crest Apartments | Chestnut Oak, LP | 3217 Walnut Ave | Carmichael | Multifamily | DeLoney Group |
| 1821 Hood Rd | Cambria Pines, LP | 1821 Hood Rd | Sacramento | Multifamily | DeLoney Group |
| Country Glen Apartments | Monterey Pine, LP | 7575 Power Inn Rd | Sacramento | Multifamily | DeLoney Group |
| Courtyard Cottages | Red Mulberry Tree, LP | 7337 Power Inn Rd | Sacramento | Multifamily | DeLoney Group |
| Broadway Street Apartments | Red Oak Tree, LP | 905 Broadway St | Fairfield | Multifamily | Garrett / Holmquist |
| Dana Drive Apartments | Bur Oak, LP | 1190 Dana Dr | Fairfield | Multifamily | Garrett / Holmquist |
| Tradewinds Apartments | Willow Oak, LP | 1189 Dana Dr | Fairfield | Multifamily | Garrett / Holmquist |
| Jackson Street Apartments | Red Oak Tree, LP | 500 Jackson St | Fairfield | Multifamily | Garrett / Holmquist |
| Merpel Apartments | Red Oak Tree, LP | Carpenter & Washington St | Fairfield | Multifamily | Garrett / Holmquist |
| 830 Illinois Street #1-4 | LeFever Mattson | 830 Illinois Street #1-4 | Fairfield | Multifamily | Garrett / Holmquist |
| Napa Elm Townhomes | Tradewinds Apartments LP | 1050 Elm St | Napa | Multifamily | Garrett / Holmquist |
| 830-848 Studley St | Sienna Pointe, LLC | 830-848 Studley St | Sonoma | Multifamily | Garrett / Holmquist |
| 1161-1167 Broadway | Ginko Tree LP / Buckeye LP | 1161-1167 Broadway | Sonoma | Multifamily | Garrett / Holmquist |
| 170 - 182 1st Street East | River Birch, LP | 170 - 182 First St. E | Sonoma | Multifamily | Garrett / Holmquist |
| 222-226 W. Spain | RT Capitol Mall, LP | 222-226 W. Spain | Sonoma | Multifamily | Garrett / Holmquist |
| 17700 Highway 12 | Fire Tree III, LP | 17700 Sonoma Highway | Sonoma | Multifamily | Garrett / Holmquist |
| 18585 Manzanita Road | Fire Tree I, LP | 18585 Manzanita Road | Sonoma | Residential | Garrett / Holmquist |
| Vaca Villa Apts | Windscape Apartments, LLC | 370 Butcher Rd | Vacaville | Multifamily | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | Windscape Apartments, LLC | 280 Butcher Road | Vacaville | Multifamily | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | Windscape Apartments, LLC | 310/312 Butcher Road | Vacaville | Multifamily | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | Windscape Apartments, LLC | 350 Butcher Road | Vacaville | Multifamily | Garrett / Holmquist |

