The following constitutes the order of the Court.
Signed: September 16, 2025

_____
Charles Novack
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2025, THROUGH APRIL 30, 2025** |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | Date: September 12, 2025<br>Time: 11:00 a.m. (Pacific Time)<br>Place: **(In Person or Via Zoom)**<br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

Upon consideration of the *Second Interim Fee Application of Keller Benvenutti Kim LLP as Counsel for the Debtors and Debtors in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2025, through April 30, 2025* (the "Interim Application");[2] and this Court having jurisdiction to consider the Interim Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Interim Application and the requested relief being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Interim Application having been provided; and this Court having reviewed the Interim Application and the Taylor Declaration; and, upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Interim Application is in the best interests of the Debtors, their estates, creditors, and all the parties in interest, and that the legal and factual bases set forth in the Interim Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Application is granted as provided herein.

2. KBK is awarded an interim allowance of its compensation for professional services rendered in the amount of **$1,391,781.85**, consisting of **$1,387,556.25** of fees and reimbursement of **$4,225.60** of actual and necessary expenses incurred during the Interim Fee Period.

3. The Debtors are authorized and directed to pay KBK the balance due on account of fees and expenses awarded and allowed under this Order, or **$1,391,781.85**.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **

---

[2] Unless otherwise indicated, "Debtors" as used herein excludes KSMP.

**Court Service List**

*All ECF Participants.*