# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

|  |  |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | |

I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On September 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection Regarding Monthly Professional Fee Statement** [Docket No. 2491]

Furthermore, on September 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Notice of Sale of Subject Property Located at 7210-7212 Grady Drive, Citrus Heights, CA 95621** [Docket No. 2492]

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

- **Declaration of Kamaljit Kaur Brar in Support of Adequate Assurance of Future Performance with Respect to the Assumption and Assignment of Executory Leases and/or Unexpired Contracts in Connection with the Sale of 7210-7212 Grady Drive, Citrus Heights, CA 95621** [Docket No. 2493]

- **Notice of Sale of Subject Property Located at 7324-7326 Arleta Court, Sacramento, CA 95823** [Docket No. 2494]

- **Declaration of Bryan M. Gonzalez in Support of Adequate Assurance of Future Performance with Respect to the Assumption and Assignment of Executory Leases and/or Unexpired Contracts in Connection with the Sale of 7324-7326 Arleta Court, Sacramento, CA 95823** [Docket No. 2495]

Furthermore, on September 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Sale of Subject Property Located at 7324-7326 Arleta Court, Sacramento, CA 95823** [Docket No. 2494]

- **Declaration of Bryan M. Gonzalez in Support of Adequate Assurance of Future Performance with Respect to the Assumption and Assignment of Executory Leases and/or Unexpired Contracts in Connection with the Sale of 7324-7326 Arleta Court, Sacramento, CA 95823** [Docket No. 2495]

Dated: October 13, 2025

/s/ Michael Villa
Michael Villa
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Debtors and Debtors in Possession | DSI Consulting | Bradley D. Sharp | bsharp@dsiconsulting.com |
| Counsel to the Debtors and Debtors in Possession | Keller Benvenutti Kim LLP | Tobias S. Keller, David A. Taylor, Thomas B. Rupp | tkeller@kbkllp.com; dtaylor@kbkllp.com; trupp@kbkllp.com |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | jared.a.day@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen, Jason H. Rosell, John D. Fiero, Brooke E. Wilson | dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; bwilson@pszjlaw.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Creditor Kyle Douglass Driver | A.O.E. Law & Associates. APC | Anthony O. Egbase, Shana J. Stark | info@aoelaw.com; Anthony@aoelaw.com; Shana@aoelaw.com |
| Counsel to Secured Creditor Poppy Bank | Abbey, Weitzenberg, Warren & Emery, P.C. | Mitchell B. Greenberg | mgreenberg@abbeylaw.com |
| Bankruptcy Servicer For Ally Bank Lease Trust - Assignor To Vehicle Asset Universal Leasing Trust (A.K.A. "Vault") | AIS Portfolio Services, LLC | Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST") Department | ECFNotices@aisinfo.com |
| Counsel to Nationstar Mortgage LLC, Lakeview Loan Servicing, LLC, JPMorgan Chase Bank, NA, U.S. Bank NA, HSBC Bank USA, NA, & Deutsche Bank Trust Company Americas | Aldridge Pite , LLP | Christopher M. McDermott, Todd S. Garan, Asaph Abrams | ecfcanb@aldridgepite.com |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Ballard Spahr LLP | Michael S. Myers, Sara Shahbazi | myersm@ballardspahr.com; shahbazis@ballardspahr.com |
| Counsel to C.P. Grellas Partnership, James C. Grellas, Peter C. Grellas, Paul C. Grellas, Peggy C. Slaughter | Boutin Jones Inc. | Thomas G. Mouzes, Bashar Ahmad | tmouzes@boutinjones.com; bahmad@boutinjones.com |
| Interested Party | Brooke Sample | | brookesample10@gmail.com |
| Interested Party | Carla Strickfaden | | cjstrickfaden@gmail.com |
| Committee of Unsecured Creditors | Charles Edgar | | cedgars@comcast.net |
| Counsel to Timothy J. LeFever | Coblentz, Patch, Duffy & Bass LLP | Gregg M. Ficks, Stan Roman, Fredrick C. Crombie, Franklin S. Krbechek | ef-sgr@cpdb.com; ef-gmf@cpdb.com; ef-fcc@cpdb.com; ef-fsk@cpdb.com |
| Counsel to Winside USA, Inc. | Covington & Burling LLP | Abigail V. O'Brient | aobrient@cov.com |
| Interested Party | Darryl Hayes | | Twinpop@gmail.com |
| Interested Party | David Renaud | David and Kim Renaud | 76renaud@gmail.com |
| Interested Party | Debra Dellacort | | Ddellacort@gmail.com |
| Interested Party | Dexter Quiggle | | quiggs@sbcglobal.net |
| Interested Party | Eddi Quiggle | | chefeddi@icloud.com |
| Interested Party | Edyth Kiyo Hayashi-Mack | | edymack65@sbcglobal.net |
| Counsel to Interested Parties | Embolden Law PC | Douglas B. Provencher | dbp@provlaw.com |
| Interested Party | Erin Bouayad-Agha | | erinba@gmail.com |
| Counsel to Federal Home Loan Mortgage Corporation | Federal Home Loan Mort. Corp. | Ashley Beane | ashley_beane@freddiemac.com |
| Counsel to Monley Hamlin Inc. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Thomas A. Willoughby, Mikayla E. Kutsuris | twilloughby@ffwplaw.com; mkutsuris@ffwplaw.com |
| Counsel to Kenneth W. Mattson | Fennemore | James Hill | jhill@fennemorelaw.com; chawkins@fennemorelaw.com |
| Counsel to Kenneth W. Mattson | Fennemore Craig P.C. | Micheline N. Fairbank | mfairbank@fennemorelaw.com |
| Counsel to Kenneth W. Mattson | Fennemore LLP | Mark Bostick | drapaport@fennemorelaw.com; mbostick@fennemorelaw.com |
| Counsel to Fidelity National Title Insurance Company | Fidelity National Law Group | Christopher R. Thomas | christopher.thomas@fnf.com |
| Counsel to KeyBank National Association | Frandzel Robins Bloom & Csato, L.C | Craig A. Welin, Michael J. Gomez, Gerrick M. Warrington | cwelin@frandzel.com; mgomez@frandzel.com; gwarrington@frandzel.com |
| Counsel to Creditor, California-American Water Company | Hahn & Hahn LLP | Dean G. Rallis Jr. | drallis@hahnlawyers.com |
| Committee of Unsecured Creditors | Hayes 2004 Family Trust | Bryan & Patricia Hayes | byronehaze1@yahoo.com |
| Counsel to Creditors Michael Goodman, Diana Goodman, Julian L. Delgado and Gloria E. Rezentes Delgado | Hefner, Stark & Marois, LLP | Thomas P. Griffin, Jr. | tgriffin@hsmlaw.com |
| Counsel to Creditor Citizens Business Bank | Hemar, Rousso & Heald, LLP | Christopher D. Crowell | ccrowell@hrhlaw.com |
| Counsel to Debtor KS Mattson Partners, LP | Hogan Lovells US LLP | Richard L. Wynne, Erin N. Brady, Edward J. McNeilly | richard.wynne@hoganlovells.com; erin.brady@hoganlovells.com; edward.mcneilly@hoganlovells.com |
| Counsel to Debtor KS Mattson Partners, LP | Hogan Lovells US LLP | Todd M. Schwartz | todd.schwartz@hoganlovells.com |
| Interested Party | Jacob Ming & Shirley Dong | | jacobth25@gmail.com |
| Interested Party | Janet and Randy Marlette | | Jlmakamama@yahoo.com |
| Interested Party | Janice Conrad | | janiceconradsemail@gmail.com |
| Counsel to Creditor Duggan's Mission Chapel and Amanda Henry, as Trustee of the Fran Bragg Revocable Trust & Umpqua Bank | Jeffer Mangels Butler & Mitchell LLP | Bennett G. Young, Robert B. Kaplan, Thomas M. Geher | byoung@jmbm.com; rkaplan@jmbm.com; rbk@jmbm.com; tgeher@jmbm.com |
| Interested Party | Jill Hayes | | jdhayes2@gmail.com |
| Interested Party | Jillian Fitzgerald | | gojillianfitz@gmail.com |

