Entered on Docket
November 4, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: November 4, 2025

Charles Novack
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
David A. Taylor (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**AMENDED ORDER AUTHORIZING EMPLOYMENT OF CBRE, INC. AS REAL ESTATE BROKER**<br><br>[No Hearing Requested] |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | |

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

Upon the application dated as of September 12, 2025 (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] in the Chapter 11 Cases for entry of an order, pursuant to sections 327(a), 328(a), and 330 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to employ CBRE, Inc., ("CBRE") as real estate broker in these Chapter 11 Cases; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application, the Original Employment Application and the Original Employment Order; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that CBRE neither holds nor represents any interest adverse to the Debtors' estates; and it appearing that CBRE is "disinterested," as that term is defined in Bankruptcy Code section 101(14); and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, their equity holders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted as set forth herein.

---

[1] Capitalized terms not otherwise herein defined shall have the meanings given to such terms in the Application.

[2] Unless otherwise indicated, "Debtors" as used herein excludes KSMP.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

2. The Terms of the Original Employment Order and the Amended Employment Order shall remain in full force and effect as amended as set forth herein.

3. In accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to expand the scope of their employment of CBRE as real estate broker on the terms set forth in the Amended Listing Agreement attached hereto as **Exhibit 1.**

4. The term of the Original Listing Agreement shall be extended until December 31, 2025.

5. Dual representation of the Debtors/chapter 11 estates and the buyers by the same real estate agent shall be prohibited.

6. The Court shall retain jurisdiction with respect to all matters arising or related to the interpretation or implementation of this Order or the Amended Listing Agreement.

** END OF ORDER *

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**Court Service List**

*All ECF Participants*

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104