**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
David A. Taylor (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**PACHULSKI STANG ZIEHL & JONES LLP**
Debra I. Grassgreen (Cal. Bar No. 169978)
John D. Fiero (Cal. Bar No. 136557)
Jason H. Rosell (Cal. Bar No. 269126)
Brooke E. Wilson (Cal. Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Debtors and*
*Debtors in Possession*

*Counsel to the Official Committee*
*of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>                Debtors.<br><br>In re<br><br>KS MATTSON PARTNERS, LP,<br><br>                Debtor. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON INTERIM FEE APPLICATIONS OF ESTATE PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: December 5, 2025<br>Time: 11:00 a.m. (Pacific Time)<br>Place: **(In Person or Via Zoom)**<br>      United States Bankruptcy Court<br>      1300 Clay Street, Courtroom 215<br>      Oakland, CA 94612 |

---

[1]     The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 6, September 12, and October 2, 2024, LeFever Mattson, a California corporation ("LeFever Mattson"), and 59 affiliated entities (together with LeFever Mattson, the "Debtors")[1] each filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (Santa Rosa Division) (the "Bankruptcy Court"). The bankruptcy cases of the Debtors are being jointly administered for procedural purposes only (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee appointed an official committee of unsecured creditors (the "Committee") in the Chapter 11 Cases on October 9, 2024 [Docket No. 135], amended its appointment on November 25, 2024 [Docket No. 368], and further amended its appointment on August 26, 2025 [Docket No. 2104].

**PLEASE TAKE FURTHER NOTICE** that, on November 18, 2024, the Bankruptcy Court entered the *Order Granting Motion of Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Dkt. No. 356].

**PLEASE TAKE FURTHER NOTICE** that on September 23 and October 29, 2025, the professionals listed below filed applications for compensation and reimbursement of expenses (collectively, the "Interim Applications") requesting allowance of compensation and reimbursement of expenses as set forth below:

| | |
|---|---|
| **Keller Benvenutti Kim LLP** <br> *Attorneys for the Debtors and Debtors in Possession* | 101 Montgomery Street, Suite 1950 <br> San Francisco, CA 94104 <br> Attn: Tobias S. Keller <br> David A. Taylor <br> Thomas B. Rupp <br> Emails: tkeller@kbkllp.com <br> dtaylor@kbkllp.com <br> trupp@kbkllp.com |
| *Third Interim Fee Application of Keller Benvenutti Kim LLP as Counsel for the Debtors and Debtors in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 1, 2025, through August 31, 2025* [Dkt. No. 2729] | |
| Fees | $1,328,090.00 |
| Expenses | $3,978.90 |
| Total | $1,332,068.90 |
| Application Period | May 1, 2025, through August 31, 2025 |
| | |
| **PwC US Business Advisory LLP** <br> *Financial Advisor to the Official Committee of Unsecured Creditors* | 300 Madison Avenue <br> New York, NY 10017 <br> Attn: Steven J. Fleming <br> Email: steven.fleming@pwc.com |
| *First Interim Fee Application of PwC US Business Advisory LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official* | |

---

[1] Unless otherwise indicated, "Debtors" as used herein excludes KSMP and Live Oak Investments, LP ("Live Oak").

Case: 24-10545   Doc# 2847   Filed: 11/14/25   Entered: 11/14/25 12:25:30   Page 2 of 4

*Committee of Unsecured Creditors for the Period from January 9, 2025 through April 30, 2025* [Dkt. No. 2407]

| | |
|---|---|
| Fees | $1,463,704.21 |
| Expenses | $22,663.24 |
| Total | $1,486,367.45 |
| Application Period | January 9, 2025, through April 30, 2025 |

| | |
|---|---|
| **Pachulski Stang Ziehl & Jones LLP** *Counsel to the Official Committee of Unsecured Creditors* | One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104-4436 Attn: Debra I. Grassgreen John D. Fiero Jason H. Rosell Brooke E. Wilson Emails: dgrassgreen@pszjlaw.com jfiero@pszjlaw.com jrosell@pszjlaw.com bwilson@pszjlaw.com |

*Second Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2025 through April 30, 2025* [Dkt. No. 2732]

| | |
|---|---|
| Fees | $2,000,278.99 |
| Expenses | $317,952.55 |
| Total | $2,318,231.54 |
| Application Period | January 1, 2025, through April 30, 2025 |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Interim Applications has been **continued** to **December 5, 2025 at 11:00 a.m. (Pacific Time)**, before the Honorable Charles Novack, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the Bankruptcy Court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the Bankruptcy Court's website. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Applications and their supporting documents can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' claims and noticing agent, KCC dba Verita Global, at the following web address: https://www.veritaglobal.net/LM, or by calling (877) 709-4751 (toll free) for U.S. and Canada-based parties; or (424) 236-7231 for International parties or by e-mail at: www.veritaglobal.net/lm/inquiry. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 14, 2025

KELLER BENVENUTTI KIM LLP

By: */s/ Thomas B. Rupp*

Thomas B. Rupp

*Counsel to the Debtors and Debtors in Possession*

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Brooke E. Wilson*

Brooke E. Wilson

*Counsel to the Official Committee of Unsecured Creditors*