Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone:     (415) 263-7000
Email:         dgrassgreen@pszjlaw.com
               jfiero@pszjlaw.com
               jrosell@pszjlaw.com
               gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br>a California corporation, *et al.*,<br><br>Debtors. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | **SECOND *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.; DECLARATION OF GILLIAN N. BROWN, ESQ.** |

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy cases (the "Cases") hereby files this *ex parte* application (the "Application") under Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") and Local Bankruptcy Rule 2004-1 ("Local Rule 2004-1") for entry of an order authorizing the Committee to issue a subpoena to **BMO Bank, N.A. ("BMO")**

4905-1664-5754.3 52011.00005

The Committee's proposed subpoena will provide that BMO shall (a) complete its production, by **January 7, 2026**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide oral testimony (the "Oral Testimony"), on a mutually agreed date no later than **January 30, 2026** (unless the Committee and BMO agree to extend that date) relating to (i) BMO's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

## I.      PRELIMINARY STATEMENT

As set forth in the First-Day Declaration of Bradley Sharp, the Chief Restructuring Officer of Debtor LFM and its affiliated debtors and debtors in possession (together, the "LFM Debtors"), Kenneth Mattson – one of LFM's founders and former principal - "appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of the LFM Debtors or any of their associated LPs or LLCs (collectively, the "Self-Serving Transactions")."[1] The Committee's professionals have been conducting an investigation (the "Committee Investigation") into the Self-Serving Transactions, and other potential claims and causes of action that may be asserted against non-Debtors.

The Committee understands that Mr. Mattson's wife, Stacy Mattson, holds or held bank accounts in her name at BMO, including at least one account ending with -5063 (collectively, the "Accounts") that may have been used to facilitate, among other things, Mattson Transactions that have defrauded general unsecured creditors in these Cases. Ms. Mattson herself was a 49% owner in Debtor KSMP. Accordingly, the Committee requests the issuance of a subpoena compelling BMO to produce all relevant requested documents relating to the Accounts. A proposed order authorizing a 2004 Examination of BMO is attached hereto as **Exhibit 1.**

---

[1] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Decl."), ¶ 27.

4905-1664-5754.3 52011.00005

## II. BACKGROUND OF THE BANKRUPTCY CASES

Over the course of two months in 2024,[2] each of the LFM Debtors filed a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code. The United States Trustee appointed the Committee in the LFM Debtors' bankruptcy cases on October 9, 2024. *See* Docket No. 135. On November 1, 2024, the Court granted the application of the Committee in the LFM Debtors' bankruptcy cases to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ") as its counsel, effective as of October 13, 2024. *See* Docket No. 250. On November 25, 2024, the United States Trustee filed an amended Committee appointment notice. *See* Docket No. 368.

On November 22, 2024, an involuntary chapter 11 petition was filed against KSMP, commencing Case No. 24-10715 (Bankr. N.D. Cal.). After more than six months of contested proceedings, on June 6, 2025, KSMP consented to the entry of a stipulated order for relief in the involuntary case, which order was entered by the Court on June 9, 2025. *See* KSMP Docket No. 131. The Court also appointed Robbin L. Itkin as the Responsible Individual in the KSMP chapter 11 case, effective as of June 16, 2025. *See* Docket No. 172.

KSMP's chapter 11 case is being jointly administered, for procedural purposes only, with those of the LFM Debtors. *See* Docket No. 1887. On August 26, 2026, the United States Trustee expanded the appointment of the Committee to include the chapter 11 case of KSMP. *See* Docket No. 2104.

## III. JURISDICTION

This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are §§ 1103 and 1109(b) of the Bankruptcy Code, and Rule 2004.

## IV. RELIEF REQUESTED

The Committee respectfully requests that the Court enter an *ex parte* order authorizing the Committee to issue a subpoena requiring BMO to (a) complete its production, by **January 7,**

---

[2] The LFM Debtors filed bankruptcy petitions on August 6, 2024; September 12, 2024; and October 2, 2024 (collectively, the "Petition Dates").

