```
 1  Thomas P. Kelly III, Attorney at Law
    Law Offices of Thomas P. Kelly III P.C.
 2  CA 230699, OR 080927, DC 1000147
    50 Old Courthouse Square, Suite 609
 3  Santa Rosa, California, 95404-4926
    Telephone : 707-545-8700
 4  Facsimile : 707-542-3371
    Email : tomkelly@sonic.net
 5
    Attorney for Live Oak Investments LP
 6  and its general partner William Andrew
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| In re: | Case No. 24-10545 (CN) (Lead Case) |
|---|---|
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | NOTICE OF HEARING |
| | Date: January 21, 2025<br>Time: 11:00AM<br>Judge: Hon. Charles Novack<br>Court: 1300 Clay Street<br>Courtroom 215<br>Oakland, California 94612<br><br>Via teleconference |
| | Date filed: September 12, 2024 |

---

1  The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF HEARING   Page 1 of 3   24-10545 LEFEVER MATTSON

Case: 24-10545   Doc# 3193   Filed: 12/21/25   Entered: 12/21/25 23:04:04   Page 1 of 3

# NOTICE OF HEARING

TO THE COURT, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES TAKE NOTICE that a hearing will be held on **January 21, 2026 at 11:00AM** or as soon thereafter as the matter can be heard at 1300 Clay Street, Courtroom 215, Oakland, California, 94612 on the application of William Andrew as the general partner of the Debtor-in-possession Live Oak Investments LP (hereinafter "Debtor") for an appellate stay.

The application is based upon the pending appeal before the BAP, the pending motion to consolidate Debtor Live Oak Investments (hereinafter "Live Oak") with all of the other debtor entities affiliated with LeFever Mattson Inc. ("hereinafter LFM") having the effect of dissolving Live Oak, and that Live Oak has several million dollars in its bank account which LFM is seeking to distribute to third parties, and that LFM already transferred $2,366,418.00 to itself only four days prior to the filing of its petition. This application is further based on the lack of any legal precedent to support the holding of the Stay Order, the direct contravention of California statutory law, and stands in direct opposition to prior precedents of both the District Courts and Bankruptcy Courts of the Northern District of California.

The grounds for this motion are more fully stated in the concurrently filed and served Memorandum of Points and Authorities, supporting declaration of Mr. Andrew, supporting request for judicial notice, and the supporting declaration of Thomas P. Kelly III.

YOUR RIGHTS MAY BE AFFECTED AND YOU SHOULD CONSULT AN ATTORNEY. Pursuant to Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, any opposition must be filed and served not later than **January 7, 2026**. Any reply to such opposition shall be filed and served on **January 14, 2026**.

NOTICE IS FURTHER GIVEN that the hearing on this Motion will not be conducted in the presiding judge's courtroom, but instead will be conducted by telephone or video only. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations via teleconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

Case: 24-10545    Doc# 3193    Filed: 12/21/25    Entered: 12/21/25 23:04:04    Page 2 of 3

1 | 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's Website.

Dated: December 20, 2025

_____
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

Case: 24-10545    Doc# 3193    Filed: 12/21/25    Entered: 12/21/25 23:04:04    Page 3 of 3
NOTICE OF HEARING            Page 3 of 3            24-10545 LEFEVER MATTSON