1 Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
2 Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
3 PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
4 San Francisco, California 94104-4436
Telephone: 415-263-7000
5 Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com
6 jfiero@pszjlaw.com
jrosell@pszjlaw.com
7 bwilson@pszjlaw.com

8 *Attorneys for the Official*
*Committee of Unsecured Creditors*

9

## UNITED STATES BANKRUPTCY COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

## SANTA ROSA DIVISION

12

| | |
|---|---|
| In re | Case No. 24-10545 (CN) |
| LEFEVER MATTSON, a California corporation, et al.,[1] | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |
| | Judge: Hon. Charles Novack |
| In re: | Date: January 21, 2026 |
| KS MATTSON PARTNERS, LP, | Time: 11:00 a.m. |
| | Court: 1300 Clay Street |
| Debtor. | Courtroom 215 |
| | Oakland, California 94612 |
| | Date filed: September 12, 2024 |

13

14

15

16

17

18

19

20

21

22

23

24

25 ---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax
26 identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton
Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other
27 Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in
these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification
28 numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors'
claims and noticing agent at https://veritaglobal.net/LM.

4934-7447-0023.1 52011.00003

*PACHULSKI STANG ZIEHL & JONES LLP*
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver M. Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On January 12, 2026, I caused to be served the following document in the manner stated below:

- ***COMMITTEE'S OPPOSITION TO APPLICATION FOR APPELLATE STAY***

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On __January 12, 2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On __January 12, 2026__, under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>Thomas P. Kelly III, Attorney at Law<br>Law Offices of Thomas P. Kelly III P.C.<br>50 Old Courthouse Square, Suite 609<br>Santa Rosa, California, 95404-4926 |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 12, 2026 at San Francisco California.

*/s/ Oliver M. Carpio*
Oliver M. Carpio

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Asaph Abrams    ecfcanb@aldridgepite.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Kyra E. Andrassy    kandrassy@raineslaw.com, csheets@swelawfirm.com
- Ruth Elin Auerbach    ruth.auerbach.esq@gmail.com
- Roxanne Bahadurji    rbahadurji@sullivanblackburn.com, ecf@macfern.com
- Mia S. Blackler    mblackler@lubinolson.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Gillian Nicole Brown    gbrown@pszjlaw.com
- Chad L. Butler    caecf@tblaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Stephen T. Cammack    cammacklawoffice@gmail.com
- David Coats    dacoats@raslg.com
- Theodore A. Cohen    TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- Kevin W. Coleman    kcoleman@nutihart.com, nwhite@nutihart.com
- Christopher Crowell    ccrowell@frandzel.com, mbrandenberg@frandzel.com
- Devan Dal Col    ddalcol@reedsmith.com
- M. Tyler Davis    tdavis@kbkllp.com
- Jared A. Day    jared.a.day@usdoj.gov
- Daniel Lloyd Egan    degan@wilkefleury.com
- Anthony O. Egbase    info@anthonyegbaselaw.com
- Dane Wyatt Exnowski    dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Gregg Martin Ficks    gficks@coblentzlaw.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Todd S. Garan    ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com
- Thomas M. Geher    tmg@jmbm.com, tmg@ecf.inforuptcy.com
- Evan Gershbein    ECFpleadings@kccllc.com
- Alice Giang    agiang@kbkllp.com
- Charles R Gibbs    crgibbs@mwe.com
- Bernard R. Given    bgiven@loeb.com
- Steven W Golden    sgolden@pszjlaw.com
- Michael J. Gomez    mgomez@frandzel.com, mbrandenberg@frandzel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Thomas P. Griffin    tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- Robert G. Harris    rob@bindermalter.com, melissa@bindermalter.com
- Christopher Hart    chart@nutihart.com
- Christopher V. Hawkins    chawkins@fennemorelaw.com, Hawkins@ecf.inforuptcy.com
- Deanna K. Hazelton    deanna.k.hazelton@usdoj.gov
- Gabriel P Herrera    gherrera@kmtg.com, bxiong@kmtg.com
- James P. Hill    jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com
- Lane C Hilton    lane@thersfirm.com, Amy@thersfirm.com
- Catherine Holzhauser    cholzhauser@beesontayer.com, awheeler@beesontayer.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Lance N. Jurich    ljurich@loeb.com, pmatsuda@loeb.com
- Robert B. Kaplan    rbk@jmbm.com
- Ivo Keller    ikeller@sflaw.com
- Tobias S. Keller    tkeller@kbkllp.com
- Thomas Philip Kelly    tomkelly@sonic.net
- Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Chris D. Kuhner    c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Pachulski Stang Ziehl & Jones LLP
ATTORNEYS AT LAW
San Francisco, California

- **Benjamin R. Levinson**  ben@thelevinsonlawoffice.com
- **Dara Levinson Silveira**  dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Sarah Lampi Little**  sarah@kornfieldlaw.com
- **Cia Mackle**  cmackle@pszjlaw.com
- **Christopher M. McDermott**  ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **Edward Joseph McNeilly**  edward.mcneilly@hoganlovells.com, edward-mcneilly-5120@ecf.pacerpro.com
- **Paul David Moak**  pmoak@reedsmith.com
- **Thomas G. Mouzes**  tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **Randall P. Mroczynski**  rmroczynski@cookseylaw.com
- **Michael S. Myers**  myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com
- **Robert W. Norman**  rnorman@houser-law.com, chershey@houser-law.com
- **Gregory C Nuti**  gnuti@nutihart.com
- **Eric A. Nyberg**  e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Abigail O'Brient**  AOBrient@cov.com, docketing@cov.com
- **Office of the U.S. Trustee / SR**  USTPRegion17.SF.ECF@usdoj.gov
- **Steven M. Olson**  steve@bfolegal.com
- **Dustin Owens**  dustin.owens@gmail.com
- **Eric S. Pezold**  epezold@swlaw.com, fcardenas@swlaw.com
- **William L. Porter**  bporter@porterlaw.com, Ooberg@porterlaw.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Yasha Rahimzadeh**  yrlaw@attorneynorcal.com
- **Dean G. Rallis**  drallis@hahnlawyers.com, drallis@ecf.courtdrive.com
- **Catherine Schlomann Robertson**  crobertson@spencerfane.com, jbielat@spencerfane.com
- **Mark J. Romeo**  romeolaw@msn.com
- **Jason Rosell**  jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Vadim J Rubinstein**  vrubinstein@loeb.com
- **Thomas B. Rupp**  trupp@kbkllp.com
- **Maggie E. Schroedter**  maggie@thersfirm.com, maria@thersfirm.com
- **Todd M. Schwartz**  toddschwartz@paulhastings.com
- **Eric C. Seitz**  eseitz@mwe.com
- **Sara Shahbazi**  shahbazis@ballardspahr.com
- **Phillip John Shine**  phillip.shine@usdoj.gov
- **Wayne A. Silver**  ws@waynesilverlaw.com, ws@waynesilverlaw.com
- **Jessica M. Simon**  jsimon@hrhlaw.com
- **Boris Smyslov**  attorney.boris@gmail.com
- **Andrew B. Still**  astill@swlaw.com, kcollins@swlaw.com
- **Jason D. Strabo**  jstrabo@mwe.com, dnorthrop@mwe.com
- **Sarah M. Stuppi**  sarah@stuppilaw.com
- **Christopher D. Sullivan**  csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com
- **Christopher Thomas**  christopher.thomas@fnf.com
- **Danielle Ullo**  danielle.ullo@hoganlovells.com
- **Fanny Zhang Wan**  Fanny.Wan@mccalla.com, thewanfirm@gmail.com
- **Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com
- **Craig A. Welin**  cwelin@frandzel.com, bwilson@frandzel.com
- **Thomas A. Willoughby**  twilloughby@ffwplaw.com, docket@ffwplaw.com
- **Brooke Elizabeth Wilson**  bwilson@pszjlaw.com
- **Hayley R Winograd**  hayleywinograd@gmail.com
- **Jennifer C. Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Richard L. Wynne**  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com
- **Kevin C Young**  kevincyoungesq@aol.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA