**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR KELLER BENVENUTTI KIM LLP [DECEMBER 1, 2025, THROUGH DECEMBER 31, 2025]**<br><br>**Objection Deadline: February 13, 2026** |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

**TO THE NOTICE PARTIES IDENTIFIED IN THE INTERIM FEE ORDER**:

**NOTICE IS HEREBY GIVEN** that Keller Benvenutti Kim LLP ("KBK"), counsel to LeFever Mattson, a California corporation, and certain of its affiliates who are debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases,[1] hereby files its Monthly Professional Fee Statement for the period of December 1, 2025, through December 31, 2025 (the "Monthly Fee Statement"). Pursuant to the *Order Granting Motion of Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 356] (the "Interim Fee Order")[2] entered by the Court on November 18, 2024, the total legal fees and costs expended by KBK on account of the Debtors for the period of December 1, 2025, through December 31, 2025, are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2025 – December 31, 2025 | $298,172.50 | $2,057.16 | $300,229.66 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $238,538.00 | $2,057.16 | $240,595.16 |

The itemized billing statements for the fees and costs billed to the Debtors are attached hereto as **Exhibit A**. Notice Parties have ten (10) days from the date of service of this Monthly Fee Statement to file an objection thereto. Pursuant to the Interim Fee Order, if no objection is filed by February 13, 2026, KBK may file a certificate of no objection with the Court after which the Debtors, without further order of the Court, may pay KBK an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement.

If an objection is timely served and KBK is unable to reach a resolution with the objecting party, KBK may (i) file a certificate of partial objection with the Court after which the Debtors, without further order of the Court, may pay KBK an amount equal to 80% of the fees and 100%

---

[1] Unless otherwise indicated, "Debtors" as used herein excludes KSMP.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Interim Fee Order.

of the expenses to which there was no objection, or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications.

Dated: February 3, 2026

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for the Debtors and Debtors in Possession*