PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
JARED A. DAY, SBN 275687
TRIAL ATTORNEY
PHILLIP J. SHINE, SBN 318840
TRIAL ATTORNEY
DEANNA K. HAZELTON, SBA 202821
TRIAL ATTORNEY
**UNITED STATES DEPARTMENT OF JUSTICE**
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (775) 784-5530
Email: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LeFever Mattson, a California Corporation,<br><br>              Consolidated Debtor. | Case No. 24-10545 CN<br><br>(Substantively Consolidated)<br><br>Chapter 11<br><br>Date: April 24, 2026<br>Time: 11:00 a.m. |

**STIPULATION TO REVISE BRIEFING SCHEDULE ON PENDING
INTERIM APPLICATIONS FOR COMPENSATION FILED BY
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD OF MAY 1, 2025 THROUGH DECEMBER 31, 2025</u>**

Peter C. Anderson, United States Trustee for Region 17 ("United States Trustee"), by and

through his undersigned counsel, and general bankruptcy counsel for the Official Committee of

Unsecured Creditors ("OCUC"), Pachulski Stang Ziehl & Jones LLP ("PSZJ") (collectively, the

"Parties"), hereby stipulate to the following facts:

1

Case: 24-10545    Doc# 4209    Filed: 04/17/26    Entered: 04/17/26 15:07:36    Page 1 of 2

1. On April 3, 2026, the OCUC filed PSZJ's third interim application for compensation and the OCUC's financial advisor, PwC US Business Advisory LLP's (together, the "Applicants"), second interim application for compensation (the "Applications") in the above-captioned case. *See* ECF Nos. 4131 *and* 4132.

2. The Applications are presently scheduled for hearing on the above-captioned hearing date and time. *See* ECF Docket *generally*.

3. The current deadline to respond to the Applications is April 17, 2026. *Id.*

4. A reasonable amount of time beyond the current briefing schedule is needed for the United States Trustee to complete his review of the Applications, finalize any associated negotiations, and prepare and file any potential oppositions to the Applications.

5. A reasonable amount of time beyond the current briefing schedule is also needed for the OCUC and the Applicants to prepare and file any potential replies to any United States Trustee oppositions to the Applications.

6. The Parties hereby agree that the deadline for the United States Trustee to file any oppositions to the Applications is extended to April 22, 2026, at 10:00 a.m., and the deadline for the OCUC and the Applicants to file any replies is extended to April 23, 2026.

7. The United States Trustee will promptly upload a proposed order requesting approval of the stipulated agreement set forth herein.

Dated: April 17, 2026

OCUC
PACHULSKI STANG ZIEHL &
JONES LLP

*/s/ Jason Rosell*
By: Jason Rosell
Attorney for the OCUC

April 17, 2026

UNITED STATES TRUSTEE
PETER C. ANDERSON

*/s/ Jared A. Day*
By: Jared A. Day
Trial Attorney for the United States Trustee

2