**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for LeFever Mattson,*
*the Consolidated Debtor*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br><br>Consolidated Debtor. | Case No. 24-10545 (CN)<br><br>(Substantively Consolidated)<br><br>Chapter 11<br><br>**NOTICE OF ABANDONMENT OF 830 ILLINOIS STREET #1-4, FAIRFIELD, CA 94533** |

**PLEASE TAKE NOTICE THAT** pursuant to the *Order Granting Motion of Debtors (I) Authorizing Debtors to Abandon Real Property; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* [Dkt. No. 3804] entered on February 27, 2026, the consolidated debtor, LeFever Mattson,[1] as debtor and debtor in possession in the above-captioned consolidated

[1] On March 6, 2026, the Court entered the *Order Substantively Consolidating Debtors and KSMP Investment Entities and Granting Related Relief* [Dkt. No. 3914] (the "Substantive Consolidation Order"), which substantively consolidated the estates of LeFever Mattson, a California corporation and its affiliated debtors (the "LFM Debtors"), KS Mattson Partners, LP ("KSMP" and, together with the LFM Debtors, the "Debtors") and three KSMP-affiliated entities (Perris Freeway Plaza, LP, Specialty Properties Partners, LP, and Treehouse Investments, LP) (the "KSMP Investment Entities" and, together with the Debtors, the "Consolidated Debtor").

chapter 11 case, hereby abandons the property located at 830 Illinois Street #1-4, Fairfield, CA 94533, APN 030-312-100-000, and any personal property contained therein.

Dated: May 12, 2026

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Gabrielle L. Albert_
Gabrielle L. Albert

*Attorneys for LeFever Mattson, the Consolidated Debtor*

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104