**Entered on Docket**
**June 24, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: June 24, 2026**

_____

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re<br>LEFEVER MATTSON,<br>a California corporation | )<br>)<br>)<br>)    Case No. 24-10545 |
| Debtor(s). | Chapter 11 |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Devan J. Dal Col, whose business address and telephone number is

Reed Smith LLP 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201 (469) 680-4200

and who is an active member in good standing of the bar of Texas
having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Federal Home Loan Mortgage Corporation ("Freddie Mac")

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***