| Name | Ownership | Address | City | Asset Type | M&M Agent/Team |
|------|-----------|---------|------|------------|----------------|
| Sharis Apartments | Foxtail Pine, LP | 453 A Fleming Ave E | Vallejo | Multifamily | Garrett / Holmquist |
| Salvio Pacheo Square | Autumnwood, LP, Pinewood Cond, LP & Vaca..LP | 2151 Salvio Street | Concord | Commercial/Mixed Use | Mason Team |
| 2280 Bates | Watertree I, LP / Nut Pine, LP | 2280 Bates Ave | Concord | Commercial | Mason Team |
| Commerce Court | Nut Pine, LP | 103/105 Commerce Court | Fairfield | Commercial/Industrial | Mason Team |
| 802 Studley St | Sienna Pointe, LLC | 802 Studley St | Sonoma | Commercial Retail | Mason Team |
| DeWitts Tire / Home | Sienna Pointe, LLC | 801 W. Napa St | Sonoma | Commercial Retail | Mason Team |
| Duggan's Mission Chapel | Windscape Apartments, LLC | 525 W. Napa St. | Sonoma | Commercial | Mason Team |
| Coco Planet | RT Capitol Mall, LP | 921 Broadway | Sonoma | Commercial Office | Mason Team |
| Broadway Maple | Ginko Tree LP / Buckeye LP | 835 Broadway | Sonoma | Commercial Office | Mason Team |
| Broadway Maple | Ginko Tree LP / Buckeye LP | 845-651 Broadway/10 Maple St | Sonoma | Commercial/Office | Mason Team |
| 925-927 Broadway Street | Sienna Pointe, LLC | 925-927 Broadway Street | Sonoma | Commercial/Retail | Mason Team |
| 20490 Broadway | Sienna Pointe, LLC | 20490 Broadway | Sonoma | Commercial | Mason Team |
| Broadway Office | Ginko Tree LP / Buckeye LP | 1151 Broadway | Sonoma | Commercial Office | Mason Team |
| 16721 Sonoma Highway | Buckeye Tree LP | 16721 Sonoma Highway | Sonoma | Commercial | Mason Team |
| 18580 Highway 12 (Danish and Donuts) | Fire Tree III, LP | 18580 Sonoma Highway | Sonoma | Commercial | Mason Team |
| 446-462 W. Napa | Windscape Apartments, LLC | 446-462 W. Napa | Sonoma | Commercial | Mason Team |
| The Shops at Golden Hills | RT Golden Hills, LP | 941-1017 Alamo Dr. | Vacaville | Commercial/Retail | Mason Team |
| Allison Parkway | Windscape Apartments, LLC | 4950, 4960, 4970 Allison Pkwy | Vacaville | Industrial Warehouse | Mason Team |
| Woodcreek Plaza | Windscape Apartments, LLC | 7456 Foothills Blvd | Roseville | Commercial/Retail | Nelson |
| Riverview Shopping Center | Riverview Shopping Center I, LLC / Riverview Shopping Center II, LLC | 9415-9471 N Fort Washington Rd | Fresno | Commercial/Retail | Nelson |
| Tank House Farms Meat Processing | Sienna Pointe, LLC | 23250 Maffei Road | Sonoma | Industrial | Mason Team |
| 967 Broadway Street | Sienna Pointe, LLC | 967 Broadway Street | Sonoma | Office | Mason Team |

# ASSIGNED AGENTS

<u>Mason Team</u>
- Mark Mason, Senior Vice President - 00971464
- Vince Schwab, Executive Managing Director - 00840133
- Quentin Caruso, Senior Associate – 02074286
- Evan Rose, Senior Associate - 01957217

<u>Garrett/Holmquist</u>
- Jon Holmquist, Senior Managing Director - 01257479
- John Garrett, First Vice President Investments - 01421403

<u>DeLoney Group</u>
- Tony DeLoney, Senior Managing Director Investments – 01920427
- Dusty Haeling, First Vice President Investments – 01292212
- David DeLoney, First Vice President Investments – CA: 02045150

<u>Nelson</u>
- Edward Nelson, Senior Vice President Investments – 01452610
- Wyatt Figueroa, Associate – 02071851

<u>Hefner</u>
- Mark Hefner, Senior Vice President Investments – CA: 00823945

## SCHEDULE B

| Price Per Transaction | Maximum Transaction Commission | Broker Assigned Agents Listing Commission - No Buyer's Broker (75%) | Broker Assigned Agents Listing Commission - w/ Buyer's Broker (50%) | Buyer's Broker Commission (50%) |
|---|---|---|---|---|
| 0 - 3 mil | 5.00% | 3.75% | 2.50% | 2.50% |
| 3 - 6 mil | 3.50% | 2.63% | 1.75% | 1.75% |
| 6 – 8 mil | 3.00% | 2.25% | 1.50% | 1.50% |
| 8 - 10 mil | 2.50% | 1.88% | 1.25% | 1.25% |
| 10 – 15 mil | 1.50% | 1.13% | 0.75% | 0.75% |
| 15 mil + | 1.00% | 0.75% | 0.50% | 0.50% |

# FIRST AMENDMENT TO BROKER LISTING AGREEMENT

THIS FIRST AMENDMENT TO BROKER LISTING AGREEMENT (this "**Amendment**") is made and entered into as of April 8, 2025 (the "**Effective Date**"), by and between LeFever Mattson, a California corporation, and affiliates listed on Schedule "A" of the Agreement (defined below) (collectively, "**Owners**"), and Marcus & Millichap Real Estate Investment Services, Inc., a California corporation ("**Broker**").

## RECITALS

A.    Broker and Owners are parties to that certain Broker Listing Agreement dated as of February 5, 2025 (the "**Agreement**"). Pursuant to the Agreement, Owners selected Broker to represent Owners in connection with the sale of the properties referenced on the property and ownership schedule attached to the Agreement as Schedule "A.".

B.    Broker and Owners mutually desire that the Agreement be amended on and subject to the following terms and conditions.

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Broker and Owners agree as follows:

1.    **Amendment**.

    1.1    **New Owner and Property**. Effective as of the Effective Date, Broker and Owners agree that the following Property and Owner are added to the Property Schedule attached to the Agreement as Schedule "A":

| Property | Owner | Address | Asset Type | M&M Agent/Team |
|---|---|---|---|---|
| Ceres West Mobile Home Park | Valley Oak Investments, LP | 2030 E Grayson Road, Ceres, CA 95307 | Multifamily | Frank Rogers and Peter Alimam |

    1.2    **Commission**. Notwithstanding anything to the contrary contained in Schedule "B" to the Agreement, in the event of a Closing of a Sale of the new Property listed in Section 1.1 above, Broker's commission for its services under the Agreement for the new Property listed in Section 1.1 above shall be determined in accordance with the following schedule:

| Price | Maximum Transaction Commission | Broker Assigned Agents Listing Commission - No Buyer's Broker | Broker Assigned Agents Listing Commission - w/ Buyer's Broker | Buyer's Broker Commission |
|---|---|---|---|---|
| Any sale price | 4.00% | 2.75% | 2.0% | 2.0% |

2.    **Miscellaneous**.

    2.1    This Amendment sets forth the entire agreement between the parties with respect to the matters set forth herein. There have been no additional oral or written representations or agreements.

    2.2    Except as herein modified or amended, the provisions, conditions and terms of the Agreement shall remain unchanged and in full force and effect. In the case of any inconsistency between the provisions of the Agreement and this Amendment, the provisions of this Amendment shall govern and control. The

capitalized terms used in this Amendment shall have the same definitions as set forth in the Agreement to the extent that such capitalized terms are defined therein and not redefined in this Amendment.

     2.3     Each signatory of this Amendment represents hereby that he or she has the authority to execute and deliver the same on behalf of the party hereto for which such signatory is acting.

     2.4     This Amendment may be executed in several counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement. THE PARTIES HERETO CONSENT AND AGREE THAT THIS AMENDMENT MAY BE SIGNED AND/OR TRANSMITTED BY FACSIMILE, E-MAIL OF A .PDF DOCUMENT OR USING ELECTRONIC SIGNATURE TECHNOLOGY (E.G., VIA DOCUSIGN OR SIMILAR ELECTRONIC SIGNATURE TECHNOLOGY), AND THAT SUCH SIGNED ELECTRONIC RECORD SHALL BE VALID AND AS EFFECTIVE TO BIND THE PARTY SO SIGNING AS A PAPER COPY BEARING SUCH PARTY'S HAND-WRITTEN SIGNATURE. THE PARTIES FURTHER CONSENT AND AGREE THAT (1) TO THE EXTENT A PARTY SIGNS THIS AMENDMENT USING ELECTRONIC SIGNATURE TECHNOLOGY, BY CLICKING "SIGN", SUCH PARTY IS SIGNING THIS AMENDMENT ELECTRONICALLY, AND (2) THE ELECTRONIC SIGNATURES APPEARING ON THIS AMENDMENT SHALL BE TREATED, FOR PURPOSES OF VALIDITY, ENFORCEABILITY AND ADMISSIBILITY, THE SAME AS HAND-WRITTEN SIGNATURES.

     IN WITNESS WHEREOF, Broker and Owners have entered into and executed this Amendment as of the date first written above.

OWNER:

**LEFEVER MATTSON,**
**a California corporation, on behalf of**
**Valley Oak Investments, LP**

By: _Bradley D. Sharp_____
Name: Bradley D. Sharp
Title: Chief Restructuring Officer of Owners
Dated: _____CRO_____, 2025

BROKER:

**Marcus & Millichap Real Estate Investment**
**Services, Inc., a California corporation**

By: _____
Name: Ramon Kochavi
Title: First Vice President
Dated: _4/9/2025 | 10:43:01 PDT___, 2025

## THIRD AMENDMENT TO BROKER LISTING AGREEMENT

THIS THIRD AMENDMENT TO BROKER LISTING AGREEMENT (this "**Amendment**") is made and entered into as of July 30, 2025 (the "**Effective Date**"), by and between LeFever Mattson, a California corporation, and affiliates listed on Schedule "A" of the Agreement (defined below) (collectively, "**Owners**"), and Marcus & Millichap Real Estate Investment Services, Inc., a California corporation ("**Broker**").

RECITALS

A. Broker and Owners are parties to that certain Broker Listing Agreement dated as of February 5, 2025 (the "**Agreement**"). Pursuant to the Agreement, Owners selected Broker to represent Owners in connection with the sale of the properties referenced on the property and ownership schedule attached to the Agreement as Schedule "A."

B. Broker and Owners subsequently amended the Agreement pursuant to that certain First Amendment to Broker Listing Agreement, dated as of April 8, 2025, and that certain Second Amendment to Broker Listing Agreement, dated as of May 2, 2025.

C. Broker and Owners mutually desire that the Agreement be further amended on and subject to the following terms and conditions.

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Broker and Owners agree as follows:

1. **Amendment**.

 1.1 **New Owner and Property**. Effective as of the Effective Date, Broker and Owners agree that the following Property and Owner are added to the Property Schedule attached to the Agreement as Schedule "A":

| Property | Owner | Address | Asset Type | M&M Agent/Team |
|---|---|---|---|---|
| Single Family Residence / 5 Acres of Land | LeFever Mattson | 4920 Samo Lane, Fairfield, California | Single Family Residence / Land | Mark Mason |

 1.2 **Commission**. Notwithstanding anything to the contrary contained in Schedule "B" to the Agreement, in the event of a Closing of a Sale of the new Property listed in Section 1.1 above, Broker's commission for its services under the Agreement for the new Property listed in Section 1.1 above shall be determined in accordance with the following schedule:

1

| Price Per Transaction | Maximum Transaction Commission | Broker Assigned Agents Listing Commission - No Buyer's Broker (75%) | Broker Assigned Agents Listing Commission - w/ Buyer's Broker (50%) | Buyer's Broker Commission (50%) |
|---|---|---|---|---|
| 0 - 3 mil | 5.00% | 3.75% | 2.50% | 2.50% |
| 3 - 6 mil | 3.50% | 2.63% | 1.75% | 1.75% |
| 6 − 8 mil | 3.00% | 2.25% | 1.50% | 1.50% |
| 8 - 10 mil | 2.50% | 1.88% | 1.25% | 1.25% |
| 10 − 15 mil | 1.50% | 1.13% | 0.75% | 0.75% |
| 15 mil + | 1.00% | 0.75% | 0.50% | 0.50% |

    1.3 **Term**. Subject to Owners' termination rights as set forth in the Agreement, the Agreement shall now expire 180 days from the date of this Amendment.

2.     <u>**Miscellaneous**</u>.

    2.1 This Amendment sets forth the entire agreement between the parties with respect to the matters set forth herein. There have been no additional oral or written representations or agreements.

    2.2 Except as herein modified or amended, the provisions, conditions and terms of the Agreement shall remain unchanged and in full force and effect. In the case of any inconsistency between the provisions of the Agreement and this Amendment, the provisions of this Amendment shall govern and control. The capitalized terms used in this Amendment shall have the same definitions as set forth in the Agreement to the extent that such capitalized terms are defined therein and not redefined in this Amendment.

    2.3 Each signatory of this Amendment represents hereby that he or she has the authority to execute and deliver the same on behalf of the party hereto for which such signatory is acting.

    2.4 This Amendment may be executed in several counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement. THE PARTIES HERETO CONSENT AND AGREE THAT THIS AMENDMENT MAY BE SIGNED AND/OR TRANSMITTED BY FACSIMILE, E-MAIL OF A .PDF DOCUMENT OR USING ELECTRONIC SIGNATURE TECHNOLOGY (E.G., VIA DOCUSIGN OR SIMILAR ELECTRONIC SIGNATURE TECHNOLOGY), AND THAT SUCH SIGNED ELECTRONIC RECORD SHALL BE VALID AND AS EFFECTIVE TO BIND THE PARTY SO SIGNING AS A PAPER COPY BEARING SUCH PARTY'S HAND-WRITTEN SIGNATURE. THE PARTIES FURTHER CONSENT AND AGREE THAT (1) TO THE EXTENT A PARTY SIGNS THIS AMENDMENT USING ELECTRONIC SIGNATURE TECHNOLOGY, BY CLICKING "SIGN", SUCH PARTY IS SIGNING THIS AMENDMENT ELECTRONICALLY, AND (2) THE ELECTRONIC SIGNATURES APPEARING ON THIS AMENDMENT SHALL BE TREATED, FOR PURPOSES OF VALIDITY, ENFORCEABILITY AND ADMISSIBILITY, THE SAME AS HAND-WRITTEN SIGNATURES.

IN WITNESS WHEREOF, Broker and Owners have entered into and executed this Amendment as of the date first written above.

OWNER:

BROKER:

**LEFEVER MATTSON,**
**a California corporation**

**Marcus & Millichap Real Estate Investment**
**Services, Inc., a California corporation**

By: _____

Name: Bradley D. Sharp

Title: Chief Restructuring Officer of Owners

Dated: _____ July 30 _____, 2025

By: _____

Name: Ramon Kochavi

Title: First Vice President

Dated: ___ 7/31/2025 | 12:05:58 PDT ___, 2025

1

# Amended Schedule A
## Third Amended Listing Agreement

| Common Name | APN | Ownership | Address | City | Asset Type | M&M Agent/Team |
|---|---|---|---|---|---|---|
| Gold Oak Apartments | 116-311-001; 116-311-002; 116-311-003 | Red Oak, LP | 3310-3336 Cimmarron Road | Cameron Park | Multifamily | DeLoney Team |
| Carmichael Apartments | 258-0180-043 | Red Cedar Tree, LP | 5800 Engle Road | Carmichael | Multifamily | DeLoney Team |
| Shelfield Apartments | 283-0050-034 | Scotch Pine, LP | 5800 Fair Oaks Boulevard | Carmichael | Multifamily | DeLoney Team |
| Walnut Crest Apartments | 271-0313-030 | Chestnut Oak, LP | 3217 Walnut Avenue | Carmichael | Multifamily | DeLoney Team |
| LIV1621 | 285-0021-009; 285-0021-010 | Cambria Pine, LP | 1621 Hood Road | Sacramento | Multifamily | DeLoney Team |
| Country Glen Apartments | 051-0200-093; 051-0467-052 | Monterey Pine, LP | 7575 Power Inn Road | Sacramento | Multifamily | DeLoney Team |
| Courtyard Cottages | 051-0231-014; 051-0231-016; 051-0231-015 | Red Mulberry Tree, LP | 7337 Power Inn Road | Sacramento | Multifamily | DeLoney Team |
| Broadway Street Apartments | 0030-282-190 | Red Oak Tree, LP | 905 Broadway Street | Fairfield | Multifamily | Garrett / Holmquist |
| Dana Drive Apartments | 0033-042-400 | Bur Oak, LP | 1190 Dana Drive | Fairfield | Multifamily | Garrett / Holmquist |
| Tradewinds Apartments | 0033-042-300 | Willow Oak, LP | 1189 Dana Drive | Fairfield | Multifamily | Garrett / Holmquist |
| Jackson Street Apartments | 0030-244-130 | Red Oak Tree, LP | 500 Jackson Street | Fairfield | Multifamily | Garrett / Holmquist |
| Marpel Apartments | 0030-152-010 | Red Oak Tree, LP | 501-523 Carpenter Street | Fairfield | Multifamily | Garrett / Holmquist |
| 830 Illinois Street #1-4 | 0030-312-100 | LeFever Mattson | 830 Illinois Street #1-4 | Fairfield | Multifamily | Garrett / Holmquist |
| Napa Elm Townhomes | 005-123-013 | Pinecone, LP | 1050 Elm Street | Napa | Multifamily | Garrett / Holmquist |
| 830-848 Studley Street | 018-443-022 | Sienna Pointe, LLC | 830-848 Studley Street | Sonoma | Multifamily | Garrett / Holmquist |
| The Broadway | 128-181-029 | Ginko Tree, LP / Buckeye Tree, LP | 1161-1167 Broadway | Sonoma | Multifamily | Garrett / Holmquist |
| Le French Quarter | 092-010-014; 092-010-015 | River Birch, LP | 170 - 182 First Street East | Sonoma | Multifamily | Garrett / Holmquist |
| 222-226 West Spain Street | 018-151-005 | RT Capitol Mall, LP | 222-226 West Spain Street | Sonoma | SF + Duplex | Garrett / Holmquist |
| 17700 Highway 12 | 056-303-025 | Firetree III, LP | 17700 Sonoma Highway | Sonoma | Multifamily | Garrett / Holmquist |
| 18585 Manzanita Road | 056-501-036 | Firetree I, LP | 18585 Manzanita Road | Sonoma | Multifamily | Garrett / Holmquist |
| Vaca Villa Apts | 127-070-310 | Windscape Apartments, LLC | 370 Butcher Road | Vacaville | Multifamily | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | 127-070-410 | Windscape Apartments, LLC | 280 Butcher Road | Vacaville | Land | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | 127-070-410 | Windscape Apartments, LLC | 280 Butcher Road | Vacaville | Land | Garrett / Holmquist |
| Vaca Villa Apts (adjacent parcels) | 127-070-410 | Windscape Apartments, LLC | 280 Butcher Road | Vacaville | Land | Garrett / Holmquist |
| Sharis Apartments | 0069-222-010; 0069-222-020 | Foxtail Pine, LP | 453 A Fleming Avenue East | Vallejo | Multifamily | Garrett / Holmquist |
| LM Property Management Office | 229-0160-013 | LeFever Mattson; Mark Bennett (non-debtor) | 6359 Auburn Boulevard | Citrus Heights | Office | Hefner Team |
| Salvio Pacheco Square | 112-137-017-3 | Autumn Wood 1, LP, Pinewood Condominiums, LP & Vaca Villa | 2151 Salvio Street | Concord | Mixed Use (Office & Retail) | Mason Team |
| 2280 Bates Avenue | 159-070-015-700 | Watertree I, LP / Nut Pine, LP | 2280 Bates Avenue | Concord | Mixed Use (Industrial & Retail) | Mason Team |
| Commerce Court | 0044-090-490; 0044-090-500 | Nut Pine, LP | 103/105 Commerce Court | Fairfield | Industrial | Mason Team |
| 802 Studley Street | 018-443-011 | Sienna Pointe, LLC | 802 Studley Street | Sonoma | SFR | Mason Team |
| DeWitts Tire / Home | 018-443-011 | Sienna Pointe, LLC | 801 West Napa Street | Sonoma | Retail | Mason Team |
| Duggan's Mission Chapel | 018-530-054 | Windscape Apartments, LLC | 525 West Napa Street | Sonoma | Mixed Use (Retail & MF) | Mason Team |
| Coco Planet | 128-082-011 | RT Capitol Mall, LP | 921 Broadway | Sonoma | Office | Mason Team |
| 635 Broadway | 018-301-010 | Ginko Tree, LP / Buckeye Tree, LP | 635 Broadway | Sonoma | Office | Mason Team |
| Broadway Square | 018-301-009 | Ginko Tree, LP / Buckeye Tree, LP | 645-651 Broadway/10 Maple Street | Sonoma | Office | Mason Team |
| 925-927 Broadway Street | 128-082-015 | Sienna Pointe, LLC | 925-927 Broadway | Sonoma | Retail | Mason Team |
| 20490 Broadway (Artefact) | 128-262-003 | Sienna Pointe, LLC | 20490 Broadway | Sonoma | Mixed Use (Retail & MF) | Mason Team |
| Broadway Office | 128-181-028 | Ginko Tree, LP / Buckeye Tree, LP | 1151 Broadway | Sonoma | Office | Mason Team |
| 16721 Sonoma Highway | 056-562-020 | Buckeye Tree, LP | 16721 Sonoma Highway | Sonoma | Mixed Use (Retail & SFR) | Mason Team |
| 18580 Highway 12 (Danish and Donuts) | 056-501-059 | Firetree III, LP | 18580 Sonoma Highway | Sonoma | Retail | Mason Team |
| 8th Street Warehouse Complex (Sojourn Cellars Office and Warehouse) | 128-381-028 | River Birch, LP; Risa J. Meyer (non-debtor) | 21885, 21881, 21889 8th Street East | Sonoma | Industrial | Mason Team |
| 446-462 West Napa Street | 018-193-041 | Windscape Apartments, LLC | 446 West Napa Street | Sonoma | Office | Mason Team |
| 446-462 West Napa Street | 018-193-040 | Windscape Apartments, LLC | 446 West Napa Street | Sonoma | Office | Mason Team |
| 446-462 West Napa Street | 018-193-039 | Windscape Apartments, LLC | 446 West Napa Street | Sonoma | Office | Mason Team |
| The Shops at Golden Hills | 0127-080-570; 0127-080-340 | RT Golden Hills, LP | 941-1017 Alamo Drive | Vacaville | Retail | Mason Team |
| Allison Parkway | 0133-330-020; 0133-330-030; 0133-330-040 | Windscape Apartments, LLC | 4950-4970 Allison Parkway | Vacaville | Industrial | Mason Team |
| Woodcreek Plaza | 477-100-031 | Windscape Apartments, LLC | 7456 Foothills Boulevard | Roseville | Retail | Nelson Team |
| Riverview Shopping Center (and Retail Pad) | 401-830-01; 401-830-02; 401-830-03; 401-830-04; 401-830-05; 401-830-06; 401-830-07; 401-830-08; 401-830-09; 401-830-10 | River View Shopping Center 1, LLC; River View Shopping Center 2, LLC | 9407; 9415-9471 North Fort Washington Road | Fresno | Retail | Nelson Team |
| Tank House Farms Meat Processing | 128-461-009; 128-471-012 | Sienna Pointe, LLC | 23250 Maffei Road | Sonoma | Land/Retail/Mobile Home | Mason Team |
| 967 Broadway Street | 128-690-009 | Sienna Pointe, LLC | 967 Broadway | Sonoma | Office | Mason Team |
| Ceres West Mobile Home Park | 041-032-023 | Valley Oak Investments, LP | 2030 E Grayson Road | Ceres | Mobile Home Park | Rogers & Alimam |
| 520 Capitol Mall | 006-0146-031 | Sienna Pointe, LLC | 520 Capitol Mall | Sacramento | Office | Hefner Team |
| 4920 Samo Lane | 0174-010-090 | LeFever Mattson | 4920 Samo Lane | Fairfild | Land | Mason Team |