In re LeFever Mattson, a California corporation, et al.
Case No. 24-10545 (CN)
Page 6 of 3

Case 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 6 of 24

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | John Criv | | johncriv@yahoo.com |
| Interested Party | Kim Renaud | | renaudd6@aol.com |
| Counsel to Secured Creditor Susan Leeming, Administrator of the Estate of James Walker and Creditors Daniel and Mary Goff, Laura O'Connor, Dana Goff, Kristianne Goff, Bradley and Lori Olson, Steven and Carol Hines | Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. | Eric A. Nyberg, Chris D.Kuhner, Sarah L. Little | e.nyberg@kornfieldlaw.com; c.kuhner@kornfieldlaw.com; s.little@kornfieldlaw.com |
| Interested Party | Kristin Torstenbo | | kristinhayes18@gmail.com |
| Counsel to Secured Creditors Visio International, Inc. and Y. Tito Sasaki and Janet L. Sasaki Trust | Law Office of Benjamin R. Levinson | A Professional Corporation | ben@benlevinsonlaw.com |
| Countel to Ruth Tillman, et al. | Law Office of Michael C. Fallon | Michael C. Fallon, Michael C. Fallon, Jr. | mcfallon@fallonlaw.net; fallonmc@fallonlaw.net |
| Counsel to Kenneth Mattson | Law Office of Ruth Auerbach | Ruth Elin Auerbach | Ruth.auerbach.esq@gmail.com |
| Counsel to Denise Ebbett, Successor Trustee of the Fisher Family Trust and as Attorney-in-Fact for Virginia Fisher | Law Office of Wayne A. Silver | Wayne A. Silver | ws@waynesilverlaw.com |
| Counsel to Creditor ReProp Financial Mortgage Investors, LLC | Law Offices of Mark J. Romeo, PC | Mark J. Romeo | mark@markromeolaw.com |
| Counsel to Ravindra Ambatipudi | Law Offices of Stuppi & Stuppi | Sarah M. Stuppi | sarah@stuppilaw.com |
| Secured Lender | Leland McAbee , Teresa McAbee | | terimcabee@aol.com; lelandmcabee1@gmail.com |
| Secured Lender | Leland McAbee, Plaintiff | John S. Cha | JCha@jmbm.com |
| Counsel to Serene Investment Management LLC, as DIP Lender & FTI Consulting, Inc. | Loeb & Loeb LLP | Lance N. Jurich, Bernard R. Given II | ljurich@loeb.com; bgiven@loeb.com |
| Counsel to Serene Investment Management LLC, as DIP Lender | Loeb & Loeb LLP | Vadim J. Rubinstein | vrubinstein@loeb.com |
| Counsel to Secured Creditor JPMorgan Chase Bank, N.A. | Lubin Olson & Niewiadomski LLP | Mia S. Blackler | mblackler@lubinolson.com |
| Committee of Unsecured Creditors | Lull Family Living Revocable Trust | Richard Lull | richard@picolull.com |
| Committee of Unsecured Creditors | Manfred K. Fischer Trust | Michaela M. Katari | kkatari@gmail.com |
| Interested Party | Mark Torstenbo | Mark and Kristin Torstenbo | motorstenbo@gmail.com |
| Interested Party | Matt Treger | | matt.treger@gmail.com |
| Counsel to AmTrust North America, Inc.on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Counsel to Ally Bank Lease Trust | McCarthy & Holthus, LLP | JaVonne M. Phillips, Jennifer C. Wong | jwong@mccarthyholthus.com |
| Counsel to Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 | McDermott Will & Emery LLP | Charles R. Gibbs, Eric C. Seitz | crgibbs@mwe.com; eseitz@mwe.com |
| Counsel to Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30 | McDermott Will & Emery LLP | Jason D. Strabo | jstrabo@mwe.com |
| Committee of Unsecured Creditors | Mullin Family Trust | John & Kathleen Mullin | dadzboss@sbcglobal.net; mullineight@sbcglobal.net |
| Interested Party | Odette Mittone | | omittone@yahoo.com |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | phillip.shine@usdoj.gov |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | jared.a.day@usdoj.gov |
| Counsel to Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee for Region 17 | Office of the United States Trustee | deanna.k.hazelton@usdoj.gov |
| Counsel to Reprop Financial Mortgage Investors, LLC | Owens & Ross | Dustin E. Owens | dustin.owens@gmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen, Jason H. Rosell, John D. Fiero, Brooke E. Wilson | dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; bwilson@pszjlaw.com |
| Countel to Ruth Tillman, et al. | Perry, Jonson, Anderson, Miller & Moskowitz, LLP | Isaac M. Gradman, Michael E. Tracht, Alexander A. Wiegel | gradman@perrylaw.net; tracht@perrylaw.net; wiegel@perrylaw.net |
| Counsel to Anne Prisco and Stephen Sergi | Raines Feldman Littrell LLP | Kyra E. Andrassy | kandrassy@raineslaw.com |
| Interested Party | Ray Muscat | | sanocat@sbcglobal.net |

In re LeFever Mattson, a California corporation, et al.
Case No. 24-10545 (CN)

Case: 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 7 of
Page 2 of 3
24

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Federal Home Loan Mortgage Corporation | Reed Smith LLP | Marsha A. Houston, Shayna A. Jackson | mhouston@reedsmith.com; sjackson@reedsmith.com |
| Counsel to Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak, Devan J. Dal Col | pmoak@reedsmith.com; ddalcol@reedsmith.com |
| Counsel to Interested Parties Nick Thom and Linda Thom | Robberson Schroedter LLP | Maggie E. Schroedter, Lane C. Hilton | maggie@theRSfirm.com; lane@theRSfirm.com; ECF@theRSfirm.com; 5030583420@filings.docketbird.com; michelle@theRSfirm.com |
| Counsel to Wilmington Savings Fund Society, FSB | Robertson, Anschutz, Schneid & Crane LLP | David Coats | dacoats@raslg.com |
| Interested Party | Ross and Marilyn Torstenbo | | rosstorstenbo@gmail.com; r-mtorstenbo@msn.com |
| Interested Party | Sara Ganyo | | sjganyo@gmail.com |
| Counsel to Elizabeth H. Talley and Michael M. Talley | Shartsis, Friese LLP | Ivo Keller | ikeller@sflaw.com |
| Interested Party | Shelley Morse | | shelleyamorse@comcast.net |
| Counsel to Socotra Capital, Inc. | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim | jekim@sheppardmullin.com |
| Counsel to Socotra Capital, Inc. | Sheppard, Mullin, Richter & Hampton LLP | Theodore A. Cohen, Caroline Sischo | tcohen@sheppardmullin.com; csischo@sheppardmullin.com |
| Counsel to Creditor California Bank of Commerce | Snell & Wilmer LLP | Eric S. Pezold, Andrew B. Still | epezold@swlaw.com; astill@swlaw.com |
| Counsel to Matt Treger | Spencer Fane LLP | Catherine Schlomann Robertson | Crobertson@spencerfane.com |
| Counsel to Unlisted Creditor Graham Reid | Stephen T. Cammack Law Offices | Stephen T. Cammack | cammacklawoffice@gmail.com |
| Counsel to Creditors Anne Gockel & Kieth Gockel | Sullivan Blackburn Pratt, LLP | Christopher D. Sullivan, Roxanne Bahadurji | csullivan@sullivanblackburn.com; rbahadurji@sullivanblackburn.com |
| Committee of Unsecured Creditors | The Anderson 2001 Revocable Trust | Graham & Teresa Anderson | graham@sezame.com; teresaanderson@outlook.com |
| Counsel for Bank of America, N.A. | Tiffany & Bosco | Chad L. Butler | clb@tblaw.com |
| Interested Party | Tim and Patty Thomas | | timandpatty@comcast.net |
| Attorney for Tri Counties Bank | Tri Counties Bank, Legal Department | Mark H. Atkins, Bruce L. Belton, Martha Evensen Opich | legalservices@tcbk.com |
| Committee of Unsecured Creditors | Umbriac & Tubley Family Trust | Mae Umbriac & Andrew Tubley | ridell@dpf-law.com |
| Committee of Unsecured Creditors & Interested Party | Walter Schenk | | walter.schenk@comcast.net |
| Counsel to Wondra, et al. | Wondra, et al. | Kronick Moskovitz Tiedemann & Girard | gherrera@kmtg.com |
| Interested Party | Wynne & Ben Coughtry | | wynneandben@gmail.com |

In re LeFever Mattson, a California corporation, et al.
Case No. 24-10545 (CN)
Page 3 of 3

Case: 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 8 of 24

# Exhibit C

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1-888-4-Abatement, Inc., a California corporation | Attn Garret M. Mandel | gmandel@porterlaw.com |
| 2005 Jeffrey B. Murphy & Michelle L Murphy Revoc. Trust | | Email on File |
| Aldridge Pite, LLP | Todd S. Garan | tgaran@aldridgepite.com |
| Alexis Alekna, Individually and as Trustee of V. Alekna and D. Alekna Rev. Trust dtd 7/30/2002 | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Alexis Alekna, Individually and as Trustee of V. Alekna and D. Alekna Rev. Trust dtd 7/30/2002 | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Alison Marquez, Robert Vasconcellos | | alimarquez008@gmail.com; Robbyvasconcellos@gmail.com |
| Amy Hayashi-Jones and Michael Wayne Jones | Bluestone Faircloth & Olson, LLP | steve@bfolegal.com |
| Aneeta Taneja | | Email on File |
| Anthony Wold / Jodene Wold | Mr. Cooper / Nationwide | drive55@aol.com |
| Araceli Medina Ponce, Jesus Enrique Bojorqllez | | aracelimedina1212@gmail.com |
| Arnold T. Yee and Ruane Y Hayashi-Yee | Arnold Yee | Email on File |
| Arnold T. Yee and Ruane Y. Hayashi-Yee | c/o Arnold T. Yee | Email on File |
| Bluestone Faircloth & Olson, LLP | Steven M Olson | steve@bfolegal.com |
| Bluestone Faircloth & Olson, LLP | Steven M. Olson | steve@bfolegal.com |
| Bluestone Faircloth and Olson, LLP | Steven M. Olson | steve@bfolegal.com |
| Bowles & Verna, LLP | Richard T. Bowles | rbowles@bowlesverna.com |
| Briggs Family Trust | c/o Cheri Briggs | Email on File |
| Brooke Sample Separate | Property Trust | Email on File |
| Bryan Uroff, Vicki Uroff | | bryanuroff@gmail.com; vickiuroff@gmail.com |
| Caldie Family Revocable 2022 Trust | | Email on File |
| Calton Family Trust | c/o James & Wendi Calton | Email on File |
| Chrystal Rodriguez, Juan Rodriguez | | lovedance925@gmail.com; el.jamexican@gmail.com |
| Citizens Business Bank, a California state-chartered bank | Attn Bruce D. Adams | bdadams@cbbank.com; rgarcia@cbbank.com |
| Citizens Business Bank, a California state-chartered bank | Hemar, Rousso & Heald, LLP | sadnani@hrhlaw.com |
| Corey and Ute Anderson, Individually and as Trustees of C. and U. Anderson Living Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Dale Boutiette, Alla Gershberg TTEE | | Email on File |
| Dale T Boutiette and Alla Gershberg, Trustees of the Dale T Boutiette and Alla Gershberg Living Trust | | Email on File |
| Dana Morgan (Dana D. Dalton) | | Email on File |
| Daniel and Maria Wallen, Indlly. and as Trustees of Wallen Fam. Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Daniel and Maria Wallen, Indlly. and as Trustees of Wallen Fam. Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Daniel Dowell | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Daniel Dowell | C/O Steven M. Olson | steve@bfolegal.com |
| Daniel Dowell | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Daniel Dowell | | Email on File |
| Daren W. Dirkse | Revocable Living Trust of Daren W, Dirkse | Email on File |
| David & Iris Murphy Revocable Trust dtd 11/2/95 | | Email on File |

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| David and Irene Ciappara, Indlly and as Trustees of Ciappara Living Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| David and Irene Ciappara, Indlly and as Trustees of Ciappara Living Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Denise Ebbett, Successor Trustee of the Fisher Trust | Denise Ebbett | Email on File |
| Denise Ebbett, Successor Trustee of the Fisher Trust | Law Office of Wayne A. Silver | ws@waynesilverlaw.com |
| Dolores Irene Rhoads, Individually and as Trustee of Dolores Irene Rhoads Living Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Dolores Irene Rhoads, Individually and as Trustee of Dolores Irene Rhoads Living Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Donald and Kimberlie Hicks | C/O Steven M. Olson | steve@bfolegal.com |
| Donald and Kimberlie Hicks | individually and as Trustees of Hicks Living Trust | Email on File |
| Donald and Kimberlie Hicks, Indlly and as Trustees of Hicks Living Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Donald and Kimberlie Hicks, Indlly and as Trustees of Hicks Living Trust | Donald and Kimberlie Hicks | Email on File |
| Donald and Kimberlie Hicks, Indlly and as Trustees of Hicks Living Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Douglas A. Hill and Linda B. Hill, Trustees of the Hill Family Trust | | Email on File |
| Eandi Family Properties, LLC | Bowles & Verna, LLP | rbowles@bowlesverna.com |
| Eandi Family Properties, LLC | Jeffrey M. Eandi, Managing Member | Email on File |
| Eduardo Mendez, Adriana Azuesena Garcia , Elena Mendez | | edsrex89@gmail.com |
| Elaine Lockwood | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Elaine Lockwood | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Erin Rei Hayashi-Carrillo - IRA | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Erin Rei Hayashi-Carrillo - IRA | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Erin Rei Hayashi-Carrillo and Ismael Carrillo | Bluestone Faircloth & Olson, LLP | steve@bfolegal.com |
| Esther M. Loux, Individual | | Email on File |
| Esther Morris Loux | | Email on File |
| Ewers Family Trust 2005 | c/o Patricia A. Ewers | Email on File |
| Fischer Family Trust | Michaela Katari, Trustee | Email on File |
| Fisher Family Trust | Law Office of Wayne A. Silver | ws@waynesilverlaw.com |
| Foster N. and Gail S Hines, TTEE Hines Family Trust | | Email on File |
| Fredrick Malech | | Email on File |
| Harding 2003 Revocable Trust dtd 12/13/2003 | Clarke T. and Linley B. Harding TTEE | Email on File |
| Harvey Johnson | | harveyjohnson555@gmail.com |
| Hemar, Rousso & Heald, LLP | Sanaz Adnani | sadnani@hrhlaw.com |
| Hettie Malech | | Email on File |

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Ismael Carrillo - IRA | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Jacqueline Dunn | | jacquelineelainedunn1968@gmail.com |
| Jeffrey Diefenderfer | | jdiefenderfer1@gmail.com; dief44@yahoo.com |
| Jeremy Sutton - STIP - Evict, Dwyanne Sutton , Brandon Bolton | | dwyanne.d.sutton@healthnet.com |
| Jillian Fitzgerald Trust dtd 3/4/2016 | c/o Jillian Fitzgerald | Email on File |
| John & Jean Kelly, TTEE | | Email on File |
| John A. Girardi and Marsi A. Girardi Revocable Living Trust Dated May 1, 2002 | John and Marsi Girardi | Email on File |
| John and Susan Chase, Trustees of the Chase 1992 Family Trust | Attn John Chase | Email on File |
| John and Susan Chase, Trustees of the Chase 1992 Family Trust | Wilke Fleury LLP | degan@wilkefleury.com; jeldred@wilkefleury.com |
| John Chase | | jlchasemd@yahoo.com |
| Joseph and Tracy Curtis | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Joseph and Tracy Curtis | c/o Steven M. Olson | Email on File |
| Joseph and Tracy Curtis | | Email on File |
| Joseph Eandi | Bowles & Verna, LLP | rbowles@bowlesverna.com |
| JPMorgan Chase Bank, National Association | Aldridge Pite, LLP | tgaran@aldridgepite.com |
| JPMorgan Chase Bank, National Association | c/o Chase Records Center | tgaran@aldridgepite.com |
| Karen W Robinson | | Email on File |
| Katia Cervantes, Maria C. Cervantes Rodriguez , Adan C. Espinoza | | katiaccruz11@gmail.com |
| Kay Poulios | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Kay Poulios | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Kenneth W. and Stacy Mattson, Husband and Wife | Micheline N. Fairbank | Email on File |
| Kenneth W. and Stacy Mattson, husband and wife | Micheline Nadeau Fairbank | Email on File |
| Kenneth W. and Stacy Mattson, Husband and Wife | Stacy Mattson | mfairbank@fennemorelaw.com |
| Kenneth W. and Stacy Mattson, husband and wife | | Email on File |
| Kevan Smith & Ling Smith Living Trust, Sept 20th 2001 | | Email on File |
| Kevin and Kim Farrell Living Trust, Dated 4/6/2005 | | Email on File |
| Kevin Castle, David Sadik | | kevincastle32@gmail.com; sadikmichael44@gmail.com |
| Kristina Fox | Kristi Fox | Email on File |
| Kristina Melick | Kristina Fox | Email on File |
| Kristina Melick | | Email on File |
| KS Mattson Partners, LP | Micheline N. Fairbank | Email on File |
| KS Mattson Partners, LP | Micheline Nadeau Fairbank | Email on File |
| KS Mattson Partners, LP | Stacy Mattson | mfairbank@fennemorelaw.com |
| Kyshanda Goodrich, Jeremy Goodrich | | kyshandaisg@gmail.com |
| Lashawn Jefferies | | shawnluvu2@gmail.com |

Exhibit C
Valley Oak Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Law Office of Wayne A. Silver | Wayne Silver | ws@waynesilverlaw.com |
| Leestanchian (Williams) Green, Carolyn Williams | | stanchiang81@gmail.com |
| Lisa Lampe, Nick Autrand , Sabrina Lampe-Ochoa | | ochoasabrina6@gmail.com |
| Lisa White, Shawn White | | whitesheebagirl55@gmail.com; mjalltheway1738@gmail.com |
| Luis Navarro-Gonzalez aka Luis Navarro, Marlaelena Perez aka Maria Elena Perez , Virginia Perez | | perez8769@att.net |
| M. Umbriac and A. Tubley, Individually and as Trustees of the M. Umbriac and A. Tubley Family Trust U/A/D April 27, 2015 | Richard J. Idell | ridell@dpf-law.com; jdouglas@dpf-law.com |
| Mae Umbriac and Andrew David Tubley | As Trustees of the Mae Umbriac and Andrew David Tubley Family Trust U/A/D April 27, 2015 | ridell@dpf-law.com |
| Mae Umbriac and Andrew David Tubley | As Trustees of the Mae Umbriac and Andrew David Tubley Family Trust U/A/D/ April 27, 2015 | Email on File |
| Margarita Garcia Sanchez, Rodrigo Sanchez | | maguidava@gmail.com |
| Mariah Archuleta, Maria Archuleta | | rarasweetz15@gmail.com |
| Marilyn Kirchoff | | Email on File |
| Marina Contreras, Lis Villarruel | | savagebaby612@gmail.com; lisvillarruel19@gmail.com |
| Mark J. and Lori D. Rossi Living Trust 06-01-2000 | | Email on File |
| Marlette Living Trust Dated May 12, 1999 | Randall or Janet Marlette | Email on File |
| Mary E. Rennie Revocable Trust Dated March 5, 2015 | c/o Mary Rennie, Trustee | Email on File |
| Michael A. Bicandi | | Email on File |
| Micheline Nadeau Fairbank | Fennemore | Email on File |
| Michelle Traynor McMullen | | Email on File |
| Mr. Cooper / Nationwide | Loan #0611135823 | drive55@aol.com |
| Mullin Family Trust Dated January 15, 2008, John A. Mullin & Kathleen M. Mullin, TTEE | | Email on File |
| Nancy M. Sloan | C/O Steven M. Olson | steve@bfolegal.com |
| Nancy M. Sloan, Individually and as Trustee of Sloan Rev. Trust | Bluestone Faircloth & Olson, LLP | steve@bfolegal.com |
| Nancy M. Sloan, Individually and as Trustee of Sloan Rev. Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Nancy M. Sloan, Individually and as Trustee of Sloan Rev. Trust | Nancy M. Sloan | Email on File |
| Nancy M. Sloan, Individually and as Trustee of Sloan Rev. Trust | Nancy M. Sloan | steve@bfolegal.com |
| Nancy M. Sloan, Individually and as Trustee of Sloan Rev. Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Nationstar Mortgage LLC | Aldridge Pite, LLP | tgaran@aldridgepite.com |
| Nationstar Mortgage LLC | Attn Bankruptcy Dept | TGaran@aldridgepite.com |
| Oscer Merjorado - D9.21, Delores Mejorado , Robert Mejorado | | mejoradorobert16@gmail.com |
| Perris Freeway Plaza, LP | Micheline Nadeau Fairbank | Email on File |
| Perris Freeway Plaza, LP, a California Limited Partnership | Stacy Mattson | mfairbank@fennemorelaw.com |

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Perry Johnson Anderson Miller & Moskowitz, LLP | Isaac M. Gradman | Gradman@perrylaw.net |
| Peter S. Strickland Trust dtd May 4, 2012 | Bluestone Faircloth & Olson, LLP | steve@bfolegal.com |
| Peter S. Strickland Trust dtd May 4, 2012 | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Peter S. Strickland Trust dtd May 4, 2012 | | Email on File |
| Peter S. Strickland, Indlly. and as Trustees of Peter S. Strickland Trust Dated May 4, 2012 | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Peter S. Strickland, Indlly. and as Trustees of Peter S. Strickland Trust Dated May 4, 2012 | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Peter S. Strickland, Indlly. and as Trustees of Peter S. Strickland Trust Dated May 4, 2012 | Peter S. Strickland | Email on File |
| Raines Feldman Littrell LLP | Kyra Andrassy | kandrassy@raineslaw.com |
| Randall D. and Diane Roth, Individually and as Trustee of Randall D. Roth and Diane L. Roth Rev. Liv. Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Randall D. and Diane Roth, Individually and as Trustee of Randall D. Roth and Diane L. Roth Rev. Liv. Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Randolfo Rodriguez | | ran31277@hotmail.com |
| Raven Lewis - D9.21 | | rlewis3300@yahoo.com |
| Richard Davis Jr., Brandi Davis | | davisjr1010@gmail.com; brandi1973.bd@gmail.com |
| Rigoverto Carrillo, Maria Gonzalez | | rigo.carrillo12@yahoo.com; gonzalez.janet29@yahoo.com |
| Robert Dean Rhoads, Trustee of Robert Donald Rhoads Living Trust | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Robert Dean Rhoads, Trustee of Robert Donald Rhoads Living Trust | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Ronald Brandvein | | Email on File |
| Ruben Lyles | | rleelyles@gmail.com |
| Ruth Henderson | | ruthhenderson01@yahoo.com |
| Sacramento Suburban Water District | Customer Service | jnemitz@sswd.org; feedback@sswd.org |
| Sarah Alexandra Shields, Trustee of the Chase Family Trust, Dated May 22, 2023 | John Chase | jlchasemd@yahoo.com |
| Sarah Alexandra Shields, Trustee of the Chase Family Trust, Dated May 22, 2023 | | Email on File |
| Saul Antonio Franco Cordova, Maria Climaco De Franco | | luceroclimaco@icloud.com; |
| Schroyer Family Trust | William Schroyer (Trustee for Schroyer Family Trust) | veein24@gmail.com |
| Scott & Elizabeth Walker | | Email on File |
| Shawn D Hall & Emily C Hall Declaration of Trust dtd November 6, 2012 | c/o Shawn and Emily Hall, Trustees | Email on File |
| Stacy Mattson | | mfairbank@fennemorelaw.com |
| Stanislaus County Tax Collector | | TAXES@STANCOUNTY.COM |
| Stephan Frank Beauchamp and Evelyn Colleen Beauchamp | | Email on File |
| Stephanie Stanley, Grant Taylor | | stephaniek314@yahoo.com; granttaylor6@gmail.com |
| Stephen R. Sergi and Anne Prisco | Raines Feldman Littrell LLP | kandrassy@raineslaw.com |

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Stephen R. Sergi and Anne Prisco | | Email on File |
| Steven Powers, Michelle Watson | | steven.baseball.powers48@gmail.com; emilee1228@gmail.com |
| Susan Shirley | | suzenzone@gmail.com |
| Susan Van Blarigan | | jsvan50@gmail.com |
| Susanne Chase | John Chase | jlchasemd@yahoo.com |
| Sylvia J. Vreeland | Bluestone Faircloth & Olson, LLP | steve@bfolegal.com |
| Sylvia J. Vreeland | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Sylvia J. Vreeland | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Taffe Bennett Family Trust | c/o Norman Taffe | Email on File |
| The Crane Living Trust | Stephen M. Crane, Trustee and Maria M. Crane, Trustee | Email on File |
| The John A. Girardi & Marsi A. Girardi Revocable Living Trust dtd May 1, 2002 | | Email on File |
| The Van Blarigan Family Trust - Trustees | James and Susan Van Blarigan | Email on File |
| The Van Blarigan Family Trust - Trustees | Susan Van Blarigan | jsvan50@gmail.com |
| The Walker Family Trust DTD December 15, 2006 | Scott & Elizabeth Walker | Email on File |
| The Walker Family Trust DTD December 15, 2006 | | Email on File |
| Thomas & Cindy Green | | Email on File |
| Thomas J Mack and Edyth Hayashi Mack Living Trust | Edyth Hayashi Mack, Trustee | Email on File |
| Thomas J Mack and Edyth Hayashi Mack Living Trust Dated 12/26/2006 | Represented by Edyth Hayashi Mack Trustee | Email on File |
| Thomas J. Stice and Phyllis Ann Stice Family Trust | | Email on File |
| Timothy J. LeFever | c/o Gregg M. Ficks, Esq. | gficks@coblentzlaw.com |
| U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 | Aldridge Pite, LLP | tgaran@aldridgepite.com |
| U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 | Nationstar Mortgage LLC | TGaran@aldridgepite.com |
| U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N | Aldridge Pite, LLP | tgaran@aldridgepite.com |
| U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N | Nationstar Mortgage LLC | TGaran@aldridgepite.com |
| U.S. Bank National Association, as Trustee for MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 MORTGAGE PASS- THROUGH CERTIFICAT | Aldridge Pite, LLP | tgaran@aldridgepite.com |
| U.S. Bank National Association, as Trustee for MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 MORTGAGE PASS- THROUGH CERTIFICAT | Nationstar Mortgage LLC | TGaran@aldridgepite.com |

**Exhibit C**
**Valley Oak Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Vanisha Bell | | vanisha_bell@yahoo.com |
| Ward M. and Anne C. Pitman, Individually and as Trustees | Bluestone Faircloth and Olson, LLP | steve@bfolegal.com |
| Ward M. and Anne C. Pitman, Individually and as Trustees | Perry Johnson Anderson Miller & Moskowitz, LLP | Gradman@perrylaw.net |
| Wilke Fluery LLP | Daniel L. Egan & Jason G. Eldred | degan@wilkefleury.com; jeldred@wilkefleury.com |
| William Reese | | Email on File |
| William Schroyer (Trustee for Schroyer Family Trust) | | veein24@gmail.com |
| Willis & Linda Kay Rice Living Trust | | Email on File |

# Exhibit D

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Lender | Bank of America | | PO Box 660861 | | Dallas | TX | 75266-0861 |
| Creditor Bank of America, N.A. | Bank of America N.A. | | PO Box 31785 | | Tampa | FL | 33631-3785 |
| Secured Lender | Butcher Road Partners LLC | | 6359 Auburn Blvd. | Suite B | Citrus Heights | CA | 95621 |
| Office of the California Attorney General | California Attorney General | Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Secured Lender | California Bank of Commerce | | 2999 Oak Rd Ste 210 | | Walnut Creek | CA | 94597-2052 |
| Secured Lender | CHASE BANK | | P.O. Box 650528 | | Dallas | TX | 75265-0528 |
| Secured Lender | Citizens Business Bank | | PO Box 3938 | | Ontario | CA | 91761 |
| Secured Lender | Comerica | | PO Box 641618 | | Detroit | MI | 46264-1618 |
| Secured Lender | Duggans Memorial Chapel | Law Offices of Gregory E. Stubbs | 747 Appleton Way | | Sonoma | CA | 95476-7247 |
| Secured Lender | Exchange Bank | | 1420 Rocky Ridge Dr Ste 190 | | Roseville | CA | 95661 |
| Counsel to Creditor Fidelity National Title Insurance Company | Fidelity National Title Insurance Company | Jonathan Gass | 2533 N 117th Avenue | | Omaha | NE | 68164 |
| Secured Lender | Frank Bragg Revocable Trust | Mandy Mary Henry | 2261 Taylor Mountain Pl | | Santa Rosa | CA | 95404 |
| Secured Lender | Frank Bragg Revocable Trust | Maxine Bragg | 931 Maxwell St | | Healdsburg | CA | 95448 |
| Secured Lender | Frank Bragg Revocable Trust | Nancy Bragg | 1708 St. Anthony Way | | Santa Rosa | CA | 95404 |
| Secured Lender | Greystone Servicing Corporation, Inc | | PO Box 281163 | | Atlanta | GA | 30384-1163 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Secured Lender | Leland McAbee | | 525 Burr Oak Court | | Vacaville | CA | 95688 |
| Secured Lender | Michael & Ana Cavanaugh | | 625 Holly Dr | | Sebring | FL | 33876 |
| Secured Lender | Mr Cooper | | PO Box 60516 | | City of Industry | CA | 91716-0516 |
| Secured Lender | Napa Elm, LP | | 6359 AUBURN BLVD STE B | | CITRUS HEIGHTS | CA | 95621 |
| Secured Lender | Needleman/Hayes Family Trust | | 1250 Ferrelo Rd | | Santa Barbara | CA | 93103 |
| Secured Lender | NexBank | | 2515 McKinney Ave Ste 1100 | | Dallas | TX | 75201 |
| Secured Lender | PHH Mortgage Services | | PO Box 5452 | | Mount Laurel | NJ | 08054 |
| Secured Lender | Poppy Bank | | 438 First St | | Santa Rosa | CA | 95401 |
| Secured Lender | Ronald Hodges | | 771 Oak Ln | | Sonoma | CA | 95476 |
| Secured Lender | Select Portfolio Servicing, Inc. | | PO Box 65450 | | Salt Lake City | UT | 84165-0450 |
| Secured Lender | Serene Investments LLC | | 2625 Alcatraz Ave., Suite 513 | | Berkely | CA | 94705 |

Case: 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 18 of 24

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Lender | Shellpoint Mortgage Servicing | | PO Box 650840 | | Dallas | TX | 75265-0840 |
| Secured Lender | Socotra Capital | | 2208 29th Street | Ste 100 | Sacramento | CA | 95817 |
| Secured Lender | Tri Counties Bank | | PO Box 909 | | Chico | CA | 95927 |
| Secured Lender | Umpqua Bank | | PO Box 1580 | | Roseburg | OR | 97470-0367 |
| Secured Lender | Virginia Ghilarducci Trustee | | 19130 Ola Court | | Sonoma | CA | 95476 |
| Secured Lender | Wells Fargo Home Mortgage | Attn: Credit Bureau Disputes | Home Mortgage | PO Box 10335 | Des Moines | IA | 50306 |
| Secured Lender | Wells Fargo Wholesale Lockbox | | PO Box 60253 | | Charlotte | NC | 28260-0253 |
| Secured Lender | Y. Tito Sasaki, Trustee & Janet L. Sasaki, Trustee & Visio International, Inc. | | PO BOX 200 | | VINEBURG | CA | 95487 |

Case: 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 19 of 24

# Exhibit E

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Adolfo Carranza, Maria Sanchez | | Address on File | | | | |
| Akaash Summerfield Clayton, Shanyca L. Hines | | 7300 Berna/7325 Arleta, 7300 | | Sacramento | CA | 95823 |
| Alejandra Sanchez, Martha Mendez | | 2030 E Grayson Rd, 23 | | Sonoma | CA | 95307 |
| Antonio Martinez, Cesar Martinez | | 2030 E Grayson Rd, 37 | | Sonoma | CA | 95307 |
| Applegate Teeples Drilling Co., Inc. | | PO Box 1717 | | Empire | CA | 95319 |
| Bank of America, N.A. | | PO Box 660861 | | Dallas | TX | 75266-0861 |
| Benny Ramos | | 5537/5539 Missie Way, 5537 | | Sacramento | CA | 95841 |
| Billy Allen Crandall, Melessia Crandell | | 2030 E Grayson Rd, 11 | | Sonoma | CA | 95307 |
| Brian Slagter | | 5521/5523 Missie Way, 5521 | | Sacramento | CA | 95841 |
| California American Water | | P.O. Box 7150 | | Pasadena | CA | 91109-7150 |
| CHASE (Heloc) | | PO Box 78420 | | Phoenix | AZ | 85062-8420 |
| Citizens Business Bank | | 725 Riverpoint Court | | West Sacramento | CA | 95605 |
| City Of Ceres | | PO Box 1400 | | Suisun City | CA | 94585-4400 |
| Cynthia Hunt | | 7312/7314 Berna Way, 7314 | | Sacramento | CA | 95823 |
| Eduardo Gomez, Brenda Guadiana | | 2030 E Grayson Rd, 22 | | Sonoma | CA | 95307 |
| Elizabeth Zambrano, Isidoro Lopez | | 2030 E Grayson Rd, 08 | | Sonoma | CA | 95307 |
| Elk Grove Water District | | PO Box 1030 | | Elk Grove | CA | 95759 |
| Franchise Tax Board | Bankruptcy Section, MS A-340 | P.O. Box 2952 | | Sacramento | CA | 95812-2952 |
| Home Tax Service of America, Inc. dba LeFever Mattson Property Management | | 6359 Auburn Blvd. | | Citrus Heights | CA | 95621 |
| Jacinto Mendoza, Margarita Martinez Cervantes | | 2030 E Grayson Rd | 1B | Sonoma | CA | 95307 |
| Jeff and Joanne Erickson | | Address on File | | | | |
| Jorge Belloso-Velasco aka Jorge Belloso | | 7319 Arleta/7301 Berna, 7301 | | Sacramento | CA | 95823 |
| Jose Alvarez, Guadalupe Becerra | | 2030 E Grayson Rd, 25 | | Sonoma | CA | 95307 |
| Jose Luis Vasquez | | 2030 E Grayson Rd, 36 | | Sonoma | CA | 95307 |
| JPMorgan Chase Bank, N.A. | Mail Code OH4-7142 | 3415 Vision Drive | | Columbus | OH | 43219 |
| JPMorgan Chase Bank, National Association | JPMorgan Chase Bank, N.A. | Mail Code OH4-7142 | 3415 Vision Drive | Columbus | OH | 43219 |
| Juan Farias, Adela Hernandez | | 2030 E Grayson Rd, 16 | | Sonoma | CA | 95307 |
| Juan Munos Isidoro | | 7332/7334 Arleta Court, 7334 | | Sacramento | CA | 95823 |

Case: 24-10545    Doc# 2546    Filed: 10/13/25    Entered: 10/13/25 09:27:17    Page 21 of 24

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| KS Mattson Partners, LP | c/o Stapleton Group, a Part of J.S. Held | Address on File | | | | |
| Lataya Lindsey | | 7319/7321 Berna Way, 7321 | | Sacramento | CA | 95823 |
| LeFever Mattson, a California corporation | | 6359 Auburn Blvd. | | Citrus Heights | CA | 95621 |
| Luis Mouricio Galvan, Luz Aurora Galvan | | 2030 E Grayson Rd, 06 | | Sonoma | CA | 95307 |
| Maid to Order | | 8100 Stienbeck Way | | Sacramento | CA | 95828 |
| Maria Gutierrez, Vannesa Cervantes | | 2030 E Grayson Rd, 28 | | Sonoma | CA | 95307 |
| Mize Guys Heating & Cooling | | PO Box 6985 | | Auburn | CA | 95604 |
| Mr Cooper | | PO Box 60516 | | City of Industry | CA | 91716-0516 |
| N Matullah Stanikzai, Khanwalli Stanikzai | | 5335/5337 Gibbons Drive, 5335 | | Carmichael | CA | 95608 |
| Nabor Rodriguez, Maria Ines Rodriguez , Julio Rodriguez | | 2030 E Grayson Rd, 52 | | Sonoma | CA | 95307 |
| Pacific Gas & Electric | | P.O. Box 997300 | | Sacramento | CA | 95899-7300 |
| PHH Mortgage Services | | PO Box 5452 | | Mount Laurel | NJ | 08054 |
| Republic Services | | PO Box 78829 | | Phoenix | AZ | 85062-8829 |
| Rosa Haggins, Lawrence Haggins , Jamal Price | | 7304/7306 Arleta Court, 7306 | | Sacramento | CA | 95823 |
| Sabrina Ann Camacho, Aubrey Camacho | | 2030 E Grayson Rd, 39 | | Sonoma | CA | 95307 |
| Sacramento County Utilites | | PO Box 1804 | | Sacramento | CA | 95812 |
| Sacramento Suburban Water District | | PO Box 1420 | | Suisun City | CA | 94585-4420 |
| Schroyer Family Trust | John and Myrna Schroyer | Address on File | | | | |
| Select Portfolio Servicing, Inc. | | PO Box 65450 | | Salt Lake City | UT | 84165-0450 |
| Silencio Ratowski, Sabrina Ratowski , Serena Ratowski | | 5509 Orange/7343 Arleta, 7343 | | Sacramento | CA | 95823 |
| SMUD | | P.O. Box 15555 | | Sacramento | CA | 95852-1555 |
| Spectrum | | PO Box 7173 | | Pasadena | CA | 91109-7173 |
| Sun Valley Pumping Inc | | 3319 S Tegner Rd | | Turlcok | CA | 95380 |
| Thomas J. Stice and Phyllis Ann Stice Family Trust | Jeff and Joanne Erickson | Address on File | | | | |
| TID Water & Power | Turlock Irrigation District | PO Box 819007 | | Turlock | CA | 95381-9007 |
| Tracey Dright | | 7320/7322 Arleta Court, 7320 | | Sacramento | CA | 95823 |
| Victor Gomez aka Victor Gomez Valadez, Sofia Flores Caracheo aka Sofia Flores | | 7320/7322 Arleta Court, 7322 | | Sacramento | CA | 95823 |

# Exhibit F

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Raven Lewis | 7324 Arleta Court | Sacramento | CA | 95823 |

Case: 24-10545   Doc# 2546   Filed: 10/13/25   Entered: 10/13/25 09:27:17   Page 24
of 24