4905-1664-5754.3 52011.00005
3

**2026**, of documents responsive to the Requests set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide Oral Testimony, on a mutually agreed date no later than **January 30, 2026** (unless the Committee and BMO agree to extend that date) relating to (i) BMO's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

## IV. BASIS FOR RELIEF

Local Rule 2004-1 provides as follows: "The Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a)."[3] The Committee brings this Application *ex parte* pursuant to Local Rule 2004-1 seeking an order without need for a hearing. The Committee understands that BMO reserves the right to interpose objections to the underlying document requests after the issuance of the subpoena. However, objections to the underlying document requests are not grounds to oppose or delay the granting of this Application.

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."[4] Rule 2004 is primarily used for "revealing the nature and extent of the bankruptcy estate, and for discovering assets, examining transactions, and determining whether wrongdoing has occurred."[5]

Pursuant to Rule 2004(b), a party in interest may seek both document and oral discovery related to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."[6] Under Rule 2004(c), the "attendance of an entity for examination and for the

---

[3] L.B.R. 2004-1(a).

[4] Fed. R. Civ. P. 2004(a).

[5] *In re Kelton*, 389 B.R. 812, 820 (Bankr. S.D. Ga. 2008); *see also In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000) (purpose of Rule 2004 is to "determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors"); *In re Bennett Funding Grp., Inc.*, 203 B.R. 24, 28 (Bankr. N.D.N.Y. 1996) (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed").

[6] Fed. R. Civ. P. 2004(b).

4905-1664-5754.3 52011.00005

4

production of documents . . . may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial."[7] Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9016 makes Rule 45 of the Federal Rules of Civil Procedure (governing subpoenas) applicable in cases under the Bankruptcy Code. Unlike discovery under the Federal Rules of Civil Procedure (the "Civil Rules"), discovery under Rule 2004 can be a "pre-litigation discovery device."[8] As such, a Rule 2004 motion need not be tied to specific factual allegations at issue between parties.[9] Moreover, the scope of a Rule 2004 oral examination is broader than that of discovery under the Civil Rules or the Bankruptcy Rules governing adversary proceedings.[10] In fact, courts have recognized that Rule 2004 examinations may be "broad" and "unfettered," and can legitimately be in the nature of a "fishing expedition."[11]

Whether to allow the requested discovery rests within the sound discretion of the Court.[12] Bankruptcy courts may allow a Rule 2004 examination of "third parties who have had dealings with the debtor,"[13] "to allow inquiry into the debtor's acts, conduct or financial affairs so as to

---

[7] Fed. R. Civ. P. 2004(c).

[8] *In re Wilson*, 413 B.R. 330, 336 (Bankr. E.D. La. 2009).

[9] *In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997) (Bankruptcy Rule 2004 permits "examination of any party without the requirement of a pending adversary proceeding or contested matter").

[10] *In re Ecam Publ'ns, Inc.*, 131 B.R. 556, 559 (Bankr. S.D.N.Y. 1991); *see also In re Drexel Burnham Lambert Grp., Inc.*, 123 B.R. 702, 711 (Bankr. S.D.N.Y. 1991) ("[T]he scope of a Rule 2004 examination is very broad. Rule 2004 discovery is broader than discovery under the Federal Rules of Civil Procedure.").

[11] *In re Subpoena Duces Tecum & Ad Testificandum Pursuant to Fed. R. Bankr. P. 2004*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) (citation omitted); *see also In re Countrywide Home Loans, Inc.*, 384 B.R. 373, 400 (Bankr. W.D. Pa. 2008); *In re Bennett Funding Grp.*, 203 B.R. at 28 (purpose of Rule 2004 is to assist in "revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed"); *In re Valley Forge Plaza Assocs.*, 109 B.R. 669, 674 (Bankr. E.D. Pa. 1990).

[12] *See, e.g., In re Hammond*, 140 B.R. 197, 200 (S.D. Ohio 1992).

[13] *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989); *see also In re W&S Invs., Inc.*, No. 91-35830, 1993 U.S. App. LEXIS 2231, at *5-6 (9th Cir. Jan. 28, 1993) (unpublished disposition) (Rule 2004 is a "broadly construed discovery device which permits any party in interest in a bankruptcy proceeding to move for a court order to examine any entity…," the "scope of inquiry permitted under a Rule 2004 examination is generally very broad and can 'legitimately be in the nature of a 'fishing expedition.'") (citation omitted).

Case: 24-10545   Doc# 3119   Filed: 12/12/25   Entered: 12/12/25 11:59:43   Page 5 of 27
4905-1664-5754.3 52011.00005

discover the existence or location of assets of the estate,"[14] "unearthing frauds,"[15] or to assist in recovering assets for the benefit of a debtor's creditors.[16]

In addition, section 105(a) of the Bankruptcy Code authorizes the Court to "issue any order . . . that is necessary or appropriate to carry out the provisions of this title."[17] The proposed discovery will, among other things, assist the Committee to fulfill its statutory duty to "investigate the acts, conduct, assets, liabilities, and financial condition of the debtor."[18] The relief requested in this Application will not reduce or expand the substantive rights of any party to object to or modify the information requested by the Committee.

Here, the requested relief is well within the scope of Rule 2004. The Committee seeks to maximize the amount of creditors' recoveries in this Cases. As such, the Committee needs the information from BMO pertaining to the potential flow of funds from any illegal activity through the Accounts.

## V. NO PRIOR REQUEST

No prior request for the relief sought in this Application has been made to this or any other Court.

## VI. NOTICE

Local Rule 2004-1 provides that this Application can be brought "ex parte and without notice." L.B.R. 2004-1(a). Nevertheless, notice of this Application will be provided to (a) BMO at subpoena.processing@bmo.com and mancy.pendergrass@bmo.com – via email; (b) the Office of the United States Trustee – via ECF; (c) counsel to the Debtors – via ECF; and (d) all other ECF recipients.

---

[14] *In re Dinubilo*, 177 B.R. 932, 940 (E.D. Cal. 1993).

[15] *Dynamic Fin. Corp. v. Kipperman (In re N. Plaza, LLC)*, 395 B.R. 113, 122 n.9 (S.D. Cal. 2008) (citations omitted).

[16] *See In re Vantage Petroleum Corp.*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983) (allowing discovery under Rule 2004 to help the debtor "discover and recover assets for benefit of creditors of the debtor").

[17] 11 U.S.C. § 105(a).

[18] *Id.* § 1103(c)(2).

4905-1664-5754.3 52011.00005                                            6

## VII.  CONCLUSION

For the reasons set forth above, the Committee respectfully requests that the Court grant this Application. A proposed order granting this Application is attached hereto as **Exhibit 3**.

Dated:  December 11, 2025          PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Gillian N. Brown*
     Debra I. Grassgreen
     John D. Fiero
     Jason H. Rosell
     Steven W. Golden
     Gillian N. Brown

     *Counsel to the Official Committee of Unsecured Creditors*

4905-1664-5754.3 52011.00005      7

**EXHIBIT 1**
**Requests for Production of Documents**

**<u>DEFINITIONS</u>**

1. "<u>ALL</u>" shall be construed as encompassing "EACH" and "ANY".

2. "<u>ANY</u>" "shall be construed as encompassing "EACH" and "ALL".

3. "<u>BMO</u>" means BMO Bank, N.A., and its agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

4. "<u>COMMITTEE</u>" means the Official Committee of Unsecured Creditors appointed in the CHAPTER 11 CASES.

5. "<u>COMMUNICATION</u>" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

6. "<u>CONCERNING</u>" means relating to, evidencing, supporting, negating, refuting, embodying, containing, memorializing, comprising, reflecting, analyzing, approving, authorizing, constituting, describing, identifying, referring to, referencing, discussing, indicating, connected with or otherwise pertaining in ANY way, in whole or in part, to the subject matter being referenced.

7. "<u>DOCUMENT</u>" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate DOCUMENT within the meaning of the word DOCUMENT. A DOCUMENT includes written COMMUNICATIONS.

8. "<u>EACH</u>" shall be construed as encompassing "ALL" and "ANY".

9. "<u>ENTITY</u>" shall have the meaning ascribed to such term in 11 U.S.C. § 101(15).

10. "<u>IDENTIFY</u>"

    a.    *With respect to PERSONS*: When referring to a PERSON, "to identify" means to give, to the extent known, the PERSON's full name, present or last known address; and when referring to a natural person, additionally, the present or last known place of employment. Once a PERSON has been identified in

4905-1664-5754.3 52011.00005

accordance with this definition, only the name of that PERSON need be listed in response to subsequent discovery requesting the IDENTIFICATION of that person.

    b.    *With respect to DOCUMENTS*: When referring to DOCUMENTS, "to identify" means to give, to the extent known, the (i) type of DOCUMENT; (ii) general subject matter; (iii) date of the DOCUMENT; and (iv) author(s), addressee(s) and recipient(s). In the alternative, YOU may produce the DOCUMENTS, together with identifying information sufficient to satisfy Federal Rule of Civil Procedure 33(d).

11. "INCLUDING" means "including, without limitation" and "including, but not limited to".

12. "STACY MATTSON" means Stacy Mattson and her agents, accountants, financial advisors, attorneys, employees, representatives, and/or family members (including, but not limited to, Kenneth Mattson).

13. "PERSON" is any natural person, juridical person, or any legal ENTITY, including, without limitation, any business, religious, or governmental ENTITY or association

14. "REQUESTS" means the Requests for Production set forth below.

15. "YOU" and "YOUR" means BMO and its agents, accountants, financial advisors, attorneys, employees, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

**INSTRUCTIONS**

A.    Unless otherwise specified, the REQUESTS seek DOCUMENTS dated or created on and after **August 6, 2013**.

B.    YOUR responses to the REQUESTS are subject to ALL applicable Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

C.    Please bates number EACH page of EACH DOCUMENT that YOU produce.

D.    YOU are required to conduct a thorough investigation and produce ALL DOCUMENTS in YOUR possession, custody, and control.

E.    In the REQUEST, the use of the singular form of ANY word includes the plural and vice versa. The words "and" and "or" shall both be conjunctive and disjunctive.

4905-1664-5754.3 52011.00005

2

F. If YOU are unable to produce DOCUMENTS responsive to ANY REQUEST but DOCUMENTS responsive to the REQUEST exist, provide a written DOCUMENT containing the following information:

1. The date of the DOCUMENT;

2. The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3. The name, address, telephone number and title of the author(s) of the DOCUMENT;

4. The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

5. The number of pages in the DOCUMENT:

6. The document control number, if ANY;

7. The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession of the DOCUMENT;

8. A specific description of the subject matter of the DOCUMENT;

9. The reason why YOU cannot produce the DOCUMENT.

G. YOU are under a continuing duty to amend YOUR written responses to the REQUESTS and to produce additional DOCUMENTS if the written responses or document production is incomplete or incorrect in ANY material respect, and if the additional or corrective information has not otherwise been made known to the COMMITTEE.

H. YOU are required to produce the full and complete originals (in native format, if electronic), or copies if the originals are unavailable, of EACH DOCUMENT responsive to the REQUESTS along with ALL non-identical copies and drafts in their entirety. A copy may be produced in lieu of originals if the entirety (front and back where appropriate) of the DOCUMENT is reproduced and YOU state by declaration under penalty of perjury that the copy provided is a true, correct, complete, and accurate duplication of the original.

I. Produced DOCUMENTS must include ALL exhibits, attachments, and ANY other DOCUMENTS otherwise appended to another DOCUMENT.

J. For ELECTRONICALLY STORED INFORMATION ("ESI"):

4905-1664-5754.3 52011.00005

3

1. Produce DOCUMENTS in accordance with the instructions at https://support.everlaw.com/hc/en-us/articles/360004962052-Standard-Format-for-Processed-Data

2. Produce ESI in its native format.

3. Maintain family integrity.

4. Perform custodian-level de-duplication.

5. Produce a DAT load file with the following metadata fields: Beginning Production Number, Ending Production Number, Beginning Attachment Number, End Attachment Number, Family ID, Page Count, Custodian, Original Location Path, Email Folder Path, Document Type, Doc Author, Doc Last Author, Comments, Categories, Revisions, File Name, File Size, MD5 Hash, Date Last Modified, Time Last Modified, Date Created, Time Created, Date Last Accessed, Time Last Accessed, Date Sent, Time Sent, Date Received, Time Received, To, From, CC, BCC, Email Subject, Path to Native, Path to Full Text, Original Time Zone.

6. Process ESI in Pacific Time Zone and provide a metadata field indicating original time zone.

K. If YOU withhold or redact a portion of ANY DOCUMENT under a claim of privilege or other protection, then the DOCUMENT must be identified on a privilege log, which shall be produced contemporaneously with the non-privileged DOCUMENTS responsive to this REQUEST, and which privilege log shall state the following information:

[remainder of page left intentionally blank]

4905-1664-5754.3 52011.00005

1. The date of the DOCUMENT;

2. The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3. The name, address, telephone number and title of the author(s) of the DOCUMENT;

4. The name, address, telephone number and work title of EACH recipient of the DOCUMENT;

5. The number of pages in the DOCUMENT;

6. The document control number, if ANY;

7. The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has/have possession, custody, or control of the DOCUMENT;

8. A general description of the subject matter of the DOCUMENT or the portion redacted without disclosing the asserted privileged or protected COMMUNICATION;

9. The specific privilege(s) or protection(s) that YOU contend applies.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

All COMMUNICATIONS between YOU and STACY MATTSON.

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS CONCERNING ANY BMO account held in the name of STACY MATTSON (whether in her name only or her name along with other PERSONS), including, but not limited to, (a) monthly statements; (b) copies of cancelled checks; (c) wire transfer confirmations; and (d) debit and credit advices.

-end-

**EXHIBIT 2**
**Declaration of Gillian N. Brown, Esq.**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:     415-263-7000
Facsimile:     415-263-7010
Email:         dgrassgreen@pszjlaw.com
               jfiero@pszjlaw.com
               jrosell@pszjlaw.com
               sgolden@pszjlaw.com
               gbrown@pszjlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

*Pachulski Stang Ziehl & Jones LLP*
*Attorneys at Law*
*San Francisco, California*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br>a California corporation, *et al.*,[1]<br><br>    Debtors.<br><br>---<br><br>In re<br><br>KS MATTSON PARTNERS, LP, [2]<br><br>    Debtor. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF GILLIAN N. BROWN IN SUPPORT OF THE SECOND *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

[2] The last four digits of the Debtor's tax identification number are 5060. The Debtor's mailing address is c/o Stapleton Group, 514 Via de la Valle, Suite 210. Solana Beach, CA 92075.

I, Gillian N. Brown, declare under penalty of perjury as follows:

1. I am of counsel at the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned case. My office address and phone number at PSZJ are 10100 Santa Monica Boulevard, 13th Floor; Los Angeles, California 90067; 310-277-6910. I am a member in good standing of the bars of California, the District of Columbia, and New York. I am on inactive status with the Bar of Texas. I am admitted to practice before this Court.

2. I submit this Declaration in support of the *SECOND EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.* (the "Application") to which this Declaration is appended. I have personal knowledge of the facts set forth in this Declaration unless otherwise stated.

3. The Committee is informed that Stacy Mattson is the wife of Kenneth Mattson. Mr. Mattson is one of Debtor LFM's founders and former principal. Ms. Mattson herself was a 49% owner in Debtor KSMP. Mr. Mattson appears to have used LeFever Mattson to facilitate a years-long campaign of self-serving transactions, many of which were not recorded in the books and records of the LFM Debtors or any of their associated LPs or LLCs (collectively, the "Self-Serving Transactions").[3] The Committee's professionals have been conducting an investigation (the "Committee Investigation") into the Self-Serving Transactions, and other potential claims and causes of action that may be asserted against non-Debtors.

4. The Committee is informed that Ms. Mattson holds or held at least one account in her name at BMO.

---

[3] *See Declaration of Bradley D. Sharp in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First-Day Decl."), ¶ 27.

Case: 24-10545    Doc# 3119    Filed: 12/12/25    Entered: 12/12/25 11:59:43    Page 15
4905-1664-5754.3 52011.00005                                of 27    2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 11, 2025 at Ventura, California.

By:     /s/ *Gillian N. Brown*
           Gillian N. Brown

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 3**
**Proposed Form of Order Granting *Ex Parte* Application**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4905-1664-5754.3 52011.00005

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:     415-263-7000
Facsimile:     415-263-7010
Email:         dgrassgreen@pszjlaw.com
               jfiero@pszjlaw.com
               jrosell@pszjlaw.com
               sgolden@pszjlaw.com
               gbrown@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br>a California corporation, *et al.*,[1]<br><br>        Debtors. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP, [2]<br><br>        Debtor. | **ORDER GRANTING THE SECOND *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

[2] The last four digits of the Debtor's tax identification number are 5060. The Debtor's mailing address is c/o Stapleton Group, 514 Via de la Valle, Suite 210. Solana Beach, CA 92075.

4905-1664-5754.3 52011.00005

Upon consideration of the *SECOND EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.* (the "Application") [Doc. No.      ], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Application is GRANTED.

2.  The Official Committee of Unsecured Creditors is authorized to issue a subpoena directed to BMO Bank, N.A. ("BMO")  requiring BMO to (a) complete its production, by **January 7, 2026**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) provide oral testimony on a mutually agreed date no later than **January 30, 2026** (unless the Committee and BMO agree to extend that date) relating to (i) BMO's search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.


**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:    415-263-7000
Facsimile:    415-263-7010
Email:        dgrassgreen@pszjlaw.com
              jfiero@pszjlaw.com
              jrosell@pszjlaw.com
              sgolden@pszjlaw.com
              gbrown@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br>a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,[2]<br><br>Debtor. | **CERTIFICATE OF SERVICE** |

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

[2] The last four digits of the Debtor's tax identification number are 5060. The Debtor's mailing address is c/o Stapleton Group, 514 Via de la Valle, Suite 210. Solana Beach, CA 92075.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On December 12, 2025, I caused to be served the **SECOND *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BMO BANK, N.A.; DECLARATION OF GILLIAN N. BROWN, ESQ.** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 12, 2025, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached. |
| ☑ | **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.<br><br>subpoena.processing@bmo.com and<br>mancy.pendergrass@bmo.com |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 12, 2025, at Los Angeles, California.

/s/ Maria R. Viramontes
Maria R. Viramontes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Left margin (rotated): PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Asaph Abrams on behalf of Creditor JPMorgan Chase Bank, N.A.
ecfcanb@aldridgepite.com

Gabrielle L. Albert on behalf of Debtor LeFever Mattson, a California corporation
galbert@kbkllp.com

Kyra E. Andrassy on behalf of Creditor Anne Prisco
kandrassy@raineslaw.com, csheets@swelawfirm.com

Ruth Elin Auerbach on behalf of Interested Party Kenneth Mattson
ruth.auerbach.esq@gmail.com

Roxanne Bahadurji on behalf of Creditor Anne and Keith Gockel
rbahadurji@sullivanblackburn.com, ecf@macfern.com

Mia S. Blackler on behalf of Creditor JPMorgan Chase Bank, N.A.
mblackler@lubinolson.com

Mark Bostick on behalf of Creditor KS Mattson Partners, LP
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Erin N. Brady on behalf of Debtor KS Mattson Partners, LP
erin.brady@hoganlovells.com

Gillian Nicole Brown on behalf of Creditor Committee Official Committee of Unscured Credtiors
gbrown@pszjlaw.com

Chad L. Butler on behalf of Creditor BANK OF AMERICA, N.A.
caecf@tblaw.com

Elizabeth J. Cabraser on behalf of Interested Party Federal Plaintiffs
ecabraser@lchb.com, awolf@lchb.com

Stephen T. Cammack on behalf of Creditor Graham Reid
cammacklawoffice@gmail.com

David Coats on behalf of Creditor The Bank of New York Mellon
dacoats@raslg.com

Theodore A. Cohen on behalf of Attorney Sheppard, Mullin, Richter & Hampton LLP
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Kevin W. Coleman on behalf of Interested Party Randy Sue Pollock
kcoleman@nutihart.com, nwhite@nutihart.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@frandzel.com, mbrandenberg@frandzel.com

Devan Dal Col on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
ddalcol@reedsmith.com

M. Tyler Davis on behalf of Debtor LeFever Mattson, a California corporation
tdavis@kbkllp.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Daniel Lloyd Egan on behalf of Creditor Chase 1992 Family Trust
degan@wilkefleury.com

Anthony O. Egbase on behalf of Attorney A.O.E. Law & Associates, APC
info@anthonyegbaselaw.com

Dane Wyatt Exnowski on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1
dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael C. Fallon on behalf of Creditor Perry, Johnson, Anderson, Miller & Moskovitz, LLP
mcfallon@fallonlaw.net, manders@fallonlaw.net

Gregg Martin Ficks on behalf of Creditor Timothy J. LeFever
gficks@coblentzlaw.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unscured Credtiors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage AssetBacked Pass-Through Certificates, Series 2007-QO3
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Thomas M. Geher on behalf of Creditor Columbia Bank
tmg@jmbm.com, tmg@ecf.inforuptcy.com

Evan Gershbein
ECFpleadings@kccllc.com

Charles R Gibbs on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
crgibbs@mwe.com

Bernard R. Given, II on behalf of Other Prof. FTI Consulting Inc.
bgiven@loeb.com

Steven W Golden on behalf of Creditor Committee Official Committee of Unscured Credtiors
sgolden@pszjlaw.com

Michael J. Gomez on behalf of Creditor KeyBank National Association
mgomez@frandzel.com, mbrandenberg@frandzel.com

Debra I. Grassgreen on behalf of Creditor Committee Official Committee of Unscured Credtiors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Mitchell B. Greenberg on behalf of Creditor Poppy Bank
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Thomas P. Griffin, Jr. on behalf of Creditor Diana Goodman
tgriffin@hsmlaw.com, lnewberry@hsmlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Robert G. Harris on behalf of Creditor Haley, Samuel and Sheridan
rob@bindermalter.com, melissa@bindermalter.com

Christopher Hart on behalf of Interested Party Randy Sue Pollock
chart@nutihart.com

Christopher V. Hawkins on behalf of Creditor KS Mattson Partners, LP
chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

Gabriel P Herrera on behalf of Creditor Wondra, et al.
gherrera@kmtg.com, bxiong@kmtg.com

James P. Hill on behalf of Creditor KS Mattson Partners, LP
jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com

Lane C Hilton on behalf of Interested Party Linda Thom
lane@thersfirm.com, Amy@thersfirm.com

Catherine Holzhauser on behalf of Creditor Beeson, Tayer & Bodine, APC.
cholzhauser@beesontayer.com, awheeler@beesontayer.com

Marsha Houston on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
mhouston@reedsmith.com, hvalencia@reedsmith.com

Lance N. Jurich on behalf of Interested Party Serene Investment Management LLC
ljurich@loeb.com, pmatsuda@loeb.com

Robert B. Kaplan on behalf of Creditor Umpqua Bank
rbk@jmbm.com

Ivo Keller on behalf of Creditor Elizabeth H. Talley
ikeller@sflaw.com

Tobias S. Keller on behalf of Debtor LeFever Mattson, a California corporation
tkeller@kbkllp.com

Thomas Philip Kelly, III on behalf of Creditor Andrew Revocable Trust dated June 21, 2001
tomkelly@sonic.net

Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Chris D. Kuhner on behalf of Creditor Bradley and Lori Olson
c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Benjamin R. Levinson on behalf of Creditor Michael R. and Ana R. Cavanaugh as Trustees of the Michael R. and Ana R. Cavanaugh Family Trust dated October 20, 2004
ben@thelevinsonlawoffice.com

Dara Levinson Silveira on behalf of Attorney Keller Benvenutti Kim LLP
dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Sarah Lampi Little on behalf of Creditor Bradley and Lori Olson
sarah@kornfieldlaw.com

Cia Mackle on behalf of Creditor Committee Official Committee of Unscured Credtiors
cmackle@pszjlaw.com

Christopher M. McDermott on behalf of Creditor Nationstar Mortgage LLC
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Edward Joseph McNeilly on behalf of Debtor KS Mattson Partners, LP
edward.mcneilly@hoganlovells.com, edward-mcneilly-5120@ecf.pacerpro.com

Paul David Moak on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION
pmoak@reedsmith.com

Thomas G. Mouzes on behalf of Creditor C.P. Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

Randall P. Mroczynski on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
rmroczynski@cookseylaw.com

Michael S. Myers on behalf of Creditor Oracle America, Inc.
myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com

Robert W. Norman, Jr. on behalf of Creditor U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006- AR7
rnorman@houser-law.com, chershey@houser-law.com

Gregory C Nuti on behalf of Interested Party Randy Sue Pollock
gnuti@nutihart.com

Eric A. Nyberg on behalf of Creditor Bradley and Lori Olson
e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Abigail O'Brient on behalf of Interested Party Winside USA, Inc.
AOBrient@cov.com, docketing@cov.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Steven M. Olson on behalf of Interested Party Joseph Curtis
steve@bfolegal.com

Dustin Owens on behalf of Creditor Reprop Financial Mortgage Investors, LLC
dustin.owens@gmail.com

Eric S. Pezold on behalf of Creditor California Bank of Commerce
epezold@swlaw.com, fcardenas@swlaw.com

William L. Porter on behalf of Creditor 1-888-4-Abatement, Inc.
bporter@porterlaw.com, Ooberg@porterlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Yasha Rahimzadeh on behalf of Creditor Daninaan LLC
yrlaw@attorneynorcal.com

Dean G. Rallis, Jr. on behalf of Creditor California-American Water Company
drallis@hahnlawyers.com, drallis@ecf.courtdrive.com

Catherine Schlomann Robertson on behalf of Creditor Matt Treger
crobertson@spencerfane.com, jbielat@spencerfane.com

Mark J. Romeo on behalf of Creditor Reprop Financial Mortgage Investors, LLC
romeolaw@msn.com

Jason Rosell on behalf of Creditor Committee Official Committee of Unscured Credtiors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein on behalf of Interested Party Serene Investment Management LLC
vrubinstein@loeb.com

Thomas B. Rupp on behalf of Creditor LeFever Mattson, a California corporation
trupp@kbkllp.com

Maggie E. Schroedter on behalf of Creditor Nick Thom
maggie@thersfirm.com, maria@thersfirm.com

Todd M. Schwartz on behalf of Interested Party KS Mattson Partners, LP
toddschwartz@paulhastings.com

Eric C. Seitz on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
eseitz@mwe.com

Sara Shahbazi on behalf of Creditor Oracle America, Inc.
shahbazis@ballardspahr.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

Jessica M. Simon on behalf of Creditor Citizens Business Bank
jsimon@hrhlaw.com

Boris Smyslov on behalf of Creditor Mariah Driver
attorney.boris@gmail.com

Andrew B. Still on behalf of Creditor California Bank of Commerce
astill@swlaw.com, kcollins@swlaw.com

Jason D. Strabo on behalf of Creditor Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Pass-Through Certificates, Series 2015-C30
jstrabo@mwe.com, dnorthrop@mwe.com

Sarah M. Stuppi on behalf of Creditor Ravindra Ambatipudi
sarah@stuppilaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Christopher D. Sullivan on behalf of Creditor Anne and Keith Gockel
csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com

Christopher Thomas on behalf of Attorney Fidelity National Title Ins. Co.
christopher.thomas@fnf.com

Fanny Zhang Wan on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1
Fanny.Wan@mccalla.com, thewanfirm@gmail.com

Gerrick Warrington on behalf of Creditor KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

Craig A. Welin on behalf of Creditor KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

Thomas A. Willoughby on behalf of Creditor Monley Hamlin Inc.
twilloughby@ffwplaw.com, docket@ffwplaw.com

Brooke Elizabeth Wilson on behalf of Creditor Committee Official Committee of Unscured Credtiors
bwilson@pszjlaw.com

Hayley R Winograd on behalf of Creditor Committee Official Committee of Unscured Credtiors
hayleywinograd@gmail.com

Jennifer C. Wong on behalf of Creditor Ally Bank
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Richard L. Wynne on behalf of Debtor KS Mattson Partners, LP
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com

Bennett G. Young on behalf of Creditor Amanda Henry, as Trustee of the Frank Bragg Revocable Turst
byoung@jmbm.com, jb8@jmbm.com

Kevin C Young on behalf of Creditor The Equitable Group, Inc
kevincyoungesq@aol.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA